**Docket No. 21-15189**

*In the*

# United States Court of Appeals

*For the*

# Ninth Circuit

———— • ————

GATEWAY CITY CHURCH, et al.,

*Plaintiffs-Appellants,*

v.

GAVIN NEWSOM, et al.,

*Defendants-Appellees.*

_____

*Appeal from a Decision of the United States District Court for the Northern District of California,*
*No. 5:20-cv-08241-EJD · Honorable Edward J. Davila*

## EXCERPTS OF RECORD
## VOLUME 8 OF 17 – Pages 1752 to 1979

SHARONROSE CANNISTRACI, ESQ.
CANNISTRACI LAW FIRM
236 North Santa Cruz Avenue, Suite 217
Los Gatos, California 95030
(480) 307-5662 Telephone

MARLIS D. MCALLISTER, ESQ.
MCALLISTER LAW GROUP
Post Office Box 756
Pine, Colorado 80470
(650) 346-3792 Telephone

KEVIN T. SNIDER, ESQ., *Counsel of Record*
EMILY C. MIMNAUGH, ESQ.
PACIFIC JUSTICE INSTITUTE
9851 Horn Road, Suite 115
Sacramento, California 95827
(916) 857-6900 Telephone

*Attorneys for Appellants Gateway City Church, Orchard Community Church*
*of Campbell, The Home Church, Inc., The Spectrum Church,*
*San Francisco Bay Area, Inc. and Trinity Bible Church*



COUNSEL PRESS · (213) 680-2300

PRINTED ON RECYCLED PAPER



(2 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 2 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 69 of 253

# EXHIBIT 6



# Transmission of SARS-CoV-2: implications for infection prevention precautions

## Scientific Brief

9 July 2020

This document is an update to the scientific brief published on 29 March 2020 entitled "Modes of transmission of virus causing COVID-19: implications for infection prevention and control (IPC) precaution recommendations" and includes new scientific evidence available on transmission of SARS-CoV-2, the virus that causes COVID-19.

## Overview

This scientific brief provides an overview of the modes of transmission of SARS-CoV-2, what is known about when infected people transmit the virus, and the implications for infection prevention and control precautions within and outside health facilities. This scientific brief is not a systematic review. Rather, it reflects the consolidation of rapid reviews of publications in peer-reviewed journals and of non-peer-reviewed manuscripts on pre-print servers, undertaken by WHO and partners. Preprint findings should be interpreted with caution in the absence of peer review. This brief is also informed by several discussions via teleconferences with the WHO Health Emergencies Programme ad hoc Experts Advisory Panel for IPC Preparedness, Readiness and Response to COVID-19, the WHO ad hoc COVID-19 IPC Guidance Development Group (COVID-19 IPC GDG), and by review of external experts with relevant technical backgrounds.

The overarching aim of the global Strategic Preparedness and Response Plan for COVID-19*(1)* is to control COVID-19 by suppressing transmission of the virus and preventing associated illness and death. Current evidence suggests that SARS-CoV-2, the virus that causes COVID-19, is predominantly spread from person-to-person. Understanding how, when and in what types of settings SARS-CoV-2 spreads is critical to develop effective public health and infection prevention and control measures to break chains of transmission.

# Modes of transmission

This section briefly describes possible modes of transmission for SARS-CoV-2, including contact, droplet, airborne, fomite, fecal-oral, bloodborne, mother-to-child, and animal-to-human transmission. Infection with SARS-CoV-2 primarily causes respiratory illness ranging from mild disease to severe disease and death, and some people infected with the virus never develop symptoms.

## Contact and droplet transmission

Transmission of SARS-CoV-2 can occur through direct, indirect, or close contact with infected people through infected secretions such as saliva and respiratory secretions or their respiratory droplets, which are expelled when an infected person coughs, sneezes, talks or sings.(2-10) Respiratory droplets are >5-10 µm in diameter whereas droplets $\leq$5µm in diameter are referred to as droplet nuclei or aerosols.(11) Respiratory droplet transmission can occur when a person is in close contact (within 1 metre) with an infected person who has respiratory symptoms (e.g. coughing or sneezing) or who is talking or singing; in these circumstances, respiratory droplets that include virus can reach the mouth, nose or eyes of a susceptible person and can result in infection. Indirect contact transmission involving contact of a susceptible host with a contaminated object or surface (fomite transmission) may also be possible (see below).

## Airborne transmission

Airborne transmission is defined as the spread of an infectious agent caused by the dissemination of droplet nuclei (aerosols) that remain infectious when suspended in air over long distances and time. (11) Airborne transmission of SARS-CoV-2 can occur  during medical procedures that generate aerosols ("aerosol generating procedures").(12) WHO, together with the scientific community, has been actively discussing and evaluating whether SARS-CoV-2 may also spread through aerosols in the absence of aerosol generating procedures, particularly in indoor settings with poor ventilation.

1755

The physics of exhaled air and flow physics have generated hypotheses about possible mechanisms of SARS-CoV-2 transmission through aerosols.*(13-16)* These theories suggest that 1) a number of respiratory droplets generate microscopic aerosols (<5 μm) by evaporating, and 2) normal breathing and talking results in exhaled aerosols. Thus, a susceptible person could inhale aerosols, and could become infected if the aerosols contain the virus in sufficient quantity to cause infection within the recipient. However, the proportion of exhaled droplet nuclei or of respiratory droplets that evaporate to generate aerosols, and the infectious dose of viable SARS-CoV-2 required to cause infection in another person are not known, but it has been studied for other respiratory viruses.*(17)*

One experimental study quantified the amount of droplets of various sizes that remain airborne during normal speech. However, the authors acknowledge that this relies on the independent action hypothesis, which has not been validated for humans and SARS-CoV-2.*(18)* Another recent experimental model found that healthy individuals can produce aerosols through coughing and talking *(19)*, and another model suggested high variability between individuals in terms of particle emission rates during speech, with increased rates correlated with increased amplitude of vocalization.*(20)* To date, transmission of SARS-CoV-2 by this type of aerosol route has not been demonstrated; much more research is needed given the possible implications of such route of transmission.

Experimental studies have generated aerosols of infectious samples using high-powered jet nebulizers under controlled laboratory conditions. These studies found SARS-CoV-2 virus RNA in air samples within aerosols for up to 3 hours in one study *(21)* and 16 hours in another, which also found viable replication-competent virus.*(22)* These findings were from experimentally induced aerosols that do not reflect normal human cough conditions.

Some studies conducted in health care settings where symptomatic COVID-19 patients were cared for, but where aerosol generating procedures were not performed, reported the presence of SARS-CoV-2 RNA in air samples *(23-28)*, while other similar investigations in both health care and non-health care settings found no presence of SARS-CoV-2 RNA;  no studies have found viable virus in air samples.*(29-36)* Within samples where SARS-CoV-2 RNA was found, the quantity of RNA detected was in extremely low numbers in large volumes of air and one study that found SARS-CoV-2 RNA in air samples reported inability to identify viable virus. *(25)* The detection of RNA using reverse transcription polymerase chain reaction (RT-PCR)-based assays is not necessarily indicative of replication- and infection-competent (viable) virus that could be transmissible and capable of causing infection.*(37)*

1756

Recent clinical reports of health workers exposed to COVID-19 index cases, not in the presence of aerosol-generating procedures, found no nosocomial transmission when contact and droplet precautions were appropriately used, including the wearing of medical masks as a component of the personal protective equipment (PPE). (38, 39)  These observations  suggest that aerosol transmission did not occur in this context. Further studies are needed to determine whether it is possible to detect viable SARS-CoV-2 in air samples from settings where no procedures that generate aerosols are performed and what role aerosols might play in transmission.

Outside of medical facilities, some outbreak reports related to indoor crowded spaces (40) have suggested the possibility of aerosol transmission, combined with droplet transmission, for example, during choir practice (7), in restaurants (41) or in fitness classes.(42) In these events, short-range aerosol transmission, particularly in specific indoor locations, such as crowded and inadequately ventilated spaces over a prolonged period of time with infected persons cannot be ruled out. However, the detailed investigations of these clusters suggest that droplet and fomite transmission could also explain human-to-human transmission within these clusters. Further, the close contact environments of these clusters may have facilitated transmission from a small number of cases to many other people (e.g., superspreading event), especially if hand hygiene was not performed and masks were not used when physical distancing was not maintained.(43)

## Fomite transmission

Respiratory secretions or droplets expelled by infected individuals can contaminate surfaces and objects, creating fomites (contaminated surfaces). Viable SARS-CoV-2 virus and/or RNA detected by RT-PCR can be found on those surfaces for periods ranging from hours to days, depending on the ambient environment (including temperature and humidity) and the type of surface, in particular at high concentration in health care facilities where COVID-19 patients were being treated.(21, 23, 24, 26, 28, 31-33, 36, 44, 45) Therefore, transmission may also occur indirectly through touching surfaces in the immediate environment or objects contaminated with virus from an infected person (e.g. stethoscope or thermometer), followed by touching the mouth, nose, or eyes.

Despite consistent evidence as to SARS-CoV-2 contamination of surfaces and the survival of the virus on certain surfaces, there are no specific reports which have directly demonstrated fomite transmission. People who come into contact with potentially infectious surfaces often also have close contact with the infectious person, making the distinction between respiratory droplet and fomite transmission difficult to discern. However, fomite transmission is considered a likely mode of

Transmission of SARS-CoV-2: implications for infection prevention precautions Page 5 of 21

Case 5:20-cv-08241-EJD   Document 52-9, Page 7 of 228   Page 5 of 21
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 74 of 253

(7 of 228)

transmission for SARS-CoV-2, given consistent findings about environmental contamination in the vicinity of infected cases and the fact that other coronaviruses and respiratory viruses can transmit this way.

## Other modes of transmission

SARS-CoV-2 RNA has also been detected in other biological samples, including the urine and feces of some patients.(46-50)One study found viable SARS-CoV-2 in the urine of one patient.(51)Three studies have cultured SARS-CoV-2 from stool specimens. (48, 52, 53)  To date, however, there have been no published reports of transmission of SARS-CoV-2 through feces or urine.

Some studies have reported detection of SARS-CoV-2 RNA, in either plasma or serum, and the virus can replicate in blood cells. However, the role of bloodborne transmission remains uncertain; and low viral titers in plasma and serum suggest that the risk of transmission through this route may be low.(48, 54) Currently, there is no evidence for intrauterine transmission of SARS-CoV-2 from infected pregnant women to their fetuses, although data remain limited. WHO has recently published a scientific brief on breastfeeding and COVID-19.(55) This brief explains that viral RNA fragments have been found by RT-PCR testing in a few breast milk samples of mothers infected with SARS-CoV-2, but studies investigating whether the virus could be isolated, have found no viable virus. Transmission of SARS-CoV-2 from mother to child would necessitate replicative and infectious virus in breast milk being able to reach target sites in the infant and also to overcome infant defense systems. WHO recommends that mothers with suspected or confirmed COVID-19 should be encouraged to initiate or continue to breastfeed.(55)

Evidence to date shows that SARS-CoV-2 is most closely related to known betacoronaviruses in bats; the role of an intermediate host in facilitating transmission in the earliest known human cases remains unclear.(56, 57) In addition to investigations on the possible intermediate host(s) of SARS-CoV-2, there are also a number of studies underway to better understand susceptibility of SARS-CoV-2 in different animal species. Current evidence suggests that humans infected with SARS-CoV-2 can infect other mammals, including dogs(58), cats(59), and farmed mink.(60) However, it remains unclear if these infected mammals pose a significant risk for transmission to humans.

# When do people infected with SARS-CoV-2 infect others?

Transmission of SARS-CoV-2: implications for infection prevention precautions       Page 6 of 21

(8 of 228)
Case 5:20-cv-08241-EJD   Document 52-9, Page 8 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 75 of 253

Knowing when an infected person can spread SARS-CoV-2 is just as important as how the virus spreads (described above). WHO has recently published a scientific brief outlining what is known about when a person may be able to spread, based on the severity of their illness.*(61)*

In brief, evidence suggests that SARS-CoV-2 RNA can be detected in people 1-3 days before their symptom onset, with the highest viral loads, as measured by RT-PCR, observed around the day of symptom onset, followed by a gradual decline over time.*(47, 62-65)* The duration of RT-PCR positivity generally appears to be 1-2 weeks for asymptomatic persons, and up to 3 weeks or more for patients with mild to moderate disease.*(62, 65-68)* In patients with severe COVID-19 disease, it can be much longer.*(47)*

Detection of viral RNA does not necessarily mean that a person is infectious and able to transmit the virus to another person. Studies using viral culture of patient samples to assess the presence of infectious SARS-CoV-2 are currently limited. *(61)* Briefly, viable virus has been isolated from an asymptomatic case,*(69)* from patients with mild to moderate disease up to 8-9 days after symptom onset, and for longer from severely ill patients.*(61)* Full details about the duration of viral shedding can be found in the WHO guidance document on "Criteria for releasing COVID-19 patients from isolation". *(61)* Additional studies are needed to determine the duration of viable virus shedding among infected patients.

## SARS-CoV-2 infected persons who have symptoms can infect others primarily through droplets and close contact

SARS-CoV-2 transmission appears to mainly be spread via droplets and close contact with infected symptomatic cases.  In an analysis of 75,465 COVID-19 cases in China, 78-85% of clusters occurred within household settings, suggesting that transmission occurs during close and prolonged contact.*(6)*  A study of the first patients in the Republic of Korea showed that 9 of 13 secondary cases occurred among household contacts.*(70)* Outside of the household setting, those who had close physical contact, shared meals, or were in enclosed spaces for approximately one hour or more with symptomatic cases, such as in places of worship, gyms, or the workplace, were also at increased risk of infection.*(7, 42, 71, 72)* Other reports have supported this with similar findings of secondary transmission within families in other countries.*(73, 74)*

## SARS-CoV-2 infected persons without symptoms can also infect others

Early data from China suggested that people without symptoms could infect others.(6) To better understand the role of transmission from infected people without symptoms, it is important to distinguish between transmission from people who are infected who never develop symptoms(75) (asymptomatic transmission) and transmission from people who are infected but have not developed symptoms yet (pre-symptomatic transmission). This distinction is important when developing public health strategies to control transmission.

The extent of truly asymptomatic infection in the community remains unknown. The proportion of people whose infection is asymptomatic likely varies with age due to the increasing prevalence of underlying conditions in older age groups (and thus increasing risk of developing severe disease with increasing age), and studies that show that children are less likely to show clinical symptoms compared to adults.(76) Early studies from the United States (77) and China (78) reported that many cases were asymptomatic, based on the lack of symptoms at the time of testing; however, 75-100% of these people later developed symptoms. A recent systematic review estimated that the proportion of truly asymptomatic cases ranges from 6% to 41%, with a pooled estimate of 16% (12%–20%). (79) However, all studies included in this systematic review have important limitations.(79) For example, some studies did not clearly describe how they followed up with persons who were asymptomatic at the time of testing to ascertain if they ever developed symptoms, and others defined "asymptomatic" very narrowly as persons who never developed fever or respiratory symptoms, rather than as those who did not develop any symptoms at all.(76, 80) A recent study from China that clearly and appropriately defined asymptomatic infections suggests that the proportion of infected people who never developed symptoms was 23%.(81)

Multiple studies have shown that people infect others before they themselves became ill, (10, 42, 69, 82, 83) which is supported by available viral shedding data (see above). One study of transmission in Singapore reported that 6.4% of secondary cases resulted from pre-symptomatic transmission.(73) One modelling study, that inferred the date of transmission based on the estimated serial interval and incubation period, estimated that up to 44% (25-69%) of transmission may have occurred just before symptoms appeared.(62) It remains unclear why the magnitude of estimates from modelling studies differs from available empirical data.

Transmission from infected people without symptoms is difficult to study. However, information can be gathered from detailed contact tracing efforts, as well as epidemiologic investigations among cases and contacts. Information from contact tracing efforts reported to WHO by Member States, available transmission studies and a recent pre-print systematic reviews suggests that individuals without symptoms are less likely to transmit the virus than those who develop symptoms.(10, 81, 84,

85) Four individual studies from Brunei, Guangzhou China, Taiwan China and the Republic of Korea found that between 0% and 2.2% of people with asymptomatic infection infected anyone else, compared to 0.8%-15.4% of people with symptoms.(10, 72, 86, 87)

## Remaining questions related to transmission

Many unanswered questions about transmission of SARS-CoV-2 remain, and research seeking to answer those questions is ongoing and is encouraged. Current evidence suggests that SARS-CoV-2 is primarily transmitted between people via respiratory droplets and contact routes – although aerosolization in medical settings where aerosol generating procedures are used is also another possible mode of transmission - and that transmission of COVID-19 is occurring from people who are pre-symptomatic or symptomatic to others in close contact (direct physical or face-to-face contact with a probable or confirmed case within one meter and for prolonged periods of time), when not wearing appropriate PPE. Transmission can also occur from people who are infected and remain asymptomatic, but the extent to which this occurs is not fully understood and requires further research as an urgent priority. The role and extent of airborne transmission outside of health care facilities, and in particular in close settings with poor ventilation, also requires further study.

As research continues, we expect to gain a better understanding about the relative importance of different transmission routes, including through droplets, physical contact and fomites; the role of airborne transmission in the absence of aerosol generating procedures; the dose of virus required for transmission to occur, the characteristics of people and situations that facilitate superspreading events such as those observed in various closed settings, the proportion of infected people who remain asymptomatic throughout the course of their infection; the proportion of truly asymptomatic persons who transmit the virus to others;  the specific factors that drive asymptomatic and pre-symptomatic transmission; and the proportion of all infections that are transmitted from asymptomatic and pre-symptomatic individuals.

# Implications for preventing transmission

Understanding how, when and in which settings infected people transmit the virus is important for developing and implementing control measures to break chains of transmission. While there is a great deal of scientific studies becoming available, all studies that investigate transmission should be interpreted bearing in mind the context and settings in which they took place, including the infection prevention interventions in place, the rigor of the methods used in the investigation and the limitations and biases of the study designs.

It is clear from available evidence and experience, that limiting close contact between infected people and others is central to breaking chains of transmission of the virus causing COVID-19. The prevention of transmission is best achieved by identifying suspect cases as quickly as possible, testing, and isolating infectious cases. (88, 89) In addition, it is critical to identify all close contacts of infected people (88) so that they can be quarantined (90) to limit onward spread and break chains of transmission. By quarantining close contacts, potential secondary cases will already be separated from others before they develop symptoms or they start shedding virus if they are infected, thus preventing the opportunity for further onward spread. The incubation period of COVID-19, which is the time between exposure to the virus and symptom onset, is on average 5-6 days, but can be as long as 14 days. (82, 91) Thus, quarantine should be in place for 14 days from the last exposure to a confirmed case. If it is not possible for a contact to quarantine in a separate living space, self-quarantine for 14 days at home is required; those in self-quarantine may require support during the use of physical distancing measures to prevent the spread of the virus.

Given that infected people without symptoms can transmit the virus, it is also prudent to encourage the use of fabric face masks in public places where there is community transmission[1] and where other prevention measures, such as physical distancing, are not possible.(12) Fabric masks, if made and worn properly, can serve as a barrier to droplets expelled from the wearer into the air and environment.(12) However, masks must be used as part of a comprehensive package of preventive measures, which includes frequent hand hygiene, physical distancing when possible, respiratory etiquette, environmental cleaning and disinfection. Recommended precautions also include avoiding indoor crowded gatherings as much as possible, in particular when physical distancing is not feasible, and ensuring good environmental ventilation in any closed setting. (92, 93)

Within health care facilities, including long term care facilities, based on the evidence and the advice by the COVID-19 IPC GDG, WHO continues to recommend droplet and contact precautions when caring for COVID-19 patients and airborne precautions when and where aerosol generating procedures are performed. WHO also recommends standard or transmission-based precautions for other patients using an approach guided by risk assessment.(94) These recommendations are consistent with other national and international guidelines, including those developed by the European Society of Intensive Care Medicine and Society of Critical Care Medicine (95) and by the Infectious Diseases Society of America. (96)

Furthermore, in areas with COVID-19 community transmission, WHO advises that health workers and caregivers working in clinical areas should continuously wear a medical mask during all routine activities throughout the entire shift.(12) In settings where aerosol-generating procedures are performed, they should wear an N95, FFP2 or FFP3 respirator. Other countries and organizations, including the United States Centers for Diseases Control and Prevention (97) and the European

1762

Centre for Disease Prevention and Control *(98)* recommend airborne precautions for any situation involving the care of COVID-19 patients. However, they also consider the use of medical masks as an acceptable option in case of shortages of respirators.

WHO guidance also emphasizes the importance of administrative and engineering controls in health care settings, as well as rational and appropriate use of all PPE *(99)* and training for staff on these recommendations (IPC for Novel Coronavirus [COVID-19] Course. Geneva; World Health Organization 2020, available at (https://openwho.org/courses/COVID-19-IPC-EN).  WHO has also provided guidance on safe workplaces. *(92)*

# Key points of the brief

## Main findings

- Understanding how, when and in what types of settings SARS-CoV-2 spreads between people is critical to develop effective public health and infection prevention measures to break chains of transmission.
- Current evidence suggests that transmission of SARS-CoV-2 occurs primarily between people through direct, indirect, or close contact with infected people through infected secretions such as saliva and respiratory secretions, or through their respiratory droplets, which are expelled when an infected person coughs, sneezes, talks or sings.
- Airborne transmission of the virus can occur in health care settings where specific medical procedures, called aerosol generating procedures, generate very small droplets called aerosols. Some outbreak reports related to indoor crowded spaces have suggested the possibility of aerosol transmission, combined with droplet transmission, for example, during choir practice, in restaurants or in fitness classes.
- Respiratory droplets from infected individuals can also land on objects, creating fomites (contaminated surfaces). As environmental contamination has been documented by many reports, it is likely that people can also be infected by touching these surfaces and touching their eyes, nose or mouth before cleaning their hands.
- Based on what we currently know, transmission of COVID-19 is primarily occurring from people when they have symptoms, and can also occur just before they develop symptoms, when they are in close proximity to others for prolonged periods of time. While someone who never develops symptoms can also pass the virus to others, it is still not clear to what extent this occurs and more research is needed in this area.
- Urgent high-quality research is needed to elucidate the relative importance of different transmission routes; the role of airborne transmission in the absence of aerosol generating procedures; the dose of virus required for transmission to occur; the settings and risk factors for superspreading events; and the extent of asymptomatic and pre-symptomatic transmission.

# How to prevent transmission

The overarching aim of the Strategic Preparedness and Response Plan for COVID-19*(1)* is to control COVID-19 by suppressing transmission of the virus and preventing associated illness and death. To the best of our understanding, the virus is primarily spread through contact and respiratory droplets. Under some circumstances airborne transmission may occur (such as when aerosol generating procedures are conducted in health care settings or potentially, in indoor crowded poorly ventilated settings elsewhere).  More studies are urgently needed to investigate such instances and assess their actual significance for transmission of COVID-19.

To prevent transmission, WHO recommends a comprehensive set of measures including:

- Identify suspect cases as quickly as possible, test, and isolate all cases (infected people) in appropriate facilities;
- Identify and quarantine all close contacts of infected people and test those who develop symptoms so that they can be isolated if they are infected and require care;
- Use fabric <u>masks</u> in specific situations, for example, in public places where there is community transmission and where other prevention measures, such as physical distancing, are not possible;
- Use of contact and droplet precautions by health workers caring for suspected and confirmed COVID-19 patients, and use of airborne precautions when aerosol generating procedures are performed;
- Continuous use of a medical mask by health workers and caregivers working in all clinical areas, during all routine activities throughout the entire shift;
- At all times, practice frequent hand hygiene, physical distancing from others when possible, and respiratory etiquette; avoid crowded places, close-contact settings and confined and enclosed spaces with poor ventilation; wear fabric masks when in closed, overcrowded spaces to protect others; and ensure good environmental ventilation in all closed settings and appropriate environmental cleaning and disinfection.

WHO carefully monitors the emerging evidence about this critical topic and will update this scientific brief as more information becomes available.

[1]Defined by WHO as "experiencing larger outbreaks of local transmission defined through an assessment of factors including, but not limited to: large numbers of cases not linkable to transmission chains; large numbers of cases from sentinel surveillance; and/or multiple unrelated clusters in several areas of the country/territory/area" (<u>https://www.who.int/publications-detail/global-surveillance-for-covid-19-caused-by-human-infection-with-covid-19-virus-interim-guidance</u>)

# References

1. Operational planning guidance to support country preparedness and response. Geneva: World Health Organization; 2020 (available at https://www.who.int/publications/i/item/draft-operational-planning-guidance-for-un-country-teams).

2. Liu J, Liao X, Qian S, Yuan J, Wang F, Liu Y, et al. Community Transmission of Severe Acute Respiratory Syndrome Coronavirus 2, Shenzhen, China, 2020. Emerg Infect Dis. 2020;26:1320-3.

3. Chan JF-W, Yuan S, Kok K-H, To KK-W, Chu H, Yang J, et al. A familial cluster of pneumonia associated with the 2019 novel coronavirus indicating person-to-person transmission: a study of a family cluster. Lancet. 2020;395 14-23.

4. Huang C, Wang Y, Li X, Ren L, Zhao J, Hu Y, et al. Clinical features of patients infected with 2019 novel coronavirus in Wuhan, China. Lancet. 2020;395:497-506.

5. Burke RM, Midgley CM, Dratch A, Fenstersheib M, Haupt T, Holshue M, et al. Active Monitoring of Persons Exposed to Patients with Confirmed COVID-19 — United States, January–February 2020. MMWR Morb Mortal Wkly Rep. 2020;69(:245-6.

6. Report of the WHO-China Joint Mission on Coronavirus Disease 2019 (COVID-19) 16-24 February 2020. Geneva: World Health Organization; 2020 (available at https://www.who.int/docs/default-source/coronaviruse/who-china-joint-mission-on-covid-19-final-report.pdf).

7. Hamner L, Dubbel P, Capron I, Ross A, Jordan A, Lee J, et al. High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice — Skagit County, Washington, March 2020. MMWR Morb Mortal Wkly Rep. 2020;69:606-10.

8. Ghinai I, McPherson TD, Hunter JC, Kirking HL, Christiansen D, Joshi K, et al. First known person-to-person transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in the USA. Lancet. 2020;395:1137-44.

9. Pung R, Chiew CJ, Young BE, Chin S, Chen MIC, Clapham HE, et al. Investigation of three clusters of COVID-19 in Singapore: implications for surveillance and response measures. Lancet. 2020;395:1039-46.

10. Luo L, Liu D, Liao X, Wu X, Jing Q, Zheng J, et al. Modes of contact and risk of transmission in COVID-19 among close contacts (pre-print). MedRxiv. 2020 doi:10.1101/2020.03.24.20042606.

1765

11. Infection Prevention and Control of Epidemic-and Pandemic-prone Acute Respiratory Infections in Health Care. Geneva: World Health Organization; 2014 (available at https://apps.who.int/iris/bitstream/handle/10665/112656/9789241507134_eng.pdf;jsessionid=41AA684 sequence=1).

12. Advice on the use of masks in the context of COVID-19. Interim guidance. Geneva: World Health Organization; 2020 (available at https://www.who.int/publications/i/item/advice-on-the-use-of-masks-in-the-community-during-home-care-and-in-healthcare-settings-in-the-context-of-the-novel-coronavirus-(2019-ncov)-outbreak).

13. Mittal R, Ni R, Seo J-H. The flow physics of COVID-19. J Fluid Mech. 2020;894.

14. Bourouiba L. Turbulent Gas Clouds and Respiratory Pathogen Emissions: Potential Implications for Reducing Transmission of COVID-19. JAMA. 2020;323(18):1837-1838..

15. Asadi S, Bouvier N, Wexler AS, Ristenpart WD. The coronavirus pandemic and aerosols: Does COVID-19 transmit via expiratory particles? Aerosol Sci Technol. 2020;54:635-8.

16. Morawska L, Cao J. Airborne transmission of SARS-CoV-2: The world should face the reality. Environ Int. 2020;139:105730.

17. Gralton J Tovey TR, McLaws M-L, Rawlinson WD. Respiratory Virus RNA is detectable in airborne and droplet particles. J Med Virol. 2013;85:2151-9.

18. Stadnytskyi V, Bax CE, Bax A, Anfinrud P. The airborne lifetime of small speech droplets and their potential importance in SARS-CoV-2 transmission. Proc Ntl Acad Sci. 2020;117:11875-7.

19. Somsen GA, van Rijn C, Kooij S, Bem RA, Bonn D. Small droplet aerosols in poorly ventilated spaces and SARS-CoV-2 transmission. Lancet Respir Med. 2020:S2213260020302459.

20. Asadi S, Wexler AS, Cappa CD, Barreda S, Bouvier NM, Ristenpart WD. Aerosol emission and superemission during human speech increase with voice loudness. Sci Rep. 2019;9:2348.

21. Van Doremalen N, Bushmaker T, Morris DH, Holbrook MG, Gamble A, Williamson BN, et al. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1. N Engl J Med. 2020;382:1564-7.

22. Fears AC, Klimstra WB, Duprex P, Weaver SC, Plante JA, Aguilar PV, et al. Persistence of Severe Acute Respiratory Syndrome Coronavirus 2 in Aerosol Suspensions. Emerg Infect Dis 2020;26(9).

1766

23. Chia PY, for the Singapore Novel Coronavirus Outbreak Research T, Coleman KK, Tan YK, Ong SWX, Gum M, et al. Detection of air and surface contamination by SARS-CoV-2 in hospital rooms of infected patients. Nat Comm. 2020;11(1).

24. Guo Z-D, Wang Z-Y, Zhang S-F, Li X, Li L, Li C, et al. Aerosol and Surface Distribution of Severe Acute Respiratory Syndrome Coronavirus 2 in Hospital Wards, Wuhan, China, 2020. Emerg Infect Dis. 2020;26(7).

25. Santarpia JL, Rivera DN, Herrera V, Morwitzer MJ, Creager H, Santarpia GW, et al. Transmission potential of SARS-CoV-2 in viral shedding observed at the University of Nebraska Medical Center (pre-print). MedRxiv. 2020 doi: 10.1101/2020.03.23.20039446.

26. Zhou J, Otter J, Price JR, Cimpeanu C, Garcia DM, Kinross J, et al. Investigating SARS-CoV-2 surface and air contamination in an acute healthcare setting during the peak of the COVID-19 pandemic in London (pre-print). MedRxiv. 2020 doi: 10.1101/2020.05.24.20110346.

27. Liu Y, Ning Z, Chen Y, Guo M, Liu Y, Gali NK, et al. Aerodynamic analysis of SARS-CoV-2 in two Wuhan hospitals. Nature. 2020;582:557-60.

28. Ma J, Qi X, Chen H, Li X, Zhan Z, Wang H, et al. Exhaled breath is a significant source of SARS-CoV-2 emission (pre-print). MedRxiv. 2020 doi: 10.1101/2020.05.31.20115154.

29. Faridi S, Niazi S, Sadeghi K, Naddafi K, Yavarian J, Shamsipour M, et al. A field indoor air measurement of SARS-CoV-2 in the patient rooms of the largest hospital in Iran. Sci Total Environ. 2020;725:138401.

30. Cheng VC-C, Wong S-C, Chan VW-M, So SY-C, Chen JH-K, Yip CC-Y, et al. Air and environmental sampling for SARS-CoV-2 around hospitalized patients with coronavirus disease 2019 (COVID-19). Infect Control Hosp Epidemiol. 2020:1-32.

31. Ong SWX, Tan YK, Chia PY, Lee TH, Ng OT, Wong MSY, et al. Air, Surface Environmental, and Personal Protective Equipment Contamination by Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) From a Symptomatic Patient. JAMA. 2020 323(16):1610-1612.

32. Taskforce for the COVID-19 Cruise Ship Outbreak, Yamagishi T. Environmental sampling for severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) during a coronavirus disease (COVID-19) outbreak aboard a commercial cruise ship (pre-print). MedRxiv. 2020.

33. Döhla M, Wilbring G, Schulte B, Kümmerer BM, Diegmann C, Sib E, et al. SARS-CoV-2 in environmental samples of quarantined households (pre-print). MedRxiv. 2020 doi: 10.1101/2020.05.02.20088567.

34. Wu S, Wang Y, Jin X, Tian J, Liu J, Mao Y. Environmental contamination by SARS-CoV-2 in a designated hospital for coronavirus disease 2019. Am J Infect Control. 2020;S0196-6553(20) 30275-3.

35. Ding Z, Qian H, Xu B, Huang Y, Miao T, Yen H-L, et al. Toilets dominate environmental detection of SARS-CoV-2 virus in a hospital (pre-print). MedRxiv. 2020 doi: 10.1101/2020.04.03.20052175.

36. Cheng VCC, Wong SC, Chen JHK, Yip CCY, Chuang VWM, Tsang OTY, et al. Escalating infection control response to the rapidly evolving epidemiology of the coronavirus disease 2019 (COVID-19) due to SARS-CoV-2 in Hong Kong. Infect Control Hosp Epidemiol. 2020;41:493-8.

37. Bullard J, Dust K, Funk D, Strong JE, Alexander D, Garnett L, et al. Predicting infectious SARS-CoV-2 from diagnostic samples. Clin Infect Dis. 2020:ciaa638.

38. Durante-Mangoni E, Andini R, Bertolino L, Mele F, Bernardo M, Grimaldi M, et al. Low rate of severe acute respiratory syndrome coronavirus 2 spread among health-care personnel using ordinary personal protection equipment in a medium-incidence setting. Clin Microbiol Infect. 2020:S1198743X20302706.

39. Wong SCY, Kwong RTS, Wu TC, Chan JWM, Chu MY, Lee SY, et al. Risk of nosocomial transmission of coronavirus disease 2019: an experience in a general ward setting in Hong Kong. J Hosp Infect. 2020;105(2):119-27.

40. Leclerc QJ, Fuller NM, Knight LE, Funk S, Knight GM, Group CC-W. What settings have been linked to SARS-CoV-2 transmission clusters? Wellcome Open Res. 2020;5(83):83.

41. Lu J, Gu J, Li K, Xu C, Su W, Lai Z, et al. Early Release-COVID-19 Outbreak Associated with Air Conditioning in Restaurant, Guangzhou, China, 2020. Emerg Infect Dis. 2020;26(7):1628-1631.

42. Jang S, Han SH, Rhee J-Y. Cluster of Coronavirus Disease Associated with Fitness Dance Classes, South Korea. Emerg Infect Dis. 2020;26(8).

43. Adam D, Wu P, Wong J, Lau E, Tsang T, Cauchemez S, et al. Clustering and superspreading potential of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infections in Hong Kong (pre-print). Research Square. 2020. doi: 10.21203/rs.3.rs-29548/v1

44. Matson MJ, Yinda CK, Seifert SN, Bushmaker T, Fischer RJ, van Doremalen N, et al. Effect of Environmental Conditions on SARS-CoV-2 Stability in Human Nasal Mucus and Sputum. Emerg Infect Dis. 2020;26(9).

1768

45. Pastorino B, Touret F, Gilles M, de Lamballerie X, Charrel RN. Prolonged Infectivity of SARS-CoV-2 in Fomites. Emerg Infect Dis. 2020;26(9).

46. Guan WJ, Ni ZY, Hu Y, Liang WH, Ou CQ, He JX, et al. Clinical Characteristics of Coronavirus Disease 2019 in China. New Engl J Med. 2020;382:1708-1720.

47. Pan Y, Zhang D, Yang P, Poon LLM, Wang Q. Viral load of SARS-CoV-2 in clinical samples. Lancet Infect Dis. 2020;20(4):411-2.

48. Wang W, Xu Y, Gao R, Lu R, Han K, Wu G, et al. Detection of SARS-CoV-2 in Different Types of Clinical Specimens. JAMA. 2020;323(18):1843-1844.

49. Wu Y, Guo C, Tang L, Hong Z, Zhou J, Dong X, et al. Prolonged presence of SARS-CoV-2 viral RNA in faecal samples. Lancet Gastroenterol Hepatol. 2020;5(5):434-5.

50. Zheng S, Fan J, Yu F, Feng B, Lou B, Zou Q, et al. Viral load dynamics and disease severity in patients infected with SARS-CoV-2 in Zhejiang province, China, January-March 2020: retrospective cohort study. BMJ. 2020:m1443.

51. Sun J, Zhu A, Li H, Zheng K, Zhuang Z, Chen Z, et al. Isolation of infectious SARS-CoV-2 from urine of a COVID-19 patient. Emerg Microbes Infect. 2020;9:991-3.

52. Xiao F, Sun J, Xu Y, Li F, Huang X, Li H, et al. Infectious SARS-CoV-2 in Feces of Patient with Severe COVID-19. Emerg Infect Dis. 2020;26(8).

53. Zhang Y, Chen C, Zhu S, Shu C, Wang D, Song J, et al. Isolation of 2019-nCoV from a stool specimen of a laboratory-confirmed case of the coronavirus disease 2019 (COVID-19). China CDC Weekly. 2020;2:123-4.

54. Chang L, Zhao L, Gong H, Wang L, Wang L. Severe Acute Respiratory Syndrome Coronavirus 2 RNA Detected in Blood Donations. Emerg Infect Dis. 2020;26:1631-3.

55. Breastfeeding and COVID-19. Geneva: World Health Organization; 2020 (avaialble at https://www.who.int/news-room/commentaries/detail/breastfeeding-and-covid-19).

56. Andersen KG, Rambaut A, Lipkin WI, Holmes EC, Garry RF. The proximal origin of SARS-CoV-2. Nat Med. 2020;26(4):450-2.

57. Zhou P, Yang X-L, Wang X-G, Hu B, Zhang L, Zhang W, et al. A pneumonia outbreak associated with a new coronavirus of probable bat origin. Nature. 2020;579(7798):270-3.

58. Sit TH, Brackman CJ, Ip SM, Tam KW, Law PY, To EM, et al. Infection of dogs with SARS-

1769

CoV-2. Nature. 2020:1-6.

59. Newman A. First Reported Cases of SARS-CoV-2 Infection in Companion Animals—New York, March–April 2020. MMWR Morbid Mortal Wkly Rep. 2020; 69(23):710–713.

60. Oreshkova N, Molenaar R-J, Vreman S, Harders F, Munnink BBO, Honing RWH-v, et al. SARS-CoV2 infection in farmed mink, Netherlands, April 2020 (pre-print). BioRxiv. 2020 doi: 10.1101/2020.05.18.101493.

61. Criteria for releasing COVID-19 patients from isolation Geneva: World Health Organization; 2020 (available at https://www.who.int/news-room/commentaries/detail/criteria-for-releasing-covid-19-patients-from-isolation )

62. He X, Lau EH, Wu P, Deng X, Wang J, Hao X, et al. Temporal dynamics in viral shedding and transmissibility of COVID-19. Nat Med. 2020;26(5):672-5.

63. Zou L, Ruan F, Huang M, Liang L, Huang H, Hong Z, et al. SARS-CoV-2 viral load in upper respiratory specimens of infected patients. New Engl J Med. 2020;382(12):1177-9.

64. To KK-W, Tsang OT-Y, Leung W-S, Tam AR, Wu T-C, Lung DC, et al. Temporal profiles of viral load in posterior oropharyngeal saliva samples and serum antibody responses during infection by SARS-CoV-2: an observational cohort study. Lancet Infect Dis. 2020;20(5):P565-74.

65. Wölfel R, Corman VM, Guggemos W, Seilmaier M, Zange S, Müller MA, et al. Virological assessment of hospitalized patients with COVID-2019. Nature. 2020;581(7809):465-9.

66. Zhou R, Li F, Chen F, Liu H, Zheng J, Lei C, et al. Viral dynamics in asymptomatic patients with COVID-19. Int J Infect Dis. 2020;96:288-90.

67. Xu K, Chen Y, Yuan J, Yi P, Ding C, Wu W, et al. Factors associated with prolonged viral RNA shedding in patients with COVID-19. Clin Infect Dis. 2020;ciaa351.

68. Qi L, Yang Y, Jiang D, Tu C, Wan L, Chen X, et al. Factors associated with duration of viral shedding in adults with COVID-19 outside of Wuhan, China: A retrospective cohort study. Int J Infect Dis. 2020;10.1016/j.ijid.2020.05.045.

69. Arons MM, Hatfield KM, Reddy SC, Kimball A, James A, Jacobs JR, et al. Presymptomatic SARS-CoV-2 Infections and Transmission in a Skilled Nursing Facility. New Engl J Med. 2020;382 (22):2081-90.

1770

70. COVID-19 National Emergency Response Center, Epidemiology and Case Management Team, Korea Centers for Disease Control and Prevention. Coronavirus Disease-19: Summary of 2,370 Contact Investigations of the First 30 Cases in the Republic of Korea. Osong Public Health Research Perspectives. 2020;11:81-4.

71. James A, Eagle L, Phillips C, Hedges DS, Bodenhamer C, Brown R, et al. High COVID-19 Attack Rate Among Attendees at Events at a Church - Arkansas, March 2020. MMWR Morb Mortal Wkly Rep. 2020;69:632-5.

72. Park SY, Kim Y-M, Yi S, Lee S, Na B-J, Kim CB, et al. Coronavirus Disease Outbreak in Call Center, South Korea. Emerg Infect Dis. 2020;26(8).

73. Wei WE, Li Z, Chiew CJ, Yong SE, Toh MP, Lee VJ. Presymptomatic Transmission of SARS-CoV-2 - Singapore, January 23-March 16, 2020. MMWR Morb Mortal Wkly Rep. 2020;69(14):411-5.

74. Qian G, Yang N, Ma AHY, Wang L, Li G, Chen X, et al. COVID-19 Transmission Within a Family Cluster by Presymptomatic Carriers in China. Clin Infect Dis. 2020;ciaa316.

75. WHO Coronavirus disease 2019 (COVID-19) Situation Report-73. Geneva: World Health Organization; 2020 (available at https://apps.who.int/iris/handle/10665/331686).

76. Davies N, Klepac P, Liu Y, Prem K, Jit M, CCMID COVID-19 Working Group, et al. Age-dependent effects in the transmission and control of COVID-19 epidemics. Nat Med. 2020; 10.1038/s41591-020-0962-9.

77. Kimball A, Hatfield KM, Arons M, James A, Taylor J, Spicer K, et al. Asymptomatic and presymptomatic SARS-CoV-2 infections in residents of a long-term care skilled nursing facility—King County, Washington, March 2020. MMWR Surveill Summ. 2020;69(13):377.

78. Wang Y, Liu Y, Liu L, Wang X, Luo N, Ling L. Clinical outcome of 55 asymptomatic cases at the time of hospital admission infected with SARS-Coronavirus-2 in Shenzhen, China. J Infect Dis. 2020;221(11):1770-1774..

79. Byambasuren O, Cardona M, Bell K, Clark J, McLaws M-L, Glasziou P. Estimating the Extent of True Asymptomatic COVID-19 and Its Potential for Community Transmission: Systematic Review and Meta-Analysis (pre-print). MedRxiv. 2020 doi: 10.1101/2020.05.10.20097543.

80. Sakurai A, Sasaki T, Kato S, Hayashi M, Tsuzuki S-I, Ishihara T, et al. Natural history of asymptomatic SARS-CoV-2 infection. N Engl J Med. 2020;10.1056/NEJMc2013020.

81. Wang Y, Tong J, Qin Y, Xie T, Li J, Li J, et al. Characterization of an asymptomatic cohort of

SARS-COV-2 infected individuals outside of Wuhan, China. Clin Infect Dis. 2020;ciaa629.

82. Yu P, Zhu J, Zhang Z, Han Y. A Familial Cluster of Infection Associated With the 2019 Novel Coronavirus Indicating Possible Person-to-Person Transmission During the Incubation Period. J Infect Dis. 2020;221(11):1757-61.

83. Tong Z-D, Tang A, Li K-F, Li P, Wang H-L, Yi J-P, et al. Potential Presymptomatic Transmission of SARS-CoV-2, Zhejiang Province, China, 2020. Emerg Infect Dis. 2020;26(5):1052-4.

84. Koh WC, Naing L, Rosledzana MA, Alikhan MF, Chaw L, Griffith M ea. What do we know about SARS-CoV-2 transmission? A systematic review and meta-analysis of the secondary attack rate, serial interval, and asymptomatic infection (pre-print). MedRxiv 2020 doi: 10.1101/2020.05.21.20108746.

85. Heneghan C, E S, Jefferson T. A systematic review of SARS-CoV-2 transmission Oxford, UK: The Centre for Evidence-Based Medicine; 2020 (available at https://www.cebm.net/study/covid-19-a-systematic-review-of-sars-cov-2-transmission/)

86. Cheng H-Y, Jian S-W, Liu D-P, Ng T-C, Huang W-T, Lin H-H, et al. Contact Tracing Assessment of COVID-19 Transmission Dynamics in Taiwan and Risk at Different Exposure Periods Before and After Symptom Onset. JAMA Intern Med. 2020;e202020.

87. Chaw L, Koh WC, Jamaludin SA, Naing L, Alikhan MF, Wong J. SARS-CoV-2 transmission in different settings: Analysis of cases and close contacts from the Tablighi cluster in Brunei Darussalam (pre-print). MedRxiv. 2020 doi: 10.1101/2020.05.04.20090043.

88. Considerations in the investigation of cases and clusters of COVID-19: interim guidance, 2 April 2020. Geneva: World Health Organization; 2020 (available at https://www.who.int/publications/i/item/considerations-in-the-investigation-of-cases-and-clusters-of-covid-19).

89. Global surveillance for COVID-19 caused by human infection with COVID-19 virus: interim guidance, 20 March 2020. Geneva: World Health Organization; 2020 (available at https://www.who.int/publications/i/item/global-surveillance-for-covid-19-caused-by-human-infection-with-covid-19-virus-interim-guidance).

90. Considerations for quarantine of individuals in the context of containment for coronavirus disease (COVID-19): interim guidance, 19 March 2020. Geneva: World Health Organization; 2020 (available at https://www.who.int/publications/i/item/considerations-for-quarantine-of-individuals-in-the-context-of-containment-for-coronavirus-disease-(covid-19)).

91. Lauer SA, Grantz KH, Bi Q, Jones FK, Zheng Q, Meredith HR, et al. The Incubation Period of Coronavirus Disease 2019 (COVID-19) From Publicly Reported Confirmed Cases: Estimation and Application. Ann Int Med. 2020;172:577-82.

92. Considerations for public health and social measures in the workplace in the context of COVID-19: annex to considerations in adjusting public health and social measures in the context of COVID-19, 10 May 2020. Geneva: World Health Organization; 2020 (available at https://www.who.int/publications/i/item/considerations-for-public-health-and-social-measures-in-the-workplace-in-the-context-of-covid-19).

93. Key planning recommendations for mass gatherings in the context of the current COVID-19 outbreak: interim guidance, 29 May 2020. Geneva: World Health Organization; 2020 (available at https://www.who.int/publications/i/item/10665-332235 ).

94. Infection prevention and control during health care when COVID-19 is suspected: interim guidance, 29 June 2020. Geneva: World Health Organization; 2020 (available at https://www.who.int/publications/i/item/WHO-2019-nCoV-IPC-2020.4).

95. Alhazzani W, Møller MH, Arabi YM, Loeb M, Gong MN, Fan E, et al. Surviving Sepsis Campaign: Guidelines on the Management of Critically Ill Adults with Coronavirus Disease 2019 (COVID-19). Crit Care Med. 2020;48(6):e440-e69.

96. Lynch JB, Davitkov P, Anderson DJ, Bhimraj A, Cheng VC-C, Guzman-Cottrill J, et al. Infectious Diseases Society of America Guidelines on Infection Prevention for Health Care Personnel Caring for Patients with Suspected or Known COVID-19. J Glob Health Sci. 2020.

97. United States Centers for Disease Control and Prevention. Interim infection prevention and control recommendations for patients with suspected or confirmed coronavirus disease 2019 (COVID-19) in healthcare settings. Coronavirus Disease 2019 (COVID-19). 2020 (available at https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control-recommendations.html).

98. European Centre for Disease Prevention and Control. Infection prevention and control and preparedness for COVID-19 in healthcare settings - fourth update. 2020 (available at . https://www.ecdc.europa.eu/sites/default/files/documents/Infection-prevention-and-control-in-healthcare-settings-COVID-19_4th_update.pdf).

99. Rational use of personal protective equipment for coronavirus disease (COVID-19): interim guidance, 6 April 2020. Geneva: World Health Organization; 2020 (available at https://www.who.int/publications/i/item/rational-use-of-personal-protective-equipment-for-coronavirus-disease-(covid-19)-and-considerations-during-severe-shortages).

WHO continues to monitor the situation closely for any changes that may affect this scientific brief. Should any factors change, WHO will issue a further update. Otherwise, this scientific brief document will expire 2 years after the date of publication.

# Want to read more?

**Subscribe to newsletter →**

(24 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 24 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 91 of 253

# EXHIBIT 7



Customized job opportunities direct to your inbox!

NEJM
CareerCenter

SIGN UP

The NEW ENGLAND
JOURNAL of MEDICINE

**Editor's Note:** This editorial was published on April 24, 2020, at NEJM.org.

EDITORIAL

# Asymptomatic Transmission, the Achilles' Heel of Current Strategies to Control Covid-19

Monica Gandhi, M.D., M.P.H., Deborah S. Yokoe, M.D., M.P.H., and Diane V. Havlir, M.D.

May 28, 2020
N Engl J Med 2020; 382:2158-2160
DOI: 10.1056/NEJMe2009758
Chinese Translation 中文翻译

**Article**

Metrics

10 References
94 Citing Articles
Letters
Related Articles

## Article ⌃

TRADITIONAL INFECTION-CONTROL AND PUBLIC HEALTH STRATEGIES RELY HEAVILY ON EARLY detection of disease to contain spread. When Covid-19 burst onto the global scene, public health officials initially deployed interventions that were used to control severe acute respiratory syndrome (SARS) in 2003, including symptom-based case detection and subsequent testing to guide isolation and quarantine. This initial approach was justified by the many similarities between SARS-CoV-1 and SARS-CoV-2, including high genetic relatedness, transmission primarily through respiratory droplets,

and the frequency of lower respiratory symptoms (fever, cough, and shortness of breath) with both infections developing a median of 5 days after exposure. However, despite the deployment of similar control interventions, the trajectories of the two epidemics have veered in dramatically different directions. Within 8 months, SARS was controlled after SARS-CoV-1 had infected approximately 8100 persons in limited geographic areas. Within 5 months, SARS-CoV-2 has infected more than 2.6 million people and continues to spread rapidly around the world.

What explains these differences in transmission and spread? A key factor in the transmissibility of Covid-19 is the high level of SARS-CoV-2 shedding in the upper respiratory tract,[1] even among presymptomatic patients, which distinguishes it from SARS-CoV-1, where replication occurs mainly in the lower respiratory tract.[2] Viral loads with SARS-CoV-1, which are associated with symptom onset, peak a median of 5 days later than viral loads with SARS-CoV-2, which makes symptom-based detection of infection more effective in the case of SARS CoV-1.[3] With influenza, persons with asymptomatic disease generally have lower quantitative viral loads in secretions from the upper respiratory tract than from the lower respiratory tract and a shorter duration of viral shedding than persons with symptoms,[4] which decreases the risk of transmission from paucisymptomatic persons (i.e., those with few symptoms).

**Sign up for the Weekly Table of Contents email.**

Each week, receive an email with links to the articles published in the current week's issue of the *New England Journal of Medicine.*

SIGN UP

Arons et al. now report in the *Journal* an outbreak of Covid-19 in a skilled nursing facility in Washington State where a health care provider who was working while symptomatic tested positive for infection with SARS-CoV-2 on March 1, 2020.[5] Residents of the facility were then offered two facility-wide point-prevalence screenings for SARS-CoV-2 by real-time reverse-transcriptase polymerase chain reaction (rRT-PCR) of nasopharyngeal swabs on March 13 and March 19–20, along with collection of information on symptoms the residents recalled having had over the preceding 14 days. Symptoms were classified into typical (fever, cough, and shortness of breath), atypical, and none. Among 76 residents in the point-prevalence surveys, 48 (63%) had positive rRT-PCR results, with 27 (56%) essentially asymptomatic, although symptoms subsequently developed in 24 of these residents (within a median of 4 days) and they were reclassified as presymptomatic. Quantitative SARS-CoV-2 viral loads were similarly high in the four symptom groups (residents with typical symptoms, those with atypical symptoms, those who were presymptomatic, and those who remained asymptomatic). It is notable that 17 of 24 specimens (71%) from presymptomatic persons had viable virus by culture 1 to 6 days before the development of symptoms. Finally, the mortality from Covid-19 in this facility was high; of 57 residents who tested positive, 15 (26%) died.

(27 of 228)

Asymptomatic Transmission, the Achilles' Heel of Current Strategies to Control Covid-19
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 94 of 253

An important finding of this report is that more than half the residents of this skilled nursing facility (27 of 48) who had positive tests were asymptomatic at testing. Moreover, live coronavirus clearly sheds at high concentrations from the nasal cavity even before symptom development. Although the investigators were not able to retrospectively elucidate specific person-to-person transmission events and although symptom ascertainment may be unreliable in a group in which more than half the residents had cognitive impairment, these results indicate that asymptomatic persons are playing a major role in the transmission of SARS-CoV-2. Symptom-based screening alone failed to detect a high proportion of infectious cases and was not enough to control transmission in this setting. The high mortality (>25%) argues that we need to change our current approach for skilled nursing facilities in order to protect vulnerable, enclosed populations until other preventive measures, such as a vaccine or chemoprophylaxis, are available.

A new approach that expands Covid-19 testing to include asymptomatic persons residing or working in skilled nursing facilities needs to be implemented now. Despite "lockdowns" in these facilities, coronavirus outbreaks continue to spread, with 1 in 10 nursing homes in the United States (>1300 skilled nursing facilities) now reporting cases, with the likelihood of thousands of deaths.[6] Mass testing of the residents in skilled nursing facilities will allow appropriate isolation of infected residents so that they can be cared for and quarantine of exposed residents to minimize the risk of spread. Mass testing in these facilities could also allow cohorting[7] and some resumption of group activities in a nonoutbreak setting. Routine rRT-PCR testing in addition to symptomatic screening of new residents before entry, conservative guidelines for discontinuation of isolation,[7] and periodic retesting of long-term residents, as well as both periodic rRT-PCR screening and surgical masking of all staff, are important concomitant measures.

There are approximately 1.3 million Americans currently residing in nursing homes.[8] Although this recommendation for mass testing in skilled nursing facilities could be initially rolled out in geographic areas with high rates of community Covid-19 transmission, an argument can be made to extend this recommendation to all U.S.-based skilled nursing facilities now because case ascertainment is uneven and incomplete and because of the devastating consequences of outbreaks. Immediately enforceable alternatives to mass testing in skilled nursing facilities are few. The public health director of Los Angeles has recommended that families remove their loved ones from nursing homes,[9] a measure that is not feasible for many families.

Asymptomatic transmission of SARS-CoV-2 is the Achilles' heel of Covid-19 pandemic control through the public health strategies we have currently deployed. Symptom-based screening has utility, but epidemiologic evaluations of Covid-19 outbreaks within skilled nursing facilities such as the one described by Arons et al. strongly demonstrate that our current approaches are inadequate. This recommendation for SARS-CoV-2 testing of asymptomatic persons in skilled nursing facilities should most likely be expanded to other congregate living situations, such as prisons and jails (where outbreaks in the United States, whose incarceration rate is much higher than rates in other countries, are increasing), enclosed mental health facilities, and homeless shelters, and to hospitalized inpatients. Current U.S. testing capability must increase immediately for this strategy to be implemented.

Ultimately, the rapid spread of Covid-19 across the United States and the globe, the clear evidence of SARS-CoV-2 transmission from asymptomatic persons,[5] and the eventual need to relax current social distancing practices argue for broadened SARS-CoV-2 testing to include asymptomatic persons in prioritized settings. These factors also support the case for the general public to use face masks[10] when in crowded outdoor or indoor spaces. This unprecedented pandemic calls for unprecedented measures to achieve its ultimate defeat.

## Funding and Disclosures ⌄

Disclosure forms provided by the authors are available with the full text of this editorial at NEJM.org.

This editorial was published on April 24, 2020, at NEJM.org.

## Author Affiliations ⌄

From the Department of Medicine, University of California, San Francisco.

## Supplementary Material ⌄

Disclosure Forms                                    PDF            164KB

## References (10) ⌄

1.  Wölfel R, Corman VM, Guggemos W, et al. Virological assessment of hospitalized patients with COVID-2019. Nature 2020 April 1 (Epub ahead of print).
    Crossref    Web of Science    Medline    Google Scholar

2.  Cheng PK, Wong DA, Tong LK, et al. Viral shedding patterns of coronavirus in patients with probable severe acute respiratory syndrome. Lancet 2004;363:1699-1700.
    Crossref    Web of Science    Medline    Google Scholar

3.  To KK-W, Tsang OT-Y, Leung W-S, et al. Temporal profiles of viral load in posterior oropharyngeal saliva samples and serum antibody responses during infection by SARS-CoV-2: an observational cohort study. Lancet Infect Dis 2020 March 23 (Epub ahead of print).
    Crossref    Web of Science    Medline    Google Scholar

1779


**4.** Ip DKM, Lau LLH, Leung NHL, et al. Viral shedding and transmission potential of asymptomatic and paucisymptomatic influenza virus infections in the community. Clin Infect Dis 2017;64:736-742.

Web of Science   Medline   Google Scholar

**5.** Arons MM, Hatfield KM, Reddy SC, et al. Presymptomatic SARS-CoV-2 infections and transmission in a skilled nursing facility. N Engl J Med 2020;382:2081-2090.

Full Text   Google Scholar

**6.** Cenziper D, Jacobs J, Mulcahy S. Nearly 1 in 10 nursing homes nationwide report coronavirus cases. Washington Post. April 20, 2020 (https://www.washingtonpost.com/business/2020/04/20/nearly-one-10-nursing-homes-nationwide-report-coronavirus-outbreaks/).

Google Scholar

**7.** Centers for Disease Control and Prevention. Key strategies to prepare for COVID-19 in long-term care facilities (LTCFs): updated interim guidance. April 15, 2020 (https://www.cdc.gov/coronavirus/2019-ncov/hcp/long-term-care.html).

Google Scholar

**8.** Centers for Disease Control and Prevention. Nursing home care. March 11, 2016 (https://www.cdc.gov/nchs/fastats/nursing-home-care.htm).

Google Scholar

**9.** Dolan J, Hamilton M. Consider pulling residents from nursing homes over coronavirus, says county health director. Los Angeles Times. April 7, 2020 (https://www.latimes.com/california/story/2020-04-07/coronavirus-nursing-homes-residents-remove-la-county).

Google Scholar

**10.** Centers for Disease Control and Prevention. Use of cloth face coverings to help slow the spread of COVID-19. April 3, 2020 (https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover.html).

Google Scholar

Close References

# Citing Articles (94)   ⌄

Close Citing Articles

## Letters ⌄

Close Letters

**More about**  PULMONARY/CRITICAL CARE   GERIATRICS/AGING   INFECTIOUS DISEASE

VIRAL INFECTIONS   GLOBAL HEALTH   DIAGNOSTICS

**More from the week of May 28, 2020**   ←  →

| EDITORIAL | PERSPECTIVE | IMAGES IN CLINICAL MEDICINE | PE |
| --- | --- | --- | --- |
| Audio Interview: New Data on Remdesivir in Covid-19 | Blood Ties | Submucosal Cleft Palate | Ha |
| J. Rubin, L.R. Baden, and S. Morrissey | E.V. Hempel | O. Bargas | L. |



# Tap into groundbreaking research and clinically relevant insights

SUBSCRIBE

Already a subscriber? Sign In or Renew

(31 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 31 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 98 of 253

# EXHIBIT 8

1782

Morbidity and Mortality Weekly Report

# Presymptomatic Transmission of SARS-CoV-2 — Singapore, January 23–March 16, 2020

Wycliffe E. Wei, MPH[1,2]; Zongbin Li, MBBS[1]; Calvin J. Chiew, MPH[1]; Sarah E. Yong, MMed[1]; Matthias P. Toh, MMed[2,3]; Vernon J. Lee, PhD[1,3]

*On April 1, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

Presymptomatic transmission of SARS-CoV-2, the virus that causes coronavirus disease 2019 (COVID-19), might pose challenges for disease control. The first case of COVID-19 in Singapore was detected on January 23, 2020, and by March 16, a total of 243 cases had been confirmed, including 157 locally acquired cases. Clinical and epidemiologic findings of all COVID-19 cases in Singapore through March 16 were reviewed to determine whether presymptomatic transmission might have occurred. Presymptomatic transmission was defined as the transmission of SARS-CoV-2 from an infected person (source patient) to a secondary patient before the source patient developed symptoms, as ascertained by exposure and symptom onset dates, with no evidence that the secondary patient had been exposed to anyone else with COVID-19. Seven COVID-19 epidemiologic clusters in which presymptomatic transmission likely occurred were identified, and 10 such cases within these clusters accounted for 6.4% of the 157 locally acquired cases. In the four clusters for which the date of exposure could be determined, presymptomatic transmission occurred 1–3 days before symptom onset in the presymptomatic source patient. To account for the possibility of presymptomatic transmission, officials developing contact tracing protocols should strongly consider including a period before symptom onset. Evidence of presymptomatic transmission of SARS-CoV-2 underscores the critical role social distancing, including avoidance of congregate settings, plays in controlling the COVID-19 pandemic.

Early detection and isolation of symptomatic COVID-19 patients and tracing of close contacts is an important disease containment strategy; however, the existence of presymptomatic or asymptomatic transmission would present difficult challenges to contact tracing. Such transmission modes have not been definitively documented for COVID-19, although cases of presymptomatic and asymptomatic transmissions have been reported in China (*1,2*) and possibly occurred in a nursing facility in King County, Washington (*3*). Examination of serial intervals (i.e., the number of days between symptom onsets in a primary case and a secondary case) in China suggested that 12.6% of transmission was presymptomatic (*2*). COVID-19 cases in Singapore were reviewed to determine whether presymptomatic transmission occurred among COVID-19 clusters.

The surveillance and case detection methods employed in Singapore have been described (*4*). Briefly, all medical practitioners were required by law to notify Singapore's Ministry of Health of suspected and confirmed cases of COVID-19. The definition of a suspected case was based on the presence of respiratory symptoms and an exposure history. Suspected cases were tested, and a confirmed case was defined as a positive test for SARS-CoV-2, using laboratory-based polymerase chain reaction or serologic assays (*5*). All cases in this report were confirmed by polymerase chain reaction only. Asymptomatic persons were not routinely tested, but such testing was performed for persons in groups considered to be at especially high risk for infection, such as evacuees on flights from Wuhan, China (*6*), or families that experienced high attack rates.

Patients with confirmed COVID-19 were interviewed to obtain information about their clinical symptoms and activity history during the 2 weeks preceding symptom onset to ascertain possible sources of infection. Contact tracing examined the time from symptom onset until the time the patient was successfully isolated to identify contacts who had interactions with the patient. All contacts were monitored daily for their health status, and those who developed symptoms were tested as part of active case finding.

Clinical and epidemiologic data for all 243 reported COVID-19 cases in Singapore during January 23–March 16 were reviewed. Clinical histories were examined to identify symptoms before, during, and after the first positive SARS-CoV-2 test.

Records of cases that were epidemiologically linked (clusters) were reviewed to identify instances of likely presymptomatic transmission. Such clusters had clear contact between a source patient and a patient infected by the source (a secondary patient), had no other likely explanations for infection, and had the source patient's date of symptom onset occurring after the date of exposure to the secondary patient who was subsequently infected. Symptoms considered in the review included respiratory, gastrointestinal (e.g., diarrhea), and constitutional symptoms. In addition, the source patient's exposure had to be strongly attributed epidemiologically to transmission from another source. This reduced the likelihood that an unknown source was involved in the cases in the cluster.

1783

**(33 of 228)**

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 33 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 100 of 253

Morbidity and Mortality Weekly Report

**Summary**

**What is already known about this topic?**

Preliminary evidence indicates the occurrence of presymptomatic transmission of SARS-CoV-2, based on reports of individual cases in China.

**What is added by this report?**

Investigation of all 243 cases of COVID-19 reported in Singapore during January 23–March 16 identified seven clusters of cases in which presymptomatic transmission is the most likely explanation for the occurrence of secondary cases.

**What are the implications for public health practice?**

The possibility of presymptomatic transmission increases the challenges of containment measures. Public health officials conducting contact tracing should strongly consider including a period before symptom onset to account for the possibility of presymptomatic transmission. The potential for presymptomatic transmission underscores the importance of social distancing, including the avoidance of congregate settings, to reduce COVID-19 spread.

## Seven Clusters of COVID-19 Cases Suggesting Presymptomatic Transmission

Investigation of COVID-19 cases in Singapore identified seven clusters (clusters A–G) in which presymptomatic transmission likely occurred. These clusters occurred during January 19–March 12, and involved from two to five patients each (Figure). Ten of the cases within these clusters were attributed to presymptomatic transmission and accounted for 6.4% of the 157 locally acquired cases reported as of March 16.

**Cluster A.** A woman aged 55 years (patient A1) and a man aged 56 years (patient A2) were tourists from Wuhan, China, who arrived in Singapore on January 19. They visited a local church the same day and had symptom onset on January 22 (patient A1) and January 24 (patient A2). Three other persons, a man aged 53 years (patient A3), a woman aged 39 years (patient A4), and a woman aged 52 years (patient A5) attended the same church that day and subsequently developed symptoms on January 23, January 30, and February 3, respectively. Patient A5 occupied the same seat in the church that patients A1 and A2 had occupied earlier that day (captured by closed-circuit camera) (5). Investigations of other attendees did not reveal any other symptomatic persons who attended the church that day.

**Cluster B.** A woman aged 54 years (patient B1) attended a dinner event on February 15 where she was exposed to a patient with confirmed COVID-19. On February 24, patient B1 and a woman aged 63 years (patient B2) attended the same singing class. Two days later (February 26), patient B1 developed symptoms; patient B2 developed symptoms on February 29.

**Cluster C.** A woman aged 53 years (patient C1) was exposed to a patient with confirmed COVID-19 on February 26 and likely passed the infection to her husband, aged 59 years (patient C2) during her presymptomatic period; both patients developed symptoms on March 5.

**Cluster D.** A man aged 37 years (patient D1) traveled to the Philippines during February 23–March 2, where he was in contact with a patient with pneumonia who later died. Patient D1 likely transmitted the infection to his wife (patient D2), aged 35 years, during his presymptomatic period. Both patients developed symptoms on March 8.

**Cluster E.** A man aged 32 years (patient E1) traveled to Japan during February 29–March 8, where he was likely infected, and subsequently transmitted the infection to his housemate, a woman aged 27 years (patient E2), before he developed symptoms. Both developed symptoms on March 11.

**Cluster F.** A woman aged 58 years (patient F1) attended a singing class on February 27, where she was exposed to a patient with confirmed COVID-19. She attended a church service on March 1, where she likely infected a woman aged 26 years (patient F2) and a man aged 29 years (patient F3), both of whom sat one row behind her. Patient F1 developed symptoms on March 3, and patients F2 and F3 developed symptoms on March 3 and March 5, respectively.

**Cluster G.** A man aged 63 years (patient G1) traveled to Indonesia during March 3–7. He met a woman aged 36 years (patient G2) on March 8 and likely transmitted SARS-CoV-2 to her; he developed symptoms on March 9, and patient G2 developed symptoms on March 12.

Investigation of these clusters did not identify other patients who could have transmitted COVID-19 to the persons infected. In four clusters (A, B, F, and G), presymptomatic transmission exposure occurred 1–3 days before the source patient developed symptoms. For the remaining three clusters (C, D, and E), the exact timing of transmission exposure could not be ascertained because the persons lived together, and exposure was continual.

## Discussion

This investigation identified seven clusters of COVID-19 in Singapore in which presymptomatic transmission likely occurred. Among the 243 cases of COVID-19 reported in Singapore as of March 16, 157 were locally acquired; 10 of the 157 (6.4%) locally acquired cases are included in these clusters and were attributed to presymptomatic transmission. These findings are supported by other studies that suggest that presymptomatic transmission of COVID-19 can occur (1–3). An examination of transmission events among cases in Chinese patients outside of Hubei province, China, suggested that

1784

Morbidity and Mortality Weekly Report

FIGURE. Seven COVID-19 clusters with evidence of likely presymptomatic SARS-CoV-2 transmission from source patients to secondary patients — Singapore, January 19–March 12, 2020

1785

Morbidity and Mortality Weekly Report

FIGURE. (*Continued*) Seven COVID-19 clusters with evidence of likely presymptomatic SARS-CoV-2 transmission from source patients to secondary patients — Singapore, January 19–March 12, 2020



12.6% of transmissions could have occurred before symptom onset in the source patient (*3*).

Presymptomatic transmission might occur through generation of respiratory droplets or possibly through indirect transmission. Speech and other vocal activities such as singing have been shown to generate air particles, with the rate of emission corresponding to voice loudness (*7*). News outlets have reported that during a choir practice in Washington on March 10, presymptomatic transmission likely played a role in SARS-CoV-2 transmission to approximately 40 of 60 choir members.*

---

*https://www.latimes.com/world-nation/story/2020-03-29/coronavirus-choir-outbreak.

Environmental contamination with SARS-CoV-2 has been documented (*8*), and the possibility of indirect transmission through fomites by presymptomatic persons is also a concern. Objects might be contaminated directly by droplets or through contact with an infected person's contaminated hands and transmitted through nonrigorous hygiene practices.

The possibility of presymptomatic transmission of SARS-CoV-2 increases the challenges of COVID-19 containment measures, which are predicated on early detection and isolation of symptomatic persons. The magnitude of this impact is dependent upon the extent and duration of transmissibility while a patient is presymptomatic, which, to date, have

1786

Morbidity and Mortality Weekly Report

not been clearly established. In four clusters (A, B, F, and G), it was possible to determine that presymptomatic transmission exposure occurred 1–3 days before the source patient developed symptoms. Such transmission has also been observed in other respiratory viruses such as influenza. However, transmissibility by presymptomatic persons requires further study.

The findings in this report are subject to at least three limitations. First, although these cases were carefully investigated, the possibility exists that an unknown source might have initiated the clusters described. Given that there was not widespread community transmission of COVID-19 in Singapore during the period of evaluation and while strong surveillance systems were in place to detect cases, presymptomatic transmission was estimated to be more likely than the occurrence of unidentified sources. Further, contact tracing undertaken during this period was extensive and would likely have detected other symptomatic cases. Second, recall bias could affect the accuracy of symptom onset dates reported by cases, especially if symptoms were mild, resulting in uncertainty about the duration of the presymptomatic period. Finally, because of the nature of detection and surveillance activities that focus on testing symptomatic persons, underdetection of asymptomatic illness is expected. Recall bias and interviewer bias (i.e., the expectation that some symptoms were present, no matter how mild), could have contributed to this.

The evidence of presymptomatic transmission in Singapore, in combination with evidence from other studies (9,10) supports the likelihood that viral shedding can occur in the absence of symptoms and before symptom onset. This study identified seven clusters of cases in which presymptomatic transmission of COVID-19 likely occurred; 10 (6.4%) of such cases included in these clusters were among the 157 locally acquired cases reported in Singapore as of March 16. Containment measures should account for the possibility of presymptomatic transmission by including the period before symptom onset when conducting contact tracing. These findings also suggest that to control the pandemic it might not be enough for only persons with symptoms to limit their contact with others because persons without symptoms might transmit infection. Finally, these findings underscore the importance of social distancing in the public health response to the COVID-19 pandemic, including the avoidance of congregate settings.

Corresponding author: Vernon J. Lee, Vernon_Lee@moh.gov.sg.

[1]Ministry of Health, Singapore; [2]National Centre for Infectious Diseases, Singapore; [3]Saw Swee Hock School of Public Health, Singapore.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. Qian G, Yang N, Ma AHY, et al. A COVID-19 Transmission within a family cluster by presymptomatic infectors in China. Clin Infect Dis 2020. Epub March 23, 2020. https://doi.org/10.1093/cid/ciaa316
2. Du Z, Xu X, Wu Y, Wang L, Cowling BJ, Meyers LA. Serial interval of COVID-19 among publicly reported confirmed cases. Emerg Infect Dis 2020. Epub March 19, 2020. https://doi.org/10.3201/eid2606.200357
3. Kimball A, Hatfield KM, Arons M, et al. Asymptomatic and presymptomatic SARS-CoV-2 infections in residents of a long-term care skilled nursing facility—King County, Washington, March 2020. MMWR Morb Mortal Wkly Rep 2020. Epub March 27, 2020. https://doi.org/10.15585/mmwr.mm6913e1
4. Ng Y, Li Z, Chua YX, et al. Evaluation of the effectiveness of surveillance and containment measures for the first 100 patients with COVID-19 in Singapore—January 2–February 29, 2020. MMWR Morb Mortal Wkly Rep 2020;69:307–11. https://doi.org/10.15585/mmwr.mm6911e1
5. Pung R, Chiew CJ, Young BE, et al.; Singapore 2019 Novel Coronavirus Outbreak Research Team. Investigation of three clusters of COVID-19 in Singapore: implications for surveillance and response measures. Lancet 2020;395:1039–46. https://doi.org/10.1016/S0140-6736(20)30528-6
6. Ng O-T, Marimuthu K, Chia P-Y, et al. SARS-CoV-2 infection among travelers returning from Wuhan, China. N Engl J Med 2020. Epub March 12, 2020. https://doi.org/10.1056/NEJMc2003100
7. Asadi S, Wexler AS, Cappa CD, Barreda S, Bouvier NM, Ristenpart WD. Aerosol emission and superemission during human speech increase with voice loudness. Sci Rep 2019;9:2348. https://doi.org/10.1038/s41598-019-38808-z
8. Ong SWX, Tan YK, Chia PY, et al. Air, surface environmental, and personal protective equipment contamination by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) from a symptomatic patient. JAMA 2020. Epub March 4, 2020. https://doi.org/10.1001/jama.2020.3227
9. Hu Z, Song C, Xu C, et al. Clinical characteristics of 24 asymptomatic infections with COVID-19 screened among close contacts in Nanjing, China. Sci China Life Sci 2020. Epub March 4, 2020. https://doi.org/10.1007/s11427-020-1661-4
10. Wang Y, Liu Y, Liu L, Wang X, Luo N, Ling L. Clinical outcome of 55 asymptomatic cases at the time of hospital admission infected with SARS-Coronavirus-2 in Shenzhen, China. J Infect Dis 2020. Epub March 17, 2020. https://doi.org/10.1093/infdis/jiaa119

1787

(37 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 37 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 104 of 253

# EXHIBIT 9

1788

(38 of 228)

Evidence Supporting Transmission of Severe Acute Respiratory Syndrome Coronavirus 2 While... Page 1 of 7
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 105 of 253



**Centers for Disease Control and Prevention**
CDC 24/7: Saving Lives, Protecting People™

ISSN: 1080-6059

Volume 26, Number 7—July 2020

*Online Report*

# Evidence Supporting Transmission of Severe Acute Respiratory Syndrome Coronavirus 2 While Presymptomatic or Asymptomatic

**On This Page**

Evidence Supporting Presymptomatic and Asymptomatic Transmission

Public Health Implications of Transmission While Asymptomatic

Science Questions to Inform Public Health Action

Suggested Citation

**Tables**

Table 1

Table 2

Table 3

**Podcast**

🎧 Listen to audio/Podcast

**Downloads**

Article 📄

RIS [TXT - 2 KB] 🗒

**Altmetric**

2157
**Metric Details**

**12** citations ↗ of this article
EID Journal Metrics on Scopus ↗

**Related Articles**

Differential Tropism of SARS-CoVs in Bat Cells

Exposure of African Green Monkeys to MERS-CoV

Detection of SARS-CoV-2 in Hemodialysis Effluent

More articles on Coronavirus, COVID-19

**Nathan W. Furukawa✉ , John T. Brooks, and Jeremy Sobel**
Author affiliations: Centers for Disease Control and Prevention, Atlanta, Georgia, USA
Suggested citation for this article

## Abstract

Recent epidemiologic, virologic, and modeling reports support the possibility of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) transmission from persons who are presymptomatic (SARS-CoV-2 detected before symptom onset) or asymptomatic (SARS-CoV-2 detected but symptoms never develop). SARS-CoV-2 transmission in the absence of symptoms reinforces the value of measures that prevent the spread of SARS-CoV-2 by infected persons who may not exhibit illness despite being infectious. Critical knowledge gaps include the relative incidence of asymptomatic and symptomatic SARS-CoV-2 infection, the public health interventions that prevent asymptomatic transmission, and the question of whether asymptomatic SARS-CoV-2 infection confers protective immunity.

As the coronavirus disease (COVID-19) pandemic caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) unfolds, an increasing number of reports have indicated that some infected persons may not exhibit signs or symptoms of illness, including persons who are presymptomatic (SARS-CoV-2 RNA is detectable before symptom onset) or asymptomatic (SARS-CoV-2 RNA is detectable but symptoms never develop) (*1–8*). The detection of SARS-CoV-2 RNA in presymptomatic or asymptomatic persons does not prove that they can transmit the virus to others. We describe evidence that supports the concept of transmission while presymptomatic and asymptomatic, which we found during a rapid literature review conducted at the Centers for Disease Control and Prevention (CDC) in early April 2020.

## Evidence Supporting Presymptomatic and Asymptomatic Transmission

We searched the literature in PubMed for articles that were published from January 1 through April 2, 2020, and pertained to presymptomatic or asymptomatic SARS-CoV-2 transmission. This search captured the literature until the time CDC made policy changes recommending community cloth face coverings and universal masking in healthcare facilities. We used combinations of the search terms SARS-CoV-2, COVID-19, asymptomatic, presymptomatic, and transmission. We included original articles, brief reports, and correspondences and excluded reviews, commentaries, opinions, and preprint manuscripts (with the exception of CDC-authored studies that were in review). We classified studies as reporting epidemiologic, virologic, or modeling evidence for presymptomatic or asymptomatic transmission of SARS-CoV-2.

### Epidemiologic Evidence

Most reports of presymptomatic (*9–12*), asymptomatic (*13–15*), or a combination of presymptomatic or asymptomatic SARS-CoV-2 transmission (*16,17*) were from China (Table 1). Presymptomatic or asymptomatic primary patients were typically exposed to SARS-CoV-2 during travel from Wuhan or another city in Hubei Province, China (*9–16*). One couple was exposed during a mass gathering in Shanghai for the Chinese Spring Festival (*17*). Reported cases of infected persons who transmitted the virus to others while presymptomatic or asymptomatic have occurred within families or households (*9–11,13–17*), during shared meals (*10,12*), or during visits with hospitalized family members (*9,13*). An inherent confounder to these reports from China is the inability to entirely rule out alternative SARS-CoV-2 exposure in the community early in the outbreak, when transmission in the community may have been undetected.

However, cases of presymptomatic transmission have been reported from other countries before widespread community transmission occurred. A report from Germany documented infection of a German businessman after exposure to a mildly symptomatic colleague visiting from China (*18*). Before becoming symptomatic, this businessman exposed 2 other colleagues who subsequently received a COVID-19 diagnosis but did not have contact with the primary patient from China

or any other known source. A report from Singapore described 7 COVID-19 clusters resulting from presymptomatic transmission; presymptomatic primary patients varied from persons with travel from high-incidence countries to persons exposed in the local community (*19*). All primary patients experienced distinct periods of initial exposure and presymptomatic close contact with secondary patients who had no other known exposure risks. The incubation periods for presymptomatic primary patients with distinct exposures ranged from 3 to 11 days; for presymptomatic primary patients with travel history to an area with active transmission, the time from last exposure to symptom onset ranged from $\geq 2$ to $\geq 9$ days.

## Virologic Evidence

Currently, SARS-CoV-2 infection is primarily diagnosed by detection of viral RNA via reverse transcription PCR (RT-PCR) or by viral culture and demonstration of cytopathic effect (*20*). Although RT-PCR identifies viral RNA and cannot determine whether infectious virus is present, infectiousness can be inferred from cycle threshold ($C_t$) values. The RT-PCR $C_t$ value represents the number of PCR cycles required to detect SARS-CoV-2 RNA; lower values indicate higher viral load and imply higher infectiousness (*20–22*). The exact RT-PCR $C_t$ values associated with the presence of infectious SARS-CoV-2 is unknown, but infectious virus has been isolated from a specimen with an RT-PCR $C_t$ of 34 (*23*).

Four reports documented the presence of SARS-CoV-2 RNA with lower $C_t$ values in samples collected from persons in whom symptoms of COVID-19 never developed (*24–27*) (Table 2). Two reports described specimens with low RT-PCR $C_t$ values among presymptomatic and asymptomatic residents of a nursing home identified as part of the same outbreak investigation (*23,28*). Among these reports, RT-PCR $C_t$ values for SARS-CoV-2 RNA in asymptomatically infected persons ranged from 14 to 40 (*23–27*). The study with data on presymptomatic infected patients reported an average RT-PCR $C_t$ value of 24 (range 15–38) (*23*). Two reports described culture of infectious virus from persons with asymptomatic (*24*) and presymptomatic (*23*) SARS-CoV-2 infection. Although these reports did not identify actual virus transmission while presymptomatic or asymptomatic, the low RT-PCR $C_t$ values (i.e., high viral load) and ability to isolate infectious SARS-CoV-2 provide plausible virologic evidence for SARS-CoV-2 transmission by persons not demonstrating symptoms.

## Modeling Evidence

Two studies used models to estimate the serial interval (time between symptom onset in a primary patient and the secondary patient) (*29,30*) (Table 3). They estimated the serial interval of COVID-19 to be 4 days, which is shorter than the estimated median incubation period for COVID-19 of 5 days (*31*). One report suggested that up to 13% of infections may be transmitted during the presymptomatic period of illness (*29*). These studies relied on reports of primary and secondary cases and may be limited by recall bias; secondary patients are more likely to remember proximal exposures, biasing results toward a shorter serial interval.

Two models attempted to estimate the number of infections caused by asymptomatic, presymptomatic, or mildly symptomatic infected persons (*30,32*). These models varied widely; 1 model suggested that up to half of infections were transmitted from infected persons who were presymptomatic (*33*), and another suggested that up to four fifths of infections were transmitted by persons with no symptoms or mild symptoms (*32*). Both models suggested that a large number of persons with asymptomatic or mildly symptomatic infections were not detected by the health system and that these persons meaningfully contributed to ongoing community transmission (*32,33*). Although models are highly dependent on the assumptions built into them, these models suggest that the speed and extent of SARS-CoV-2 transmission cannot be accounted for solely by transmission from symptomatic persons.

Each of the epidemiologic, virologic, and modeling studies described has limitations. However, in the aggregate, these diverse studies suggest that SARS-CoV-2 can be transmitted by persons with presymptomatic or asymptomatic infection, which may meaningfully contribute to the propagation of the COVID-19 pandemic. This literature summation was conducted to support changes in CDC recommendations to reduce the risk for asymptomatic transmission and was not a systematic review. These conclusions are drawn from the literature available at the time and may change, given the rapidly evolving nature of the evidence base for asymptomatic transmission.

Top

## Public Health Implications of Transmission While Asymptomatic

The existence of persons with asymptomatic SARS-CoV-2 infection who are capable of transmitting the virus to others has several implications. First, the case-fatality rate for COVID-19 may be lower than currently estimated ratios if asymptomatic SARS-CoV-2 infections are included (*34,35*). Second, transmission while asymptomatic reinforces the value of community interventions to slow the transmission of COVID-19. Knowing that asymptomatic transmission was a possibility, CDC recommended key interventions including physical distancing (*36*), use of cloth face coverings in public (*37*), and universal masking in healthcare facilities (*38*) to prevent SARS-CoV-2 transmission by asymptomatic and symptomatic persons with SARS-CoV-2 infection. Third, asymptomatic transmission enhances the need to scale up the capacity for widespread testing and thorough contact tracing to detect asymptomatic infections, interrupt undetected transmission chains, and further bend the curve downward.

Top

## Science Questions to Inform Public Health Action

The existence of SARS-CoV-2 transmission while infected persons are presymptomatic and asymptomatic raises 3 key questions that need to be answered to inform public health action. First, the incidence of asymptomatic compared with symptomatic SARS-CoV-2 infection needs to be determined. The extent of presymptomatic or asymptomatic SARS-CoV-2 infection may be clarified by studies using serial virologic data, serologic data, or a combination of both in observational cohorts or surveillance systems. If a substantial proportion of infections are asymptomatic, enhanced testing strategies may be needed to detect these persons. Second, given that a large proportion of infections probably result from transmission from asymptomatic or presymptomatic persons (*32,33,39*), the effectiveness of public health interventions aimed at reducing their infectiousness needs to be quantified. If the COVID-19 pandemic is found to be driven by undetected asymptomatic or mildly symptomatic SARS-CoV-2 infections, new innovations in disease detection and prevention (beyond exhaustive contact tracing, mass testing, and isolation of asymptomatic contacts) may be needed. Last, knowledge of SARS-CoV-2 immunity among persons with asymptomatic or mild SARS-CoV-2 infection is needed; specifically, whether full or partial immunity develops in these persons, how long protective immunity lasts, and if it is possible to be immune from reinfection but still asymptomatically transmit SARS-CoV-2 while in a carrier state. This information will be crucial for projecting the anticipated course of the pandemic and the potential for SARS-CoV-2 resurgence if immunity wanes (*40*). Information about immunity is also valuable for healthcare and other critical infrastructure workers for whom rates of exposure, and thereby asymptomatic infection, may be higher and who therefore warrant data-informed guidance on how to safely return to work. The answers to these questions will be crucial for guiding the gradual relaxing of community interventions, resuming the normal functions of society, and recovering from the COVID-19 pandemic.

Top

Dr. Furukawa is a CDC Epidemic Intelligence Service Officer in the CDC National Center for HIV/AIDS, Viral Hepatitis, STD, and TB Prevention, working on the CDC COVID-19 response clinical team. His research interests include HIV, sexually transmitted diseases, tuberculosis, hepatitis, and Ebola.

Top

## References

1. Wang  Y, Liu  Y, Liu  L, Wang  X, Luo  N, Ling  L. Clinical outcome of 55 asymptomatic cases at the time of hospital admission infected with SARS-Coronavirus-2 in Shenzhen, China. J Infect Dis. 2020;jiaa119; Epub ahead of print. DOI PubMed

2. Chan  JF, Yuan  S, Kok  KH, To  KK, Chu  H, Yang  J, et al. A familial cluster of pneumonia associated with the 2019 novel coronavirus indicating person-to-person transmission: a study of a family cluster. Lancet. 2020;395:514–23. DOI PubMed

3. Chang  L, Zhao  L, Gong  H, Wang  L, Wang  L. Severe acute respiratory syndrome coronavirus 2 RNA detected in blood donations. Emerg Infect Dis. 2020;26: Epub ahead of print. DOI ☑ PubMed ☑

4. Dong  Y, Mo  X, Hu  Y, Qi  X, Jiang  F, Jiang  Z, et al. Epidemiological characteristics of 2143 pediatric patients with 2019 coronavirus disease in China. Pediatrics. 2020; [Epub ahead of print]. DOI ☑

5. Mizumoto  K, Kagaya  K, Zarebski  A, Chowell  G. Estimating the asymptomatic proportion of coronavirus disease 2019 (COVID-19) cases on board the Diamond Princess cruise ship, Yokohama, Japan, 2020. Euro Surveill. 2020;25;25; Epub ahead of print. DOI ☑ PubMed ☑

6. Roxby  AC, Greninger  AL, Hatfield  KM, Lynch  JB, Dellit  TH, James  A, et al. Detection of SARS-CoV-2 among residents and staff members of an independent and assisted living community for older adults– Seattle, Washington, 2020. MMWR Morb Mortal Wkly Rep. 2020;69:416–8. DOI ☑ PubMed ☑

7. Tian  S, Hu  N, Lou  J, Chen  K, Kang  X, Xiang  Z, et al. Characteristics of COVID-19 infection in Beijing. J Infect. 2020;80:401–6. DOI ☑ PubMed ☑

8. Ng  O-T, Marimuthu  K, Chia  P-Y, Koh  V, Chiew  CJ, De Wang  L, et al. SARS-CoV-2 infection among travelers returning from Wuhan, China. N Engl J Med. 2020;382:1476–8. DOI ☑ PubMed ☑

9. Li  C, Ji  F, Wang  L, Wang  L, Hao  J, Dai  M, et al. Asymptomatic and human-to-human transmission of SARS-CoV-2 in a 2-family cluster, Xuzhou, China. Emerg Infect Dis. 2020 Mar 31 [Epub ahead of print].

10. Tong  ZD, Tang  A, Li  KF, Li  P, Wang  HL, Yi  JP, et al. Potential presymptomatic transmission of SARS-CoV-2, Zhejiang Province, China, 2020. Emerg Infect Dis. 2020;26:1052–4. DOI ☑ PubMed ☑

11. Yu  P, Zhu  J, Zhang  Z, Han  Y, Huang  L. A familial cluster of infection associated with the 2019 novel coronavirus indicating potential person-to-person transmission during the incubation period. J Infect Dis. 2020;jiaa077; Epub ahead of print. DOI ☑ PubMed ☑

12. Ye  F, Xu  S, Rong  Z, Xu  R, Liu  X, Deng  P, et al. Delivery of infection from asymptomatic carriers of COVID-19 in a familial cluster. Int J Infect Dis. 2020;94:133–8; Epub ahead of print. DOI ☑ PubMed ☑

13. Bai  Y, Yao  L, Wei  T, Tian  F, Jin  DY, Chen  L, et al. Presumed asymptomatic carrier transmission of COVID-19. JAMA. 2020;323:1406. DOI ☑ PubMed ☑

14. Hu  Z, Song  C, Xu  C, Jin  G, Chen  Y, Xu  X, et al. Clinical characteristics of 24 asymptomatic infections with COVID-19 screened among close contacts in Nanjing, China. Sci China Life Sci. 2020;63:706–11. DOI ☑ PubMed ☑

15. Zhang  J, Tian  S, Lou  J, Chen  Y. Familial cluster of COVID-19 infection from an asymptomatic. Crit Care. 2020;24:119. DOI ☑ PubMed ☑

16. Pan  X, Chen  D, Xia  Y, Wu  X, Li  T, Ou  X, et al. Asymptomatic cases in a family cluster with SARS-CoV-2 infection. Lancet Infect Dis. 2020;20:410–1. DOI ☑ PubMed ☑

17. Qian  G, Yang  N, Ma  AHY, Wang  L, Li  G, Chen  X, et al. A COVID-19 Transmission within a family cluster by presymptomatic infectors in China. Clin Infect Dis. 2020;ciaa316; Epub ahead of print. DOI ☑ PubMed ☑

18. Rothe  C, Schunk  M, Sothmann  P, Bretzel  G, Froeschl  G, Wallrauch  C, et al. Transmission of 2019-nCoV infection from an asymptomatic contact in Germany. N Engl J Med. 2020;382:970–1. DOI ☑ PubMed ☑

19. Wei  WE, Li  Z, Chiew  CJ, Yong  SE, Toh  MP, Lee  VJ. Presymptomatic Transmission of SARS-CoV-2 - Singapore, January 23-March 16, 2020. MMWR Morb Mortal Wkly Rep. 2020;69:411–5. DOI ☑ PubMed ☑

20. Loeffelholz  MJ, Tang  YW. Laboratory diagnosis of emerging human coronavirus infections - the state of the art. Emerg Microbes Infect. 2020;9:747–56. DOI ☑ PubMed ☑

21. Corman  VM, Landt  O, Kaiser  M, Molenkamp  R, Meijer  A, Chu  DKW, et al. Detection of 2019 novel coronavirus (2019-nCoV) by real-time RT-PCR. Euro Surveill. 2020;25;25; Epub ahead of print. DOI ☑ PubMed ☑

22. Wölfel  R, Corman  VM, Guggemos  W, Seilmaier  M, Zange  S, Müller  MA, et al. Virological assessment of hospitalized patients with COVID-2019. Nature. 2020; Epub ahead of print. DOI ☑ PubMed ☑

23. Arons  MM, Hatfield  KM, Reddy  SC, Kimball  A, James  A, Jacobs  JR, et al. Presymptomatic SARS-CoV-2 infections and transmission in a skilled nursing facility. N Engl J Med. 2020;NEJMoa2008457; Epub ahead of print. DOI ☑ PubMed ☑

24. Hoehl S, Rabenau H, Berger A, Kortenbusch M, Cinatl J, Bojkova D, et al. Evidence of SARS-CoV-2 infection in returning travelers from Wuhan, China. N Engl J Med. 2020;382:1278–80. DOI ⧉ PubMed ⧉

25. Kam KQ, Yung CF, Cui L, Lin Tzer Pin R, Mak TM, Maiwald M, et al. A well infant with coronavirus disease 2019 with high viral load. Clin Infect Dis. 2020;ciaa201; Epub ahead of print. DOI ⧉ PubMed ⧉

26. Le TQM, Takemura T, Moi ML, Nabeshima T, Nguyen LKH, Hoang VMP, et al. Severe acute respiratory syndrome coronavirus 2 shedding by travelers, Vietnam, 2020. Emerg Infect Dis. 2020;26: Epub ahead of print. DOI ⧉ PubMed ⧉

27. Zou L, Ruan F, Huang M, Liang L, Huang H, Hong Z, et al. SARS-CoV-2 viral load in upper respiratory specimens of infected patients. N Engl J Med. 2020;382:1177–9. DOI ⧉ PubMed ⧉

28. Kimball A, Hatfield KM, Arons M, James A, Taylor J, Spicer K, et al.; Public Health – Seattle & King County; CDC COVID-19 Investigation Team. Public Health – Seattle & King County; CDC COVID-19 Investigation Team. Asymptomatic and presymptomatic SARS-CoV-2 infections in residents of a long-term care skilled nursing facility—King County, Washington, March 2020. MMWR Morb Mortal Wkly Rep. 2020;69:377–81; Epub ahead of print. DOI ⧉ PubMed ⧉

29. Du Z, Xu X, Wu Y, Wang L, Cowling BJ, Meyers LA. Serial interval of COVID-19 among publicly reported confirmed cases. Emerg Infect Dis. 2020;26: Epub ahead of print. DOI ⧉ PubMed ⧉

30. Nishiura H, Linton NM, Akhmetzhanov AR. Serial interval of novel coronavirus (COVID-19) infections. Int J Infect Dis. 2020;93:284–6. DOI ⧉ PubMed ⧉

31. Lauer SA, Grantz KH, Bi Q, Jones FK, Zheng Q, Meredith HR, et al. The incubation period of coronavirus disease 2019 (COVID-19) from publicly reported confirmed cases: estimation and application. Ann Intern Med. 2020; Epub ahead of print. DOI ⧉ PubMed ⧉

32. Li R, Pei S, Chen B, Song Y, Zhang T, Yang W, et al. Substantial undocumented infection facilitates the rapid dissemination of novel coronavirus (SARS-CoV-2). Science. 2020;368:489–93; Epub ahead of print. DOI ⧉ PubMed ⧉

33. Ferretti L, Wymant C, Kendall M, Zhao L, Nurtay A, Abeler-Dörner L, et al. Quantifying SARS-CoV-2 transmission suggests epidemic control with digital contact tracing. Science. 2020;eabb6936; Epub ahead of print.

34. Verity R, Okell LC, Dorigatti I, Winskill P, Whittaker C, Imai N, et al. Estimates of the severity of coronavirus disease 2019: a model-based analysis. Lancet Infect Dis. 2020;S1473-3099(20)30243-7; Epub ahead of print. DOI ⧉ PubMed ⧉

35. Wu JT, Leung K, Bushman M, Kishore N, Niehus R, de Salazar PM, et al. Estimating clinical severity of COVID-19 from the transmission dynamics in Wuhan, China. Nat Med. 2020;26:506–10. DOI ⧉ PubMed ⧉

36. Lasry A, Kidder D, Hast M, Poovey J, Sunshine G, Winglee K, et al. Timing of community mitigation and changes in reported covid-19 and community mobility—four US metropolitan areas, February 26–April 1, 2020. MMWR Morb Mortal Wkly Rep. 2020 Apr 13 [Epub ahead of print].

37. Mahase E. Covid-19: What is the evidence for cloth masks? BMJ. 2020;369:m1422. DOI ⧉ PubMed ⧉

38. Klompas M, Morris CA, Sinclair J, Pearson M, Shenoy ES. Universal masking in hospitals in the COVID-19 era. N Engl J Med. 2020;NEJMp2006372; Epub ahead of print. DOI ⧉ PubMed ⧉

39. He X, Lau EHY, Wu P, Deng X, Wang J, Hao X, et al. Temporal dynamics in viral shedding and transmissibility of COVID-19. Nat Med. 2020; Epub ahead of print. DOI ⧉ PubMed ⧉

40. Kissler SM, Tedijanto C, Goldstein E, Grad YH, Lipsitch M. Projecting the transmission dynamics of SARS-CoV-2 through the postpandemic period. Science. 2020;eabb5793; Epub ahead of print.

Top

## Tables

Table 1. Summary of epidemiologic reports supporting transmission of severe acute respiratory syndrome coronavirus 2 while asymptomatic or presymptomatic

Table 2. Summary of virologic reports supporting transmission of severe acute respiratory syndrome coronavirus 2 while asymptomatic and presymptomatic

Table 3. Summary of modeling reports supporting transmission of severe acute respiratory syndrome coronavirus 2 while asymptomatic and presymptomatic

Top

*Suggested citation for this article*: Furukawa NW, Brooks JT, Sobel J. Evidence supporting transmission of severe acute respiratory syndrome coronavirus 2 while presymptomatic or asymptomatic. Emerg Infect Dis. 2020 Jul [*date cited*].
https://doi.org/10.3201/eid2607.201595

DOI: 10.3201/eid2607.201595

Original Publication Date: May 04, 2020

Table of Contents – Volume 26, Number 7—July 2020

---

Comments

Please use the form below to submit correspondence to the authors or contact them at the following address:

Address for correspondence: Nathan W. Furukawa, Centers for Disease Control and Prevention, 1600 Clifton Rd NE, Mailstop US8-4, Atlanta, GA 30329-4027, USA

**Return Address**

**Send To**

◉ Authors   ○ Editors

**Comments**

*10000 character(s) remaining.*

Send

---

Top

Page created: May 04, 2020
Page updated: June 18, 2020
Page reviewed: June 18, 2020

The conclusions, findings, and opinions expressed by authors contributing to this journal do not necessarily reflect the official position of the U.S. Department of Health and Human Services, the Public Health Service, the Centers for Disease Control and Prevention, or the authors' affiliated institutions. Use of trade names is for identification only and does not imply endorsement by any of the groups named above.

1795

(45 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 45 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 112 of 253

# EXHIBIT 10

CountyMonitoringData-Step2, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 46 of 228   Page 1 of 9
(46 of 228)
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 113 of 253

## COVID-19

# County Data Monitoring

### Step 2: Targeted Engagement with CDPH

## <u>County Data Chart</u>

In partnership, CDPH will work with Local Health Departments to set up strategy calls and provide technical assistance. The following areas will be discussed:

- Identify the drivers of the changing situation and whether it is increasing confirmed cases, uptick in hospitalizations and ICU patients, outbreaks in congregate settings such as skilled nursing facilities (SNFs) or jails/prisons, or community transmissions in settings such as churches, workplaces, or agriculture, and amongst other specific populations experiencing disease disproportionately.

- Review of the strategies already in place by the Local Health Department and community to address each of the areas of concern, including locally defined plans and protocols published through variance attestations.

- Discuss additional steps that should be taken in various environments such as more aggressive testing strategies, any issues with contact tracing, need for healthcare resources or infection control strategies.

- Discuss issues that may develop as a result of currently identified issues, e.g. additional SNF or community outbreaks leading to a healthcare surge.

- Discuss any gaps in resources and clear articulation of any additional roles for the state and/or local jurisdiction.  Resource gaps should include commodities such as personal protective equipment (PPE), testing supplies, or other consumables.

- Review of business sectors that are open and whether any other state agencies may be needed in the discussion given their ownership of the facility or role in regulating that business sector.

- Review of Local Containment Triggers and Consideration of renewing non-pharmaceutical interventions (NPI).

The state will work closely with Local Health Departments to identify action steps and timelines for addressing issues that impact indicators of concern. Counties currently being monitored at this step, the drivers of their situation, and key action steps identified are below:

- **Alameda County** is experiencing an increase in reported COVID-19 cases in recent weeks, indicating elevated disease transmission. This change is above what we expected as a result of the County's substantial expansion of testing. Likely drivers include: 1) increased interpersonal interactions without face coverings and physical distancing, and 2) ongoing transmission among health care workers, within households, in frontline workplace settings, and in skilled nursing and other congregate living facilities. County has reopened more slowly than the rest of the state and reports they are affected by accelerated reopenings across the region and state, as their residents routinely live, work, and recreate across county boundaries. Key actions to address COVID-19 transmission include: 1) pausing their reopening on June 29; 2)

1797

implementing a deeper outreach into impacted communities and workplaces regarding face coverings and physical distancing; 3) continuing case detection (testing); 4) continuing and increasing case investigation and contact tracing staffing with trusted community partners; 5) increasing support for addressing workplace COVID-19 prevention and response; and 6) coordinating response efforts with the State and regional partners.

- **Colusa County (has variance)** is experiencing elevated disease transmission. Drivers of this include family and community gatherings. Actions to address these concerns include 1) NPI interventions such as encouraging social distancing, use of face coverings and hand hygiene.  2) Increasing case investigators and contact tracing 3) reassign staff to assist investigators and contact tracers 4) provide just in time training to current DHHS bilingual staff so they can immediately begin case investigation and contact tracing. 5) identify bilingual staff that can be reassigned within the County that can assist with translation only, not investigation or tracing 6) utilize the language line to allow non-bilingual staff to case investigate and contact trace 7) daily Facebook posts encouraging individuals to wear face coverings 8)Media campaign to explain the importance of both isolation and quarantine.

- **Contra Costa County (has variance)** is experiencing elevated disease transmission and increasing hospitalization. There is a concerning rise in the number of people hospitalized. This is in parallel to a rise in overall cases.  Key actions to address the increase include 1) delaying the opening of additional business and activities in an effort to encourage people to stay home and avoid gatherings, 2) continuing to adhere to the State's guidance on face coverings and enforcement activities, 3) working with communities and community-based organizations to share messaging about face coverings and other prevention techniques along with the importance of testing, and 4) continuing to provide infection prevention expertise to assist skilled nursing facilities and other congregate care facilities on infection control practices and proper use of PPE.

- **Fresno County (has variance)** is experiencing elevated disease transmission. A driver of this are outbreaks in SNFs and the impact of the Avenal State Prison outbreak on staff who live in surrounding counties, such as Fresno. Key actions to address concerns include 1) continuing to provide Infection Preventionists expertise to assist SNFs on infection control practices; 2) ensure baseline testing of SNF residents and health care workers; 3) ensure adequate and proper use of PPE; and, 4) coordination and communication between CDCR, CDPH, and the Local Health Department to mitigate outbreaks at state prisons with employees who return to live in Fresno County.

- **Glenn County (has variance)** is experiencing elevated disease transmission. Drivers of this include an increase in outbreaks and clusters related to 1) household contacts, 2) social gatherings 3) businesses in the county 4) one church gathering and 5) one case that traveled to Mexico. Actions to address these concerns include 1) Working with businesses on health check screenings and NPI enforcement and monitoring 2) Increasing case investigators and contact tracing 3) Increase testing and media campaigning for those that are symptomatic 4) Develop a process to handle incoming cases in a timely and efficient manner.

- **Imperial County** is experiencing elevated disease transmission. Drivers of this include U.S. citizens/residents traveling to or from Mexicali to work and/or seek healthcare and other services, continued need for staffing solutions at hospitals, and outbreak at meat packing facility.  Key actions to address these concerns include 1) building additional testing capacity, 2) training and onboarding contact tracing staff, 3) transporting patients to hospitals in neighboring counties when hospital capacity is full or limited; and, 4) stand up support for alternative care sites.

- **Kern County (has variance)** is experiencing an increase in reported COVID-19 cases during the last few weeks.  The county has also significantly increased testing.  The likely drivers of elevated disease transmission include: 1) An exponential expansion of testing Kern County residents; 2) Transmission in Skilled Nursing Facilities, prisons and other congregate facilities; 3) Household contacts and social gatherings among separate households.  Strategies and actions to address the concerns include: 1) Continuing to implement an aggressive outreach program that strongly encourages disease prevention methods and targeting areas disproportionately impacted; 2) Working with the California Department of Public Health to require significant operational changes within our Skilled Nursing Facilities and positioning our new SNF accountability officer to effectively coordinate Kern County and State efforts; and 3) Coordinating and communicating with State agencies to mitigate disease transmission and outbreaks at State prisons.

- **Kings County (has variance)** is experiencing elevated disease transmission, increasing hospitalizations, and limited hospital capacity. Drivers of this include county experiencing outbreaks at Avenal State prison within their jurisdiction, resulting in secondary infection to staff working within the central and satellite kitchens; outbreak at local Adventist Health (AH) admitting COVID positive patients from Tulare, Reedley, and SNF outbreaks. Key actions to address concerns include 1) coordination and communication between local health department, CDPH, and California Department of Corrections and Rehabilitation (CDCR) to mitigate outbreak at Avenal State Prison; 2) order needed resources through the Standardized Emergency Management System such as oxygen concentrators, health care staff, testing kits, and PPEs; and, 3) continue to engage with SNFs on infection control measures.

- **Los Angeles County (has variance)** is experiencing the possibility of elevated disease transmission. Drivers of this include having a high case rate that is highly related to high testing capacity and volume countywide, which also includes testing all residents and staff at over 235 SNFs. Key actions to monitor the situation include 1) monitoring positivity rate among those tested to ensure that there isn't a significant increase that may signal more community transmission; 2) continuing to provide Infection Preventionists expertise to assist SNFs and to ensure baseline testing at every SNF that has not reported any positive cases; and, 3) working with the state to ensure supply chain issues related to PPE at SNFs are resolved.

- **Madera County (has variance)** is experiencing elevated disease transmission and limited hospital capacity. Drivers of this include an increase in community spread cases related to 1) social gatherings 2) work exposure 3) person-to-person transmission in large households. Actions to address these concerns include 1) contact tracing 2) local and regional messaging campaigns 3) education and technical assistance with businesses. 4) collaborate with regional hospitals to make plans to transfer if needed 5) Setup Alternate Care Site for patients.

- **Marin County (has variance)** is experiencing elevated disease transmission, increasing hospitalizations, and limited hospital capacity. Drivers of this include county experiencing an outbreak at San Quentin State Prison within their jurisdiction; increased community transmission among essential workers; and outbreaks in congregate settings and Latinx neighborhoods. Key actions to address concerns include 1) coordination and communication between local health department, CDPH, and California Department of Corrections and Rehabilitation (CDCR) to mitigate outbreak at San Quentin State Prison; 2) enhanced infection control practices and testing at residential care facilities for the elderly (RCFE) and skilled nursing facilities (SNF); and 3) partnerships with community-based organizations to increase testing, access to care and supports for vulnerable populations.

1799

- **Merced County (has variance)** is experiencing elevated disease transmission, increasing hospitalizations, and limited hospital capacity.  Drivers of this include increased community transmission, increased exposures at work places (including several small outbreaks), and household clusters, particularly in the Latinx/Hispanic community. Action steps to address these concerns include: 1) increased marketing of community testing among priority populations; 2) increasing culturally responsive public messaging and education on the importance personal protection measures including face coverings; and, 3) educational outreach to businesses to convey importance of implementing safety measures in order to prevent future shutdown.

- **Monterey County (has variance)** is experiencing elevated disease transmission.  Drivers include 1) community transmission as more individuals leave their homes to work or to seek services, and 2) workplace transmission followed by household transmission.  Key actions to slow transmission of COVID-19 include 1) promoting and building additional testing capacity in geographic areas with low testing rates; 2) continuing case and contact investigations; 3) continuing to coordinate with local hospitals, clinics, and skilled nursing facilities to ensure surge response readiness, and; 4) focusing additional outreach and educational messaging in geographic areas and among populations disproportionately affected by COVID-19.

- **Napa County (has variance)** is experiencing elevated disease transmission. Drivers of this include family and community gatherings, increased community transmission, increased transmission among the Latino population within crowded household settings, and disproportionate impact on agricultural workers. Actions to address these concerns include: 1) NPI interventions such as encouraging social distancing, use of face coverings and hand hygiene;  2) increasing bilingual case investigators and contact tracing staff; 3) education on staying within household bubbles, using traditional and social media and door-hanger campaigns; 4) public education of social distancing and face coverings through radio, Facebook Live, newspaper and social media; 5) testing of all case contacts, surveillance testing of skilled nursing facilities and farmworkers within vineyard management with exposures or outbreaks; 6) formation of an intergovernmental compliance task force to enforce social distancing and face coverings; and 7) engagement of industry groups and community based organizations for vulnerable populations.

- **Orange County (has variance)** is experiencing an increase in hospitalization. Drivers of this include: a) community transmission from gatherings, b) workplace transmission, c) outbreaks in non-medical congregate livings such as assisted living facilities, memory care facilities, etc. Orange County's key action steps to address concerns include: 1) collaborating with cities and the business community to increase public messaging on the importance of social distancing, not gathering, and mandate face covering. 2) increase testing sites and education outreach in communities where positive cases are high; and, aggressive targeted educational outreach to ethnic communities, 3) working with hospital and health systems to monitor and understand hospitalizations and prepare for the surge, 4) implementation of hospital criteria for shifting to Crisis Care Strategies (surge plan activations), 5) prioritizing medical resource distribution to hospitals most burdened with COVID-19 patients. 6) monitoring positivity rate among those tested to ensure that there isn't a significant increase that may signal more community transmission, 7) contracting with community-based organizations to provide outreach to specific ethnic groups; share messaging about face coverings and other prevention techniques along with the importance of testing; provide necessary supports for social determinant of health needs, 8) providing infection prevention expertise to assist skilled nursing facilities and other congregate care facilities on infection control practices and proper use of PPE.

- **Placer County (has variance)** is experiencing increased hospitalizations and limited hospital capacity. Placer County is also experiencing an increasing trend in disease transmission. Drivers of increased disease transmission include large households where staying away from others while ill is difficult, community and extended family gatherings, and indoor work environments where physical distancing is difficult. The rising

1800

number of cases of COVID-19 in Placer County as well as in neighboring counties are driving an increase in hospitalizations. Placer County's two largest hospitals lie on the Placer-Sacramento County border and provide care to residents of both counties, as well as other neighboring counties. Key actions to address the situation include 1) Working with community-based organizations to provide guidance and support to residents of large households were isolation is difficult; 2) Public messaging on the importance of not gathering with non-household members; 3) Outreach to the business community regarding the importance of temperature checks, symptom screenings, face coverings for staff and customers, and supporting ill and exposed employees to stay home; and 4) Working with hospitals to review and, if necessary, implement surge plans.

- **Riverside County (has variance)** is experiencing elevated disease transmission. Drivers of this include: 1) outbreaks at state prisons and skilled nursing facilities (SNFs), 2) potential transmission at public protests with large numbers of people in close proximity without face coverings, 3) in-county patient transfers from Imperial County, 4) patients seeking care from Northern Baja California and traveling along SR-86 corridor into Coachella Valley and 5) general increases in local gatherings. Key action steps to address concerns include: 1) close monitoring of data; 2) increase testing volume at county and state sites; 3) continue SNF outreach and support and implement Quick Response Task Force assistance for high risk facilities; 4) expand contact tracing workforce; 5) increase public messaging on the importance of personal protection measures; and 6) coordination and communication between the local health department, CDPH, and California Department of Corrections and Rehabilitation (CDCR) to mitigate outbreaks at state prisons.

- **Sacramento County (has variance)** has experienced the possibility of increasing hospitalization. Drivers of this include community transmission due to holiday gatherings amongst large families. Key action steps to address concerns include (1) increase of public messaging on the importance of social distancing, not gathering, and mandate face covering, (2) more testing sites and education outreach in communities where positive cases are high, and (3) targeted educational outreach to ethnic communities.

- **San Benito County (has variance)** is experiencing elevated disease transmission. Drivers of this include an increase in outbreaks and clusters related to 1) household contacts, 2) social gatherings and 3) businesses in the county. Actions to address these concerns include: 1) working with businesses on health check screenings and NPI enforcement; 2) monitoring increasing case investigators and contact tracing; 3) increasing testing and media campaigning for those that are symptomatic; and 4) working with external partners to improve efficient case reporting and processing.

- **San Bernardino County (has variance)** is experiencing elevated disease transmission and increasing hospitalizations. Drivers of this include: 1) community transmission from gatherings, 2) workplace transmission, 3) transmissions at state prison, state hospital, county jails and academy, and skilled nursing facilities, 4) transfer of patients from Imperial County. Action steps to address these concerns include: 1) expanding community testing and testing among priority populations; 2) coordination and communication between local health department, CDPH, and California Department of Corrections and Rehabilitation (CDCR) to mitigate outbreaks at state prisons; and with CDPH for outbreak mitigation at the State Hospital, 3) providing SNF Taskforce support and Infection Prevention expertise to support SNFs; 4) increasing public messaging and education on the importance personal protection measures including face coverings and personal responsibility; 5) working with labs and employers to increase turn-around time from diagnosis to isolation and initiation of case contacting; and 6) increasing number of contact tracers.

- **San Diego County (has variance)** has an elevated case rate due to widespread COVID-19 disease transmission. County has taken following key actions to mitigate the situation 1) closing restaurants, bar, and breweries to decrease access, exposure, and gatherings; 2) requiring customers of these venues to be

1801

seated at socially distanced tables; 3) encouraging outdoor dining, which contributes to a lower risk of infection; 4) encouraging the younger population to use face coverings and practice social distancing through outreach to universities, colleges, transitional age youth, and other community youth organizations; and 5) working with industry associations to conduct education and outreach. County has taken the following key actions to manage the situation 1) continuing to onboard sufficient case investigators and contact tracers to prevent additional community transmission; 2) increasing testing sites to reach vulnerable and younger populations; 3) deploying County strike teams to conduct site assessment at skilled nursing facility (SNFs), non-SNFs/long-term care facilities, and community setting outbreaks; and 4) evaluating and modifying efforts to ensure testing is available throughout the community for all populations.  Lastly, county has taken the following key actions to monitor the situation include 1) monitoring the positivity rate among those tested to ensure that there is not a significant increase that may indicate more community transmission; 2) continuing to work with congregate care facilities to implement infection prevention and control measure and assist with education and testing; and 3) continuing to monitor, identify and assess impacts due to local demographics.

- **San Francisco County (has variance)** is experiencing a significant increase in SARS-CoV-2 infections and COVID-19 hospitalizations. Since early to mid-June San Francisco case rates, positivity proportion, and hospitalizations have more than tripled. The Latinx community continues to be the most impacted, but infections have increased in other racial/ethnic groups, in low-income neighborhoods, in younger persons, in lower-wage essential workers, and across the city. Although the county currently has a variance, they paused their reopening two weeks ago. County believes drivers of increases in infections are due to multiple causes including (1) increases in economic activity, movement, and mixing, (2) increases in social gatherings, (3) increases in mixing opportunities for persons from different households, (4) limited compliance to indoor worksite requirements for face coverings, physical distancing, hand hygiene, and environment disinfection, and (5) continuing infections in low-income crowded housing and among lower-wage essential workers. We are developing a comprehensive plan to (a) expand community outreach, engagement, and mobilization with an equity focus, (b) expand education, support, and enforcement of worksites to comply with health and safety requirements, (c) expand and prioritize community testing, (d) expand case investigation and contact tracing, and (e) improve our surveillance and epidemiology efforts to identify the strongest risk factors for infection, and to evaluate our containment efforts. County plans to follow state directives and guidance.

- **San Joaquin County (has variance)** is experiencing increasing hospitalization and limited hospital capacity. Drivers of this include 1) community transmission due to gatherings, 2) workplace transmission followed by household transmission; 3) SNF outbreaks; and, 4) increase in widespread testing. Action steps to address concerns include: 1) increase public messaging on the importance of personal protection measures and the risks involved with mass gatherings in multiple languages; 2) continuing to provide Infection Preventionists expertise to assist SNFs on infection control practices, ensure baseline testing and proper use of PPE

- **San Luis Obispo County (has variance)** has an elevated case rate due to widespread COVID-19 disease transmission. Drivers of the increase in cases include: 1)Re-opening of many business sectors that allow for more community mingling; 2) Increases in Community/Family gatherings; 3) Increase in certain community sector perception that the pandemic is not serious. County has taken following key actions to mitigate the situation 1) Increased testing to identify outbreaks and infected persons; 2) Engagement and enforcement to increase distance between patrons of bars and restaurants; 3) Increased social messaging to the public to encourage social distancing, and increase the understanding of the dangers of increased disease transmission; 4) Continuing to onboard case investigators, contact tracers and support staff to prevent

additional community transmission; 5)  Deployment of County strike teams to conduct site assessment at skilled nursing facility (SNFs), non-SNFs/long-term care facilities, and community setting outbreaks; 6) Offer rapid turn-around testing to identified contacts of known cases.

- **Santa Barbara County (has variance)** is experiencing increasing hospitalization related to increasing cases in our north county region. Drivers of this increase include 1) community transmission due to gatherings, 2) workplace transmission and household transmission; 3) SNF outbreaks; and 4) increase in widespread community testing.  Key action areas to address concerns include 1) engage community leaders, stakeholders, and members in taking actions to prevent community transmission; 2)  continue prevention messaging through multiple mediums; 3) continue to enhance contact tracing; and 4) continuing to provide Infection Preventionists expertise to assist SNFs on infection control practices, ensure baseline testing, and proper use of PPE.

- **Santa Clara County (has variance)** is experiencing increased hospitalization. Drivers of increased hospitalization of COVID+ patients may include: 1) increased transmission in the community; 2) patient transfers from outside the county; 3) patient transfers from long term care facilities; 4) /or increased transmission among residents or individuals from neighboring counties who seek care in hospitals in Santa Clara County. Although the percentage change in hospitalizations shows an increase, the increase in the absolute number of patients hospitalized is still low relative to the size of the population in Santa Clara County and is low relative to the number of hospital beds available in the County. Key actions to address the increase include: 1) coordination and communication between the local health department and hospitals in the county experiencing increases to identify underlying causes; 2) data collection from hospitals that serve large proportions of out-of- jurisdiction patients to identify county of residence; 3) coordination and communication between the local health department and long term care facilities to support these facilities with outbreak detection and control as well as care for residents with confirmed COVID-19 when appropriate to avoid transfer to the hospital; and 4) increased public messaging, in multiple languages, on harm reduction, including the importance of social distancing, consistent use of face coverings and the risks involved with mass gatherings.

- **Solano County (has variance)** is experiencing increasing hospitalization. Drivers include a large outbreak among farm workers in the vineyards in Sonoma and Napa who are residing in Solano, as well as an ongoing surge in cases related to family gatherings and other social gatherings on the weekends.  The farm worker cases total many dozens over the past one to two weeks, and the close-contact cases appear to have begun with weekend activities in early May and are continuing to the present.  The large number of such cases overall is resulting in an increase in hospitalized cases.  These cases are not at present resulting in a strain on the hospitals or in ICU admissions but the county is monitoring this closely.  County reports that hospitals in their jurisdiction have multiple levels of surge capacity for hospitalizations and for ICU admissions, if these become necessary. Key action steps include: working with the neighboring counties and with the vineyard management companies to implement social distancing measures; 2) educating the workers themselves (using Spanish interpreters) on social distancing measures; 3) providing appropriate cautionary messages through social media and the press about the risks of gatherings, not social distancing and not using personal protection measures.

- **Sonoma County (has variance)** is experiencing increasing hospitalization.  Drivers of the situation include outbreaks in skilled nursing facilities (SNFs) and residential care facilities for the elderly, and rising case rates, particularly in the Latinx community, due to exposure of essential workers, household clusters, increasing workplace and community transmission with the state's reopening, and large social gatherings. Sonoma County's key actions to address concerns are: 1) restructuring of SNFs to allow for quarantine/isolation of PUIs and positive cases to avoid further spread, 2) field surveillance and testing at

CountyMonitoringData-Step2, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 53 of 228 Page 8 of 9
(53 of 228)
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 120 of 253

congregate care sites, 3) formation of a Latinx community workgroup, pop-up testing sites in Latinx community locations with highest rates of case transmission, and partnerships with community organizations and health partners to provide culturally sensitive case management and connection to resources, 4) building contact tracing and case investigation capacity and hiring of additional bilingual/bicultural staff, 5) public messaging and education on the importance of hygiene, social distancing, not gathering, and facial coverings, 6) outreach and support to businesses around implementing safety measures, 7) building alternate care site capacity to expand health care capacity and non-congregate care site for isolation/quarantine, and 8) securing PPE supplies in preparation for possible shortages in hospitals and skilled nursing facilities.

- **Stanislaus County (has variance)** is experiencing increasing hospitalization. Drivers of this include an 1) increase in outbreaks and clusters related to family gatherings, businesses (in and out of county) and healthcare facilities; 2) the hospital being a regional hospital accepting patients that are residents outside the county; 3) decreased attention to personal protection measures such as face coverings and social distancing. Action steps to address concerns include 1) prioritizing rapid contact tracing, isolation and quarantine by public health staff for new positive cases; 2) continual monitoring of tests being conducted in the county and relocating sites, when necessary, to more densely populated and higher incidence areas, 3) continually offering businesses resources and technical assistance to comply with local requirements; 4) closely monitoring healthcare facilities and continuing to provide Infection Preventionist expertise to assist SNFs with planning and response; 5) retaining trained employees from other county departments to continue to assist in contact tracing; 6) partnering with  community-based organizations serving minorities for outreach, education, and mobile testing; and 7) increased messaging including a public media campaign to promote face covering and social distancing.

- **Tulare County (has variance)** is experiencing elevated disease transmission. Drivers of this include outbreaks in skilled nursing facilities and work places and barriers to preventing transmission within households.  Increased hospitalizations and ICU utilization have been related to multiple conditions other than  COVID19.  Key action areas to address concerns include  1) continue to engage with SNFs and businesses and with ongoing collaboration with Licensing and Certification and the HAI program;  2) continue to enhance contact tracing; and, 3) continue public messaging through multiple mediums about actions to prevent community transmission.

- **Ventura County (has variance)** is experiencing increasing hospitalizations related to increasing cases in our county. Drivers of this increase include: 1) community transmission due to gatherings; 2) essential workplace transmission followed by household transmission; 3) transmission in overcrowded housing; 4) SNF outbreaks; and 5) increase in widespread community testing through our drive-thru testing locations.  Key action areas to address concerns include: 1) engage community leaders, stakeholders, and members in taking actions to prevent community transmission; 2) continue prevention messaging through multiple mediums including visiting workplaces/residential complexes in areas where we have increased community transmission; 3) continue to enhance case investigation and contact tracing efforts; and 4) continuing to provide Infection Preventionists expertise to assist SNFs on infection control practices, ensure baseline testing, and proper use of PPE.

- **Yolo County (has variance)** is experiencing elevated disease transmission and limited hospital capacity. Drivers of this include: 1) community transmission due to social and family gatherings; 2) workplace transmission; and 3) an increase in widespread testing at skilled nursing facilities. Action steps to address concerns include: 1) increase in disease investigation and contact tracing; 2) ongoing support for long-term

1804

County Monitoring Data-Step 2 Case: 18-129, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 54 of 228 Page 9 of 9
(54 of 228)

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 121 of 253

care and congregate community facilities on infection control practices; 3) public messaging on social distancing and face covering mandates; 4) targeted educational outreach to religious groups and Latino communities; and 5) increased enforcement of mandated health and safety measures.

- **Yuba County and Sutter County (has variance)** are experiencing elevated disease transmission. Drivers of this include 1) household clusters relating to friend and family gatherings 2) workplace transmissions 3) 40% are unknown due to cases not able or not willing to provide source of exposure. Actions to address these concerns include 1) Strong messaging campaign to avoid large gatherings 2) aggressive outreach to the Latino community who have experienced a disproportionate burden of cases and hospitalizations 3) outreach and education to the Punjabi community given rising cases in this population in the past several weeks 4) Information campaign to the public regarding the importance of working with public health in regards to contact investigation and tracing as much as possible 5) hiring two additional teams of contact investigators and contact tracers 6) continue to aggressively work on education and outreach to businesses in the community.

Page Last Updated : July 21, 2020

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 122 of 253

# EXHIBIT 11

medRxiv preprint doi: https://doi.org/10.1101/2020.02.28.20029272; this version posted April 16, 2022. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
All rights reserved. No reuse allowed without permission.

Case 5:20-cv-08241-NC   Document 60-10   Filed 09/27/21   Page 123 of 253

1  Title:

2  Closed environments facilitate secondary transmission of coronavirus disease 2019

3  (COVID-19)

4  Running title: Closed environment and COVID-19

5  Authors:

6  Hiroshi Nishiura, M.D., Ph.D.[1,2], Hitoshi Oshitani, M.D., Ph.D.[1,3], Tetsuro Kobayashi,

7  M.D.[1,2], Tomoya Saito, M.D., M.P.H., Ph.D.[1,4], Tomimasa Sunagawa, M.D., Ph.D.[1,5],

8  Tamano Matsui, M.D., Ph.D.[1,5], Takaji Wakita, M.D., Ph.D.[1,5], MHLW COVID-19

9  Response Team[1], Motoi Suzuki, M.D., Ph.D.[1,5]

10  1. Cluster Intervention Group, Ministry of Health, Labour and Welfare, Kasumigaseki

11  1-2-2, Chiyoda-ku, Tokyo 100-8916, Japan

12  2. Graduate School of Medicine, Hokkaido University, Kia 15 Jo Nishi 7 Chome,

13  Kitaku, Sapporo, 060-8638, Japan

14  3. Tohoku University Graduate School of Medicine, Seiryocho 2-1, Aoba-ku, Sendai,

15  980-8575, Japan

16  4. National Institute of Public Health, 5. National Institute of Infectious Diseases,

17  Toyama 1-23-1, Shinjuku-ku, Tokyo 162-8640, Japan

18  (Correspondence to Hiroshi Nishiura at: Address: Kita 15 Jo Nishi 7 Chome, Kita-ku,

19  Sapporo-shi, Hokkaido 060-8638, Japan, Tel: +81-11-706-5066; Fax: +81-11-706-7819;

20  Email: nishiurah@med.hokudai.ac.jp)

21

1

medRxiv preprint doi: https://doi.org/10.1101/2020.02.28.20029272; this version posted April 16, 2022. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

Case 5:20-cv-08244-NC   Document 61-10   Filed 10/25/20   Page 124 of 253

## Abstract

**Objective:** To identify common features of cases with novel coronavirus disease (COVID-19) so as to better understand what factors promote secondary transmission including superspreading events.

**Methods:** A total of 110 cases were examined among eleven clusters and sporadic cases, and investigated who acquired infection from whom. The clusters included four in Tokyo and one each in Aichi, Fukuoka, Hokkaido, Ishikawa, Kanagawa and Wakayama prefectures. The number of secondary cases generated by each primary case was calculated using contact tracing data.

**Results:** Of the 110 cases examined, 27 (24.6%) were primary cases who generated secondary cases. The odds that a primary case transmitted COVID-19 in a closed environment was 18.7 times greater compared to an open-air environment (95% confidence interval [CI]: 6.0, 57.9).

**Conclusions:** It is plausible that closed environments contribute to secondary transmission of COVID-19 and promote superspreading events. Our findings are also consistent with the declining incidence of COVID-19 cases in China, as gathering in closed environments was prohibited in the wake of the rapid spread of the disease.

2

1808

medRxiv preprint doi: https://doi.org/10.1101/2020.02.28.20029272; this version posted March 1, 2022. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
All rights reserved. No reuse allowed without permission.

40    Introduction

41    Although the incidence of coronavirus disease 2019 (COVID-19) in China began to

42    decrease in February 2020,[1] many countries are struggling with containment of the

43    disease. To effectively reduce the spread of COVID-19, it is vital to identify common

44    features of cases so as to better understand what factors promote superspreading events,[2]

45    wherein an extraordinarily large number of secondary transmissions are produced by a

46    single primary case. Commissioned by the Minister of the Ministry of Health, Labour,

47    and Welfare of Japan, we collected secondary transmission data with the aim of

48    identifying high risk transmission settings.

49    Methods

50        As of 28 February 2020,[3] we examined a total of 110 cases among eleven

51    clusters and sporadic cases, and investigated who acquired infection from whom. The

52    clusters included four in Tokyo and one each in Aichi, Fukuoka, Hokkaido, Ishikawa,

53    Kanagawa and Wakayama prefectures. All traced transmission events were examined in

54    relation to close contact in indoor environments, including fitness gyms, a restaurant

55    boat on a river, hospitals, and a snow festival where there were eating spaces in tents

56    with minimal ventilation rate. The number of secondary cases generated by each

57    primary case was calculated using contact tracing data.

58    Results

59        Of the 110 cases examined, 27 (24.6%) were primary cases who generated

60    secondary cases. Figure 1 shows the distribution of these transmissions, of which the

61    mean and variance were 0.6 cases and 2.5 cases[2], respectively. The odds that a primary

3

medRxiv preprint doi: https://doi.org/10.1101/2020.02.28.20029272; this version posted March 1, 2022. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
All rights reserved. No reuse allowed without permission.

Case 5:20-cv-08241-EJD   Document 58-10   Filed 03/01/22   Page 126 of 253

62    case transmitted COVID-19 in a closed environment was 18.7 times greater compared

63    to an open-air environment (95% confidence interval [CI]: 6.0, 57.9).

64         If superspreading events are defined as events where the number of secondary

65    cases generated by a single primary case is greater than the 95th percentile of the

66    distribution (i.e. transmission to three or more persons), then seven of the 110 cases

67    (6.4%) were involved in such events. Six of these events (85.7%) took place in closed

68    environments, and the odds ratio (OR) of superspreading events in closed environments

69    was as high as 32.6 (95% CI: 3.7, 289.5).

70    Discussion

71         It is plausible that closed environments contribute to secondary transmission of

72    COVID-19 and promote superspreading events. Closed environments are consistent with

73    environmental sampling study[4] and also large-scale COVID-19 transmission events such

74    as that of the ski chalet-associated cluster in France and the church- and

75    hospital-associated clusters in South Korea[5]. Our findings are also consistent with the

76    declining incidence of COVID-19 cases in China, as gathering in closed environments

77    was prohibited in the wake of the rapid spread of the disease.

78         Reduction of unnecessary close contact in closed environments may help

79    prevent large case clusters and superspreading events. We hope that with such a

80    reduction in contact the reproduction number of COVID-19 in Japan will be maintained

81    below 1 and contact tracing will be sufficient to contain disease spread.[6] As the

82    possibility of confounders and interactions was not assessed in this study, additional

83    studies must be conducted to verify the importance of closed environments as

84    facilitators for transmission of COVID-19.

4

1810

medRxiv preprint doi: https://doi.org/10.1101/2020.02.28.20029272; this version posted March 6, 2022. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
All rights reserved. No reuse allowed without permission.

Case 5:20-cv-08241-EJD   Document 120-10   Filed 11/30/20   Page 127 of 253

85

86    Conflict of interest:

87    We declare that we have no conflict of interest.

88    Acknowledgement:

89    We sincerely thank staff of local governments, including health centers and prefectural

90    institutes of public health, healthcare facilities, and associated companies and

91    organizations for cooperating us to collect and investigate secondary transmission data.

92    H.N. received funding support from Japan Agency for Medical Research and

93    Development [grant number: JP18fk0108050] and the Japan Science and Technology

94    Agency (JST) Core Research for Evolutional Science and Technology (CREST)

95    program [grant number: JPMJCR1413].

96

97    References:

98    1. The Novel Coronavirus Pneumonia Emergency Response Epidemiology Team. Vital

99    Surveillances: The Epidemiological Characteristics of an Outbreak of 2019 Novel

100   Coronavirus Diseases (COVID-19) — China, 2020. China CDC Weekly

101   2020;2(8):113-122.

102   2. Lloyd-Smith JO, Schreiber SJ, Kopp PE, Getz WM. Superspreading and the effect of

103   individual variation on disease emergence. Nature 2005;438:355-359.

104   3. Ministry of Health, Labour and Welfare, Japan. On the novel coronavirus infection.

105   Tokyo: Ministry of Health, Labour and Welfare, 2020. Available online from:

106   https://www.mhlw.go.jp/stf/seisakunitsuite/bunya/0000164708_00001.html (accessed

107   on 26 February 2020).

108   4. Ong SWX, Tan YK, Chia PY, Lee TH, Ng OT, Wong MSY, Marimuthu K. Air,

5

medRxiv preprint doi: https://doi.org/10.1101/2021.01.29.21250863; this version posted April 19, 2022. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
All rights reserved. No reuse allowed without permission.

Case 5:20-cv-08241-EJD   Document 50-10   Filed 03/01/22   Page 128 of 253

109    Surface Environmental, and Personal Protective Equipment Contamination by Severe

110    Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) From a Symptomatic

111    Patient. JAMA. 2020; in press. doi: 10.1001/jama.2020.3227.

112    5. Promed mail. Subject: PRO/AH/EDR> COVID-19 update (19): China, global, Italy

113    & Iran. imported cases, WHO. Archive Number: 20200226.7029842

114    6. Grantz K, Metcalf JE, Lessler J. Dispersion vs. control. 2020. Available online from:

115    https://hopkinsidd.github.io/nCoV-Sandbox/DispersionExploration.html (accessed on

116    26 February 2020).

117

118    **Figure legend**

119    Figure 1. The distribution of the number of secondary cases generated by a single

120    primary case with novel coronavirus (COVID-19). The mean and variance were 0.6

121    cases and 2.5 cases[2], respectively.

6

1812

(62 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 62 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 129 of 253



(63 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 63 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 130 of 253

# EXHIBIT 12

1814

Received: 13 July 2020 | Revised: 25 September 2020 | Accepted: 27 October 2020

DOI: 10.1111/ina.12766



**ORIGINAL ARTICLE**

WILEY

# Indoor transmission of SARS-CoV-2

Hua Qian[1] | Te Miao[2] | Li Liu[3] | Xiaohong Zheng[1] | Danting Luo[1] | Yuguo Li[2,4]

[1]School of Energy and Environment, Southeast University, Nanjing, China

[2]Department of Mechanical Engineering, The University of Hong Kong, Hong Kong, China

[3]School of Architecture, Tsinghua University, Beijing, China

[4]School of Public Health, The University of Hong Kong, Hong Kong, China

**Correspondence**
Yuguo Li, Department of Mechanical Engineering and School of Public Health, The University of Hong Kong, Pokfulam Road, Hong Kong, China.
Email: liyg@hku.hk

**Funding information**
Research Grants Council of Hong Kong, Grant/Award Number: 17202719 and C7025-16G; National Natural Science Foundation of China, Grant/Award Number: 41977370

**Abstract**

It is essential to understand where and how severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) is transmitted. Case reports were extracted from the local Municipal Health Commissions of 320 prefectural municipalities in China (not including Hubei Province). We identified all outbreaks involving three or more cases and reviewed the major characteristics of the enclosed spaces in which the outbreaks were reported and their associated indoor environmental aspects. Three hundred and eighteen outbreaks with three or more cases were identified, comprising a total of 1245 confirmed cases in 120 prefectural cities. Among the identified outbreaks, 53.8% involved three cases, 26.4% involved four cases, and only 1.6% involved ten or more cases. Home-based outbreaks were the dominant category (254 of 318 outbreaks; 79.9%), followed by transport-based outbreaks (108; 34.0%), and many outbreaks occurred in more than one category of venue. All identified outbreaks of three or more cases occurred in indoor environments, which confirms that sharing indoor spaces with one or more infected persons is a major SARS-CoV-2 infection risk.

**KEYWORDS**

COVID-19, crowding, indoor environments, indoor hygiene, outbreak, SARS-CoV-2

## 1 | INTRODUCTION

In less than 4 months, severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) spreads rapidly to all countries worldwide. By the end of June 2020, it had infected more than 10 million people and, by developing into coronavirus disease 2019 (COVID-19), had caused or contributed to the deaths of half a million people.[1] Understanding where and how person-to-person SARS-CoV-2 transmission occurs is essential for effective intervention.

The once-in-a-century COVID-19 pandemic has occurred in the age of artificial intelligence and big data. Many clusters/outbreaks were identified via contact tracing by local health authorities in China and elsewhere using both traditional and new technologies. The identification of these clusters allowed health authorities to quarantine close contacts for effective intervention and provided

an opportunity to study the characteristics of where and how these clusters occurred. The first COVID-19 patient was identified in Wuhan in December 2019, and the largest number of confirmed Chinese cases occurred in Hubei Province, of which Wuhan is the provincial capital.[2] Since January 20, 2020, the local health authorities of cities outside Hubei have reported online the details of most identified cases of infection. These were nearly only cases of SARS-CoV-2 infection that had progressed to actual disease (ie, COVID-19) and necessitated hospitalization. as by February 11, 2020, our knowledge of asymptomatic infection was non-existent.

In this study, we identified the outbreaks from these case reports from the local Municipal Health Commissions of 320 prefectural cities (municipalities) in China, not including Hubei Province, between January 4 and February 11, 2020. We also reviewed the major characteristics of the enclosed areas in which these outbreaks

Hua Qian, Te Miao and Yuguo Li contributed equally.

© 2020 John Wiley & Sons A/S. Published by John Wiley & Sons Ltd

1815

were determined to have occurred and their associated indoor environmental aspects.

## 2 | METHODS

We collected descriptions of each confirmed case from the local Municipal Health Commission website of 320 prefectural cities in mainland China, not including Hubei province. Each local Municipal Health Commission gave daily descriptions of the confirmed cases. The case descriptions generally included age, sex, venue of infection, symptoms, date of symptom onset, hospitalization, and confirmation and history of exposure. Many described cases also included patient's trajectory and relationship with other confirmed cases, and clusters had often already been identified. We consulted nationwide websites, except for those of cities in Hubei Province, and collected all available data up to February 11, 2020. Data from a few major cities—Beijing, Shanghai, and Guangzhou—were not included in our analysis due to insufficient case descriptions. Case descriptions from Hong Kong, Macao, and Taiwan were collected from their respective health authorities. We input the data into a database and conducted cross-validation to insure data reliability.

A total of 7324 cases with the minimum required descriptions (ie, the information listed above) were found; these accounted for 66.7% of the 10 980 confirmed non-Hubei cases in China by February 11, 2020.[3] In this study, we defined a *cluster* as an aggregation of *three* or more cases that appeared to be linked to the same infection venue (eg, an apartment, an office, a school or a train) during a period in which people were insufficiently close proximity. We defined an *outbreak* as a cluster in which a common index patient was suspected, and we excluded tertiary and higher-generation infections in counting the number of cases involved. We also excluded outbreaks that involved only two cases, to exclude possible spouse-to-spouse transmission and to reduce the workload due to the large number of clusters or outbreaks with two cases. We also identified the index patient(s) of the identified outbreaks and their date of symptom onset.

We divided the identified outbreaks into categories for further analysis. First, the following six categories of infection venues were considered: homes (apartments and villas), transport (eg, normal and high-speed trains, private cars, buses, passenger planes, taxis, and cruise ships), restaurants and other food venues, entertainment venues (gyms, mah-jong halls, card houses, tea houses, and barbershops), and shopping venues (shopping malls and supermarkets), and an additional miscellaneous category (eg, hospitals, hotel rooms, unspecified communities, and thermal power plants). Second, the following four categories of infected individuals were considered based on their relationship: family members, family relatives, socially connected individuals, and socially non-connected individuals. A socially connected relationship was defined as one that existed between individuals who had possibly been in close contact due to friendships, acquaintances, or jobs, but did not include family connections (family members or relatives). A socially non-connected relationship was defined as one with no social connection or family connection.

## 3 | RESULTS

We identified 318 outbreaks involving 1,245 infected individuals in 120 cities. The top three cities (Table S2) were Shenzhen, Guangdong (24 outbreaks, 7.5%; 84 cases, 6.7%), Chongqing (16 outbreaks, 5.0%; 61 cases, 4.9%) and Bozhou, Anhui (nine outbreaks, 2.8%; 35, 2.8%). The average number (±standard deviation) of cases per outbreak was 3.92 ± 1.65. More than half (171;53.8%) of the 318 identified outbreaks involved three cases, more than a quarter (84; 26.4%) involved four cases, and only five (1.6%) outbreaks involved ten or more cases. Table S1 briefly describes four outbreaks, including the largest outbreak, which occurred in a shopping mall in Tianjin (21 cases).

Among the 318 outbreaks, 129 involved only family members, 133 involved family relatives, 29 involved socially connected individuals, 24 involved socially non-connected individuals, and only three involved multiple relationships. In addition to family members, family relatives and socially connected individuals constituted a large proportion of the infected cases (Figure 1A).

Eighty-three of the 318 identified outbreaks had multiple possible venues, which meant either that the exact venue of infection could not be identified or that more than one venue was involved in the infection. If we double- or triple-count these venues, we have a total of 416 infection venues for 318 outbreaks (Figure 1B). Among the 318 outbreaks, 254 (79.9%) occurred in a home (one in a villa; all others in apartments), 108 (34.0%) occurred on transport, 14 occurred at a restaurant or other food venue, seven occurred at an entertainment venue, and seven occurred at a shopping venue (shopping mall and supermarket), with an additional 26 occurring at a miscellaneous venue (eg, hospital, hotel room, unspecified community, and thermal power plant). Among the 235 outbreaks with an exact venue, 188 occurred in a home, 18 occurred on transport, 10 occurred at a restaurant,

### Practical Implication

- The indoor environments in which we live and work are the most common venues in which SARS-CoV-2 is transmitted.
- There is a need to improve the hygienic and ventilation conditions of these indoor environments to decrease the transmission of airborne infectious diseases.
- Given that there is an association between crowding and infection, in the post-pandemic future, we need to reflect deeply on the need for a healthy indoor environment.

(66 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 66 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 133 of 253

QIAN ET AL.                                                                                    **WILEY** | 3



**FIGURE 1**   Distribution of all identified 318 outbreaks (A) involving confirmed cases of different relationships and (B) for each category of the 416 venues

**FIGURE 2**   Occurrence of outbreaks on median dates of infectious period for 231 actual outbreaks (A) in different categories for 300 venues and (B) with different numbers of cases in each outbreak on median dates of infectious period





six occurred at an entertainment venue, and seven occurred at a shopping venue, with an additional six occurring at a miscellaneous venue. For the 83 outbreaks with multiple possible venues, a total of 181 venues were identified (2.18 venues per outbreak). Among the 181 venues, 66 were homes, 90 were a form of transport, 4 were restaurants, 1 was an entertainment venue, and 20 were miscellaneous venues.

Most of the 254 home outbreaks comprised three to five cases (145 with three cases, 66 with four cases, and 25 with five cases). The average number of cases was 3.7 for outbreaks at homes, 3.8 for outbreaks on transport, 4.9 for outbreaks at food venues, 3.6 for outbreaks at entertainment venues, 8.7 for outbreaks at shopping venues, and 4.4 for outbreaks at miscellaneous venues. The proportion of large outbreaks was high for shops and food venues, possibly

(67 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 67 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 134 of 253

**4** WILEY

because more susceptible individuals were present in these venues than in homes. Shopping and entertainment venues were each associated with only seven outbreaks. This suggests that it will be difficult to implement preventive measures in places that are frequented by large numbers of susceptible individuals if exact transmission routes are uncertain. In this context, it may be useful to provide further details of the seven outbreaks in shopping venues, as these had the highest average number of cases. There was one super-spreading event (outbreak) in a shopping center involving 21 cases, and there were also two outbreaks involving 10 cases (Table S1). In these three outbreaks, two of the index patients were shopping assistants in the shopping centers and one was a vegetable trimmer in the supermarket. These were all low-end shopping venues, where we suspect that the ventilation was poor or insufficient, at least for the 21-case outbreak; however, we have no direct evidence for this. In contrast, the index patient might have been a super-spreader, because the nature of the shopping assistants' job placed them in close contact with many people for a long duration. In the third case, the virus might have been present on the raw vegetables and thus been transferred to the vegetable trimmer.

Between December 29, 2019, and January 31, 2020, we also identified 231 outbreaks with known start and end dates of the suspected infectious period (Figure 2A). The identified outbreaks peaked between January 23 and 28 (Figure 2A), which coincides with the celebration period of the Chinese New Year (CNY). CNY 2020 lasted from New Year's Eve on January 24 to the Lantern Festival (ie, the 15th of Lunar January) on February 8. The official holiday in mainland China was from January 24 to 30, 2020. The peak date for the number of transport outbreaks was 1 to 2 days earlier than that for the home outbreaks as people traveled home for CNY.

Because home outbreaks dominated, the changes in the temporal profile of the number of cases (Figure 2A) closely followed that of the home outbreaks (Figure 2B). However, for outbreaks with more than six cases, no particular pattern was identified over time, which suggests a sporadic nature.

Among the 231 outbreaks with a known suspected infectious period, 126 included a known date of symptom onset for the index patient (Figure 3). We further divided those 126 outbreaks into two subgroups according to the index patient's symptom-onset date, as follows: on or before January 28 (96 outbreaks) and after January 28 (30 outbreaks). The average time from symptom onset to the end of the infectious period was 3.76 ± 4.42 days for those on and before January 28 and 0.87 ± 2.80 days for those afterward. The significant reduction in the average time from symptom onset to the end of the infectious period between these subgroups suggests the effectiveness of the early detection and isolation policy, which also explains the sharp decline in cases of infection after January 28.

Information is available on both the age and sex of the index patient for 139 outbreaks (Figure 4). Eighty-six outbreaks (62%) had a male index case, and 53 (38%) had a female index case. The average number of infected patients (excluding the index case) was approximately 3 for most age groups (3 for minors [ie, <18 years of age], with only one outbreak; 2.79 for young adults [ie, 18-35 years of age],



**FIGURE 3** One hundred and twenty-six outbreaks with both possible starting and end infectious dates and date of symptom onset of index patient. Non-home outbreaks are shown in red



**FIGURE 4** One hundred and thirty-nine outbreaks with information on the age of the index patient. Minors (<18 y old), young adults (18-35 y old), middle-aged adults (36-55 y old), senior adults (>55 y old)

in 33 outbreaks; and 3.11 for middle-aged adults [ie, 36-55 years of age], in 65 outbreaks. The average number of infected patients was 2.58 for senior adults [ie, >55 years of age], in 40 outbreaks. We were interested to note that among the outbreaks with a middle-aged index case, a female index case infected an average of 3.71 others, while a male index case infected 2.75 others. The dominant middle-aged group of reported index cases likely reflects the fact that returned migrant workers from Wuhan constituted the major pool of source patients in provinces outside Hubei.

## 4 | DISCUSSION

The first salient feature of the 318 identified outbreaks that involved three or more cases is that they all occurred in indoor environments. Although this finding was expected, its significance has not been

well recognized by the community or by policymakers. In a modern civilization, our lives and work are indoors. The transmission of SARS-CoV-2 from infected individuals to susceptible individuals is mainly an indoor phenomenon.

The emergence of homes as the most common COVID-19 outbreak venue in China is not surprising. During the COVID-19 epidemic in mainland China, homes became temporary quarantine places. Our estimated home dominance of 79.9% is close to the official estimate of 83% of the so-called household clusters among the nearly 1000 clusters (not outbreaks) defined by the China National Health Commission.[4] After Wuhan announced its city lockdown on January 23, the warning message spread throughout the country. People in provinces outside Hubei also began to stay at home. Most Chinese families have one child, and some families may also include grandparents. The relatively low number of cases in these home outbreaks might be considered an advantage of the compulsory home quarantine because transmission was limited to a small number of family members. Similar stay-at-home policies have now been implemented elsewhere during the pandemic. Most urban homes are high-rise apartments, while rural homes may be single-family detached houses. Modern urban homes may be mechanically ventilated, while older homes are typically naturally ventilated. It is unfortunate that detailed characteristics of the homes in which the infections occurred are not available.

The rising trend shown before the peak period in Figure 2 was likely due to the introduction of imported cases due to the Spring Festival travel season (Chunyun in Chinese), a period around CNY during which many people leave the cities in which they work to visit their rural families. The 2020 Chunyun brought people from the epicenter Wuhan to their home cities before Wuhan's lockdown on January 23. Social and family gatherings continued after January 23 in most cities outside Hubei. Interventions such as contact tracing and confinement of estates, villages, and individual buildings were implemented gradually in most cities outside Hubei immediately after CNY, which explains the sharp declining curve after January 28. The significant reduction in the average time from symptom onset to the end of the infectious period between the before January 28 subgroup and after January 28 subgroup suggests the effectiveness of the early detection and isolation policy and explains the sharp decrease in infections after January 28.

Our study does not rule out outdoor transmission of the virus. However, among our 7324 identified cases in China with sufficient descriptions, only one outdoor outbreak involving two cases occurred in a village in Shangqiu, Henan. A 27-year-old man had a conversation outdoors with an individual who had returned from Wuhan on January 25 and had symptom onset on February 1. This outbreak involved only two cases.

The second salient feature of the 318 identified outbreaks is the relatively small number of outbreaks that involved 10 or more cases. The largest outbreak occurred in a Tianjin shopping mall and involved 21 cases, although Wu et al[5] reported 25 cases (Table S1). This is distinct from the 2003 SARS-CoV epidemic, during which seven major super-spreading events in Hong Kong and Singapore

alone were identified to involve as many as 329 cases and super-spreading events dominated the epidemic.[6] The occurrence of many small outbreaks (in terms of the number of cases) in the COVID-19 pandemic suggests a different transmission pattern from that of the 2003 SARS-CoV epidemic. Some viral, epidemiological, and environmental factors may have contributed to this difference between the 2003 SARS-CoV epidemic and the current COVID-19 pandemic. However, a number of large super-spreading events were later reported elsewhere in the world, including 94 people who were infected in an 11th-floor call center in Seoul with 216 employees,[7] and 32 confirmed and 20 probable secondary cases after a 2.5-hour choir practice attended by 61 persons in Skagit County, Washington.[8] We cannot pinpoint the exact transmission routes of these identified outbreaks. During the early phase of the pandemic, most health authorities advised that the SARS-CoV-2 was transmitted mainly by close contact and via the fomite route (eg, China NHC[9] and US CDC[10]). The China NHC also suggested that long-range aerosol transmission may occur when certain conditions are met, such as in crowded enclosures or spaces with poor ventilation. By 5 November 2020, the US CDC[11] suggested that "It is possible that COVID-19 may spread through the droplets and airborne particles that are formed when a person who has COVID-19 coughs, sneezes, sings, talks, or breathes. There is growing evidence that droplets and airborne particles can remain suspended in the air and be breathed in by others, and travel distances beyond 6 feet (for example, during choir practice, in restaurants, or in fitness classes). In general, indoor environments without good ventilation increase this risk."

We do not have data on the hygiene conditions, such as ventilation rates and human densities, of the infection venues of the 318 outbreaks studied here. The exact location of the infection venues and the necessary parameters such as the floor area or the number of occupants were not provided in the case reports. Instead, we reviewed the current design standards of thermal and ventilation conditions, occupant density, and close-contact behavior in the various indoor environments discussed here (Table S3). The required ventilation rates vary significantly among homes, offices, trains, and buses. We note that the current ventilation rate guidelines in these environments do not consider infection control. For example, the required ventilation rate is only 3.9 L/s per person in shopping malls and 2.8 L/s per person in public buses, whereas a ventilation rate of at least 8-10 L/s is required for good indoor air quality.[12] The review showed that a rate as high as 25 L/s per person may be needed.[12] Some existing buildings are probably crowded, poorly ventilated, and unhygienic. A comprehensive review of ventilation conditions in Chinese indoor environments by Ye et al[13] showed that the $CO_2$ concentration can reach 3500 pp min some buildings. The design and operation of buildings have also been under pressure to reduce energy use[14] and increase human productivity. Balancing the need for energy efficiency, indoor environmental quality and health in both urban planning and building design have not been easy.[15] The quality of indoor environments might be sacrificed by putting a greater focus on cost than on health.

6 | WILEY

QIAN ET AL.

Close-contact behavior and occupant density in the various indoor environments discussed are also reviewed in Table S3. Frequent close contact occurs indoors, and buildings have high-touch surfaces.[16-19] Unfortunately, we do not have detailed data on surface-cleaning and hand-hygiene conditions in these indoor environments, but fomite transmission must nevertheless be considered in designing preventive approaches.

This study has limitations. We only studied outbreaks in China, where very strict intervention measures were implemented. We relied fully on the case reports of the local health authorities in each city, and variation exists in the details and the quality of their original epidemiological investigations. We also made no attempt to access any of the infection venues, and the details of each of these indoor spaces remains unknown.

This study shows that the individual indoor environments in which we live and work are the most common venues in which the virus of the once-in-a-century-pandemic is transmitted among us. An individual infected in one building may infect others in the building(s) that he or she later visits. People are in constant contact as they move from one indoor space or building to another, which creates an indoor contact network through which a virus can spread.[20] The buildings and transport cabins in various parts of the world are thus connected and facilitated the spread of the COVID-19 pandemic virus.

The association between crowding and infection has been known since Pringle.[21] The most dramatic example in the current pandemic might be in the cruise ship outbreak on the crowded Diamond Princess, of which the peak basic production number was predicted to be 11[22] or 14.8[23] before quarantine and much higher than elsewhere. The world's first statutory housing policy, the Artisans and Labourers Dwellings Act 1875[24] was developed following 19th-century empirical evidence that crowding led to a high incidence of infectious disease. A recent systematic review by the World Health Organization also found an association between crowding and infection.[25] A Lancet editorial in 2018 declared "[t]he right to a healthy home."[26] One WHO meeting also declared that "everyone has the right to breathe healthy indoor air"[27] and that "the provision of healthy indoor air should not compromise global or local ecological integrity, or the rights of future generations".[28] We hope that in the post-pandemic future, mankind will reflect deeply on the need for a healthy indoor environment.

## ACKNOWLEDGMENTS

The authors are grateful to Shengqi Wang, Xiaoxue Cheng, Luping Ma, Ya Lei, Siying Mei, Ziying Zhou, Yiran Lu, Mengjie Duan, Yifan Li, Qionglan He, and Ziang Xi, who helped collect the original data. The work was supported by the Research Grants Council of Hong Kong (no 17202719, C7025-16G) and National Natural Science Foundation of China (no 41977370).

## CONFLICT OF INTEREST

The authors declare no conflict of interest.

## AUTHORS' CONTRIBUTION

H. Qian, T. Miao, and Y. Li contributed equally. Y. Li and H. Qian contributed to study design, hypothesis formulation, and coordination. L. Liu, X. Zheng, and D. Luo contributed to data collection and initial data analyses. H. Qian and T Miao contributed to major data analyses. Y. Li wrote the first draft of the paper, and H. Qian and T. Miao contributed to major revision. All of the other authors contributed to revision. All of the authors approved the submitted version and have agreed to be personally accountable for their own contributions.

## PEER REVIEW

The peer review history for this article is available at https://publons.com/publon/10.1111/ina.12766.

## DATA AVAILABILITY STATEMENT

Available to interested readers by contacting Dr. Li (e-mail, liyg@hku.hk).

## ORCID

Li Liu https://orcid.org/0000-0001-8512-8676
Yuguo Li https://orcid.org/0000-0002-2281-4529

## REFERENCES

1. WHO, 2020a. Coronavirus disease (COVID-2019) situation reports. Situation report – 162 by June 20, 2020. https://www.who.int/emergencies/diseases/novel-coronavirus-2019/situation-reports. Accessed on 1 July 2020.
2. NCPERET (The Novel Coronavirus Pneumonia Emergency Response Epidemiology Team). The epidemiological characteristics of an outbreak of 2019 Novel Coronavirus Diseases (COVID-19) — China, 2020. China CDC Weekly, 2020. Vol. 2 No. x.
3. WHO, 2020b. Coronavirus Disease (COVID-2019) situation reports. Situation report – 22 by Feb 11, 2020. https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200211-sitrep-22-ncov.pdf?sfvrsn=fb6d49b1_2. Accessed on 17 March 2020.
4. China NHC (National Health Commission of the People's Republic of China), 2020. Transcript of press conference on 11 February 2020. http://www.nhc.gov.cn/xcs/s3574/202002/53900c60791041e09070bca8f40f93ac.shtml
5. Wu WS, Li YG, Wei ZF, et al. Investigation and analysis on characteristics of a cluster of COVID-19 associated with exposure in a department store in Tianjin. Chin J Epidemiol. 2020;41(4):489-493.
6. Li Y, Yu IT, Xu P, et al. Predicting super spreading events during the 2003 severe acute respiratory syndrome epidemics in Hong Kong and Singapore. Am J Epidemiol. 2004;160(8):719-728. https://doi.org/10.1093/aje/kwh273
7. Park SY, Kim YM, Yi S, et al. Coronavirus disease outbreak in call center, South Korea. Emerg Infect Dis. 2020;26(8):1666-1670.
8. Hamner L, Dubbel P, Capron I, et al. High SARS-CoV-2 attack rate following exposure at a choir practice – Skagit County, Washington, March 2020. Morb Mortal Wkly Rep. 2020;69:606-610.
9. Li XH, Gao F. Public Prevention Guidelines of Infection due to the Novel Coronavirus Pneumonia (In Chinese, 新型冠状病毒感染的肺炎公众防护指南). Beijing: People's Medical Publishing House; 2020.
10. United States Centers for Disease Control and Prevention, 2020. How 2019-nCoV Spreads. https://www.cdc.gov/coronavirus/2019-ncov/about/transmission.html. Accessed on 1 February 2020.

(70 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 70 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 137 of 253
QIAN ET AL.

**WILEY** | 7

11. United States Centers for Disease Control and Prevention, 2020. Frequently Asked Questions. https://www.cdc.gov/coronavirus/2019-ncov/faq.html#Spread. Accessed on 12 November 2020.

12. Sundell J, Levin H, Nazaroff WW, et al. Ventilation rates and health: multidisciplinary review of the scientific literature. *Indoor Air*. 2011;21(3):191-204. https://doi.org/10.1111/j.1600-0668.2010.00703.x

13. Ye W, Zhang X, Gao J, Cao G, Zhou X, Su X. Indoor air pollutants, ventilation rate determinants and potential control strategies in Chinese dwellings: a literature review. *Sci Total Environ*. 2017;586:696-729. https://doi.org/10.1016/j.scitotenv.2017.02.047

14. Fisk WJ. Health and productivity gains from better indoor environments and their relationship with building energy efficiency. *Annu Rev Energy Environ*. 2000;25:537-566. https://doi.org/10.1146/annurev.energy.25.1.537

15. Geng Y, Ji W, Wang Z, Lin B, Zhu Y. A review of operating performance in green buildings: energy use, indoor environmental quality and occupant satisfaction. *Energ Buildings*. 2019;183:500-514. https://doi.org/10.1016/j.enbuild.2018.11.017

16. Glass LM, Glass RJ. Social contact networks for the spread of pandemic influenza in children and teenagers. *BMC Public Health*. 2008;8(1):61. https://doi.org/10.1186/1471-2458-8-61

17. King MF, Noakes CJ, Sleigh PA. Modeling environmental contamination in hospital single- and four-bed rooms. *Indoor Air*. 2015;25(6):694-707. https://doi.org/10.1111/ina.12186

18. Zhang N, Li Y, Huang H. Surface touch and its network growth in a graduate student office. *Indoor Air*. 2018;28(6):963-972. https://doi.org/10.1111/ina.12505

19. Zhang N, Tang JW, Li Y. Human behavior during close contact in a graduate student office. *Indoor Air*. 2019;29(4):577-590. https://doi.org/10.1111/ina.12554

20. Gao X, Wei J, Lei H, Xu P, Cowling BJ, Li Y. Building ventilation as an effective disease intervention strategy in a dense indoor contact network in an ideal city. *PLoS One*. 2016;11(9):e0162481. https://doi.org/10.1371/journal.pone.0162481

21. John P. Observations on the diseases of the army (No. 21145). Edward Earle, 1810.

22. Mizumoto K, Chowell G. Transmission potential of the novel coronavirus (COVID-19) onboard the diamond Princess Cruises Ship, 2020. *Infect Dis Model*. 2020;5:264-270. https://doi.org/10.1016/j.idm.2020.02.003

23. Rocklöv J, Sjödin H, Wilder-Smith A. COVID-19 outbreak on the Diamond Princess cruise ship: estimating the epidemic potential and effectiveness of public health countermeasures. *J Travel Med*. 2020;27(3):1-7. https://doi.org/10.1093/jtm/taaa030

24. Britain G, Glen A. The artizans' and labourers' dwellings improvement act, 1875: With introduction, notes, appendix of statutes and forms, and index. London: [s.n.].

25. WHO (World Health Organization). *WHO Housing and Health Guidelines*. Geneva: 2018.

26. Anonymous. The right to a healthy home. *Lancet*. 2018;392(10163):2414. https://doi.org/10.1016/S0140-6736(18)33113-1

27. WHO (World Health Organization), 2000. The right to healthy indoor air – report on the WHO meeting.

28. Mølhave L, Krzyzanowski M. The right to healthy indoor air. *Indoor Air*. 2000;10(4):211. https://doi.org/10.1034/j.1600-0668.2000.010004211.x

**SUPPORTING INFORMATION**

Additional supporting information may be found online in the Supporting Information section.

How to cite this article: Qian H, Miao T, Liu L, Zheng X, Luo D, Li Y. Indoor transmission of SARS-CoV-2. *Indoor Air*. 2020;00:1–7. https://doi.org/10.1111/ina.12766

(71 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 71 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 138 of 253

# EXHIBIT 13

1822

High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice — Skagit County, Wash... Page 1 of 8
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 139 of 253
(72 of 228)



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

## Morbidity and Mortality Weekly Report (*MMWR*)

# High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice — Skagit County, Washington, March 2020

*Weekly* / May 15, 2020 / 69(19);606–610

*On May 12, 2020, this report was posted online as an* MMWR *Early Release.*

Lea Hamner, MPH[1]; Polly Dubbel, MPH[1]; Ian Capron[1]; Andy Ross, MPH[1]; Amber Jordan, MPH[1]; Jaxon Lee, MPH[1]; Joanne Lynn[1]; Amelia Ball[1]; Simranjit Narwal, MSc[1]; Sam Russell[1]; Dale Patrick[1]; Howard Leibrand, MD[1] (View author affiliations)

View suggested citation



Article Metrics

Altmetric:

12635

News (468)
Blogs (36)
Policy documents (1)
Twitter (13864)
Facebook (30)
Wikipedia (2)
Reddit (24)

Citations: 5

Views: 495,136
*Views equals page views plus PDF downloads*

Metric Details

Figure

Tables

Table 1

Table 2

## Summary

**What is already known about this topic?**

Superspreading events involving SARS-CoV-2, the virus that causes COVID-19, have been reported.

**What is added by this report?**

Following a 2.5-hour choir practice attended by 61 persons, including a symptomatic index patient, 32 confirmed and 20 probable secondary COVID-19 cases occurred (attack rate = 53.3% to 86.7%); three patients were hospitalized, and two died. Transmission was likely facilitated by close proximity (within 6 feet) during practice and augmented by the act of singing.

**What are the implications for public health practice?**

The potential for superspreader events underscores the importance of physical distancing, including avoiding gathering in large groups, to control spread of COVID-19. Enhancing community awareness can encourage symptomatic persons and contacts of ill persons to isolate or self-quarantine to prevent ongoing transmission.



After choir practice with one symptomatic person, 87% of group developed COVID-19

COVID-19 spreads easily
- Avoid groups
- Stay at least 6 feet apart
- Wear face coverings

CDC.GOV



References

Related Materials

PDF [303K]

On March 17, 2020, a member of a Skagit County, Washington, choir informed Skagit County Public Health (SCPH) that several members of the 122-member choir had become ill. Three persons, two from Skagit County and one from another area, had test results positive for SARS-CoV-2, the virus that causes coronavirus disease 2019 (COVID-19). Another 25 persons had compatible symptoms. SCPH obtained the choir's member list and began an investigation on March 18. Among 61 persons who attended a March 10 choir practice at which one person was known to be symptomatic, 53 cases were identified, including 33 confirmed and 20 probable cases (secondary attack rates of 53.3% among confirmed cases and 86.7% among all cases). Three of the 53 persons who became ill were hospitalized (5.7%), and two died (3.7%). The 2.5-hour singing practice provided several opportunities for droplet and fomite transmission, including members sitting close to one another, sharing snacks, and stacking chairs at the end of the practice. The act of singing, itself, might have contributed to transmission through emission of aerosols, which is affected by loudness of vocalization (*1*). Certain persons, known as superemitters, who release more aerosol particles during speech than do their peers, might have contributed to this and previously reported COVID-19 superspreading events (*2–5*). These data demonstrate the high transmissibility of SARS-CoV-2 and the possibility of superemitters contributing to broad transmission in certain unique activities and circumstances. It is recommended that persons avoid face-to-face contact with others, not gather in groups, avoid crowded places, maintain physical distancing of at least 6 feet to reduce transmission, and wear cloth face coverings in public settings where other social distancing measures are difficult to maintain.

Top

# Investigation and Findings

The choir, which included 122 members, met for a 2.5-hour practice every Tuesday evening through March 10. On March 15, the choir director e-mailed the group members to inform them that on March 11 or 12 at least six members had developed fever and that two members had been tested for SARS-CoV-2 and were awaiting results. On March 16, test results for three members were positive for SARS-CoV-2 and were reported to two respective local health jurisdictions, without indication of a common source of exposure. On March 17, the choir director sent a second e-mail stating that 24 members reported that they had developed influenza-like symptoms since March 11, and at least one had received test results positive for SARS-CoV-2. The email emphasized the importance of social distancing and awareness of symptoms suggestive of COVID-19. These two emails led many members to self-isolate or quarantine before a delegated member of the choir notified SCPH on March 17.

All 122 members were interviewed by telephone either during initial investigation of the cluster (March 18–20; 115 members) or a follow-up interview (April 7–10; 117); most persons participated in both interviews. Interviews focused on attendance at practices on March 3 and March 10, as well as attendance at any other events with members during March, other potential exposures, and symptoms of COVID-19. SCPH used Council of State and Territorial Epidemiologists case definitions to classify confirmed and probable cases of COVID-19 (*6*). Persons who did not have symptoms at the initial interview were instructed to quarantine for 14 days from the last practice they had attended. The odds of becoming ill after attending each practice were computed to ascertain the likelihood of a point-source exposure event.

No choir member reported having had symptoms at the March 3 practice. One person at the March 10 practice had cold-like symptoms beginning March 7. This person, who had also attended the March 3 practice, had a positive laboratory result for SARS-CoV-2 by reverse transcription–polymerase chain reaction (RT-PCR) testing.

In total, 78 members attended the March 3 practice, and 61 attended the March 10 practice (Table 1). Overall, 51 (65.4%) of the March 3 practice attendees became ill; all but one of these persons also attended the March 10 practice. Among 60 attendees at the March 10 practice (excluding the patient who became ill March 7, who also attended), 52 (86.7%) choir members subsequently became ill. Some members exclusively attended one practice; among 21 members who only attended March 3, one became ill and was not tested (4.8%), and among three members who only attended March 10, two became ill (66.7%), with one COVID-19 case being laboratory-confirmed.

Because illness onset for 49 (92.5%) patients began during March 11–15 (Figure), a point-source exposure event seemed likely. The median interval from the March 3 practice to symptom onset was 10 days (range = 4–19 days), and from the March 10 practice to symptom onset was 3 days (range = 1–12 days). The odds of becoming ill after the March 3 practice were 17.0 times higher for practice attendees than for those who did not attend (95% confidence interval [CI] = 5.5–52.8), and after the March 10 practice, the odds were 125.7 times greater (95% CI = 31.7–498.9). The clustering of symptom onsets, odds of becoming ill according to practice attendance, and known presence of a symptomatic contagious case at the March 10 practice strongly suggest that date as the more likely point-source exposure event. Therefore, that practice was the focus of the rest of the investigation. Probable cases were defined as persons who attended the March 10 practice and developed clinically compatible COVID-19 symptoms, as defined by Council of State and Territorial Epidemiologists (6). The choir member who was ill beginning March 7 was considered the index patient.

The March 10 choir rehearsal lasted from 6:30 to 9:00 p.m. Several members arrived early to set up chairs in a large multipurpose room. Chairs were arranged in six rows of 20 chairs each, spaced 6–10 inches apart with a center aisle dividing left and right stages. Most choir members sat in their usual rehearsal seats. Sixty-one of the 122 members attended that evening, leaving some members sitting next to empty seats. Attendees practiced together for 40 minutes, then split into two smaller groups for an additional 50-minute practice, with one of the groups moving to a smaller room. At that time, members in the larger room moved to seats next to one another, and members in the smaller room sat next to one another on benches. Attendees then had a 15-minute break, during which cookies and oranges were available at the back of the large room, although many members reported not eating the snacks. The group then reconvened for a final 45-minute session in their original seats. At the end of practice, each member returned their own chair, and in the process congregated around the chair racks. Most attendees left the practice immediately after it concluded. No one reported physical contact between attendees. SCPH assembled a seating chart of the all-choir portion of the March 10 practice (not reported here because of concerns about patient privacy).

Among the 61 choir members who attended the March 10 practice, the median age was 69 years (range = 31–83 years); 84% were women. Median age of those who became ill was 69 years, and 85% of cases occurred in women. Excluding the laboratory-confirmed index patient, 52 (86.7%) of 60 attendees became ill; 32 (61.5%) of these cases were confirmed by RT-PCR testing and 20 (38.5%) persons were considered to have probable infections. These figures correspond to secondary attack rates of 53.3% and 86.7% among confirmed and all cases, respectively. Attendees developed symptoms 1 to 12 days after the practice (median = 3 days). The first SARS-CoV-2 test was performed on March 13. The last person was tested on March 26.

Three of the 53 patients were hospitalized (5.7%), including two who died (3.8%). The mean interval from illness onset to hospitalization was 12 days. The intervals from onset to death were 14 and 15 days for the two patients who died.

SCPH collected information about patient signs and symptoms from patient interviews and hospital records (Table 2). Among persons with confirmed infections, the most common signs and symptoms reported at illness onset and at any time during the course of illness were cough (54.5% and 90.9%, respectively), fever (45.5%, 75.8%), myalgia (27.3%, 75.0%), and headache (21.2%, 60.6%). Several patients later developed gastrointestinal symptoms, including diarrhea (18.8%), nausea (9.4%), and abdominal cramps or pain (6.3%). One person experienced only loss of smell and taste. The most severe complications reported were viral pneumonia (18.2%) and severe hypoxemic respiratory failure (9.1%).

Among the recognized risk factors for severe illness, the most common was age, with 75.5% of patients aged ≥65 years. Most patients (67.9%) did not report any underlying medical conditions, 9.4% had one underlying medical condition, and 22.6% had two or more underlying medical conditions. All three hospitalized patients had two or more underlying medical conditions.

Top

# Public Health Response

SCPH provided March 10 practice attendees with isolation and quarantine instructions by telephone, email, and postal mail. Contacts of patients were traced and notified of isolation and quarantine guidelines. At initial contact, 15 attendees were quarantined, five of whom developed symptoms during quarantine and notified SCPH.

Before detection of this cluster on March 17, Skagit County had reported seven confirmed COVID-19 cases (5.4 cases per 100,000 population). At the time, SCPH informed residents that likely more community transmission had occurred than indicated by the low case counts.* On March 21, SCPH issued a press release to describe the outbreak and raise awareness about community transmission.[+] The press release emphasized the highly contagious nature of COVID-19 and the importance of following social distancing guidelines to control the spread of the virus.

Top

# Discussion

Multiple reports have documented events involving superspreading of COVID-19 (2–5); however, few have documented a community-based point-source exposure (5). This cluster of 52 secondary cases of COVID-19 presents a unique opportunity for understanding SARS-CoV-2 transmission following a likely point-source exposure event. Persons infected with SARS-CoV-2 are most infectious from 2 days before through 7 days after symptom onset (1). The index patient developed symptoms on March 7, which could have placed the patient within this infectious period during the March 10 practice. Choir members who developed symptoms on March 11 (three) and March 12 (seven) attended both the March 3 and March 10 practices and thus could have been infected earlier and might have been infectious in the 2 days preceding symptom onset (i.e., as early as March 9). The attack rate in this group (53.3% and 86.7% among confirmed cases and all cases, respectively) was higher than that seen in other clusters, and the March 10 practice could be considered a superspreading event (3,4). The median incubation period of COVID-19 is estimated to be 5.1 days (8). The median interval from exposure during the March 10 practice to onset of illness was 3 days, indicating a more rapid onset.

Choir practice attendees had multiple opportunities for droplet transmission from close contact or fomite transmission (9), and the act of singing itself might have contributed to SARS-CoV-2 transmission. Aerosol emission during speech has been correlated with loudness of vocalization, and certain persons, who release an order of magnitude more particles than their peers, have been referred to as superemitters and have been hypothesized to contribute to superspreading events (1). Members had an intense and prolonged exposure, singing while sitting 6–10 inches from one another, possibly emitting aerosols.

The findings in this report are subject to at least two limitations. First, the seating chart was not reported because of concerns about patient privacy. However, with attack rates of 53.3% and 86.7% among confirmed and all cases, respectively, and one hour of the practice occurring outside of the seating arrangement, the seating chart does not add substantive additional information. Second, the 19 choir members classified as having probable cases did not seek testing to confirm their illness. One person classified as having probable COVID-19 did seek testing 10 days after symptom onset and received a negative test result. It is possible that persons designated as having probable cases had another illness.

This outbreak of COVID-19 with a high secondary attack rate indicates that SARS-CoV-2 might be highly transmissible in certain settings, including group singing events. This underscores the importance of physical distancing, including maintaining at least 6 feet between persons, avoiding group gatherings and crowded places, and wearing cloth face coverings in public settings where other social distancing measures are difficult to maintain during this pandemic. The choir mitigated further spread by quickly communicating to its members and notifying SCPH of a cluster of cases on March 18. When first contacted by SCPH during March 18–20, nearly all persons who attended the practice reported they were already self-isolating or quarantining. Current CDC recommendations, including maintaining physical distancing of at least

6 feet and wearing cloth face coverings if this is not feasible, washing hands often, covering coughs and sneezes, staying home when ill, and frequently cleaning and disinfecting high-touch surfaces remain critical to reducing transmission. Additional information is available at https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html.

## Acknowledgments

Top

Patients described in this report; health care personnel who cared for them; Skagit County Public Health staff members and leaders, particularly the Communicable Disease investigators; Washington State Department of Health.

Top

Corresponding author: Lea Hamner, leah@co.skagit.wa.us, 360-416-1500.

Top

---

[1]Skagit County Public Health, Mount Vernon, Washington.

Top

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. All authors report receipt of funding through Public Health Emergency Preparedness grant from the Washington State Department of Health during the conduct of the study. No other potential conflicts of interest were disclosed.

Top

* Skagit County, updated social distancing information. https://skagitcounty.net/departments/home/press/031620.htm ☐ .

† Skagit County, public health investigating cluster of related COVID-19 cases. https://skagitcounty.net/departments/home/press/032120.htm ☐ .

Top

# References

1. Asadi S, Wexler AS, Cappa CD, Barreda S, Bouvier NM, Ristenpart WD. Aerosol emission and superemission during human speech increase with voice loudness. Sci Rep 2019;9:2348. CrossRef ☐ PubMed ☐

2. Wang D, Hu B, Hu C, et al. Clinical characteristics of 138 hospitalized patients with 2019 novel coronavirus-infected pneumonia in Wuhan, China. JAMA 2020;323:1061–9. CrossRef ☐ PubMed ☐

3. McMichael TM, Currie DW, Clark S, et al. Epidemiology of COVID-19 in a long-term care facility in King County, Washington. N Engl J Med 2020;NEJMoa2005412. CrossRef ☐ PubMed ☐

4. Ghinai I, Woods S, Ritger KA, et al. Community transmission of SARS-CoV-2 at two family gatherings—Chicago, Illinois, February–March 2020. MMWR Morb Mortal Wkly Rep 2020;69:446–50. CrossRef ☐ PubMed ☐

5. South Korean city on high alert as coronavirus cases soar at 'cult' church. The Guardian, US Edition. February 20, 2020. https://www.theguardian.com/world/2020/feb/20/south-korean-city-daegu-lockdown-coronavirus-outbreak-cases-soar-at-church-cult-cluster ☐

6. Council of State and Territorial Epidemiologists. Interim-20-ID-01: standardized surveillance case definition and national notification for 2019 novel coronavirus disease (COVID-19). Atlanta, GA: Council of State and Territorial Epidemiologists; 2020. https://cdn.ymaws.com/www.cste.org/resource/resmgr/2020ps/interim-20-id-01_covid-19.pdf ☐ ☐

7. He X, Lau EHY, Wu P, et al. Temporal dynamics in viral shedding and transmissibility of COVID-19. Nat Med 2020;26:672–5. PubMed ☐

8. Lauer SA, Grantz KH, Bi Q, et al. The incubation period of coronavirus disease 2019 (COVID-19) from publicly reported confirmed cases: estimation and application. Ann Intern Med 2020;172:577. CrossRef ☐ PubMed ☐

9. van Doremalen N, Bushmaker T, Morris DH, et al. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1. N Engl J Med 2020;382:1564–7. CrossRef ☐ PubMed ☐

Top

(77 of 228)

High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice — Skagit County, Wash. Page 6 of 8

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 144 of 253

**TABLE 1. Number of choir members with and without COVID-19–compatible symptoms (N = 122)\* and members' choir practice attendance† — Skagit County, Washington, March 3 and 10, 2020**

Return

| | No. (row %) | | | | | |
| | **March 3 practice** | | | **March 10 practice** | | |
| **Attendance** | **Total** | **Symptomatic** | **Asymptomatic** | **Total** | **Symptomatic** | **Asymptomatic** |
|---|---|---|---|---|---|---|
| Attended | 78 | 51 (65.4) | 27 (34.6) | 61 | 53§ (86.9) | 8 (13.1) |
| Did not attend | 40 | 4 (10.0) | 36 (90.0) | 61 | 3 (4.9) | 58 (95.1) |
| Attendance information missing | 4 | 1 (25.0) | 3 (75.0) | 0 | 0 (—) | 0 (—) |
| Attended only one practice | 21 | 1 (4.8) | 20 (95.2) | 3 | 2 (66.7) | 1 (33.3) |

**Abbreviation:** COVID-19 = coronavirus disease 2019.

\* No choir members were symptomatic at the March 3 practice.

† Thirty-seven choir members attended neither practice; two developed symptoms, and 35 remained asymptomatic.

§ Includes index patient; if the index patient excluded, 52 secondary cases occurred among the other 60 attendees (attack rate = 86.7%).

Top

**FIGURE. Confirmed\* and probable† cases of COVID-19 associated with two choir practices, by date of symptom onset (N = 53) — Skagit County, Washington, March 2020**

Return 



**Abbreviation:** COVID-19 = coronavirus disease 2019.

\* Positive reverse transcription–polymerase chain reaction test result.

† Attendance at the March 10 practice and clinically compatible symptoms as defined by the Council of State and Territorial Epidemiologists, Interim-20-ID-01: Standardized surveillance case definition and national notification for 2019 novel coronavirus disease (COVID-19). https://cdn.ymaws.com/www.cste.org/resource/resmgr/2020ps/interim-20-id-01_covid-19.pdf ⬛ ◻ .

Top

**TABLE 2. Signs and symptoms reported at the onset of COVID-19 illness and during the course of illness among persons infected at a choir practice (N = 53)* — Skagit County, Washington, March 2020**

| Sign or symptom | No. (%) | | no./No. (%) | |
| | Reported at onset of illness | | Reported during course of illness | |
| | All cases (N = 53) | Confirmed cases (N = 33) | All cases (N = 53) | Confirmed cases (N = 33) |
|---|---|---|---|---|
| Cough | 27 (50.9) | 18 (54.5) | 47/53 (88.7) | 30/33 (90.9) |
| Fever | 28 (52.8) | 15 (45.5) | 36/53 (67.9) | 25/33 (75.8) |
| Myalgia | 13 (24.5) | 9 (27.3) | 34/52 (65.4) | 24/32 (75.0) |
| Headache | 10 (18.9) | 7 (21.2) | 32/53 (60.4) | 20/33 (60.6) |
| Chills or rigors | 7 (13.2) | 6 (18.2) | 23/51 (45.1) | 16/31 (51.6) |
| Congestion | 4 (7.5) | 2 (6.1) | 25/52 (48.1) | 15/32 (46.9) |
| Pharyngitis | 2 (3.8) | 2 (6.1) | 12/52 (23.1) | 8/32 (25.0) |
| Lethargy | 4 (7.5) | 2 (6.1) | 5/52 (9.6) | 3/32 (9.4) |
| Fatigue | 3 (5.7) | 1 (3.0) | 24/52 (46.2) | 15/32 (46.9) |
| Aguesia (loss of taste) | 1 (1.9) | 1 (3.0) | 11/48 (22.9) | 5/28 (17.9) |
| Anosmia (loss of smell) | 1 (1.9) | 1 (3.0) | 10/48 (20.8) | 5/28 (17.9) |
| Chest congestion or tightness | 1 (1.9) | 1 (3.0) | 5/52 (9.6) | 4/32 (12.5) |
| Weakness | 1 (1.9) | 1 (3.0) | 3/52 (5.8) | 2/32 (6.3) |
| Eye ache | 1 (1.9) | 1 (3.0) | 1/52 (1.9) | 1/32 (3.1) |
| Dyspnea | 0 (—) | 0 (—) | 8/51 (15.7) | 8/31 (25.8) |
| Diarrhea | 0 (—) | 0 (—) | 8/52 (15.4) | 6/32 (18.8) |
| Pneumonia | 0 (—) | 0 (—) | 6/53 (11.3) | 6/33 (18.2) |
| Nausea | 0 (—) | 0 (—) | 3/52 (5.8) | 3/32 (9.4) |
| Acute hypoxemic respiratory failure | 0 (—) | 0 (—) | 3/53 (5.7) | 3/33 (9.1) |
| Abdominal pain or cramps | 0 (—) | 0 (—) | 2/52 (3.8) | 2/32 (6.3) |

| | No. (%) | | no./No. (%) | |
|---|---|---|---|---|
| | Reported at onset of illness | | Reported during course of illness | |
| Sign or symptom | All cases (N = 53) | Confirmed cases (N = 33) | All cases (N = 53) | Confirmed cases (N = 33) |
| Malaise | 1 (1.9) | 0 (—) | 1/52 (1.9) | 0/32 (—) |
| Anorexia | 0 (—) | 0 (—) | 1/52 (1.9) | 0/32 (—) |
| Vomiting | 0 (—) | 0 (—) | 0/52 (—) | 0/32 (—) |

**Abbreviation:** COVID-19 = coronavirus disease 19.
* Including the index patient.

Top

**Suggested citation for this article:** Hamner L, Dubbel P, Capron I, et al. High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice — Skagit County, Washington, March 2020. MMWR Morb Mortal Wkly Rep 2020;69:606–610. DOI: http://dx.doi.org/10.15585/mmwr.mm6919e6 ☑ .

*MMWR* and *Morbidity and Mortality Weekly Report* are service marks of the U.S. Department of Health and Human Services.
Use of trade names and commercial sources is for identification only and does not imply endorsement by the U.S. Department of Health and Human Services.

References to non-CDC sites on the Internet are provided as a service to *MMWR* readers and do not constitute or imply endorsement of these organizations or their programs by CDC or the U.S. Department of Health and Human Services. CDC is not responsible for the content of pages found at these sites. URL addresses listed in *MMWR* were current as of the date of publication.

All HTML versions of *MMWR* articles are generated from final proofs through an automated process. This conversion might result in character translation or format errors in the HTML version. Users are referred to the electronic PDF version (https://www.cdc.gov/mmwr) and/or the original *MMWR* paper copy for printable versions of official text, figures, and tables.

Questions or messages regarding errors in formatting should be addressed to mmwrq@cdc.gov.

Page last reviewed: May 14, 2020
Content source: Centers for Disease Control and Prevention

(80 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 80 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 147 of 253

# EXHIBIT 14



**Centers for Disease Control and Prevention**
CDC 24/7: Saving Lives, Protecting People™

## Morbidity and Mortality Weekly Report (*MMWR*)

# High COVID-19 Attack Rate Among Attendees at Events at a Church — Arkansas, March 2020

*Weekly* / May 22, 2020 / 69(20);632–635

*On May 19, 2020, this report was posted online as an* MMWR *Early Release.*

Allison James, DVM, PhD[1,2]; Lesli Eagle[1]; Cassandra Phillips[1]; D. Stephen Hedges, MPH[1]; Cathie Bodenhamer[1]; Robin Brown, MPAS, MPH[1]; J. Gary Wheeler, MD[1]; Hannah Kirking, MD[3] (View author affiliations)

View suggested citation

## Summary

**What is already known about this topic?**

Large gatherings pose a risk for SARS-CoV-2 transmission.

**What is added by this report?**

Among 92 attendees at a rural Arkansas church during March 6–11, 35 (38%) developed laboratory-confirmed COVID-19, and three persons died. Highest attack rates were in persons aged 19–64 years (59%) and ≥65 years (50%). An additional 26 cases linked to the church occurred in the community, including one death.

**What are the implications for public health practice?**

Faith-based organizations should work with local health officials to determine how to implement the U.S. Government guidelines for modifying activities during the COVID-19 pandemic to prevent transmission of the virus to their members and their communities.



Article Metrics

Altmetric:

News (199)
Blogs (12)
Policy documents (2)
Twitter (7552)
Facebook (19)
Wikipedia (1)
Reddit (33)

Citations: 2

Views: 301,770
*Views equals page views plus PDF downloads*
Metric Details

Figure

Tables

Table 1

Table 2

References





On March 16, 2020, the day that national social distancing guidelines were released (*1*), the Arkansas Department of Health (ADH) was notified of two cases of coronavirus disease 2019 (COVID-19) from a rural county of approximately 25,000 persons; these cases were the first identified in this county. The two cases occurred in a husband and wife; the husband is the pastor at a local church (church A). The couple (the index cases) attended church-related events during March 6–8, and developed nonspecific respiratory symptoms and fever on March 10 (wife) and 11 (husband). Before his symptoms had developed, the husband attended a Bible study group on March 11. Including the index cases, 35 confirmed COVID-19 cases occurred among 92 (38%) persons who attended events held at church A during March 6–11; three patients died. The age-specific attack rates among persons aged ≤18 years, 19–64 years, and ≥65 years were 6.3%, 59.4%, and 50.0%, respectively. During contact tracing, at least 26 additional persons with confirmed COVID-19 cases were identified among community members who reported contact with church A attendees and likely were infected by them; one of the additional persons was hospitalized and subsequently died. This outbreak highlights the potential for widespread transmission of SARS-CoV-2, the virus that causes COVID-19, both at group gatherings during church events and within the broader community. These findings underscore the opportunity for faith-based organizations to prevent COVID-19 by following local authorities' guidance and the U.S. Government's Guidelines: Opening Up America Again (*2*) regarding modification of activities to prevent virus transmission during the COVID-19 pandemic.

On March 10 and 11, the wife of the church pastor, aged 56 years, and the pastor, aged 57 years, developed fever and cough. On March 12, the pastor, after becoming aware of similar nonspecific respiratory symptoms among members of their congregation, closed church A indefinitely. Because of fever, cough, and increasing shortness of breath, the couple sought testing for SARS-CoV-2 on March 13; both were notified of positive results by reverse transcription–polymerase chain reaction testing on March 16. The same day, ADH staff members began an investigation to identify how the couple had been exposed and to trace persons with whom they had been in contact. Based on their activities and onset dates, they likely were infected at church A events during March 6–8 and the husband might have then exposed others while presymptomatic during a Bible study event held on March 11.

During March and April 2020, all persons in Arkansas who received testing for SARS-CoV-2 at any laboratory were entered into a database (Research Electronic Data Capture [REDCap]; version 8.8.0; Vanderbilt University) managed by ADH. Using a standardized questionnaire, ADH staff members interviewed persons who had positive test results to ascertain symptoms, onset date, and potential exposure information, including epidemiologic linkages to other COVID-19 patients; this information was stored in the database. Close contacts of patients with laboratory-confirmed cases of COVID-19 were interviewed and enrolled in active symptom monitoring; those who developed symptoms were tested and their information was also entered into the database. Church A–associated cases were defined as those in 1) persons who had laboratory results positive for SARS-CoV-2 who identified contact with church A attendees as a source of exposure and 2) actively monitored contacts of church attendees who had a test result positive for SARS-CoV-2 after becoming symptomatic.

High COVID-19 Attack Rate Among Attendees at Events at a Church – Arkansas, March 2020 | MMWR    (83 of 228)

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 3 of 8
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 150 of 253

The public health investigation focused on the transmission of SARS-CoV-2 among persons who attended church A events during March 6–11. To facilitate the investigation, the pastor and his wife generated a list of 94 church members and guests who had registered for, or who, based on the couple's recollection, might have attended these events.

During March 6–8, church A hosted a 3-day children's event which consisted of two separate 1.5-hour indoor sessions (one on March 6 and one on March 7) and two, 1-hour indoor sessions during normal church services on March 8. This event was led by two guests from another state. During each session, children participated in competitions to collect offerings by hand from adults, resulting in brief close contact among nearly all children and attending adults. On March 7, food prepared by church members was served buffet-style. A separate Bible study event was held March 11; the pastor reported most attendees sat apart from one another in a large room at this event. Most children and some adults participated in singing during the children's event; no singing occurred during the March 11 Bible study. Among all 94 persons who might have attended any of the events, 19 (20%) attended both the children's event and Bible study.

The husband and wife were the first to be recognized by ADH among the 35 patients with laboratory-confirmed COVID-19 associated with church A attendance identified through April 22; their illnesses represent the index cases. During the investigation, two persons who were symptomatic (not the husband and wife) during March 6–8 were identified; these are considered the primary cases because they likely initiated the chain of transmission among church attendees. Additional cases included those in persons who attended any church A events during March 6–11, but whose symptom onset occurred on or after March 8, which was 2 days after the earliest possible church A exposure. One asymptomatic attendee who sought testing after household members became ill was included among these additional cases.

Consistent with CDC recommendations for laboratory testing at that time (3), clinical criteria for testing included cough, fever, or shortness of breath; asymptomatic persons were not routinely tested. To account for this limitation when calculating attack rates, upper and lower boundaries for the attack rates were estimated by dividing the total number of persons with laboratory-confirmed COVID-19 by the number of persons tested for SARS-CoV-2 and by the number of persons who attended church A during March 6–11, respectively. All analyses were performed using R statistical software (version 4.0.0; The R Foundation). Risk ratios were calculated to compare attack rates by age, sex, and attendance dates. Fisher's exact test was used to calculate two-sided p-values; p-values <0.05 were considered statistically significant.

Overall, 94 persons attended church A events during March 6–11 and might have been exposed to the index patients or to another infectious patient at the same event; among these persons, 92 were successfully contacted and are included in the analysis. Similar proportions of church A attendees were aged ≤18 years (35%), 19–64 years (35%), and ≥65 years (30%) (Table 1). However, a higher proportion of adults aged 19–64 years and ≥65 years were tested (72% and 50%, respectively), and received positive test results (59% and 50%), than did younger persons. Forty-five persons were tested for SARS-CoV-2, among whom 35 (77.8%) received positive test results (Table 2).

During the investigation, two church A participants who attended the March 6–8 children's event were found to have had onset of symptoms on March 6 and 7; these represent the primary cases and likely were the source of infection of other church A attendees (Figure). The two out-of-state guests developed respiratory symptoms during March 9–10 and later received diagnoses of laboratory-confirmed COVID-19, suggesting that exposure to the primary cases resulted in their infections. The two primary cases were not linked except through the church; the persons lived locally and reported no travel and had no known contact with a traveler or anyone with confirmed COVID-19. Patient interviews revealed no additional common exposures among church attendees.

The estimated attack rate ranged from 38% (35 cases among all 92 church A event attendees) to 78% (35 cases among 45 church A event attendees who were tested for SARS-CoV-2). When stratified by age, attack rates were significantly lower among persons aged ≤18 years (6.3%–25.0%) than among adults aged 19–64 years (59.4%–82.6%) (p<0.01). The risk ratios for persons aged ≤18 years compared with those for persons aged 19–64 years were 0.1–0.3. No severe illnesses occurred in children. Among the 35 persons with laboratory-confirmed COVID-19, seven (20%) were hospitalized; three (9%) patients died.

1834

At least 26 additional confirmed COVID-19 cases were identified among community members who, during contact tracing, reported contact with one or more of the 35 church A members with COVID-19 as an exposure. These persons likely were infected by church A attendees. Among these 26 persons, one was hospitalized and subsequently died. Thus, as of April 22, 61 confirmed cases (including eight [13%] hospitalizations and four [7%] deaths) had been identified in persons directly and indirectly associated with church A events.

Top

## Discussion

This investigation identified 35 confirmed COVID-19 cases among 92 attendees at church A events during March 6–11; estimated attack rates ranged from 38% to 78%. Despite canceling in-person church activities and closing the church as soon as it was recognized that several members of the congregation had become ill, widespread transmission within church A and within the surrounding community occurred. The primary patients had no known COVID-19 exposures in the 14 days preceding their symptom onset dates, suggesting that local transmission was occurring before case detection.

Children represented 35% of all church A attendees but accounted for only 18% of persons who received testing and 6% of confirmed cases. These findings are consistent with those from other reports suggesting that many children with COVID-19 experience more asymptomatic infections or milder symptoms and have lower hospitalization rates than do adults (4,5). The role of asymptomatic or mildly symptomatic children in SARS-CoV-2 transmission remains unknown and represents a critical knowledge gap as officials consider reopening public places.

The risk for symptomatic infection among adults aged ≥65 years was not higher than that among adults aged 19–64 years. However, six of the seven hospitalized persons and all three deaths occurred in persons aged ≥65 years, consistent with other U.S. data indicating a higher risk for COVID-19–associated hospitalization and death among persons aged ≥65 years (6).

The findings in this report are subject to at least four limitations. First, some infected persons might have been missed because they did not seek testing, were ineligible for testing based on criteria at the time, or were unable to access testing. Second, although no previous cases had been reported from this county, undetected low-level community transmission was likely, and some patients in this cluster might have had exposures outside the church. Third, risk of exposure likely varied among attendees but could not be characterized because data regarding individual behaviors (e.g., shaking hands or hugging) were not collected. Finally, the number of cases beyond the cohort of church attendees likely is undercounted because tracking out-of-state transmission was not possible, and patients might not have identified church members as their source of exposure.

High transmission rates of SARS-CoV-2 have been reported from hospitals (7), long-term care facilities (8), family gatherings (9), a choir practice (10), and, in this report, church events. Faith-based organizations that are operating or planning to resume in-person operations, including regular services, funerals, or other events, should be aware of the potential for high rates of transmission of SARS-CoV-2. These organizations should work with local health officials to determine how to implement the U.S. Government's guidelines for modifying activities during the COVID-19 pandemic to prevent transmission of the virus to their members and their communities (2).

Top

## Acknowledgments

Members of the congregation of church A, including the pastor and his wife; Arkansas Department of Health; Suzanne Beavers, CDC; Laura Rothfeldt, Arkansas Department of Health; state and local health departments where out-of-state visitors resided.

Top

Corresponding author: Allison E. James, hwj7@cdc.gov, 501-614-5278.

Top

---

[1]Arkansas Department of Health; [2]Epidemic Intelligence Service, CDC; [3]COVID-19 Response Team, CDC.

Top

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

Top

# References

1. Office of the President of the United States. Coronavirus guidelines for America. Washington, DC: Office of the President of the United States; 2020. https://www.whitehouse.gov/briefings-statements/coronavirus-guidelines-america/ 🔗

2. Office of the President of the United States. Guidelines: opening up America again. Washington, DC: Office of the President of the United States; 2020. https://www.whitehouse.gov/openingamerica/ 🔗

3. CDC. Health Alert Network: update and interim guidance on outbreak of coronavirus disease 2019 (COVID-19). Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://emergency.cdc.gov/han/2020/HAN00428.asp

4. Bialek S, Gierke R, Hughes M, McNamara LA, Pilishvili T, Skoff T; CDC COVID-19 Response Team. Coronavirus disease 2019 in children—United States, February 12–April 2, 2020. MMWR Morb Mortal Wkly Rep 2020;69:422–6. CrossRef 🔗 PubMed 🔗

5. Dong Y, Mo X, Hu Y, et al. Epidemiology of COVID-19 among children in China. Pediatrics 2020. Epub March 16, 2020. CrossRef 🔗 PubMed 🔗

6. Bialek S, Boundy E, Bowen V, et al.; CDC COVID-19 Response Team. Severe outcomes among patients with coronavirus disease 2019 (COVID-19)—United States, February 12–March 16, 2020. MMWR Morb Mortal Wkly Rep 2020;69:343–6. CrossRef 🔗 PubMed 🔗

7. Heinzerling A, Stuckey MJ, Scheuer T, et al. Transmission of COVID-19 to health care personnel during exposures to a hospitalized patient—Solano County, California, February 2020. MMWR Morb Mortal Wkly Rep 2020;69:472–6. CrossRef 🔗 PubMed 🔗

8. McMichael TM, Currie DW, Clark S, et al. Epidemiology of Covid-19 in a long-term care facility in King County, Washington. N Engl J Med 2020. Epub March 27, 2020. CrossRef 🔗 PubMed 🔗

9. Ghinai I, Woods S, Ritger KA, et al. Community transmission of SARS-CoV-2 at two family gatherings—Chicago, Illinois, February–March 2020. MMWR Morb Mortal Wkly Rep 2020;69:446–50. CrossRef 🔗 PubMed 🔗

10. Hamner L, Dubbel P, Capron I, et al. High SARS-CoV-2 attack rate following exposure at a choir practice—Skagit County, Washington, March 2020. MMWR Morb Mortal Wkly Rep 2020;69:606–10. CrossRef 🔗 PubMed 🔗

Top

**TABLE 1. Demographic characteristics, church A event attendance, and SARS-CoV-2 testing status of persons who attended church A events where persons with confirmed COVID-19 (N = 92) also attended — Arkansas, March 2020** Return

| Characteristic | All attendees No. (%)* | No. (%) tested† | p-value§ | No. (%) who tested positive† | p-value§ |
|---|---|---|---|---|---|
| Total | 92 (100) | 45 (49) | — | 35 (38) | — |
| Age group (yrs) | | | | | |
| ≤18 | 32 (35) | 8 (25) | 0.001 | 2 (6) | 0.004 |
| 18–64 | 32 (35) | 23 (72) | | 19 (59) | |

| Characteristic | All attendees No. (%)* | No. (%) tested[†] | p-value[§] | No. (%) who tested positive[†] | p-value[§] |
|---|---|---|---|---|---|
| ≥65 | 28 (30) | 14 (50) | | 14 (50) | |
| **Sex** | | | | | |
| Male | 44 (48) | 22 (50) | 1.0 | 17 (39) | 1.0 |
| Female | 48 (52) | 23 (48) | | 18 (38) | |
| **Church A event attendance** | | | | | |
| Weekend only (Mar 6–8) | 64 (70) | 33 (52) | 0.28 | 28 (44) | 0.16 |
| Bible study only (Mar 11) | 9 (10) | 2 (22) | | 1 (11) | |
| Both weekend and Bible study | 19 (21) | 10 (53) | | 6 (32) | |

**Abbreviation:** COVID-19 = coronavirus disease 2019.

* Includes all persons who were confirmed to have attended church A events during March 6–11; percentages are column percentages.

† Percentage of attendees (row percentages).

§ Calculated with Fisher's exact test.

Top

**TABLE 2. Estimated attack rates of COVID-19 among attendees at church A events — Arkansas, March 6–11, 2020**

Return

| | All Mar 6–11 church A attendees (lower bound) | | | All tested Mar 6–11 church A attendees (upper bound) | | |
|---|---|---|---|---|---|---|
| Characteristic | No. of cases/no. exposed (%) | Risk ratio (95% CI) | p-value | No. of cases/no. tested (%) | Risk ratio (95% CI) | p-value |
| Overall | 35/92 (38.0) | — | — | 35/45 (77.8) | — | — |
| **Age group (yrs)** | | | | | | |
| ≤18 | 2/32 (6.3) | 0.1 (0.03–0.4) | <0.001 | 2/8 (25.0) | 0.3 (0.1–1.0) | 0.003 |
| 19–64 | 19/32 (59.4) | Referent | — | 19/23 (82.6) | Referent | — |
| ≥65 | 14/28 (50.0) | 0.8 (0.5–1.3) | 0.47 | 14/14 (100.0) | 1.2 (1.0–1.5) | 0.10 |
| **Sex** | | | | | | |

(87 of 228)

High COVID-19 Attack Rate Among Attendees at Events at a Church — Arkansas, March 2020   Page 7 of 8
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 154 of 253

| Characteristic | All Mar 6–11 church A attendees (lower bound) | | | All tested Mar 6–11 church A attendees (upper bound) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | No. of cases/no. exposed (%) | Risk ratio (95% CI) | p-value | No. of cases/no. tested (%) | Risk ratio (95% CI) | p-value |
| Male | 17/44 (38.6) | 1.0 (0.6–1.7) | 0.91 | 17/22 (77.3) | 1.0 (0.7–1.3) | 0.94 |
| Female | 18/48 (37.5) | Referent | — | 18/23 (78.3) | Referent | — |
| Church A event attendance | | | | | | |
| Weekend only (Mar 6 –8) | 28/64 (43.8) | 1.4 (0.7–2.8) | 0.3 | 28/33 (84.8) | 1.4 (0.8–2.4) | 0.09 |
| Bible study only (Mar 11) | 1/9 (11.1) | 0.4 (0.05 –2.5) | 0.25 | 1/2 (50.0) | 1.7 (0.4–6.8) | 0.21 |
| Both weekend and Bible study | 6/19 (31.6) | Referent | — | 6/10 (60.0) | Referent | — |

**Abbreviations:** CI = confidence interval; COVID-19 = coronavirus disease 2019.

Top
Return

**FIGURE. Date of symptom onset\* among persons with laboratory–confirmed cases of COVID-19 (N = 35) who attended March 6–11 church A events — Arkansas, March 6–23, 2020**



**Abbreviation:** COVID-19 = coronavirus disease 2019.

\* One asymptomatic person who had a positive test result is included on the date of specimen collection (March 18).

Top

Suggested citation for this article: James A, Eagle L, Phillips C, et al. High COVID-19 Attack Rate Among Attendees at Events at a Church — Arkansas, March 2020. MMWR Morb Mortal Wkly Rep 2020;69:632–635. DOI: http://dx.doi.org/10.15585/mmwr.mm6920e2 ☑ .

*MMWR* and *Morbidity and Mortality Weekly Report* are service marks of the U.S. Department of Health and Human Services.

Use of trade names and commercial sources is for identification only and does not imply endorsement by the U.S. Department of Health and Human Services.

References to non-CDC sites on the Internet are provided as a service to *MMWR* readers and do not constitute or imply endorsement of these organizations or their programs by CDC or the U.S. Department of Health and Human Services. CDC is not responsible for the content of pages found at these sites. URL addresses listed in *MMWR* were current as of the date of publication.

All HTML versions of *MMWR* articles are generated from final proofs through an automated process. This conversion might result in character translation or format errors in the HTML version. Users are referred to the electronic PDF version (https://www.cdc.gov/mmwr) and/or the original *MMWR* paper copy for printable versions of official text, figures, and tables.

Questions or messages regarding errors in formatting should be addressed to mmwrq@cdc.gov.

Page last reviewed: May 21, 2020
Content source: Centers for Disease Control and Prevention

(89 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 89 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 156 of 253

# EXHIBIT 15

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/why-a-south-korean-church-was-the-perfect-petri-dish-for-coronavirus-11583082110

# Why a South Korean Church Was the Perfect Petri Dish for Coronavirus

Seoul had a technologically advanced plan against the infection, but a giant congregation with rituals demanding mass human contact—and secrecy—punched a hole in the defenses

By _Dasl Yoon_ and _Timothy W. Martin_
Updated March 2, 2020 8:09 am ET

DAEGU, South Korea—To enter the nine-story Shincheonji Church of Jesus building Feb. 16, the 61-year-old woman needed to press her finger into a digital scanner.

She was nursing a sore throat and a fever, local health officials report, and any doctor would have advised her to stay home—especially as the new coronavirus lurked in South Korea. But skipping Sunday service wasn't an option: Church leaders take attendance by checking a follower's Shincheonji-issued photo ID, said current and former church members.

Pushing through the glass door, she would have walked by a first-floor museum dedicated to the group's founder, Lee Man-hee, who members believe immortal. She descended into a basement worship hall with no windows or furniture. She spent roughly two hours there, health officials determined, crammed shoulder-to-shoulder sitting on her knees on the floor with about 1,000 others. Hewing to the church's strict routine, she would have embraced others repeatedly, wailing "amen!"

The spiritual moment was a perfect incubator for disease, as was the church.

On Feb. 17, health officials diagnosed the 61-year-old as South Korea's 31st coronavirus patient, later declaring her Patient Zero for the wave of Shincheonji-

1841

linked cases. She had also attended services the Sunday before. Health officials trace about three-fifths of the country's 3,736 cases to her as of March 1.

"It was like they sprayed the virus within the church," said a city official in Daegu, which has about 2.4 million residents.

The Shincheonji outbreak represents a worst-case combination of factors seen in other coronavirus outbreaks—large gatherings, participants fanning out into public, delays in identifying the threat, slow or hindered responses.

Days before the lockdown of Wuhan, China, where the virus spread originated, Wuhan officials held an annual residents banquet for more than 10,000 families. Passengers on a cruise ship docking in Japan mingled for days after its first confirmed case. In Singapore, it took 10 days for health authorities to realize a cluster of infections had formed at a sales conference there and spread abroad.

Religion complicated the recipe for disaster in South Korea, pitting the government against an enigmatic church that has an allergy to outsiders and teaches members they will live forever, according to former members.


## Contagious Congregation

The majority of South Korea's coronavirus cases are linked to the secretive Shincheonji church.

**Confirmed cases, by cluster**

Source: Korea Centers for Disease Control and Prevention



■ Shincheonji church
■ Cheongdo Daenam Hospital
■ Imported
Others

The broader global crisis harks back to December, when China disclosed the outbreak after dozens fell ill in Wuhan. The virus spread in China, where 79,394

people had been sickened as of Feb. 29, according to the World Health Organization, and there have been 6,009 confirmed cases in 53 other countries, with South Korea at No. 2. The WHO says more than 2,900 people have died.

South Korea in early February had a technologically advanced, transparent, well-funded plan to confront the coronavirus. But the outbreak at the secretive church with its rituals that demand mass human contact punched a hole in the defenses.

Shincheonji members, pressured to recruit followers, travel across a country the geographic size of Indiana. Most acolytes hide their Shincheonji ties from their families. The government recently called Shincheonji a "Korean cult."

"To Shincheonji members, their priority is not the safety issue," said Ji-il Tark, a Busan Presbyterian University theology professor who studies the group, "but rather protecting their own organization."

The group's opacity stymies some fundamentals of outbreak prevention. Without a coronavirus vaccine, officials must bank on healthy individuals to avoid contact with the sick. When infections occur, institutions and individuals must quickly share information to locate the virus' source and prevent further spread.

1844



Spraying against the coronavirus in a Seoul market on Feb. 26.

PHOTO: CHUNG SUNG-JUN/GETTY IMAGES

"Failure to do so creates distrust, and distrust disrupts transparency," said Tim Brown, an infectious-disease researcher at the East-West Center who has consulted with the WHO, "making containment even more challenging, if not impossible."

Health officials say they don't fully know who might be covertly carrying the illness because, they contend, Shincheonji is withholding information. Daegu's mayor said at a Friday briefing he is taking legal action against Shincheonji's leadership for lying about the number of followers and facilities. Gyeonggi-do province, near Seoul, has twice raided its headquarters to unearth more information.

"If we can prevent contact with Shincheonji-linked patients," Daegu Mayor Kwon Young-jin said Wednesday, "we will be able to prevent the virus from spreading to other regions."

(95 of 228)

Why a South Korea Church Was 'Perfect' for Coronavirus - WSJ   Page 95 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 162 of 253

Shincheonji in a Friday press conference said it is cooperating with the
investigation, has shut its facilities and believes its members are the victims. It
denied concealing information.

Baek In-yeop, a planning-department executive at the Daegu Shincheonji church,
said in an interview he and 15 other followers rushed to get the city a list of the
more than 1,000 people who attended the same two Sunday services as the 61-
year-old. Any discrepancies, he said, were honest mistakes or a result of not
having full information on certain members.



Government officials close a Shincheonji branch.
**PHOTO:** RYU HYUNG-GEUN/ASSOCIATED PRESS

Mr. Baek said he didn't attend the same services but was in the building and saw
followers wearing masks. Hand sanitizer had been placed around the building.

"It's a witch hunt against us," Mr. Baek said between coughs, noting that he was
tested for coronavirus and expected the results soon. "They frame us as if we are
a devil organization. We are Daegu citizens before being Shincheonji members."

1846

South Korean officials said they haven't pinpointed how the 61-year-old, who hadn't traveled abroad recently, contracted coronavirus.

The government has pledged to test every Shincheonji member in the country, after receiving a list of 210,000 members on Wednesday. The group later released names of roughly 100,000 others, mostly including Shincheonji "trainees" who had yet to become full members by finishing six months of education and passing a written test, health officials said.

Over the past week, more than 1.1 million citizens had signed a petition to the presidential Blue House demanding Shincheonji be dismantled. Frustrated Koreans include Jeon In-sook, 47, a Daegu nurse. A co-worker contracted the virus and landed in a hospital room with several Shincheonji members who urged her to join the church. "There's no difference," she said, "between Shincheonji and North Korea."

South Korean health officials have said they expect the country's confirmed cases to keep rising. JPMorgan Chase & Co. said it anticipates infections for Daegu alone to reach 10,000 and peak around March 20.

1847



## Coronavirus Crisis

South Korea, the hardest-hit country apart from China, has had a bigger rise than
the next largest outbreaks in Italy and Japan.

**Daily new cases since Feb. 19**

Sources: World Health Organization; John's Hopkins



Italy
Japan
South Korea

Two weeks ago, the country had diagnosed only 30 patients, just before the tally
began mushrooming after the virus hit Shincheonji. Since granting itself

(98 of 228)

Why a South Korean Church Was the Perfect Petri Dish for Coronavirus - WSJ    Page 98 of 13
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 165 of 253

maximum authority on Feb. 23 to block the virus' spread, Seoul has struggled to free up hospital beds, doctors and key supplies. It has injected more than $13 billion of emergency funds into its paralyzed economy.

Uncertainty is seeding paranoia for people like Jeon So-young, 31, who lives near the Daegu Shincheonji church and believes a co-worker may have been a member after her office building closed for disinfection. "It feels like a game now," she said, "trying to figure out if people around me are Shincheonji members."

Fears appeared validated last week when an infection-prevention manager at a Daegu health center dealing with the outbreak had to step aside, said Mayor Kwon at a briefing, because he was a Shincheonji follower. The follower has since tested positive.



A drive-through coronavirus-screening clinic in Daegu on Feb. 27.
PHOTO: YONHAP/AGENCE FRANCE-PRESSE/GETTY IMAGES

The news didn't surprise Kim Jin-sook, 49, who attended the Daegu Shincheonji church until late last year. For three years, Ms. Kim, a piano teacher, sneaked to services by telling her husband she had a Sunday tutoring session. Even when not

1849

(99 of 228)

Why a South Korean Church Was Perfect for Coronavirus WSJ Page 99 Pg. 210 of 13
Case 5:20-cv-08241-EJD  Document 52-3  Filed 12/23/20  Page 166 of 253

at Shincheonji, she could open a secret phone app where she could watch the founder's sermons, she said; "I lived a double life."

Mr. Lee, 88, founded Shincheonji in 1984. Born near Daegu, he joined several cults before creating his own doctrine, said Shin Hyun-wook, a former senior Shincheonji official who manages a website about the church's history and tactics.

Mr. Lee is a self-proclaimed "savior," an embodiment of Christ with exclusive scriptural knowledge who presses members to recruit new followers, said current and former members. Shincheonji says global membership stands around 245,000 and it aspires to hit a million in three years.

---

SHARE YOUR THOUGHTS

*How should governments work with tightknit groups, such as the Shincheonji church, as they try to stem the spread of coronavirus?* Join the conversation below.

The city of Seoul has sent prosecutors a legal complaint that accused Mr. Lee and other senior Shincheonji leaders of homicide, causing harm and violating the country's infectious-disease law, Seoul's mayor said in a **Facebook** post on Sunday. A formal probe could follow.

One concern about the spread of the virus is how well-traveled Shincheonji members must be to aid their recruitment push, targeting busy street corners and university campuses, the Daegu official said. Active members target as many as 10 people a week, the official added.

One tactic is becoming a "reaper" by infiltrating another church to lure members. Reapers attract potential recruits—"fruit," in Shincheonji parlance—by heaping them with praise and inviting them to Bible-study groups reserved for "exclusive" members, said former church members.

1850



Seoul commuters on Feb. 27.

**PHOTO:** SEONGJOON CHO/BLOOMBERG NEWS

Shincheonji hasn't disclosed all of the gathering places to which it invites prospects, said Lee Dong-heon, an anti-cult counselor in Daegu. Nearly all the venues have no formal association with Shincheonji, potentially keeping them off lists of areas for investigation.

He estimated there are 2,000 hidden venues and said Shincheonji has provided information on only a little over half. "Many trainees attending these places," he said, "don't even know they are being recruited into Shincheonji."

Some members still don't believe the virus threatens them, judging from the account of Kim Gwi-hui of Daegu, who said her 39-year-old daughter attended the same church on Feb. 16 that the 61-year-old did. Ms. Kim said her daughter joined Shincheonji to live the eternal life it promised her.

1851

(101 of 228)

Why a South Korean Church Was the Perfect Petri Dish for Coronavirus - WSJ    Page 101    Page 22 of 13
Case 5:20-cv-08241-EJD    Document 52-3    Filed 12/23/20    Page 168 of 253



A closed Shincheonji branch in Seoul on Feb 26.
PHOTO: LEE JAE-WON/AFLO/ZUMA PRESS

Authorities called to check on the daughter's health. She didn't show symptoms but complained of a stomach ache, and the clinic sent her medication. She hasn't been tested for the virus but is under quarantine, said Ms. Kim, who is also under quarantine and calls her daughter daily to tell her of new cases and deaths.

"It's unbelievable to her," said Ms. Kim, "that Lee Man-hee's followers can die."

**Corrections & Amplifications**
Lee Man-hee, the founder of Shincheonji Church of Jesus, is 88 years old. An earlier version of this article incorrectly said he was 89. (March 2, 2020)

**Write to** Dasl Yoon at dasl.yoon@wsj.com and Timothy W. Martin at timothy.martin@wsj.com

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

(103 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 103 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 170 of 253

# EXHIBIT 16

The Washington Post

**World**

# How a South Korean church helped fuel the spread of the coronavirus

By **Youjin Shin**, **Bonnie Berkowitz** and **Min Joo Kim**   March 25, 2020



From the movements and contacts of the first
people with confirmed cases of covid-19 in
South Korea, we get a real-life picture of how
a disease spread through a vulnerable
population.

**Jan. 20**  1 known case

The country's **first known case** was a 35-year-old Chinese woman who arrived at Incheon Airport from Wuhan. She tested positive for the novel coronavirus on Jan 20.

**Jan. 27**  4 known cases

Within a week, there were three more known cases, **all travelers from Wuhan** and all in their 50s. Two were detected and isolated at airports, so it is very unlikely they passed the disease to anyone else.

**Jan. 30**   7 known cases

Three additional people were confirmed to
have the virus. Two were from Wuhan, and
one was a man who had eaten a meal at a
restaurant with Patient 3. He would become
Patient 6, the **first known case of local
transmission** (→) in South Korea.

1859

**Jan. 31**  11 known cases

The next day, Patient 6's wife and son were confirmed positive, as well. Eleven days after the first case was diagnosed, there were just 10 other known cases. Local transmission had occurred **only among family members or within close social circles**.

**Feb. 2**  15 known cases

The first case of **transmission between strangers** was documented when an airline passenger tested positive after sitting near an infected person on a flight.

**Feb. 16** 30 known cases

Nearly all local transmission was still among families and friends.

**Feb. 18**   39 known cases

Patient 31, a 61-year-old woman, became the
first congregant at Shincheonji Church of
Jesus in Daegu to test positive. It was unclear
where she contracted the virus.

1863

**Feb. 20**   104 known cases

Within two days after Patient 31 tested positive, 15 more people connected to the Shincheonji church were confirmed to have the virus, as well. A month later, thousands of people with connections to the church would test positive for the virus.

While the virus ravaged the church, more than 100 new cases had been confirmed in surrounding Daegu, as well. The disease appeared in hospitals, housing for the elderly and other churches. Most of these additional clusters were near the **Shincheonji church**.

**March 25**   9,137 known cases

A little over one month later, the cluster at the **Shincheonji church** accounted for 5,080 confirmed cases of covid-19, more than half of South Korea's total.



[*Sign up for our Coronavirus Updates newsletter to track the outbreak. All stories linked within the newsletter are free to access.*]

After the country's biggest cluster of infections emerged among the Daegu congregation, the South Korean government ordered testing on more than 200,000 members of the Shincheonji church across the country.

Thousands tested positive for the virus, including some who showed no symptoms.

Officials mandated rigorous inspections at gathering places deemed to be high risk, such as hospitals, gyms, karaoke bars, nursing homes, call centers and computer cafes.

The government reacted quickly with other policies, as well, hoping to isolate the virus from the uninfected population. Officials closed schools and public places, shut down sporting events and banned large gatherings.

The tactics appear to have worked. The rate of new known infections in South Korea has markedly slowed from a peak of 909 new cases on Feb. 29 to 100 or fewer new cases on most days since mid-March.

But the country is remaining vigilant and has continued thorough testing to track the spread of the virus.

*[Mapping the spread of the coronavirus in the U.S. and worldwide]*



**Youjin Shin**

Youjin Shin works as graphics reporter at The Washington Post. Before joining The Post, she worked as multimedia editor at the Wall Street Journal and a research fellow at the MIT SENSEable city lab.



**Bonnie Berkowitz**

Bonnie Berkowitz is a reporter in the Graphics department at The Washington Post who often focuses on Health & Science topics.



**Min Joo Kim**

Min Joo Kim is an assistant reporter for The Washington Post in Seoul. She covers news from South and North Korea.

**About this story**

Korea Centers for Disease Control and Prevention (KCDC); additional information compiled from major Korean newspapers

💬 **4 Comments**

**More stories**

## Why outbreaks like coronavirus spread exponentially, and how to "flatten the curve"



The early trickle of new coronavirus infections has turned into a steady current. By creating simple simulations, we can see how to slow it down.

## How epidemics like covid-19 end (and how to end them faster)



A coronavirus, recently named covid-19, has infected more than 70,000 people since it was first reported in late 2019. To predict how big the epidemic could get, researchers are working to determine how contagious the virus is.



**Most Read**

**1**  Why outbreaks like coronavirus spread exponentially, and how to 'flatten the curve'

**2**  Chevy Chase is 74, sober and ready to work. The problem? Nobody wants to work with him.

**3**  How the CIA used Crypto AG encryption devices to spy on countries for decades

**4**  Tracking all of President Trump's false or misleading claims

**5**  Fatal Force: 2019 police shootings database

**Follow Post Graphics**

🐦 **Twitter**          📘 **Facebook**          t **Tumblr**

1870

(120 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 120 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 187 of 253

# EXHIBIT 17

1871

 **Centers for Disease Control and Prevention**
CDC 24/7: Saving Lives, Protecting People™

## Coronavirus Disease 2019 (COVID-19)

 WEAR A MASK. PROTECT OTHERS.

# How to Protect Yourself & Others

Updated July 31, 2020        Print

> Older adults and people who have severe underlying medical conditions like heart or lung disease or diabetes seem to be at higher risk for developing serious complications from COVID-19 illness. More information on Are you at higher risk for serious illness.

 ### Know how it spreads

- There is currently no vaccine to prevent coronavirus disease 2019 (COVID-19).
- **The best way to prevent illness is to avoid being exposed to this virus.**
- The virus is thought to spread mainly from person-to-person.
  - Between people who are in close contact with one another (within about 6 feet).
  - Through respiratory droplets produced when an infected person coughs, sneezes or talks.
  - These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.
  - Some recent studies have suggested that COVID-19 may be spread by people who are not showing symptoms.

## Everyone Should

 ### Wash your hands often

- Wash your hands often with soap and water for at least 20 seconds especially after you have been in a public place, or after blowing your nose, coughing, or sneezing.
- It's especially important to wash:
  - Before eating or preparing food
  - Before touching your face
  - After using the restroom
  - After leaving a public place
  - After blowing your nose, coughing, or sneezing
  - After handling your mask
  - After changing a diaper
  - After caring for someone sick
  - After touching animals or pets
- If soap and water are not readily available, **use a hand sanitizer that contains at least 60% alcohol.** Cover all surfaces of your hands and rub them together until they feel dry.
- **Avoid touching your eyes, nose, and mouth with unwashed hands.**

### Avoid close contact

1872



- **Inside your home:** Avoid close contact with people who are sick.
  - If possible, maintain 6 feet between the person who is sick and other household members.
- **Outside your home:** Put 6 feet of distance between yourself and people who don't live in your household.
  - Remember that some people without symptoms may be able to spread virus.
  - Stay at least 6 feet (about 2 arms' length) from other people.
  - Keeping distance from others is especially important for people who are at higher risk of getting very sick.



## Cover your mouth and nose with a mask when around others

- You could spread COVID-19 to others even if you do not feel sick.
- The mask is meant to protect other people in case you are infected.
- Everyone should wear a mask in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.
  - Masks should not be placed on young children under age 2, anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.
- Do NOT use a mask meant for a healthcare worker. Currently, surgical masks and N95 respirators are critical supplies that should be reserved for healthcare workers and other first responders.
- Continue to keep about 6 feet between yourself and others. The mask is not a substitute for social distancing.



## Cover coughs and sneezes

- **Always cover your mouth and nose** with a tissue when you cough or sneeze or use the inside of your elbow and do not spit.
- **Throw used tissues** in the trash.
- Immediately **wash your hands** with soap and water for at least 20 seconds. If soap and water are not readily available, clean your hands with a hand sanitizer that contains at least 60% alcohol.



## Clean and disinfect

- **Clean AND disinfect** frequently touched surfaces **daily.** This includes tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets, and sinks.
- **If surfaces are dirty, clean them.** Use detergent or soap and water prior to disinfection.
- **Then, use a household disinfectant.** Most common EPA-registered household disinfectants will work.



## Monitor Your Health Daily

- **Be alert for symptoms.** Watch for fever, cough, shortness of breath, or other symptoms of COVID-19.
  - Especially important if you are running essential errands, going into the office or workplace, and in settings where it may be difficult to keep a physical distance of 6 feet.
- **Take your temperature** if symptoms develop.

How to Protect Yourself & Others | CDC
Case 4:18-cv-00825-O 12/23/2021, ID: 12019863, DktEntry: 12-9, Page 123 of 228 Page 3 of 3
(123 of 228)

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 190 of 253

- Don't take your temperature within 30 minutes of exercising or after taking medications that could lower your temperature, like acetaminophen.
- Follow CDC guidance if symptoms develop.

---

Stop the Spread of Germs

### Robert R. Redfield, MD | #COVIDStopsWithMe

CDC Director Robert R. Redfield, MD discusses how we can slow the spread of COVID-19.

### COVID-19 Stop the Spread of Germs

Help stop the spread of COVID-19 and other respiratory illnesses by following these steps.

---

Handwashing Resources

 Handwashing tips

 Hand Hygiene in Healthcare Settings

---

### More information

| | |
|---|---|
| Symptoms | Healthcare Professionals |
| What to do if you are sick | 10 Things You Can Do to Manage COVID-19 at Home |
| If someone in your house gets sick | |
| Frequently asked questions | 10 Things You Can Do to Manage COVID-19 at Home (ASL Version) |
| Travelers | Social Distancing (ASL Video) |
| Individuals, schools, events, businesses and more | ASL Video Series: What You Need to Know About Handwashing |

Last Updated July 31, 2020
Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

(124 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 124 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 191 of 253

# EXHIBIT 18

1875

(125 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 125 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 192 of 253

**Articles**

# Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis



*Derek K Chu, Elie A Akl, Stephanie Duda, Karla Solo, Sally Yaacoub, Holger J Schünemann, on behalf of the COVID-19 Systematic Urgent Review Group Effort (SURGE) study authors\**



## Summary

**Background** Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) causes COVID-19 and is spread person-to-person through close contact. We aimed to investigate the effects of physical distance, face masks, and eye protection on virus transmission in health-care and non-health-care (eg, community) settings.

**Methods** We did a systematic review and meta-analysis to investigate the optimum distance for avoiding person-to-person virus transmission and to assess the use of face masks and eye protection to prevent transmission of viruses. We obtained data for SARS-CoV-2 and the betacoronaviruses that cause severe acute respiratory syndrome, and Middle East respiratory syndrome from 21 standard WHO-specific and COVID-19-specific sources. We searched these data sources from database inception to May 3, 2020, with no restriction by language, for comparative studies and for contextual factors of acceptability, feasibility, resource use, and equity. We screened records, extracted data, and assessed risk of bias in duplicate. We did frequentist and Bayesian meta-analyses and random-effects meta-regressions. We rated the certainty of evidence according to Cochrane methods and the GRADE approach. This study is registered with PROSPERO, CRD42020177047.

**Findings** Our search identified 172 observational studies across 16 countries and six continents, with no randomised controlled trials and 44 relevant comparative studies in health-care and non-health-care settings (n=25 697 patients). Transmission of viruses was lower with physical distancing of 1 m or more, compared with a distance of less than 1 m (n=10 736, pooled adjusted odds ratio [aOR] 0·18, 95% CI 0·09 to 0·38; risk difference [RD] −10·2%, 95% CI −11·5 to −7·5; moderate certainty); protection was increased as distance was lengthened (change in relative risk [RR] 2·02 per m; $p_{interaction}$=0·041; moderate certainty). Face mask use could result in a large reduction in risk of infection (n=2647; aOR 0·15, 95% CI 0·07 to 0·34; RD −14·3%, −15·9 to −10·7; low certainty), with stronger associations with N95 or similar respirators compared with disposable surgical masks or similar (eg, reusable 12–16-layer cotton masks; $p_{interaction}$=0·090; posterior probability >95%, low certainty). Eye protection also was associated with less infection (n=3713; aOR 0·22, 95% CI 0·12 to 0·39; RD −10·6%, 95% CI −12·5 to −7·7; low certainty). Unadjusted studies and subgroup and sensitivity analyses showed similar findings.

**Interpretation** The findings of this systematic review and meta-analysis support physical distancing of 1 m or more and provide quantitative estimates for models and contact tracing to inform policy. Optimum use of face masks, respirators, and eye protection in public and health-care settings should be informed by these findings and contextual factors. Robust randomised trials are needed to better inform the evidence for these interventions, but this systematic appraisal of currently best available evidence might inform interim guidance.

**Funding** World Health Organization.

Copyright © 2020 World Health Organization. Published by Elsevier Ltd. This is an Open Access article published under the CC BY 3.0 IGO license which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited. In any use of this article, there should be no suggestion that WHO endorses any specific organisation, products or services. The use of the WHO logo is not permitted. This notice should be preserved along with the article's original URL.

*Lancet* 2020; 395: 1973–87

Published Online
June 1, 2020
https://doi.org/10.1016/
S0140-6736(20)31142-9

See Comment page 1950

\*Study authors are listed in the appendix and at the end of the Article

Department of Health Research Methods, Evidence and Impact (D K Chu MD, S Duda MSc, K Solo MSc, Prof E A Akl MD, Prof H J Schünemann MD), and Department of Medicine (D K Chu, Prof H J Schünemann), McMaster University, Hamilton, ON, Canada; Firestone Institute of St Joe's Hamilton, Hamilton, ON, Canada (D K Chu); Department of Internal Medicine (Prof E A Akl), and Clinical Research Institute (Prof E A Akl, S Yaacoub MPH), American University of Beirut, Beirut, Lebanon; and Michael G DeGroote Cochrane Canada and GRADE Centres, Hamilton, ON, Canada (Prof H J Schünemann)

Correspondence to:
Prof Holger J Schünemann,
Michael G DeGroote Cochrane
Canada and McMaster GRADE
Centres, McMaster University,
Hamilton, ON L8N 3Z5, Canada
schuneh@mcmaster.ca

See Online for appendix

## Introduction

As of May 28, 2020, severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) has infected more than 5·85 million individuals worldwide and caused more than 359 000 deaths.[1] Emergency lockdowns have been initiated in countries across the globe, and the effect on health, wellbeing, business, and other aspects of daily life are felt throughout societies and by individuals. With no effective pharmacological interventions or vaccine available in the imminent future, reducing the rate of infection (ie, flattening the curve) is a priority, and prevention of infection is the best approach to achieve this aim.

SARS-CoV-2 spreads person-to-person through close contact and causes COVID-19. It has not been solved if

1876

**(126 of 228)**

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 126 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 193 of 253

**Articles**

**Research in context**

**Evidence before this study**
We searched 21 databases and resources from inception to May 3, 2020, with no restriction by language, for studies of any design evaluating physical distancing, face masks, and eye protection to prevent transmission of the viruses that cause COVID-19 and related diseases (eg, severe acute respiratory syndrome [SARS] and Middle East respiratory syndrome [MERS]) between infected individuals and people close to them (eg, household members, caregivers, and health-care workers). Previous related meta-analyses have focused on randomised trials and reported imprecise data for common respiratory viruses such as seasonal influenza, rather than the pandemic and epidemic betacoronaviruses causative of COVID-19 (severe acute respiratory syndrome coronavirus 2 [SARS-CoV-2]), SARS (SARS-CoV), or MERS (MERS-CoV). Other meta-analyses have focused on interventions in the health-care setting and have not included non-health-care (eg, community) settings. Our search did not retrieve any systematic review of information on physical distancing, face masks, or eye protection to prevent transmission of SARS-CoV-2, SARS-CoV, and MERS-CoV.

**Added value of this study**
We did a systematic review of 172 observational studies in health-care and non-health-care settings across 16 countries and six continents; 44 comparative studies were included in a meta-analysis, including 25 697 patients with COVID-19, SARS, or MERS. Our findings are, to the best of our knowledge, the first to rapidly synthesise all direct information on COVID-19 and, therefore, provide the best available evidence to inform optimum use of three common and simple interventions to help reduce the rate of infection and inform non-pharmaceutical interventions, including pandemic mitigation in non-health-care settings. Physical distancing of 1 m or more was associated with a much lower risk of infection, as was use of face masks (including N95 respirators or similar and surgical or similar masks [eg, 12–16-layer cotton or gauze masks]) and eye protection (eg, goggles or face shields). Added benefits are likely with even larger physical distances (eg, 2 m or more based on modelling) and might be present with N95 or similar respirators versus medical masks or similar. Across 24 studies in health-care and non-health-care settings of contextual factors to consider when formulating recommendations, most stakeholders found these personal protection strategies acceptable, feasible, and reassuring but noted harms and contextual challenges, including frequent discomfort and facial skin breakdown, high resource use linked with the potential to decrease equity, increased difficulty communicating clearly, and perceived reduced empathy of care providers by those they were caring for.

**Implications of all the available evidence**
In view of inconsistent guidelines by various organisations based on limited information, our findings provide some clarification and have implications for multiple stakeholders. The risk for infection is highly dependent on implications for the individual infected and the type of face mask and eye protection worn. From a policy and public health perspective, current policies of at least 1 m physical distancing seem to be strongly associated with a large protective effect, and distances of 2 m could be more effective. These data could also facilitate harmonisation of the definition of exposed (eg, within 2 m), which has implications for contact tracing. The quantitative estimates provided here should inform disease-modelling studies, which are important for planning pandemic response efforts. Policy makers around the world should strive to promptly and adequately address equity implications for groups with currently limited access to face masks and eye protection. For health-care workers and administrators, our findings suggest that N95 respirators might be more strongly associated with protection from viral transmission than surgical masks. Both N95 and surgical masks have a stronger association with protection compared with single-layer masks. Eye protection might also add substantial protection. For the general public, evidence shows that physical distancing of more than 1 m is highly effective and that face masks are associated with protection, even in non-health-care settings, with either disposable surgical masks or reusable 12–16-layer cotton ones, although much of this evidence was on mask use within households and among contacts of cases. Eye protection is typically underconsidered and can be effective in community settings. However, no intervention, even when properly used, was associated with complete protection from infection. Other basic measures (eg, hand hygiene) are still needed in addition to physical distancing and use of face masks and eye protection.

SARS-CoV-2 might spread through aerosols from respiratory droplets; so far, air sampling has found virus RNA in some studies[3,4] but not in others.[5–8] However, finding RNA virus is not necessarily indicative of replication-competent and infection-competent (viable) virus that could be transmissible. The distance from a patient that the virus is infective, and the optimum person-to-person physical distance, is uncertain. For the currently foreseeable future (ie, until a safe and effective vaccine or treatment becomes available), COVID-19 prevention will continue to rely on non-pharmaceutical interventions, including pandemic mitigation in community settings.[9]

Thus, quantitative assessment of physical distancing is relevant to inform safe interaction and care of patients with SARS-CoV-2 in both health-care and non-health-care settings. The definition of close contact or potentially exposed helps to risk stratify, contact trace, and develop guidance documents, but these definitions differ around the globe.

To contain widespread infection and to reduce morbidity and mortality among health-care workers and others in contact with potentially infected people, jurisdictions have issued conflicting advice about physical or social distancing. Use of face masks with or

**1877**

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 127 of 228
Case 5:20-cv-08241-EJD Document 52-3 Filed 12/23/20 Page 194 of 253

(127 of 228)

**Articles**

without eye protection to achieve additional protection is debated in the mainstream media and by public health authorities, in particular the use of face masks for the general population;[10] moreover, optimum use of face masks in health-care settings, which have been used for decades for infection prevention, is facing challenges amid personal protective equipment (PPE) shortages.[11]

Any recommendations about social or physical distancing, and the use of face masks, should be based on the best available evidence. Evidence has been reviewed for other respiratory viral infections, mainly seasonal influenza,[12,13] but no comprehensive review is available of information on SARS-CoV-2 or related betacoronaviruses that have caused epidemics, such as severe acute respiratory syndrome (SARS) or Middle East respiratory syndrome (MERS). We, therefore, systematically reviewed the effect of physical distance, face masks, and eye protection on transmission of SARS-CoV-2, SARS-CoV, and MERS-CoV.

## Methods

### Search strategy and selection criteria

To inform WHO guidance documents, on March 25, 2020, we did a rapid systematic review.[14] We created a large international collaborative and we used Cochrane methods[15] and the GRADE approach.[16] We prospectively submitted the systematic review protocol for registration on PROSPERO (CRD42020177047; appendix pp 23–29). We have followed PRISMA[17] and MOOSE[18] reporting guidelines (appendix pp 30–33).

From database inception to May 3, 2020, we searched for studies of any design and in any setting that included patients with WHO-defined confirmed or probable COVID-19, SARS, or MERS, and people in close contact with them, comparing distances between people and COVID-19 infected patients of 1 m or larger with smaller distances, with or without a face mask on the patient, or with or without a face mask, eye protection, or both on the exposed individual. The aim of our systematic review was for quantitative assessment to ascertain the physical distance associated with reduced risk of acquiring infection when caring for an individual infected with SARS-CoV-2, SARS-CoV, or MERS-CoV. Our definition of face masks included surgical masks and N95 respirators, among others; eye protection included visors, faceshields, and goggles, among others.

We searched (up to March 26, 2020) MEDLINE (using the Ovid platform), PubMed, Embase, CINAHL (using the Ovid platform), the Cochrane Library, COVID-19 Open Research Dataset Challenge, COVID-19 Research Database (WHO), Epistemonikos (for relevant systematic reviews addressing MERS and SARS, and its COVID-19 Living Overview of the Evidence platform), EPPI Centre living systematic map of the evidence, ClinicalTrials.gov, WHO International Clinical Trials Registry Platform, relevant documents on the websites of governmental and other relevant organisations, reference lists of included papers, and relevant systematic reviews.[19,20] We

handsearched (up to May 3, 2020) preprint servers (bioRxiv, medRxiv, and Social Science Research Network First Look) and coronavirus resource centres of *The Lancet*, *JAMA*, and *N Engl J Med* (appendix pp 3–5). We did not limit our search by language. We initially could not obtain three full texts for evaluation, but we obtained them through interlibrary loan or contacting a study author. We did not restrict our search to any quantitative cutoff for distance.

### Data collection

We screened titles and abstracts, reviewed full texts, extracted data, and assessed risk of bias by two authors and independently, using standardised prepiloted forms (Covidence; Veritas Health Innovation, Melbourne, VIC, Australia), and we cross-checked screening results using artificial intelligence (Evidence Prime, Hamilton, ON, Canada). We resolved disagreements by consensus. We extracted data for study identifier, study design, setting, population characteristics, intervention and comparator characteristics, quantitative outcomes, source of funding



*Figure 1:* **Study selection**

1878

**Articles**

| | Population size (n) | Country | Setting | Disease caused by virus | Case definition (WHO) | Adjusted estimates | Risk of bias* |
|---|---|---|---|---|---|---|---|
| Alraddadi et al (2016)[34] | 283 | Saudi Arabia | Health care | MERS | Confirmed | Yes | ●●●●●●●● |
| Arwady et al (2016)[35] | 79 | Saudi Arabia | Non-health care (household and family contacts) | MERS | Confirmed | No | ●●●●●● |
| Bai et al (2020)[36] | 118 | China | Health care | COVID-19 | Confirmed | No | ●●●●● |
| Burke et al (2020)[37] | 338 | USA | Health care and non-health care (including household and community) | COVID-19 | Confirmed | No | ●●●● |
| Caputo et al (2006)[38] | 33 | Canada | Health care | SARS | Confirmed | No | ●●●●● |
| Chen et al (2009)[39] | 758 | China | Health care | SARS | Confirmed | Yes | ●●●●●●● |
| Cheng et al (2020)[40] | 226 | China | Non-health care (household and family contacts) | COVID-19 | Confirmed | No | ●●●●●● |
| Ha et al (2004)[41] | 117 | Vietnam | Health care | SARS | Confirmed | No | ●● |
| Hall et al (2014)[42] | 48 | Saudi Arabia | Health care | MERS | Confirmed | No | ●●● |
| Heinzerling et al (2020)[43] | 37 | USA | Health care | COVID-19 | Confirmed | No | ●●●● |
| Ho et al (2004)[44] | 372 | Taiwan | Health care | SARS | Confirmed | No | ●●●●●●●● |
| Ki et al (2019)[45] | 446 | South Korea | Health care | MERS | Confirmed | No | ●●●●●● |
| Kim et al (2016)[46] | 9 | South Korea | Health care | MERS | Confirmed | No | ●●●●● |
| Kim et al (2016)[46] | 1169 | South Korea | Health care | MERS | Confirmed | No | ●●●●●● |
| Lau et al (2004)[47] | 2270 | China | Non-health care (households) | SARS | Probable | Yes | ●●●●●● |
| Liu et al (2009)[51] | 477 | China | Health care | SARS | Confirmed | Yes | ●●●●● |
| Liu et al (2020)[52] | 20 | China | Non-health care (close contacts) | COVID-19 | Confirmed | No | ●●●●●●● |
| Loeb et al (2004)[53] | 43 | Canada | Health care | SARS | Confirmed | No | ●● |
| Ma et al (2004)[54] | 426 | China | Health care | SARS | Confirmed | Yes | ●●●●●●●●● |
| Nishiura et al (2005)[55] | 115 | Vietnam | Health care | SARS | Confirmed | Yes | ●●●●●●●● |
| Nishiyama et al (2008)[56] | 146 | Vietnam | Health care | SARS | Confirmed | Yes | ●●●●●● |
| Olsen et al (2003)[57] | 304 | China | Non-health care (airplane) | SARS | Confirmed | No | ●●●●●● |
| Park et al (2004)[58] | 110 | USA | Health care | SARS | Confirmed | No | ●●●●●●●●●● |
| Park et al (2016)[59] | 80 | South Korea | Health care | MERS | Confirmed and probable | No | ●●● |
| Peck et al (2004)[60] | 26 | USA | Health care | SARS | Confirmed | No | ●●●●●●●●● |
| Pei et al (2006)[61] | 443 | China | Health care | SARS | Confirmed | No | ●●●●●●●●● |
| Rea et al (2007)[62] | 8662 | Canada | Non-health care (community contacts) | SARS | Probable | No | ●●●● |
| Reuss et al (2014)[63] | 81 | Germany | Health care | MERS | Confirmed | No | ●●●●● |
| Reynolds et al (2006)[64] | 153 | Vietnam | Health care | SARS | Confirmed | No | ●●● |
| Ryu et al (2019)[65] | 34 | South Korea | Health care | MERS | Confirmed | No | ●●●●●● |
| Scales et al (2003)[66] | 69 | Canada | Health care | SARS | Probable | No | ●● |
| Seto et al (2003)[67] | 254 | China | Health care | SARS | Confirmed | Yes | ●●●●●●●● |
| Teleman et al (2004)[68] | 86 | Singapore | Health care | SARS | Confirmed | Yes | ●●●●●●●●● |
| Tuan et al (2007)[69] | 212 | Vietnam | Non-health care (household and community contacts) | SARS | Confirmed | Yes | ●●●●●● |
| Van Kerkhove et al (2019)[6] | 828 | Saudi Arabia | Non-health care (dormitory) | MERS | Confirmed | Yes | ●●●●●●●● |
| Wang et al (2020)[81] | 493 | China | Health care | COVID-19 | Confirmed | Yes | ●●●● |
| | | | | | | | (Table 1 continues on next page) |

1879

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 129 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 196 of 253

(129 of 228)

**Articles**

| | n | Country | Setting | Disease caused by virus | Case definition (WHO) | Adjusted estimates | Risk of bias* |
|---|---|---|---|---|---|---|---|
| (Continued from previous page) | | | | | | | |
| Wang et al (2020)[70] | 5442 | China | Health care | COVID-19 | Confirmed | No | ***** |
| Wiboonchutikul et al (2016)[71] | 38 | Thailand | Health care | MERS | Confirmed | No | ***** |
| Wilder-Smith et al (2005)[72] | 80 | Singapore | Health care | SARS | Confirmed | No | ******** |
| Wong et al (2004)[73] | 66 | China | Health care | SARS | Confirmed | No | ***** |
| Wu et al (2004)[74] | 375 | China | Non-health care (community) | SARS | Confirmed | Yes | ******** |
| Yin et al (2004)[75] | 257 | China | Health care | SARS | Confirmed | Yes | ****** |
| Yu et al (2005)[76] | 74 | China | Health care | SARS | Confirmed | No | ******* |
| Yu et al (2007)[77] | 124 wards | China | Health care | SARS | Confirmed | Yes | ******* |

Across studies, mean age was 30–60 years. SARS=severe acute respiratory syndrome. MERS=Middle East respiratory syndrome. *The Newcastle-Ottawa Scale was used for the risk of bias assessment, with more stars equalling lower risk.

*Table 1:* Characteristics of included comparative studies

and reported conflicts of interests, ethics approval, study limitations, and other important comments.

**Outcomes**

Outcomes of interest were risk of transmission (ie, WHO-defined confirmed or probable COVID-19, SARS, or MERS) to people in health-care or non-health-care settings by those infected; hospitalisation; intensive care unit admission; death; time to recovery; adverse effects of interventions; and contextual factors such as acceptability, feasibility, effect on equity, and resource considerations related to the interventions of interest. However, data were only available to analyse intervention effects for transmission and contextual factors. Consistent with WHO, studies generally defined confirmed cases with laboratory confirmation (with or without symptoms) and probable cases with clinical evidence of the respective infection (ie, suspected to be infected) but for whom confirmatory testing either had not yet been done for any reason or was inconclusive.

**Data analysis**

Our search did not identify any randomised trials of COVID-19, SARS, or MERS. We did a meta-analysis of associations by pooling risk ratios (RRs) or adjusted odds ratios (aORs) depending on availability of these data from observational studies, using DerSimonian and Laird random-effects models. We adjusted for variables including age, sex, and severity of source case; these variables were not the same across studies. Because between-study heterogeneity can be misleadingly large when quantified by $I^2$ during meta-analysis of observational studies,[21,22] we used GRADE guidance to assess between-study heterogeneity.[21] Throughout, we present RRs as unadjusted estimates and aORs as adjusted estimates.

We used the Newcastle-Ottawa scale to rate risk of bias for comparative non-randomised studies corresponding to every study's design (cohort or case-control).[23,24] We planned to use the Cochrane Risk of Bias tool 2.0 for randomised trials,[25] but our search did not identify any eligible randomised trials. We synthesised data in both narrative and tabular formats. We graded the certainty of evidence using the GRADE approach. We used the GRADEpro app to rate evidence and present it in GRADE evidence profiles and summary of findings tables[26,27] using standardised terms.[28,29]

We analysed data for subgroup effects by virus type, intervention (different distances or face mask types), and setting (health care vs non-health care). Among the studies assessing physical distancing measures to prevent viral transmission, the intervention varied (eg, direct physical contact [0 m], 1 m, or 2 m). We, therefore, analysed the effect of distance on the size of the associations by random-effects univariate meta-regressions, using restricted maximum likelihood, and we present mean effects and 95% CIs. We calculated tests for interaction using a minimum of 10000 Monte Carlo random permutations to avoid spurious findings.[30] We formally assessed the credibility of potential effect-modifiers using GRADE guidance.[21] We did two sensitivity analyses to test the robustness of our findings. First, we used Bayesian meta-analyses to reinterpret the included studies considering priors derived from the effect point estimate and variance from a meta-analysis of ten randomised trials evaluating face mask use versus no face mask use to prevent influenza-like illness in health-care workers.[31] Second, we used Bayesian meta-analyses to reinterpret the efficacy of N95 respirators versus medical masks on preventing influenza-like illness after seasonal viral (mostly influenza) infection.[33] For these sensitivity analyses, we used hybrid Metropolis-Hastings and Gibbs sampling, a 10000 sample burn-in, 40000 Markov chain Monte Carlo samples, and we tested non-informative and sceptical priors (eg, four time variance)[32,33] to inform

For more on the **GRADEpro app** see https://www.gradepro.org

1880

(130 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 130 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 197 of 253

**Articles**



**Figure 2: Forest plot showing the association of COVID-19, SARS, or MERS exposure proximity with infection**
SARS=severe acute respiratory syndrome. MERS=Middle East respiratory syndrome. RR=relative risk. aOR=adjusted odds ratio. aRR=adjusted relative risk. *Estimated values; sensitivity analyses excluding these values did not meaningfully alter findings.

mean estimates of effect, 95% credibility intervals (CrIs), and posterior distributions. We used non-informative hyperpriors to estimate statistical heterogeneity. Model convergence was confirmed in all cases with good mixing in visual inspection of trace plots, autocorrelation plots, histograms, and kernel density estimates in all scenarios. Parameters were blocked, leading to acceptance of approximately 50% and efficiency greater than 1% in all cases (typically about 40%). We did analyses using Stata version 14.3.

**Role of the funding source**
The funder contributed to defining the scope of the review but otherwise had no role in study design and data collection. Data were interpreted and the report drafted and submitted without funder input, but according to contractual agreement, the funder provided review at the time of final publication. The corresponding author had full access to all data in the study and had final responsibility for the decision to submit for publication.

(131 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 131 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 198 of 253

**Articles**

| | Studies and participants | Relative effect (95% CI) | Anticipated absolute effect (95% CI), eg, chance of viral infection or transmission | | Difference (95% CI) | Certainty* | What happens (standardised GRADE terminology)[19] |
|---|---|---|---|---|---|---|---|
| | | | Comparison group | Intervention group | | | |
| Physical distance ≥1 m vs <1 m | Nine adjusted studies (n=7782); 29 unadjusted studies (n=10736) | aOR 0·18 (0·09 to 0·38); unadjusted RR 0·30 (95% CI 0·20 to 0·44) | Shorter distance, 12·8% | Further distance, 2·6% (1·3 to 5·3) | −10·2% (−11·5 to −7·5) | Moderate† | A physical distance of more than 1 m probably results in a large reduction in virus infection; for every 1 m further away in distancing, the relative effect might increase 2·02 times |
| Face mask vs no face mask | Ten adjusted studies (n=2647); 29 unadjusted studies (n=10170) | aOR 0·15 (0·07 to 0·34); unadjusted RR 0·34 (95% CI 0·26 to 0·45) | No face mask, 17·4% | Face mask, 3·1% (1·5 to 6·7) | −14·3% (−15·9 to −10·7) | Low‡ | Medical or surgical face masks might result in a large reduction in virus infection; N95 respirators might be associated with a larger reduction in risk compared with surgical or similar masks§ |
| Eye protection (faceshield, goggles) vs no eye protection | 13 unadjusted studies (n=3713) | Unadjusted RR 0·34 (0·22 to 0·52)¶ | No eye protection, 16·0% | Eye protection, 5·5% (3·6 to 8·5) | −10·6% (−12·5 to −7·7) | Low|| | Eye protection might result in a large reduction in virus infection |

Table based on GRADE approach.[76-78] Population comprised people possibly exposed to individuals infected with SARS-CoV-2, SARS-CoV, or MERS-CoV. Setting was any health-care or non-health-care setting. Outcomes were infection (laboratory-confirmed or probable) and contextual factors. Risk (95% CI) in intervention group is based on assumed risk in comparison group and relative effect (95% CI) of the intervention. All studies were non-randomised and evaluated using the Newcastle-Ottawa Scale; some studies had a higher risk of bias than did others but no important difference was noted in sensitivity analyses excluding studies at higher risk of bias; we did not further rate down for risk of bias. Although there was a high $I^2$ value (which can be exaggerated in non-randomised studies)[74] and no overlapping CIs, point estimates generally exceeded the thresholds for large effects and we did not rate down for inconsistency. We did not rate down for indirectness for the association between distance and infection because SARS-CoV-2, SARS-CoV, and MERS-CoV all belong to the same family and have each caused epidemics with sufficient similarity; there was also no convincing statistical evidence of effect-modification across viruses; some studies also used bundled interventions but the studies include only those that provide adjusted estimates. aOR=adjusted odds ratio. RR=relative risk. SARS-CoV-2=severe acute respiratory syndrome coronavirus 2. SARS-CoV=severe acute respiratory syndrome coronavirus. MERS-CoV=Middle East respiratory syndrome coronavirus. *GRADE category of evidence; high certainty (we are very confident that the true effect lies close to that of the estimate of the effect); moderate certainty (we are moderately confident in the effect estimate; the true effect is probably close to the estimate, but it is possibly substantially different); low certainty (our confidence in the effect estimate is limited; the true effect could be substantially different from the estimate of the effect); very low certainty (we have very little confidence in the effect estimate; the true effect is likely to be substantially different from estimate of effect). †The effect is very large considering the thresholds set by GRADE, particularly at plausible levels of baseline risk, which also mitigated concerns about risk of bias; data also suggest a dose–response gradient, with associations increasing from smaller distances to 2 m and beyond, by meta-regression; we did not rate up for this domain alone but it further supports the decision to rate up in combination with the large effects. ‡The effect was very large, and the certainty of evidence could be rated up, but we made a conservative decision not to because of some inconsistency and risk of bias; hence, although the effect is qualitatively highly certain, the precise quantitative effect is low certainty. §In a subgroup analysis comparing N95 respirators with surgical or similar masks (eg, 12–16-layer cotton), the association was more pronounced in the N95 group (aOR 0·04, 95% CI 0·004–0·30) compared with other masks (0·33, 0·17–0·61; $p_{interaction}$=0·090); there was also support for effect-modification by formal analysis of subgroup credibility. ¶Two studies[54,75] provided adjusted estimates with n=295 in the eye protection group and n=406 in the group not wearing eye protection; results were similar to the unadjusted estimate (aOR 0·22, 95% CI 0·12–0·39). ||The effect is large considering the thresholds set by GRADE assuming that ORs translate into similar magnitudes of RR estimates; this mitigates concerns about risk of bias, but we conservatively decided not to rate up for large or very large effects.

*Table 2:* GRADE summary of findings

## Results

We identified 172 studies for our systematic review from 16 countries across six continents (figure 1; appendix pp 6–14, 41–47). All studies were observational in nature; no randomised trials were identified of any interventions that directly addressed the included study populations. Of the 172 studies, 66 focused on how far a virus can travel by comparing the association of different distances to virus transmission to people (appendix pp 42–44). Of these 66 studies, five were mechanistic, assessing viral RNA, virions, or both cultured from the environment of an infected patient (appendix p 45).

44 studies were comparative[34–77] and fulfilled criteria for our meta-analysis (n=25 697; figure 1; table 1). We used these studies rather than case series and qualitative studies (appendix pp 41–47) to inform estimates of effect. 30 studies[34,37,41–45,47–51,53–56,58–61,64–70,72,74,75] focused on the association between use of various types of face masks and respirators by health-care workers, patients, or both with virus transmission. 13 studies[34,37–39,47,49,51,54,58,60,61,65,75] addressed the association of eye protection with virus transmission.

Some direct evidence was available for COVID-19 (64 studies, of which seven were comparative in

design),[36,37,40,41,44,52,70] but most studies reported on SARS (n=55) or MERS (n=25; appendix pp 6–12). Of the 44 comparative studies, 40 included WHO-defined confirmed cases, one included both confirmed and probable cases, and the remaining three studies included probable cases. There was no effect-modification by case-definition (distance $p_{interaction}$=0·41; mask $p_{interaction}$=0·46; all cases for eye protection were confirmed). Most studies reported on bundled interventions, including different components of PPE and distancing, which was usually addressed by statistical adjustment. The included studies all occurred during recurrent or novel outbreak settings of COVID-19, SARS, or MERS.

Risk of bias was generally low-to-moderate after considering the observational designs (table 1), but both within studies and across studies the overall findings were similar between adjusted and unadjusted estimates. We did not detect strong evidence of publication bias in the body of evidence for any intervention (appendix pp 15–18). As we did not use case series data to inform estimates of effect of each intervention, we did not systematically rate risk of bias of these data. Therefore, we report further only those studies with comparative data.

1882

(132 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 132 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 199 of 253

## Articles



**Figure 3: Change in relative risk with increasing distance and absolute risk with increasing distance**
Meta-regression of change in relative risk with increasing distance from an infected individual (A). Absolute risk of transmission from an individual infected with SARS-CoV-2, SARS-CoV, or MERS-CoV with varying baseline risk and increasing distance (B). SARS-CoV-2=severe acute respiratory syndrome coronavirus 2. SARS-CoV=severe acute respiratory syndrome coronavirus. MERS-CoV=Middle East respiratory syndrome coronavirus.

Across 29 unadjusted and nine adjusted studies,[15-37,39,40,41,44,46,47,50-54,56,57,59-61,66,70,71,73,76] a strong association was found of proximity of the exposed individual with the risk of infection (unadjusted n=10736, RR 0·30, 95% CI 0·20 to 0·44; adjusted n=7782, aOR 0·18, 95% CI 0·09 to 0·38; absolute risk [AR] 12·8% with shorter distance vs 2·6% with further distance, risk difference [RD] −10·2%, 95% CI −11·5 to −7·5; moderate certainty; figure 2; table 2; appendix p 16). Although there were six studies on COVID-19, the association was seen irrespective of causative virus ($p_{interaction}$=0·49), health-care setting versus non-health-care setting ($p_{interaction}$=0·14), and by type of face mask ($p_{interaction}$=0·95; appendix pp 17, 19). However, different studies used different distances for the intervention. By meta-regression, the strength of

association was larger with increasing distance (2·02 change in RR per m, 95% CI 1·08 to 3·76; $p_{interaction}$=0·041; moderate credibility subgroup effect; figure 3A; table 2). AR values with increasing distance given different degrees of baseline risk are shown in figure 3B, with potential values at 3 m also shown.

Across 29 unadjusted studies and ten adjusted studies,[24,27,41-45,47-51,53-56,59-61,64-79,72,74,75] the use of both N95 or similar respirators or face masks (eg, disposable surgical masks or similar reusable 12–16-layer cotton masks) by those exposed to infected individuals was associated with a large reduction in risk of infection (unadjusted n=10170, RR 0·34, 95% CI 0·26 to 0·45; adjusted studies n=2647, aOR 0·15, 95% CI 0·07 to 0·34; AR 3·1% with face mask vs 17·4% with no face mask, RD −14·3%, 95% CI −15·9 to −10·7; low certainty; figure 4; table 2; appendix pp 16, 18) with stronger associations in health-care settings (RR 0·30, 95% CI 0·22 to 0·41) compared with non-health-care settings (RR 0·56, 95% CI 0·40 to 0·79; $p_{interaction}$=0·049; low-to-moderate credibility for subgroup effect; figure 4; appendix p 19). When differential N95 or similar respirator use, which was more frequent in health-care settings than in non-health-care settings, was adjusted for the possibility that face masks were less effective in non-health-care settings, the subgroup effect was slightly less credible ($p_{interaction}$=0·11, adjusted for differential respirator use; figure 4). Indeed, the association with protection from infection was more pronounced with N95 or similar respirators (aOR 0·04, 95% CI 0·004 to 0·30) compared with other masks (aOR 0·33, 95% CI 0·17 to 0·61; $p_{interaction}$=0·090; moderate credibility subgroup effect; figure 5). The interaction was also seen when additionally adjusting for three studies that clearly reported aerosol-generating procedures ($p_{interaction}$=0·048; figure 5). Supportive evidence for this interaction was also seen in within-study comparisons (eg, N95 had a stronger protective association compared with surgical masks or 12–16-layer cotton masks); both N95 and surgical masks also had a stronger association with protection versus single-layer masks.[58,59,51,53,54,61,66,6775]

We did a sensitivity analysis to test the robustness of our findings and to integrate all available information on face mask treatment effects for protection from COVID-19. We reconsidered our findings using random-effects Bayesian meta-analysis. Although non-informative priors showed similar results to frequentist approaches (aOR 0·16, 95% CrI 0·04–0·40), even using informative priors from the most recent meta-analysis on the effectiveness of masks versus no masks to prevent influenza-like illness (RR 0·93, 95% CI 0·83–1·05)[51] yielded a significant association with protection from COVID-19 (aOR 0·40, 95% CrI 0·16–0·97; posterior probability for RR <1, 98%). Minimally informing (25% influence with or without four-fold smaller mean effect size) the most recent and rigorous meta-analysis of the effectiveness of N95

1883

(133 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 133 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 200 of 253

**Articles**



**Figure 4:** Forest plot showing unadjusted estimates for the association of face mask use with viral infection causing COVID-19, SARS, or MERS
SARS=severe acute respiratory syndrome. MERS=Middle East respiratory syndrome. RR=relative risk. aOR=adjusted odds ratio. aRR=adjusted relative risk.

respirators versus medical masks in randomised trials (OR 0·76, 95% CI 0·54–1·06)[13] with the effect-modification seen in this meta-analysis on COVID-19 (ratio of aORs 0·14, 95% CI 0·02–1·05) continued to support a stronger association of protection from COVID-19, SARS, or MERS with N95 or similar respirators versus other face masks (posterior probability for RR <1, 100% and 95%, respectively).

In 13 unadjusted studies and two adjusted studies,[36,37,39,47,49,51,54,58,60,61,62,75] eye protection was associated with lower risk of infection (unadjusted n=3713, RR 0·34, 95% CI 0·22 to 0·52; AR 5·5% with eye protection vs 16·0% with no eye protection, RD −10·6%, 95% CI −12·5 to −7·7; adjusted n=701, aOR 0·22,

95% CI 0·12 to 0·39; low certainty; figure 6; table 2; appendix pp 16–17).

Across 24 studies in health-care and non-health-care settings during the current pandemic of COVID-19, previous epidemics of SARS and MERS, or in general use, looking at contextual factors to consider in recommendations, most stakeholders found physical distancing and use of face masks and eye protection acceptable, feasible, and reassuring (appendix pp 20–22). However, challenges included frequent discomfort, high resource use linked with potentially decreased equity, less clear communication, and perceived reduced empathy of care providers by those they were caring for.

**(134 of 228)**

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 134 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 201 of 253

**Articles**



**Figure 5: Forest plot showing adjusted estimates for the association of face mask use with viral infection causing COVID-19, SARS, or MERS**
SARS=severe acute respiratory syndrome. MERS=Middle East respiratory syndrome. RR=relative risk. aOR=adjusted odds ratio. AGP=aerosol-generating procedures.
*Studies clearly reporting AGP.

### Discussion

The findings of this systematic review of 172 studies (44 comparative studies; n=25 697 patients) on COVID-19, SARS, and MERS provide the best available evidence that current policies of at least 1 m physical distancing are associated with a large reduction in infection, and distances of 2 m might be more effective. These data also suggest that wearing face masks protects people (both health-care workers and the general public) against infection by these coronaviruses, and that eye protection could confer additional benefit. However, none of these interventions afforded complete protection from infection, and their optimum role might need risk assessment and several contextual considerations. No randomised trials were identified for these interventions in COVID-19, SARS, or MERS.

Previous data are limited in that they either have not provided any evidence from COVID-19 or did not use direct evidence from other related emerging epidemic betacoronaviruses (eg, SARS and MERS) to inform the effects of interventions to curtail the current COVID-19 pandemic.[13,19,31,76] Previous data from randomised trials are mainly for common respiratory viruses such as seasonal influenza, with a systematic review concluding low certainty of evidence for extrapolating these findings to COVID-19.[13] Further, previous syntheses of available randomised controlled trials have not accounted for cluster effects in analyses, leading to substantial

imprecision in treatment effect estimates. In between-study and within-study comparisons, we noted a larger effect of N95 or similar respirators compared with other masks. This finding is inconsistent with conclusions of a review of four randomised trials,[13] in which low certainty of evidence for no larger effect was suggested. However, in that review, the CIs were wide so a meaningful protective effect could not be excluded. We harmonised these findings with Bayesian approaches, using indirect data from randomised trials to inform posterior estimates. Despite this step, our findings continued to support the ideas not only that masks in general are associated with a large reduction in risk of infection from SARS-CoV-2, SARS-CoV, and MERS-CoV but also that N95 or similar respirators might be associated with a larger degree of protection from viral infection than disposable medical masks or reusable multilayer (12–16-layer) cotton masks. Nevertheless, in view of the limitations of these data, we did not rate the certainty of effect as high.[21] Our findings accord with those of a cluster randomised trial showing a potential benefit of continuous N95 respirator use over medical masks against seasonal viral infections.[79] Further high-quality research, including randomised trials of the optimum physical distance and the effectiveness of different types of masks in the general population and for health-care workers' protection, is urgently needed. Two trials are registered to better inform the optimum use of face masks for COVID-19 (NCT04296643 [n=576] and

(135 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 135 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 202 of 253

Articles



**Figure 6: Forest plot showing the association of eye protection with risk of COVID-19, SARS, or MERS transmission**
Forest plot shows unadjusted estimates. SARS=severe acute respiratory syndrome. MERS=Middle East respiratory syndrome. RR=relative risk. aOR=adjusted odds ratio. aRR=adjusted relative risk.

NCT04337541 [n=6000]). Until such data are available, our findings represent the current best estimates to inform face mask use to reduce infection from COVID-19. We recognise that there are strong, perhaps opposing, sentiments about policy making during outbreaks. In one viewpoint, the 2007 SARS Commission report stated:

"…recognize, as an aspect of health worker safety, the precautionary principle that reasonable action to reduce risk, such as the use of a fitted N95 respirator, need not await scientific certainty".[81]

"…if we do not learn from SARS and we do not make the government fix the problems that remain, we will pay a terrible price in the next pandemic".[82]

A counter viewpoint is that the scientific uncertainty and contextual considerations require a more nuanced approach. Although challenging, policy makers must carefully consider these two viewpoints along with our findings.

We found evidence of moderate certainty that current policies of at least 1 m physical distancing are probably

associated with a large reduction in infection, and that distances of 2 m might be more effective, as implemented in some countries. We also provide estimates for 3 m. The main benefit of physical distancing measures is to prevent onward transmission and, thereby, reduce the adverse outcomes of SARS-CoV-2 infection. Hence, the results of our current review support the implementation of a policy of physical distancing of at least 1 m and, if feasible, 2 m or more. Our findings also provide robust estimates to inform models and contact tracing used to plan and strategise for pandemic response efforts at multiple levels.

The use of face masks was protective for both health-care workers and people in the community exposed to infection, with both the frequentist and Bayesian analyses lending support to face mask use irrespective of setting. Our unadjusted analyses might, at first impression, suggest use of face masks in the community setting to be less effective than in the health-care setting, but after accounting for differential N95 respirator use between health-care and non-health-care settings, we did not detect any striking differences in effectiveness of

1886

(136 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 136 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 203 of 253

Articles

face mask use between settings. The credibility of effect-modification across settings was, therefore, low. Wearing face masks was also acceptable and feasible. Policy makers at all levels should, therefore, strive to address equity implications for groups with currently limited access to face masks and eye protection. One concern is that face mask use en masse could divert supplies from people at highest risk for infection.[10] Health-care workers are increasingly being asked to ration and reuse PPE,[82,83] leading to calls for government-directed repurposing of manufacturing capacity to overcome mask shortages[84] and finding solutions for mask use by the general public.[84] In this respect, some of the masks studied in our review were reusable 12–16-layer cotton or gauze masks.[73,74,61,75] At the moment, although there is consensus that SARS-CoV-2 mainly spreads through large droplets and contact, debate continues about the role of aerosol,[2–8,85,86] but our meta-analysis provides evidence (albeit of low certainty) that respirators might have a stronger protective effect than surgical masks. Biological plausibility might be supported by data for aerosolised SARS-CoV-2[5-8] and preclinical data showing seasonal coronavirus RNA detection in fine aerosols during tidal breathing,[87] albeit, RNA detection does not necessarily imply replication and infection-competent virus. Nevertheless, our findings suggest it plausible that even in the absence of aerosolisation, respirators might be simply more effective than masks at preventing infection. At present, there is no data to support viable virus in the air outside of aerosol generating procedures from available hospital studies. Other factors such as super-spreading events, the subtype of health-care setting (eg, emergency room, intensive care unit, medical wards, dialysis centre), if aerosolising procedures are done, and environmental factors such as ventilation, might all affect the degree of protection afforded by personal protection strategies, but we did not identify robust data to inform these aspects.

Strengths of our review include adherence to full systematic review methods, which included artificial intelligence-supported dual screening of titles and abstracts, full-text evaluation, assessment of risk of bias, and no limitation by language. We included patients infected with SARS-CoV-2, SARS-CoV, or MERS-CoV and searched relevant data up to May 3, 2020. We followed the GRADE approach[16] to rate the certainty of evidence. Finally, we identified and appraise a large body of published work from China, from which much evidence emerged before the pandemic spread to other global regions.

The primary limitation of our study is that all studies were non-randomised, not always fully adjusted, and might suffer from recall and measurement bias (eg, direct contact in some studies might not be measuring near distance). However, unadjusted, adjusted, frequentist, and Bayesian meta-analyses all supported the main findings, and large or very large effects were recorded. Nevertheless, we are cautious not to be overly certain in the precise quantitative estimates of effects, although the qualitative effect and direction is probably of high certainty. Many studies did not provide information on precise distances, and direct contact was equated to 0 m distance; none of the eligible studies quantitatively evaluated whether distances of more than 2 m were more effective, although our meta-regression provides potential predictions for estimates of risk. Few studies assessed the effect of interventions in non-health-care settings, and they primarily evaluated mask use in households or contacts of cases, although beneficial associations were seen across settings. Furthermore, most evidence was from studies that reported on SARS and MERS (n=6674 patients with COVID-19, of 25697 total), but data from these previous epidemics provide the most direct information for COVID-19 currently. We did not specifically assess the effect of duration of exposure on risk for transmission, although whether or not this variable was judged a risk factor considerably varied across studies, from any duration to a minimum of 1 h. Because of inconsistent reporting, information is limited about whether aerosol-generating procedures were in place in studies using respirators, and whether masks worn by infected patients might alter the effectiveness of each intervention, although the stronger association with N95 or similar respirators over other masks persisted when adjusting for studies reporting aerosol-generating medical procedures. These factors might account for some of the residual statistical heterogeneity seen for some outcomes, albeit $I^2$ is commonly inflated in meta-analyses of observational data,[21,22] and nevertheless the effects seen were large and probably clinically important in all adjusted studies.

Our comprehensive systematic review provides the best available information on three simple and common interventions to combat the immediate threat of COVID-19, while new evidence on pharmacological treatments, vaccines, and other personal protective strategies is being generated. Physical distancing of at least 1 m is strongly associated with protection, but distances of up to 2 m might be more effective. Although direct evidence is limited, the optimum use of face masks, in particular N95 or similar respirators in health-care settings and 12–16-layer cotton or surgical masks in the community, could depend on contextual factors; action is needed at all levels to address the paucity of better evidence. Eye protection might provide additional benefits. Globally collaborative and well conducted studies, including randomised trials, of different personal protective strategies are needed regardless of the challenges, but this systematic appraisal of currently best available evidence could be considered to inform interim guidance.

Contributors
DKC, EAA, SD, KS, SY, and HJS designed the study. SY, SD, KS, and HJS coordinated the study. SY and LH designed and ran the literature search. All authors acquired data, screened records, extracted data, and assessed risk of bias. DKC did statistical analyses. DKC and HJS wrote the report. All authors provided critical conceptual input, analysed and interpreted data, and critically revised the report.

**Articles**

**COVID-19 Systematic Urgent Review Group Effort (SURGE) study authors**
Argentina—German Hospital of Buenos Aires (Ariel Izcovich); Canada—Cochrane Consumer Executive (Maureen Smith); McMaster University (Mark Loeb, Anisa Hajizadeh, Carlos A Cuello-Garcia, Gian Paolo Morgano, Leila Harrison, Tejan Baldeh, Karla Solo, Tamara Lotfi, Antonio Bognanni, Rosa Stalteri, Thomas Piggott, Yuan Zhang, Stephanie Duda, Derek K Chu, Holger J Schünemann); Southlake Regional Health Centre (Jeffrey Chan); University of British Columbia (David James Harris); Chile—Pontificia Universidad Católica de Chile (Ignacio Neumann); China—Beijing University of Chinese Medicine, Dongzhimen Hospital (Guang Chen); Guangzhou University of Chinese Medicine, The Fourth Clinical Medical College (Chen Chen); China Academy of Chinese Medical Sciences (Hong Zhao); Germany—Finn Schünemann; Italy—Azienda USL–IRCCS di Reggio Emilia (Paolo Giorgi Rossi); Università Vita-Salute San Raffaele, Milan, Italy (Giovanna Elsa Ute Muti Schünemann); Lebanon—American University of Beirut (Layal Hneiny, Amena El-Harakeh, Fatimah Chamseddine, Joanne Khabsa, Nesrine Rizk, Rayane El-Khoury, Zahra Saad, Sally Yaacoub, Elie A Akl); Rafik Hariri University Hospital (Pierre AbiHanna); Poland—Evidence Prime, Krakow (Anna Bak, Ewa Borowiack); UK—The London School of Hygiene & Tropical Medicine (Marge Reinap); University of Hull (Assem Khamis).

**Declaration of interests**
ML is an investigator of an ongoing clinical trial on medical masks versus N95 respirators for COVID-19 (NCT04296643). All other authors declare no competing interests.

**Acknowledgments**
This systematic review was commissioned and in part paid for by WHO. The authors alone are responsible for the views expressed in this article and they do not necessarily represent the decisions, policy, or views of WHO. We thank Susan L Norris, April Baller, and Benedetta Allegranzi (WHO) for input in the protocol or the final article; Xuan Yu (Evidence Based Medicine Center of Lanzhou University, China), Eliza Poon, and Yuqing (Madison) Zhang for assistance with Chinese literature support; Neera Bhatnagar and Aida Farha (information specialists) for peer-reviewing the search strategy; Artur Nowak (Evidence Prime, Hamilton, ON, Canada) for help with searching and screening using artificial intelligence; and Christine Keng for additional support. DKC is a CAAIF-CSACI-AllerGen Emerging Clinician-Scientist Research Fellow, supported by the Canadian Allergy, Asthma and Immunology Foundation (CAAIF), the Canadian Society of Allergy and Clinical Immunology (CSACI), and AllerGen NCE (the Allergy, Genes and Environment Network).

Editorial note: the Lancet Group takes a neutral position with respect to territorial claims in published maps and institutional affiliations.

**References**
1 Worldometer. COVID-19 coronavirus pandemic. 2020. https://www.worldometers.info/coronavirus/ (accessed May 28, 2020).
2 Guo ZD, Wang ZY, Zhang SF, et al. Aerosol and surface distribution of severe acute respiratory syndrome coronavirus 2 in hospital wards, Wuhan, China, 2020. Emerg Infect Dis 2020; published online April 10. DOI:10.3201/eid2607200885.
3 Chia PY, Coleman KK, Tan YK, et al. Detection of air and surface contamination by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in hospital rooms of infected patients. medRxiv 2020; published online April 9. DOI:10.1101/2020.03.29.20046557 (preprint).
4 Santarpia JL, Rivera DN, Herrera V, et al. Transmission potential of SARS-CoV-2 in viral shedding observed at the University of Nebraska Medical Center. medRxiv 2020; published online March 26. DOI:10.1101/2020.03.23.20039446 (preprint).
5 Cheng V, Wong S-C, Chen J, et al. Escalating infection control response to the rapidly evolving epidemiology of the coronavirus disease 2019 (COVID-19) due to SARS-CoV-2 in Hong Kong. Infect Control Hosp Epidemiol 2020; 41: 493–98.
6 Wong SCY, Kwong RT-S, Wu TC, et al. Risk of nosocomial transmission of coronavirus disease 2019: an experience in a general ward setting in Hong Kong. J Hosp Infect 2020; 105: 119–27.
7 Faridi S, Niazi S, Sadeghi K, et al. A field indoor air measurement of SARS-CoV-2 in the patient rooms of the largest hospital in Iran. Sci Total Environ 2020; 725: 138401.
8 Ong SWX, Tan YK, Chia PY, et al. Air, surface environmental, and personal protective equipment contamination by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) from a symptomatic patient. JAMA 2020; 323: 1610–12.
9 Qualls N, Levitt A, Kanade N, et al. Community mitigation guidelines to prevent pandemic influenza: United States, 2017. MMWR Recomm Rep 2017; 66: 1–34.
10 Feng S, Shen C, Xia N, Song W, Fan M, Cowling BJ. Rational use of face masks in the COVID-19 pandemic. Lancet Respir Med 2020; 8: 434–36.
11 MacIntyre R, Chughtai A, Tham CD, Seale H. COVID-19: should cloth masks be used by healthcare workers as a last resort? April 9, 2020. https://blogs.bmj.com/bmj/2020/04/09/covid-19-should-cloth-masks-be-used-by-healthcare-workers-as-a-last-resort/ (accessed May 12, 2020).
12 Loeb M, Dafoe N, Mahony J, et al. Surgical mask vs N95 respirator for preventing influenza among health care workers: a randomized trial. JAMA 2009; 302: 1865–71.
13 Bartoszko JJ, Farooqi MAM, Alhazzani W, Loeb M. Medical masks vs N95 respirators for preventing COVID-19 in healthcare workers: a systematic review and meta-analysis of randomized trials. Influenza Other Respir Viruses 2020; published online April 4. DOI:10.1111/irv.12745.
14 Schünemann HJ, Moja L. Reviews: rapid! Rapid! Rapid! . . . and systematic. Syst Rev 2015; 4: 4.
15 Cochrane Training. Cochrane handbook for systematic reviews of interventions, version 6. 2019. https://training.cochrane.org/handbook/current (accessed May 12, 2020).
16 Guyatt GH, Oxman AD, Vist GE, et al. GRADE: an emerging consensus on rating quality of evidence and strength of recommendations. BMJ 2008; 336: 924–26.
17 Moher D, Liberati A, Tetzlaff J, Altman DG. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. J Clin Epidemiol 2009; 62: 1006–12.
18 Stroup DF, Berlin JA, Morton SC, et al. Meta-analysis of observational studies in epidemiology: a proposal for reporting. JAMA 2000; 283: 2008–12.
19 Jefferson T, Del Mar CB, Dooley L, et al. Physical interventions to interrupt or reduce the spread of respiratory viruses. Cochrane Database Syst Rev 2011; 7: CD006207.
20 Offeddu V, Yung CF, Low MSF, Tam CC. Effectiveness of masks and respirators against respiratory infections in healthcare workers: a systematic review and meta-analysis. Clin Infect Dis 2017; 65: 1934–42.
21 Guyatt GH, Oxman AD, Kunz R, et al. GRADE guidelines, 7: rating the quality of evidence—inconsistency. J Clin Epidemiol 2011; 64: 1294–302.
22 Iorio A, Spencer FA, Falavigna M, et al. Use of GRADE for assessment of evidence about prognosis: rating confidence in estimates of event rates in broad categories of patients. BMJ 2015; 350: h870.
23 Moskalewicz A, Oremus M. No clear choice between Newcastle-Ottawa Scale and Appraisal Tool for Cross-Sectional Studies to assess methodological quality in cross-sectional studies of health-related quality of life and breast cancer. J Clin Epidemiol 2020; 120: 94–103.
24 Wells GA, Shea B, O'Connell D, et al. The Newcastle-Ottawa (NOS) for assessing the quality of nonrandomised studies in meta-analyses. 2019. http://www.ohri.ca/programs/clinical_epidemiology/oxford.asp (accessed May 12, 2020).
25 Sterne JAC, Savović J, Page MJ, et al. RoB 2: a revised tool for assessing risk of bias in randomised trials. BMJ 2019; 366: l4898.
26 Guyatt G, Oxman AD, Akl EA, et al. GRADE guidelines, 1: introduction—GRADE evidence profiles and summary of findings tables. J Clin Epidemiol 2011; 64: 383–94.
27 Guyatt GH, Thorlund K, Oxman AD, et al. GRADE guidelines, 13: preparing summary of findings tables and evidence profiles—continuous outcomes. J Clin Epidemiol 2013; 66: 173–83.
28 Santesso N, Carrasco-Labra A, Langendam M, et al. Improving GRADE evidence tables part 3: detailed guidance for explanatory footnotes supports creating and understanding GRADE certainty in the evidence judgments. J Clin Epidemiol 2016; 74: 28–39.
29 Santesso N, Glenton C, Dahm P, et al. GRADE guidelines, 26: informative statements to communicate the findings of systematic reviews of interventions. J Clin Epidemiol 2020; 119: 126–35.

**1888**

(138 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 138 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 205 of 253

**Articles**

30  Higgins JP, Thompson SG. Controlling the risk of spurious findings from meta-regression. *Stat Med* 2004; **23:** 1663–82.

31  Jefferson T, Jones M. Al Ansari LA, et al. Physical interventions to interrupt or reduce the spread of respiratory viruses, part 1: face masks, eye protection and person distancing—systematic review and meta-analysis. *medRxiv* 2020; published online April 7. DOI:10.1101/2020.03.30.20047217 (preprint).

32  Sutton AJ, Abrams KR. Bayesian methods in meta-analysis and evidence synthesis. *Stat Methods Med Res* 2001; **10:** 277–303.

33  Goligher EC, Tomlinson G, Hajage D, et al. Extracorporeal membrane oxygenation for severe acute respiratory distress syndrome and posterior probability of mortality benefit in a post hoc Bayesian analysis of a randomized clinical trial. *JAMA* 2018; **320:** 2251–59.

34  Alraddadi BM, Al-Salmi HS, Jacobs-Slifka K, et al. Risk factors for Middle East respiratory syndrome coronavirus infection among healthcare personnel. *Emerg Infect Dis* 2016; **22:** 1915–20.

35  Arwady MA, Alraddadi B, Basler C, et al. Middle East respiratory syndrome coronavirus transmission in extended family, Saudi Arabia, 2014. *Emerg Infect Dis* 2016; **22:** 1395–402.

36  Bai Y, Wang X, Huang Q, et al. SARS-CoV-2 infection in health care workers: a retrospective analysis and a model study. *medRxiv* 2020; published online April 1. DOI:10.1101/2020.03.29.20047159 (preprint).

37  Burke RM, Balter S, Barnes E, et al. Enhanced contact investigations for nine early travel-related cases of SARS-CoV-2 in the United States. *medRxiv* 2020; published online May 3. DOI:10.1101/2020.04.27.20081901 (preprint).

38  Caputo KM, Byrick R, Chapman MG, Orser BJ, Orser BA. Intubation of SARS patients: infection and perspectives of healthcare workers. *Can J Anaesth* 2006; **53:** 122–29.

39  Chen WQ, Ling WH, Lu CY, et al. Which preventive measures might protect health care workers from SARS? *BMC Public Health* 2009; **9:** 81.

40  Cheng H-Y, Jian S-W, Liu D-P, Ng T-C, Huang W-T, Lin H-H. High transmissibility of COVID-19 near symptom onset. *medRxiv* 2020; published online March 19. DOI:10.1101/2020.03.18.20034561 (preprint).

41  Wang X, Pan Z, Cheng Z. Association between 2019-nCoV transmission and N95 respirator use. *J Hosp Infect* 2020; **105:** 104–05.

42  Ha LD, Bloom SA, Hien NQ, et al. Lack of SARS transmission among public hospital workers, Vietnam. *Emerg Infect Dis* 2004; **10:** 265–68.

43  Hall AJ, Tokars JI, Badreddine SA, et al. Health care worker contact with MERS patient, Saudi Arabia. *Emerg Infect Dis* 2014; **20:** 2148–51.

44  Heinzerling A, Stuckey MJ, Scheuer T, et al. Transmission of COVID-19 to health care personnel during exposures to a hospitalized patient: Solano County, California, February 2020. *MMWR Morb Mortal Wkly Rep* 2020; **69:** 472–76.

45  Ho KY, Singh KS, Habib AG, et al. Mild illness associated with severe acute respiratory syndrome coronavirus infection: lessons from a prospective seroepidemiologic study of health-care workers in a teaching hospital in Singapore. *J Infect Dis* 2004; **189:** 642–47.

46  Van Kerkhove MD, Alaswad S, Assiri A, et al. Transmissibility of MERS-CoV infection in closed setting, Riyadh, Saudi Arabia, 2015. *Emerg Infect Dis J* 2019; **25:** 1802–09.

47  Ki HK, Han SK, Son JS, Park SO. Risk of transmission via medical employees and importance of routine infection-prevention policy in a nosocomial outbreak of Middle East respiratory syndrome (MERS): a descriptive analysis from a tertiary care hospital in South Korea. *BMC Pulm Med* 2019; **19:** 190.

48  Kim T, Jung J, Kim SM, et al. Transmission among healthcare worker contacts with a Middle East respiratory syndrome patient in a single Korean centre. *Clin Microbiol Infect* 2016; **22:** e11–13.

49  Kim CJ, Choi WS, Jung Y, et al. Surveillance of the Middle East respiratory syndrome (MERS) coronavirus (CoV) infection in healthcare workers after contact with confirmed MERS patients: incidence and risk factors of MERS-CoV seropositivity. *Clin Microbiol Infect* 2016; **22:** 880–86.

50  Lau JTF, Lau M, Kim JH, Tsui HY, Tsang T, Wong TW. Probable secondary infections in households of SARS patients in Hong Kong. *Emerg Infect Dis* 2004; **10:** 235–43.

51  Liu W, Tang F, Fang LQ, et al. Risk factors for SARS infection among hospital healthcare workers in Beijing: a case control study. *Trop Med Int Health* 2009; **14** (suppl 1): 52–59.

52  Liu ZQ, Ye Y, Zhang H, Guohong X, Yang J, Wang JL. Analysis of the spatio-temporal characteristics and transmission path of COVID-19 cluster cases in Zhuhai. *Trop Geogr* 2020; published online March 12. DOI:10.13284/j.cnki.rddl.003228.

53  Loeb M, McGeer A, Henry B, et al. SARS among critical care nurses, Toronto. *Emerg Infect Dis* 2004; **10:** 251–55.

54  Ma HJ, Wang HW, Fang LQ, et al. A case-control study on the risk factors of severe acute respiratory syndromes among health care workers. *Zhonghua Liu Xing Bing Xue Za Zhi* 2004; **25:** 741–44 (in Chinese).

55  Nishiura H, Kuratsuji T, Quy T, et al. Rapid awareness and transmission of severe acute respiratory syndrome in Hanoi French Hospital, Vietnam. *Am J Trop Med Hyg* 2005; **73:** 17–25.

56  Nishiyama A, Wakasugi N, Kirikae T, et al. Risk factors for SARS infection within hospitals in Hanoi, Vietnam. *Jpn J Infect Dis* 2008; **61:** 388–90.

57  Olsen SJ, Chang HL, Cheung TY, et al. Transmission of the severe acute respiratory syndrome on aircraft. *N Engl J Med* 2003; **349:** 2416–22.

58  Park BJ, Peck AJ, Kuehnert MJ, et al. Lack of SARS transmission among healthcare workers, United States. *Emerg Infect Dis* 2004; **10:** 244–48.

59  Park JY, Kim BJ, Chung KH, Hwang YI. Factors associated with transmission of Middle East respiratory syndrome among Korean healthcare workers: infection control via extended healthcare contact management in a secondary outbreak hospital. *Respirology* 2016; **21** (suppl 3): 89 (abstr APSR6-0642).

60  Peck AJ, Newbern EC, Feikin DR, et al. Lack of SARS transmission and U.S. SARS case-patient. *Emerg Infect Dis* 2004; **10:** 217–24.

61  Pei LY, Gao ZC, Yang Z, et al. Investigation of the influencing factors on severe acute respiratory syndrome among health care workers. *Beijing Da Xue Xue Bao Yi Xue Ban* 2006; **38:** 271–75.

62  Rea E, Laflèche J, Stalker S, et al. Duration and distance of exposure are important predictors of transmission among community contacts of Ontario SARS cases. *Epidemiol Infect* 2007; **135:** 914–21.

63  Reuss A, Litterst A, Drosten C, et al. Contact investigation for imported case of Middle East respiratory syndrome, Germany. *Emerg Infect Dis* 2014; **20:** 620–25.

64  Reynolds MG, Anh BH, Thu VH, et al. Factors associated with nosocomial SARS-CoV transmission among healthcare workers in Hanoi, Vietnam, 2003. *BMC Public Health* 2006; **6:** 207.

65  Ryu B, Cho SI, Oh MD, et al. Seroprevalence of Middle East respiratory syndrome coronavirus (MERS-CoV) in public health workers responding to a MERS outbreak in Seoul, Republic of Korea, in 2015. *Western Pac Surveill Response J* 2019; **10:** 46–48.

66  Scales DC, Green K, Chan AK, et al. Illness in intensive care staff after brief exposure to severe acute respiratory syndrome. *Emerg Infect Dis* 2003; **9:** 1205–10.

67  Seto WH, Tsang D, Yung RWH, et al. Effectiveness of precautions against droplets and contact in prevention of nosocomial transmission of severe acute respiratory syndrome (SARS). *Lancet* 2003; **361:** 1519–20.

68  Teleman MD, Boudville IC, Heng BH, Zhu D, Leo YS. Factors associated with transmission of severe acute respiratory syndrome among health-care workers in Singapore. *Epidemiol Infect* 2004; **132:** 797–803.

69  Tuan PA, Horby P, Dinh PN, et al. SARS transmission in Vietnam outside of the health-care setting. *Epidemiol Infect* 2007; **135:** 392–401.

70  Wang Q, Huang X, Bai Y, et al. Epidemiological characteristics of COVID-19 in medical staff members of neurosurgery departments in Hubei province: a multicentre descriptive study. *medRxiv* 2020; published online April 24. DOI:10.1101/2020.04.20.20064899 (preprint).

71  Wiboonchutikul S, Manosuthi W, Likanonsakul S, et al. Lack of transmission among healthcare workers in contact with a case of Middle East respiratory syndrome coronavirus infection in Thailand. *Antimicrob Resist Infect Control* 2016; **5:** 21.

72  Wilder-Smith A, Teleman MD, Heng BH, Earnest A, Ling AE, Leo YS. Asymptomatic SARS coronavirus infection among healthcare workers, Singapore. *Emerg Infect Dis* 2005; **11:** 1142–45.

73  Wong TW, Lee CK, Tam W, et al. Cluster of SARS among medical students exposed to single patient, Hong Kong. *Emerg Infect Dis* 2004; **10:** 269–76.

1889

**Articles**

74   Wu J, Xu F, Zhou W, et al. Risk factors for SARS among persons without known contact with SARS patients, Beijing, China. *Emerg Infect Dis* 2004; **10**: 210–16.

75   Yin WW, Gao LD, Lin WS, et al. Effectiveness of personal protective measures in prevention of nosocomial transmission of severe acute respiratory syndrome. *Zhonghua Liu Xing Bing Xue Za Zhi* 2004; **25**: 18–22.

76   Yu ITS, Wong TW, Chiu YL, Lee N, Li Y. Temporal-spatial analysis of severe acute respiratory syndrome among hospital inpatients. *Clin Infect Dis* 2005; **40**: 1237–43.

77   Yu IT, Xie ZH, Tsoi KK, et al. Why did outbreaks of severe acute respiratory syndrome occur in some hospital wards but not in others? *Clin Infect Dis* 2007; **44**: 1017–25.

78   Verbeek JH, Rajamaki B, Ijaz S, et al. Personal protective equipment for preventing highly infectious diseases due to exposure to contaminated body fluids in healthcare staff. *Cochrane Database Syst Rev* 2019; **7**: CD011621.

79   MacIntyre CR, Wang Q, Seale H, et al. A randomized clinical trial of three options for N95 respirators and medical masks in health workers. *Am J Respir Crit Care Med* 2013; **187**: 960–66.

80   Campbell A. Chapter eight: it's not about the mask: SARS Commission final report, volume 3. December, 2006. http://www.archives.gov.on.ca/en/e_records/sars/report/v3-pdf/Vol3Chp8.pdf (accessed May 12, 2020).

81   Webster P. Ontario issues final SARS Commission report. *Lancet* 2007; **369**: 264.

82   Rimmer A. COVID-19: experts question guidance to reuse PPE. *BMJ* 2020; **369**: m1577.

83   Mackenzie D. Reuse of N95 masks. *Engineering* 2020; published online April 13. DOI:10.1016/j.eng.2020.04.003.

84   Greenhalgh T, Schmid MB, Czypionka T, Bassler D, Gruer L. Face masks for the public during the covid-19 crisis. *BMJ* 2020; **369**: m1435.

85   Bahl P, Doolan C, de Silva C, Chughtai AA, Bourouiba L, MacIntyre CR. Airborne or droplet precautions for health workers treating coronavirus disease 2019? *J Infect Dis* 2020; published online April 16. DOI:10.1093/infdis/jiaa189.

86   Schünemann HJ, Khabsa J, Solo K, et al. Ventilation techniques and risk for transmission of coronavirus disease, including COVID-19: a living systematic review of multiple streams of evidence. *Ann Intern Med* 2020; published online May 22. DOI:10.7326/M20-2306.

87   Leung NHL, Chu DKW, Shiu EYC, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. *Nat Med* 2020; **26**: 676–80.

(140 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 140 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 207 of 253

# EXHIBIT 19



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Coronavirus Disease 2019 (COVID-19)

MENU ›

# Guidance for Pharmacies

Guidance for Pharmacists and Pharmacy Technicians in Community Pharmacies during the COVID-19 Response

Updated June 28, 2020                     Print

### Summary of Recent Changes

Below are changes to the guidance as of May 28, 2020:

- Provide clinical services according to the Framework for Healthcare Systems Providing Non-COVID-19 Clinical Care During the COVID-19 Pandemic, which includes considerations for delivering non-COVID-19 care by the degree of community transmission and potential for patient harm if care is deferred.

This guidance applies to all pharmacy staff to minimize their risk of exposure to SARS-CoV-2 and reduce the risk for patients during the COVID-19 pandemic. As a vital part of the healthcare system, pharmacies play an important role in providing medicines, therapeutics, vaccines, and critical health services to the public. Ensuring continuous function of pharmacies during the COVID-19 pandemic is important. During the pandemic, pharmacy staff can minimize their risk of exposure to the virus that causes COVID-19 and reduce the risk for patients by using the principles of infection prevention and control and social distancing.

## Implement universal use of face coverings

- Individuals without coronavirus symptoms ("asymptomatic") and those who eventually develop symptoms ("pre-symptomatic") can transmit the virus to others before showing symptoms. This means that the virus can spread between people interacting in close proximity—for example, speaking, coughing, or sneezing—even if those people are not exhibiting symptoms.
- Everyone entering the pharmacy should wear a face covering for source control (i.e., to protect other people in case the person is infected), regardless of symptoms. CDC recommends persons entering public settings where other social distancing measures are difficult to maintain wear a cloth face covering, especially in areas of substantial community-based transmission. Cloth face coverings should not be placed on young children under age 2, anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.
- Pharmacists and pharmacy technicians should always wear a facemask while they are in the pharmacy for source control.
- Medical or surgical facemasks are generally preferred over cloth face coverings for healthcare professionals (HCP) for source control. If there are shortages of facemasks, facemasks should be prioritized for HCP who need them for PPE. Cloth face coverings should NOT be worn instead of a respirator or facemask if more than source control is required.

# Advise staff who are sick to stay home

Make sure that pharmacy staff who have fever or symptoms that may be due to COVID-19 stay home and away from the workplace until they have recovered. Ensure that sick leave policies are flexible, nonpunitive, and consistent with public health guidance and that employees are aware of and understand these policies.

# Filling prescriptions

Although the actual process of preparing medications for dispensing is not a direct patient care activity, the other components of medication dispensing such as prescription intake, patient counseling, or patient education should be conducted in ways that maintain social distancing and minimize the risk of exposure for pharmacy staff and patients. In addition to following workplace guidance, pharmacy staff should:

- Provide hand sanitizer containing at least 60% alcohol on counters for use by patients and have sufficient and easy access to soap and water or hand sanitizer for staff.
- Encourage all prescribers to submit prescription orders via telephone or electronically. The pharmacy should develop procedures to avoid handling paper prescriptions, in accordance with appropriate state laws, regulations, or executive orders.
- After a prescription has been prepared, the packaged medication can be placed on a counter for the patient to retrieve, instead of being directly handed to the patient. Other strategies to limit direct contact with patients include:
  - Avoid handling insurance or benefit cards. Instead, have the patient take a picture of the card for processing or read aloud the information that is needed (in a private location so other patients cannot hear).
  - Avoid touching objects that have been handled by patients. If transfer of items must occur, pharmacy staff should wash their hands afterwards with soap and water for at least 20 seconds or use an alcohol-based hand sanitizer containing at least 60% alcohol. They should always avoid touching their eyes, nose, or mouth with unwashed hands.
- Encourage patients, especially those at increased risk of severe illness, to use alternate methods to pick-up medication. To decrease risk of exposure, patients who have an increased risk for severe illness due to COVID-19 may consider using:
  - Home delivery of medications
  - Curbside pickup
  - Drive-through services
  - Having someone else who is not at higher risk of severe illness pick up medications for them

# Use strategies to minimize close contact between pharmacy staff and patients and between patients:

- **Use engineering controls** where the patient and pharmacy staff interact, such as the pharmacy counter, to minimize close contact:
  - Minimize physical contact with patients and between patients. Maintain social distancing (6 feet between individuals) for people entering the pharmacy as much as possible. Use signage/barriers and floor markers to instruct waiting patient s to remain 6 feet back from the counter, from other patient interfaces, and from other patients and pharmacy staff.
  - To shield against droplets from coughs or sneezes, install a section of clear plastic at the patient contact area to provide barrier protection (e.g., plexiglass type material or clear plastic sheet). Configure with a pass-through opening **at the bottom** of the barrier for people to speak through or to provide pharmacy items.
  - For hard non-porous surfaces, clean with detergent or soap and water if the surfaces are visibly dirty prior to disinfectant application. Frequently clean and disinfect all patient service counters and patient contact areas.

1893

Clean and disinfect frequently touched objects and surfaces such as workstations, keyboards, telephones, and doorknobs.

- Use EPA's Registered Antimicrobial Products for Use Against Novel Coronavirus SARS-CoV-2 ↗ , the virus that causes COVID-19. Follow the manufacturer's instructions for concentration, application method, and contact time for all cleaning and disinfecting products.

◦ Discontinue the use of magazines and other shared items in pharmacy waiting areas. Ensure that the waiting area is cleaned regularly.

◦ Promote the use of self-serve checkout registers and clean and disinfect them frequently. Encourage the use of and have hand sanitizer and disinfectant wipes available at register locations for use by patients.

- **Use administrative controls**— such as protocols or changes to work practices, policies, or procedures — to keep staff and patients separated:

◦ Promote social distancing by diverting as many patients as possible to drive-through windows, curbside pick-up, or home delivery, where feasible.

- Large, outdoor signage asking pharmacy patients to use the drive-through window or call for curbside pick-up can be useful.

- Include text or automated telephone messages that specifically ask sick patients to stay home and request home delivery or send a well family member or friend to pick up their medicine.

◦ Limit the number of patients in the pharmacy at any given time to prevent crowding at the pharmacy counter or checkout areas.

◦ Pharmacists who are providing patients with chronic disease management services, medication management services, and other services that do not require face-to-face encounters should make every effort to use telephone, telehealth, or tele-pharmacy strategies.

◦ Close self-serve blood pressure units.

# Reduce risk during COVID-19 testing and other close-contact pharmacy care services

Pharmacies that are participating in public health testing for COVID-19 should communicate with local and state public health staff to determine how to operationalize and prioritize client testing. State and local health departments will inform pharmacies about procedures to collect, store, and ship specimens appropriately, including during afterhours or on weekends/holidays. Some pharmacies are including self-collection options.

In the "CDC Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings," there is guidance for collecting respiratory specimens.

Pharmacy staff conducting COVID-19 testing and other close-contact patient care procedures that will likely elicit coughs or sneezes (e.g., influenza and strep testing) should be provided with appropriate PPE. Staff who use respirators must be familiar with proper use and follow a complete respiratory protection program that complies with OSHA Respiratory Protection standard (29 CFR 1910.134). Staff should receive training on the appropriate donning and doffing of PPE. Cloth face coverings should NOT be worn by staff instead of a respirator or facemask if more than source control is required.

# Provide adult vaccinations based on local conditions

Evaluate provision of routine clinical preventive services, including adult vaccinations, that require face-to-face encounters. Based on local conditions, evaluate the risk of an in-person encounter versus the benefit using the Framework for Healthcare Systems Providing Non-COVID-19 Clinical Care During the COVID-19 Pandemic.

- Adult vaccination should be considered if the service can be delivered during a visit with no additional risk to the patient or the health care provider.
- Consideration should be given to prioritizing older adults or adults with underlying conditions for vaccination due to their increased risk of disease and complications if vaccination is deferred.
- Pharmacies should develop a strategy for screening patients for fever and symptoms of COVID-19 prior to providing vaccinations.
- Health care providers should follow standard precautions and adhere to additional PPE recommendations, including use of a facemask at all times while in the facility. Use of eye protection is recommended in areas with moderate to substantial community transmission. For areas with minimal to no community transmission, eye protection is considered optional, unless otherwise indicated as part of standard precautions.
- Hand hygiene should be performed before and after vaccine administration. If gloves are worn, they should be changed and hand hygiene should be performed between patients.

## For Clinics: Special considerations when co-located in pharmacies

- Post signs at the door instructing clinic patients with fever, respiratory symptoms, or other symptoms of COVID-19 to return to their vehicles (or remain outside if pedestrians) and call the telephone number for the clinic so that triage can be performed before they enter the store.
    - ◦ It may be possible to manage patients with mild symptoms telephonically and send them home with instructions for care.
- Facemasks or cloth face coverings should be provided for all clinic patients if they are not already wearing one, ideally prior to entering the clinic.
- Where possible, provide separate entrances for all clinic patients. Otherwise create a clear path from the main door to the clinic, with partitions or other physical barriers (if feasible), to minimize contact with other customers.

---

### Additional Resources

Interim Guidance for Businesses to Plan for COVID-19

Evaluating and Testing People for COVID-19

Interim Infection Prevention and Control Recommendations for Patients with COVID-19

Cleaning and Disinfecting Your Facility

---

Last Updated June 28, 2020
Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

(145 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 145 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 212 of 253

# EXHIBIT 20





**Centers for Disease Control and Prevention**
CDC 24/7: Saving Lives, Protecting People™

## Coronavirus Disease 2019 (COVID-19)

MENU >

**WEAR A MASK.** PROTECT OTHERS.

# Considerations for Wearing Masks

Help Slow the Spread of COVID-19

Updated Aug. 7, 2020                    Print

- CDC recommends that people wear masks in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.
- Masks may help prevent people who have COVID-19 from spreading the virus to others.
- Masks are most likely to reduce the spread of COVID-19 when they are widely used by people in public settings.
- Masks should NOT be worn by children under the age of 2 or anyone who has trouble breathing, is unconscious, incapacitated, or otherwise unable to remove the mask without assistance.
- Masks with exhalation valves or vents should NOT be worn to help prevent the person wearing the mask from spreading COVID-19 to others (source control).

## Evidence for Effectiveness of Masks

Masks are recommended as a simple barrier to help prevent respiratory droplets from traveling into the air and onto other people when the person wearing the mask coughs, sneezes, talks, or raises their voice. This is called source control. This recommendation is based on what we know about the role respiratory droplets play in the spread of the virus that causes COVID-19, paired with emerging evidence from clinical and laboratory studies that shows masks reduce the spray of droplets when worn over the nose and mouth. COVID-19 spreads mainly among people who are in close contact with one another (within about 6 feet), so the use of masks is particularly important in settings where people are close to each other or where social

1897



distancing is difficult to maintain. CDC's recommendations for masks will be updated as new scientific evidence becomes available.

## Who Should Wear A Mask?

### General public

CDC recommends all people 2 years of age and older wear a mask in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.

COVID-19 can be spread by people who do not have symptoms and do not know that they are infected. That's why it's important for everyone to wear masks in public settings and practice social distancing (staying at least 6 feet away from other people).

- While masks are strongly encouraged to reduce the spread of COVID-19, CDC recognizes there are specific instances when wearing a mask may not be feasible. In these instances, adaptations and alternatives should be considered whenever possible (see below for examples).

## People who know or think they might have COVID-19

- If you are sick with COVID-19 or think you might have COVID-19, do not visit public areas. Stay home except to get medical care. As much as possible stay in a specific room and away from other people and pets in your home. If you need to be around other people or animals, wear a mask (including in your home).
- The mask helps prevent a person who is sick from spreading the virus to others. It helps keep respiratory droplets contained and from reaching other people.

## Caregivers of people with COVID-19

- Those caring for someone who is sick with COVID-19 at home or in a non-healthcare setting may also wear a mask. However, the protective effects—how well the mask protects healthy people from breathing in the virus—are unknown. To prevent getting sick, caregivers should also continue to practice everyday preventive actions: avoid close contact as much as possible, clean hands often; avoid touching your eyes, nose, and mouth with unwashed hands; and frequently clean and disinfect surfaces.

## Who Should Not Wear a Mask

Masks should **not** be worn by:

- Children younger than 2 years old
- Anyone who has trouble breathing
- Anyone who is unconscious, incapacitated, or otherwise unable to remove the mask without assistance

COVID-19: Considerations for Wearing Masks | CDC    Page 3 of 5
Case: 21-15469, 09/01/2021, ID: 12019863, DktEntry: 12-9, Page 148 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 215 of 253
(148 of 228)

# Feasibility and Adaptations

CDC recognizes that wearing masks may not be possible in every situation or for some people. In some situations, wearing a mask may exacerbate a physical or mental health condition, lead to a medical emergency, or introduce significant safety concerns. Adaptations and alternatives should be considered whenever possible to increase the feasibility of wearing a mask or to reduce the risk of COVID-19 spreading if it is not possible to wear one.

For example,

- People who are deaf or hard of hearing—or those who care for or interact with a person who is hearing impaired—may be unable to wear masks if they rely on lipreading to communicate. In this situation, consider using a clear mask. If a clear mask isn't available, consider whether you can use written communication, use closed captioning, or decrease background noise to make communication possible while wearing a mask that blocks your lips.
- Some people, such as people with intellectual and developmental disabilities, mental health conditions or other sensory sensitivities, may have challenges wearing a mask. They should consult with their healthcare provider for advice about wearing masks.
- Younger children (e.g., preschool or early elementary aged) may be unable to wear a mask properly, particularly for an extended period of time. Wearing of masks may be prioritized at times when it is difficult to maintain a distance of 6 feet from others (e.g., during carpool drop off or pick up, or when standing in line at school). Ensuring proper mask size and fit and providing children with frequent reminders and education on the importance and proper wear of masks may help address these issues.
- People should not wear masks while engaged in activities that may cause the mask to become wet, like when swimming at the beach or pool. A wet mask may make it difficult to breathe. For activities like swimming, it is particularly important to maintain physical distance from others when in the water.
- People who are engaged in high intensity activities, like running, may not be able to wear a mask if it causes difficulty breathing. If unable to wear a mask, consider conducting the activity in a location with greater ventilation and air exchange (for instance, outdoors versus indoors) and where it is possible to maintain physical distance from others.
- People who work in a setting where masks may increase the risk of heat-related illness or cause safety concerns due to introduction of a hazard (for instance, straps getting caught in machinery) may consult with an occupational safety and health professional to determine the appropriate mask for their setting. Outdoor workers may prioritize use of masks when in close contact with other people, like during group travel or shift meetings, and remove masks when social distancing is possible. Find more information here and below.

Masks are a critical preventive measure and are **most** essential in times when social distancing is difficult. If masks cannot be used, make sure to take other measures to reduce the risk of COVID-19 spread, including social distancing, frequent hand washing, and cleaning and disinfecting frequently touched surfaces.

## Masks with Exhalation Valves or Vents

The purpose of masks is to keep respiratory droplets from reaching others to aid with source control. However, masks with one-way valves or vents allow air to be exhaled through a hole in the material, which can result in expelled respiratory droplets that can reach others.  This type of mask does not prevent the person wearing the mask from transmitting COVID-19 to others. Therefore, CDC **does not recommend** using masks for source control if they have an exhalation valve or vent.

## Face Shields

1899

- A face shield is primarily used for eye protection for the person wearing it. At this time, it is not known what level of protection a face shield provides to people nearby from the spray of respiratory droplets from the wearer. There is currently not enough evidence to support the effectiveness of face shields for source control. Therefore, CDC **does not currently recommend** use of face shields as a substitute for masks.

- However, wearing a mask may not be feasible in every situation for some people for example, people who are deaf or hard of hearing—or those who care for or interact with a person who is hearing impaired. Here are some considerations for individuals who must wear a face shield instead of a mask:
  ◦ Although evidence on face shields is limited, the available data suggest that the following face shields may provide better source control than others:
    ▪ Face shields that wrap around the sides of the wearer's face and extend below the chin.
    ▪ Hooded face shields.
  ◦ Face shield wearers should wash their hands before and after removing the face shield and avoid touching their eyes, nose and mouth when removing it.
  ◦ Disposable face shields should only be worn for a single use and disposed of according to manufacturer instructions.
  ◦ Reusable face shields should be cleaned and disinfected after each use according to manufacturer instructions or by following CDC face shield cleaning instructions .
  ◦ **Plastic face shields for newborns and infants are NOT recommended.**

# Surgical Masks

Masks are not surgical masks or respirators. Currently, those are critical supplies that should continue to be reserved for healthcare workers and other medical first responders, as recommended by current CDC guidance. Masks also are not appropriate substitutes for them in workplaces where surgical masks or respirators are recommended or required and available.

# Recent Studies:

- Rothe C, Schunk M, Sothmann P, et al. Transmission of 2019-nCoV Infection from an Asymptomatic Contact in Germany. The New England journal of medicine. 2020;382(10):970-971. PMID: 32003551

- Zou L, Ruan F, Huang M, et al. SARS-CoV-2 Viral Load in Upper Respiratory Specimens of Infected Patients. The New England journal of medicine. 2020;382(12):1177-1179. PMID: 32074444

- Pan X, Chen D, Xia Y, et al. Asymptomatic cases in a family cluster with SARS-CoV-2 infection. The Lancet Infectious diseases. 2020. PMID: 32087116

- Bai Y, Yao L, Wei T, et al. Presumed Asymptomatic Carrier Transmission of COVID-19. Jama. 2020. PMID: 32083643

- Kimball A HK, Arons M, et al. Asymptomatic and Presymptomatic SARS-CoV-2 Infections in Residents of a Long-Term Care Skilled Nursing Facility — King County, Washington, March 2020. MMWR Morbidity and mortality weekly report. 2020; ePub: 27 March 2020. PMID: 32240128

- Wei WE LZ, Chiew CJ, Yong SE, Toh MP, Lee VJ. Presymptomatic Transmission of SARS-CoV-2 — Singapore, January 23 –March 16, 2020. MMWR Morbidity and Mortality Weekly Report. 2020;ePub: 1 April 2020. PMID: 32271722

- Li R, Pei S, Chen B, et al. Substantial undocumented infection facilitates the rapid dissemination of novel coronavirus (SARS-CoV2). Science (New York, NY). 2020. PMID: 32179701

- Furukawa NW, Brooks JT, Sobel J. Evidence Supporting Transmission of Severe Acute Respiratory Syndrome Coronavirus 2 While Presymptomatic or Asymptomatic [published online ahead of print, 2020 May 4]. Emerg Infect Dis. 2020;26(7):10.3201/eid2607.201595. Link

- Oran DP, Topol Prevalence of Asymptomatic SARS-CoV-2 Infection: A Narrative Review [published online ahead of print, 2020 Jun 3]. Ann Intern Med. 2020;M20-3012. PMID: 32491919

1900

- National Academies of Sciences, Engineering, and Medicine. 2020. Rapid Expert Consultation on the Possibility of Bioaerosol Spread of SARS-CoV-2 for the COVID-19 Pandemic (April 1, 2020). Washington, DC: The National Academies Press. https://doi.org/10.17226/25769 ⧉ .

- Schwartz KL, Murti M, Finkelstein M, et al. Lack of COVID-19 transmission on an international flight. CMAJ. 2020;192(15):E410. PMID: 32392504 ⧉

- Anfinrud P, Stadnytskyi V, Bax CE, Bax A. Visualizing Speech-Generated Oral Fluid Droplets with Laser Light Scattering. N Engl J Med. 2020 Apr 15. doi:10.1056/NEJMc2007800. PMID: 32294341 ⧉

- Davies A, Thompson KA, Giri K, Kafatos G, Walker J, Bennett A. Testing the efficacy of homemade masks: would they protect in an influenza pandemic? Disaster Med Public Health Prep. 2013;7(4):413-8. PMID: 24229526 ⧉

- Konda A, Prakash A, Moss GA, Schmoldt M, Grant GD, Guha S. Aerosol Filtration Efficiency of Common Fabrics Used in Respiratory Cloth Masks. ACS Nano. 2020 Apr 24. PMID: 32329337 ⧉

- Aydin O, Emon B, Saif MTA. Performance of fabrics for home-made masks against spread of respiratory infection through droplets: a quantitative mechanistic study. medRxiv preprint doi: https://doi.org/10.1101/2020.04.19.20071779, posted April 24, 2020.

- Ma QX, Shan H, Zhang HL, Li GM, Yang RM, Chen JM. Potential utilities of mask-wearing and instant hand hygiene for fighting SARS-CoV-2. J Med Virol. 2020. PMID: 32232986 ⧉

- Leung, N.H.L., Chu, D.K.W., Shiu, E.Y.C. *et al.*Respiratory virus shedding in exhaled breath and efficacy of face masks. *Nat Med*. 2020. PMID: 32371934 ⧉

- Johnson DF, Druce JD, Birch C, Grayson ML. A quantitative assessment of the efficacy of surgical and N95 masks to filter influenza virus in patients with acute influenza infection. Clin Infect Dis. 2009 Jul 15;49(2):275-7. PMID: 19522650 ⧉

- Green CF, Davidson CS, Panlilio AL, et al. Effectiveness of selected surgical masks in arresting vegetative cells and endospores when worn by simulated contagious patients. Infect Control Hosp Epidemiol. 2012;33(5):487-494. PMID: 22476275 ⧉

Last Updated Aug. 7, 2020

Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

(151 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 151 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 218 of 253

# EXHIBIT 21

1902

(152 of 228)

CDC calls on Americans to wear masks to prevent COVID-19 spread | CDC Online Newsroom | ...Page 1 of 5
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 219 of 253



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

## CDC Newsroom

# CDC calls on Americans to wear masks to prevent COVID-19 spread

JAMA editorial reviews latest science, while case study shows masks prevented COVID spread

**Press Release**

For Immediate Release: Tuesday, July 14, 2020
**Contact:** Media Relations
(404) 639-3286

Americans are increasingly adopting the use of cloth face masks to slow the spread of COVID-19, and the latest science may convince even more to do so.

In an editorial published today in the Journal of the American Medical Association (JAMA), CDC reviewed the latest science and affirms that cloth face coverings are a critical tool in the fight against COVID-19 that could reduce the spread of the disease, particularly when used universally within communities. There is increasing evidence that cloth face coverings help prevent people who have COVID-19 from spreading the virus to others.

"We are not defenseless against COVID-19," said CDC Director Dr. Robert R. Redfield. "Cloth face coverings are one of the most powerful weapons we have to slow and stop the spread of the virus – particularly when used universally within a community setting. All Americans have a responsibility to protect themselves, their families, and their communities."

This review included two case studies out today, one from JAMA, showing that adherence to universal masking policies reduced SARS-CoV-2 transmission within a Boston hospital system, and one from CDC's Morbidity and Mortality Weekly Report (MMWR), showing that wearing a mask prevented the spread of infection from two hair stylists to their customers in Missouri.

Additional data in today's MMWR showed that immediately after the White House Coronavirus Task Force and CDC advised Americans to wear cloth face coverings when leaving home, the proportion of U.S. adults who chose to do so increased, with 3 in 4 reporting they had adopted the recommendation in a national internet survey.

The results of the Missouri case study provide further evidence on the benefits of wearing a cloth face covering. The investigation focused on two hair stylists — infected with and having symptoms of COVID-19 — whose salon policy followed a local ordinance requiring cloth face coverings for all employees and patrons. The investigators found that none of the stylists' 139 clients or secondary contacts became ill, and all 67 clients who volunteered to be tested showed no sign of infection.

The finding adds to a growing body of evidence that cloth face coverings provide source control – that is, they help prevent the person wearing the mask from spreading COVID-19 to others. The main protection individuals gain from masking occurs when others in their communities also wear face coverings.

1903

## COVID-19 prevention in a Missouri hair salon

When two stylists at a Missouri hair salon tested positive for the virus that causes COVID-19, researchers from CoxHealth hospitals, Washington University, the University of Kansas, and the Springfield-Greene County Health Department worked together to trace contacts, investigate the cases, and publish their findings in the MMWR.

One of the stylists developed respiratory symptoms but continued to see clients for eight days. The other, who apparently became infected from her co-worker, also developed respiratory symptoms and continued to see clients for four days.

The salon in which they worked had a policy requiring both stylists and their clients to wear face coverings, consistent with the local government ordinance. Both stylists wore double-layered cloth face coverings or surgical masks when seeing clients. The median appointment time was 15 minutes and ranged from 15 to 45 minutes. More than 98% of clients wore a face covering—47% wore cloth face coverings, 46% wore surgical masks, and about 5% wore N-95 respirators.

When customers were asked whether they had been ill with any respiratory symptoms in the 90 days preceding their appointment, 87 (84%) reported that they had not. None of the interviewed customers developed symptoms of illness. Among 67 (48%) customers who volunteered to be tested, all 67 tested negative for the virus that causes COVID-19. Several family members of one of the stylist's subsequently developed symptoms and received a diagnosis of COVID-19.

## Survey: Acceptance of face-mask guidance increased

CDC analyzed data from an internet survey of a national sample of 503 adults during April 7–9 and found that about 62% said they would follow the newly announced recommendations to wear a face mask when outside the home. A repeat survey during May 11-13 showed that the percentage of adults endorsing face mask wearing increased to more than 76%.

The increase was driven largely by a significant jump in approval by white, non-Hispanic adults, from 54% to 75%. Approval among Black, non-Hispanic adults went up from 74% to 82%, and remained stable among Hispanic/Latino adults at 76% and 77%.

There was also a large increase in face-mask approval among respondents in the Midwest, from 44% to 74%. Approval was greatest in the Northeast, going from 77% to 87%.

## Resources:

- CDC's Information on Cloth Face Coverings: https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html
- CDC Editorial in JAMA: Brooks JT, Butler JC, Redfield RR. Time for universal masking and prevention of transmission of SARS-CoV-2. JAMA. Published online July 14, 2020. doi:10.1001/jama.2020.13107 https://jamanetwork.com/journals/jama/fullarticle/10.1001/jama.2020.13107 ⧉
- MMWR Article: No Transmission of Symptomatic SARS-CoV-2 After Significant Exposure With Universal Face Mask Use at a Hair Salon – Springfield, Missouri, May 2020 https://www.cdc.gov/mmwr/volumes/69/wr/mm6928e2.htm?s_cid=mm6928e2_w

MMWR Article: Factors Associated with Cloth Face Coverings Use during the COVID-19 Pandemic — United States, April and May 2020 https://www.cdc.gov/mmwr/volumes/69/wr/mm6928e3.htm?s_cid=mm6928e3_w

1904

###

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ⬏

*CDC works 24/7 protecting America's health, safety and security. Whether disease start at home or abroad, are curable or preventable, chronic or acute, or from human activity or deliberate attack, CDC responds to America's most pressing health threats. CDC is headquartered in Atlanta and has experts located throughout the United States and the world.*

Page last reviewed: July 14, 2020

Content source: Centers for Disease Control and Prevention

(155 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 155 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 222 of 253

# EXHIBIT 22

1906

(156 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 156 of 228
Case 5:20-cv-08241-EJD  Document 52-3  Filed 12/23/20  Page 223 of 253

Letters

1. Sutton D, Fuchs K, D'Alton M, Goffman D. Universal screening for SARS-CoV-2 in women admitted for delivery. *N Engl J Med*. Published online April 13, 2020. doi:10.1056/NEJMc2009316

2. Connecticut coronavirus map and case count. *New York Times*. Published April 16, 2020 (updated daily). Accessed April 16, 2020. https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html

## Association of Stay-at-Home Orders With COVID-19 Hospitalizations in 4 States

In analyses of the effectiveness of response measures to the outbreak of coronavirus disease 2019 (COVID-19), most studies have used the number of confirmed cases or deaths. However, case count is a conservative estimate of the actual number of infected individuals in the absence of community-wide serologic testing. Death count is a lagging metric and insufficient for proactive hospital capacity planning. A more valuable metric for assessing the effects of public health interventions on the health care infrastructure is hospitalizations.[1] As of April 18, 2020, governors in 42 states had issued statewide executive "stay-at-home" orders to help mitigate the risk that COVID-19 hospitalizations would overwhelm their state's health care infrastructure. This study assessed the association between these orders and hospitalization trends.

**Methods** | In March 2020, we began collecting data on cumulative confirmed COVID-19 hospitalizations from each state's department of health website on a daily basis.[2] Among states issuing a statewide stay-at-home order, we identified states with at least 7 consecutive days of cumulative hospitalization data for COVID-19 (including patients currently hospitalized and those discharged) before the stay-at-home order date and at least 17 days following the order date. Because the median incubation period of COVID-19 was reported to be 4 to 5.1 days[3,4] and the median time from first symptom to hospitalization was found to be 7 days,[5] we hypothesized that any association between stay-at-home orders and hospitalization rates would become evident after 12 days (median effective date). States included in this sample were Colorado, Minnesota, Ohio, and Virginia. Among the 4 states meeting the inclusion criteria, the earliest date with data on hospitalizations was March 10. All states were observed through April 28. We fit the best expo-

nential growth function to cumulative hospitalization data in each state for dates up to and including the median effective date of that state's stay-at-home order. We computed 95% prediction bands on the exponential fit line to determine if the observed number of hospitalizations fell within the interval. We then examined whether the observed cumulative hospitalizations for dates after the median effective date deviated from the projected exponential growth in cumulative hospitalizations. In an additional analysis, a linear growth function was fit to cumulative hospitalization data for dates up to and including the median effective date, and goodness of fit was assessed with an $R^2$ comparison. All analyses were performed using Microsoft Excel version 14.1.

**Results** | In all 4 states, cumulative hospitalizations up to and including the median effective date of a stay-at-home order closely fit and favored an exponential function over a linear fit ($R^2$ = 0.973 vs 0.695 in Colorado; 0.965 vs 0.865 in Minnesota; 0.98 vs 0.803 in Ohio; 0.994 vs 0.775 in Virginia) (Table). However, after the median effective date, observed hospitalization growth rates deviated from projected exponential growth rates with slower growth in all 4 states. Observed hospitalizations consistently fell outside of the 95% prediction bands of the projected exponential growth curve (Figure).

For example, Minnesota's residents were mandated to stay at home starting March 28. On April 13, 5 days after the median effective date, the cumulative projected hospitalizations were 988 and the actual hospitalizations were 361. In Virginia, projected hospitalizations 5 days after the median effective date were 2335 and actual hospitalizations were 1048.

**Discussion** | In 4 states with stay-at-home orders, cumulative hospitalizations for COVID-19 deviated from projected best-fit exponential growth rates after these orders became effective. The deviation started 2 to 4 days sooner than the median effective date of each state's order and may reflect the use of a median incubation period for symptom onset and time to hospitalization to establish this date. Other factors that potentially decreased the rate of virus spread and subsequent hospitalizations include school closures, social distancing guidelines, and

**Table. Cumulative Hospitalizations Due to COVID-19 in Colorado, Minnesota, Ohio, and Virginia, March 10 Through April 28, 2020**

| State | Fitting period[a] | Stay-at-home issue date | Median effective date | Cumulative hospitalizations | | Best exponential fit: ln(y) = ln(a) + bt | | | Linear fit: y = ct | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | On first day of reporting | On April 28 | ln(a) (95% CI) | b (95% CI) | $R^2$ | c (95% CI) | $R^2$ |
| Colorado | March 10-April 6 | March 26 | April 6 | 2 | 2671 | 1.28 (1.02-1.54) | 0.24 (0.22-0.25) | 0.973 | 30.89 (25.28-36.5) | 0.695 |
| Minnesota | March 19-April 8 | March 28 | April 8 | 7 | 912 | 2.02 (1.8-2.24) | 0.19 (0.17-0.21) | 0.965 | 9.993 (8.86-11.12) | 0.865 |
| Ohio | March 17-April 4 | March 24 | April 4 | 17 | 3340 | 2.94 (2.75-3.13) | 0.23 (0.21-0.24) | 0.98 | 38.23 (32.78-43.67) | 0.803 |
| Virginia | March 19-April 10 | March 30 | April 10 | 19 | 2165 | 2.77 (2.69-2.85) | 0.178 (0.172-0.184) | 0.994 | 23.31 (19.74-26.9) | 0.775 |

Abbreviation: COVID-19, coronavirus disease 2019.

[a] Fitting period consists of observed data from the first day of reporting up to and including the median effective date of the state's stay-at-home order.

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/31/2020

1907

(157 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 157 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 224 of 253

Letters



**Figure. Projected vs Observed COVID-19 Hospitalizations Before and After Stay-at-Home Orders, March 10 Through April 28, 2020**









Blue lines indicate observed cumulative hospitalizations (including those currently hospitalized and those discharged) up to each day; select values are displayed for clarity. Dashed red lines begin on the first day of available reporting by each state and are the best-fit exponential curves for cumulative hospitalizations for the fitting period: first day of reporting up to and including the median effective date (panel A: y = 3.5829 exp(0.235990), $R^2$ = 0.9734; B: y = 7.521 exp(0.18760), $R^2$ = 0.96445; C: y = 18.8482 exp(0.22681),

$R^2$ = 0.9798. D: y = 15.932 exp(0.13970), $R^2$ = 0.99444). Shaded regions indicate the 95% prediction bands of the exponential growth curves. Because the median incubation period of coronavirus disease 2019 (COVID-19) was reported to be 4 to 5.1 days[3,4] and the median time from first symptom to hospitalization was found to be 7 days,[5] it was hypothesized that any association between stay-at-home orders and hospitalization rates would become evident after 12 days (median effective date).

general pandemic awareness. In addition, economic insecurity and loss of health insurance during the pandemic may have also decreased hospital utilization. Limitations of the study include that these other factors could not be modeled in the analysis and that data on only 4 states were available.

**Soumya Sen, PhD**
**Pinar Karaca-Mandic, PhD**
**Archelle Georgiou, MD**

**Author Affiliations:** Department of Information and Decision Sciences, University of Minnesota Carlson School of Management, Minneapolis (Sen); Department of Finance, University of Minnesota Carlson School of Management, Minneapolis (Karaca-Mandic); Starkey HearingTechnologies, Eden Prairie, Minnesota (Georgiou).

**Corresponding Author:** Pinar Karaca-Mandic, PhD, University of Minnesota Carlson School of Management, 321 19th Ave S, Minneapolis, MN 55455 (pkmandic@umn.edu).

**Accepted for Publication:** May 13, 2020.

**Published Online:** May 27, 2020. doi:10.1001/jama.2020.9176

**Author Contributions:** Drs Sen and Karaca-Mandic had full access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* All authors.
*Acquisition, analysis, or interpretation of data:* All authors.
*Drafting of the manuscript:* All authors.
*Critical revision of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* All authors.
*Obtained funding:* Sen, Karaca-Mandic.
*Administrative, technical, or material support:* Georgiou.

**Conflict of Interest Disclosures:** Dr Karaca-Mandic reported receiving personal fees from Tactile Medical, Precision Health Economics, and Sempre Health and grants from the Agency for Healthcare Research and Quality, the American Cancer Society, the National Institute for Health Care Management, the National Institute on Drug Abuse, and the National Institutes of Health. Dr Georgiou reported receiving personal fees from HealthGrades. Dr Sen reported no disclosures.

**Funding/Support:** This research uses publicly available data from the University of Minnesota COVID-19 Hospitalization Project, which is partially funded by the University of Minnesota Office of Academic Clinical Affairs and United Health Foundation.

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/31/2020

1908

(158 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 158 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 225 of 253

Letters

**Role of the Funder/Sponsor:** The funders had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Additional Contributions:** Yi Zhu, MA, University of Minnesota Carlson School of Management, contributed to this project by launching the University of Minnesota COVID-19 Hospitalization Project website. Mr Zhu received no compensation for his contributions.

**Additional Information:** A preliminary plot of Minnesota's current hospitalization numbers (not cumulative hospitalizations) with data prior to April 15 was shared by the authors on Twitter and LinkedIn.

1. Karaca-Mandic P, Georgiou A, Sen S. Calling all states to report standardized information on COVID-19 hospitalizations. *Health Affairs* blog. April 7, 2020. Accessed April 17, 2020. https://www.healthaffairs.org/do/10.1377/hblog20200406.532030/full/?cookieSet=1

2. University of Minnesota COVID-19 Hospitalization Tracking Project website. Accessed April 30, 2020. https://carlsonschool.umn.edu/mili-misrc-covid19-tracking-project

3. Lauer SA, Grantz KH, Bi Q, et al. The incubation period of coronavirus disease 2019 (COVID-19) from publicly reported confirmed cases: estimation and application. *Ann Intern Med.* 2020;172(9):577-582. doi:10.7326/M20-0504

4. Guan WJ, Ni ZY, Hu Y, et al; China Medical Treatment Expert Group for Covid-19. Clinical characteristics of coronavirus disease 2019 in China. *N Engl J Med.* 2020;382(18):1708-1720. doi:10.1056/NEJMoa2002032

5. Wang D, Hu B, Hu C, et al. Clinical characteristics of 138 hospitalized patients with 2019 novel coronavirus-infected pneumonia in Wuhan, China. *JAMA.* 2020;323(11):1061-1069. doi:10.1001/jama.2020.1585

## Prescription Fill Patterns for Commonly Used Drugs During the COVID-19 Pandemic in the United States

Conflicting information regarding the benefits of hydroxychloroquine/chloroquine and azithromycin in coronavirus disease 2019 (COVID-19) treatment and hypothetical concerns for drugs, such as angiotensin-converting enzyme (ACE) inhibitors and angiotensin receptor blockers (ARBs), have challenged care during the pandemic.[1] However, limited data are available about how prescription of these therapies has changed. The objective of this exploratory analysis was to evaluate prescription patterns of these therapies, along with other commonly used drugs for reference, in the United States during the COVID-19 pandemic. We hypothesized that the prescription of hydroxychloroquine/chloroquine and azithromycin would exceed historical estimates while ACE inhibitor/ARB use would be reduced.

**Methods** | Trends in mean weekly prescriptions dispensed between February 16 and April 25, 2020, of hydroxychloroquine/chloroquine, azithromycin, and the top 10 drugs based on total claims in 2019, which included the most common ACE inhibitor (lisinopril) and ARB (losartan), were compared with mean weekly prescriptions dispensed from February 17 to April 27, 2019 (Table). We used all-payer US pharmacy data from 58 332 chain, independent, and mail-order pharmacies across 14 421 zip codes in 50 states, reflecting approximately 17 million deidentified claims.[2] Prescriptions of hydroxychloroquine/chloroquine were also examined based on fill quantity (<28 tablets, 28-60 tablets, or >60 tablets). Pharmacy claims were assigned weights to match prescription data from the Medical Expenditures Panel Survey 2015-2017 to generate national estimates.[2] Estimates were scaled to total retail prescription drug fills in the United States in 2019 to obtain weekly

fill estimates at the drug level. Confidence intervals were obtained using bootstrapping methods, resampling pharmacies with replacement, with 1000 replications. Analyses were performed using R software version 3.6.1 (R Foundation).

**Results** | Fills for all drugs except amoxicillin and hydrocodone-acetaminophen peaked during the week of March 15 to March 21, 2020, followed by subsequent declines (Figure, A). During this week, hydroxychloroquine/chloroquine fills increased from 2208 in 2019 to 45 858 prescriptions for fewer than 28 tablet fills (+1977.0% increase), 70 472 to 196 606 prescriptions for 28 to 60 tablet fills (+179.0%), and 44 245 to 124 833 prescriptions for more than 60 tablet fills (+182.1%) (Figure, B). At study end, these increases remained sustained for fewer than 28 tablet fills (+848.4%) and 28 to 60 tablet fills (+53.3%), while more than 60 tablet fills of hydroxychloroquine/chloroquine were below 2019 estimates (−64.0% decrease). Overall, there were 483 425 excess fills of hydroxychloroquine/chloroquine during the 10-week period in 2020 compared with 2019. The sharpest declines at study end were noted for amoxicillin (−64.4%), azithromycin (−62.7%), and hydrocodone-acetaminophen (−21.8%); however, cardiometabolic therapies remained stable or declined slightly (amlodipine [−9.2%], atorvastatin [−9.1%], lisinopril [−15.3%], and losartan [+1.7%]) compared with 2019 estimates.

**Discussion** | These data demonstrated a surge in hydroxychloroquine/chloroquine prescription fills, likely due to off-label prescriptions for COVID-19. The growth observed in the week of March 15 to March 21 followed the World Health Organization declaring a global pandemic on March 11, the United States declaring a national emergency on March 13, a single-group nonrandomized study[3] published on March 17, and President Trump's support of the drug on March 19. This surge in prescriptions corresponds to a previously reported spike in internet searches for purchasing hydroxychloroquine/chloroquine.[4] There was subsequent reduction in longer-term prescription fills, which could indicate decreased availability for patients with systemic lupus erythematosus and rheumatoid arthritis. These observed patterns appear to be in keeping with drug shortages of hydroxychloroquine reported to the US Food and Drug Administration starting March 31.[5]

Theoretical concerns have been raised that ACE inhibitors/ARBs may increase susceptibility to COVID-19 illness. However, in this analysis, prescriptions of the most frequently used ACE inhibitor (lisinopril) and ARB (losartan) did not appear to substantially decline compared with other commonly prescribed medications for chronic conditions.[1] The modest decline for most common long-term therapies after peak could represent reduced contact with prescribing clinicians, restricted access to pharmacies, pharmacist rationing, loss of insurance from unemployment, or replete supplies from early stockpiling. Steep declines for amoxicillin and azithromycin appeared out of proportion to expected seasonal declines and could represent fewer outpatient prescriptions for upper respiratory tract infection symptoms.

The limitations of the study included that prescription indications, patient or prescriber information, new or refill

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 08/31/2020

1909

(159 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 159 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 226 of 253

# EXHIBIT 23



State of California—Health and Human Services Agency

## California Department of Public Health

**SONIA Y. ANGELL, MD, MPH**
*State Public Health Officer & Director*



**GAVIN NEWSOM**
*Governor*

July 1, 2020

**TO:**      All Californians

**SUBJECT:**      Guidance on Closure of Sectors in Response to COVID-19

## Guidance on Closure of Sectors in Response to COVID-19

## July 1, 2020

### Summary

As COVID-19 transmission rates continue to rise, this guidance instructs counties that have been on the County Monitoring List for three consecutive days or more to close indoor operations for certain sectors which promote the mixing of populations beyond households and make adherence to physical distancing with face coverings difficult. Within those sectors, those that are not able to continue their business through outdoor operations must close that portion of their business effective immediately for at least three (3) weeks, in order to further mitigate the spread of the virus. In addition, all brewpubs, breweries, bars, and pubs in these counties must close, both indoors and outdoors, unless they are offering sit down, dine-in meals as described under the actions section of the guidance issued on June 28.

### Background

As part of the State's efforts to address COVID-19, the State monitors county specific data and provides technical assistance, support and interventions to counties that have concerning levels of disease transmission, hospitalizations, or insufficient testing. Counties on the County Monitoring List are under active monitoring by the state, and may receive targeted engagement and technical support from CDPH and other agencies and departments including the Business, Consumer Services and Housing Agency, the Department of Industrial Relations and the California Department of Food and Agriculture.

As of July 1, there are 19 counties on the County Monitoring List, which includes:

• Contra Costa

• Fresno

• Glenn

• Imperial

• Kern

• Kings

• Los Angeles

• Merced

• Orange

• Riverside

• Sacramento

• San Bernardino

• San Joaquin

• Santa Barbara

• Santa Clara

• Solano

• Stanislaus

• Tulare

• Ventura

To reduce disease transmission and to protect residents across the state, one strategy available to the state is to work with counties to further modify or close some or all of the sector openings currently allowed under the State order.

**Proposed Action**

Given current rates of disease transmission in some counties and the need to reduce gatherings where mixing with individuals outside of one's household and disease spread occur, CDPH is requiring closure, within counties on the county monitoring list for three or more consecutive days, of indoor operations, while allowing outdoor operations with appropriate modifications, including physical distancing and face coverings, for the following sectors:

• Dine-in Restaurants

• Wineries and Tasting Rooms

• Movie Theaters

• Family Entertainment Centers

• Zoos and Museums

• Cardrooms

All industry or sector guidance documents that have been issued to date, including all infectious control measures outlined in those guidance documents, apply in outdoor settings, and thus must be adhered to. In addition, all brewpubs, breweries, bars, and pubs must close indoor and outdoor operations in these counties.

1912

**Justification**

The data is clear that community spread of infection is of increasing concern across the state, and in particular for those counties on the County Monitoring List. Beyond the impact on the general population, community spread increases the likelihood of expanded transmission of COVID-19 in congregate settings such as nursing homes, homeless shelters, jails and prisons. Infection of vulnerable populations in these settings can be catastrophic, both in terms of high rates of morbidity and mortality of individual residents, as well as through the high demand such infections would place on the hospital delivery system. We are seeing these increases already in many of the counties. Higher levels of community spread also increase the likelihood of infection among individuals at high risk of serious outcomes from COVID-19, including the elderly and those with underlying health conditions who might live or otherwise interact with an infected individual.

California's Pandemic Resiliency Roadmap for reopening is a risk-based framework that guides state and local governments on a path to re-opening industries under strict workplace modifications. Whereas other industries and establishments were permitted to open with modifications in Stage 2 or Stage 3, the above outlined sectors operating indoors operate at the highest risk of all sectors allowed to open so far. These specific sectors also create an environment that increases levels of community mixing of individuals outside of one's own household, increasing the risk of escalating the R-effective, or effective transmission rate, of COVID-19.

The sectors at issue in this document are all high risk of transmission due to a number of features of the businesses and the behaviors that occur within them. These sectors, foundationally, are settings where groups convene and may mix with others for prolonged periods of time without appropriate protective equipment, such as a face covering. For example, it is difficult to consistently wear a face covering in a restaurant. Additionally, physical movement within the establishment, duration of time spent in the establishment, and the degree of social mixing among individuals and groups outside one's household are all significant in these sectors, which substantially elevates the risk of transmission even where face coverings can be worn.

The risk is particularly high in indoor settings. Reinstituting indoor closures among these sectors is not only important because of data from counties on the monitoring list, but because the science of disease transmission and from recent studies have shown that the transmissions is greater in indoor settings due to the release of infectious particles into the air when someone speaks, coughs, sneezes, or sings, which is exacerbated in indoor spaces particularly when lacking appropriate ventilation.  Furthermore, in some of these sectors centered on eating and drinking, compliance with face coverings is not possible for the full duration of time someone spends in these establishments. Additionally, the workforce of these sectors face higher exposure to diseases transmission because of the environment in which they work.

A recent study published by the Centers for Disease Control and Prevention, for example, demonstrates clearly the effect of a single asymptomatic carrier in a restaurant environment. The study shows that approximately 50 percent of the people at the infected person's table become sick over seven (7) days, 75 percent of the people on the adjacent table that is downwind in the interior ventilation system become infected, and even two of seven people on the upwind table become infected. (1)

1913

Physical distancing also protects an individual with brief exposures or outdoor exposures. When distanced, there is not enough time to achieve the infectious viral load when standing six (6) feet apart or where wind and the infinite outdoor space for viral dilution reduces viral load. A study, which still needs to be peer-reviewed, suggests that the odds an infected person transmitting the virus in a closed environment was 18.7 times greater compared to an open-air environment. (2)

Alcohol consumption slows brain activity, reduces inhibition, and impairs judgment, factors which contribute to reduced compliance with recommended core personal protective measures, such as the mandatory use of face coverings and maintaining six feet of distance from people outside of one's own household, making outdoor operations for brewpubs, breweries, bars, and pubs challenging, further creating opportunities for virus transmission and thus need for closure. Additionally, there is a growing body of evidence tracing large COVID-19 outbreaks in both urban and rural states, to indoor and outdoor operations of bars.

In the setting of an increasing body of evidence demonstrating that transmission is decreased when activities are conducted outside, and risk for exposure is increased when mixing beyond those with whom one lives, in an effort to mitigate to potential spread of COVID 19, the state is requiring that settings where patrons gather to be served or participate in the businesses' primary activity be moved outdoors.

(1) Lu, J., Gu, J., Li, K., Xu, C., Su, W., Lai, Z....Yang, Z. (2020). COVID-19 Outbreak Associated with Air Conditioning in Restaurant, Guangzhou, China, 2020. Emerging Infectious Diseases, 26(7), 1628-1631. https://dx.doi.org/10.3201/eid2607.200764.

(2) Nishiura et al. (2020). Closed environments facilitate secondary transmission of coronavirus disease 2019 (COVID-19). https://www.medrxiv.org/content/10.1101/2020.02.28.20029272v2.

California Department of Public Health
PO Box, 997377, MS 0500, Sacramento, CA 95899-7377
Department Website (cdph.ca.gov)



Page Last Updated : July 2, 2020

(164 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 164 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 231 of 253

# EXHIBIT 24

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 165 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 232 of 253

(165 of 228)





State of California—Health and Human Services Agency

# California Department of Public Health

**SONIA Y. ANGELL, MD, MPH**
*State Public Health Officer & Director*

GAVIN NEWSOM
*Governor*

### Statewide Public Health Officer Order,
### July 13, 2020

On March 19, 2020, I issued an order directing all individuals living in the State of California to stay at home except as needed to facilitate authorized, necessary activities or to maintain the continuity of operations of critical infrastructure sectors. I then set out California's path forward from this "Stay-at-Home" Order in California's Pandemic Resilience Roadmap. On May 7th, I announced that statewide data supported the gradual movement of the entire state into Stage 2 of the Pandemic Resilience Roadmap. On May 8th, the Governor outlined a process where counties that met specific criteria could move more quickly than other parts of the state through Stage 2 of modifying the Stay-at-Home order, including certain businesses deemed higher risk.

The statewide data has since demonstrated a significant increase in the spread of COVID-19, resulting in public health conditions that demand measures responsive to those conditions be put into place with haste. On June 28, 2020, the California Department of Public Health (CDPH) issued guidance setting forth the need to close bars and similar establishments in counties that – due to concerning levels of disease transmission, hospitalizations, or insufficient testing – had been on the County Monitoring List, which includes counties that show concerning levels of disease transmission, hospitalizations, insufficient testing, or other critical epidemiological markers, for 14 days. On July 1, 2020, CDPH issued guidance specific to counties on the County Monitoring List for three consecutive days, requiring closure of the indoor operations of various sectors, including restaurants, wineries, and certain entertainment venues, as well as all bars indoor and outdoor. Based on my judgment as the State Public Health Officer, it is now necessary to take these steps statewide, to take additional steps for counties on the County Monitoring List, and to continue to monitor and modify the process of reopening.

The current data reflect that community spread of infection is of increasing concern across the state. On July 1, 2020, there were 19 counties on the County Monitoring List. As of July 13, 2020, there are 32 counties on the list, and additional counties may soon be added as data warrants. In addition to the impact on the general population, community spread increases the likelihood of expanded transmission of COVID-19 in congregate settings such as nursing homes, homeless shelters, jails and prisons. Infection of these vulnerable populations in these settings can be catastrophic. Higher



1916

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 166 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 233 of 253

(166 of 228)

levels of community spread also increase the likelihood of infection among individuals at high risk of serious outcomes from COVID-19, including the elderly and those with underlying health conditions who might live or otherwise interact with an infected individual.

The Pandemic Resilience Roadmap classifies bars, pubs, breweries, brewpubs, dine-in restaurants, wineries and tasting rooms, family entertainment centers, zoos, museums, and cardrooms as Stage 2 or Stage 3 sectors with high risk of transmission due to a number of features of the businesses and the behaviors that occur within them. Public health studies have shown that the risk of transmission is exacerbated in indoor spaces, particularly when lacking appropriate ventilation. These sectors are settings where groups convene and may mix with others for a prolonged period of time, increasing the risk of escalating the transmission rate of COVID-19. While physical distancing is critical to mitigating exposure, it is more effective at protecting an individual with brief exposures or outdoor exposures. In contrast to indoor spaces, wind and the viral dilution in outdoor spaces can help reduce viral load.

Bars, both indoor and outdoor, have additional risk factors. A bar, foundationally, is a social setting where typically not only small groups convene, but also where groups mix with other groups.  Bars also have an added risk imposed by the consumption of alcohol as a primary activity offered in such venues. Alcohol consumption slows brain activity, reduces inhibition, and impairs judgment, factors which contribute to reduced compliance with recommended core personal protective measures, such as the mandatory use of face coverings and maintaining six feet of distance from people in different households, both indoors and outdoors. Louder environments and the cacophony of conversation that are typical in bar settings also require raised voices and greater projection of orally emitted viral droplets.

For counties on the County Monitoring List, the risks and impacts of disease transmission are even greater. The science suggests that for indoor operations the odds of an infected person transmitting the virus are dramatically higher compared to an open-air environment. Thus, for those counties on the list, it is necessary to close indoor operations for additional sectors which promote the closed-space mixing of populations beyond households and/or make adherence to physical distancing with face coverings difficult, including: gyms and  fitness centers, places of worship, protests, offices for non-Critical Infrastructure sectors as designated on covid19.ca.gov, personal care services (including nail salons, massage parlors, and tattoo parlors), hair salons and barbershops, and malls.

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 167 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 234 of 253

(167 of 228)

**NOW, THEREFORE, I, as State Public Health Officer and Director of the California Department of Public Health, order all of the following:**

**Statewide Order Relative to Bars, Pubs, Brewpubs, and Breweries**

1. Bars, pubs, brewpubs, and breweries, whether operating indoors or outdoors, shall be closed across the state, unless an exception below applies.

   a. Bars, pubs, brewpubs, and breweries, may operate outdoors if they are offering sit-down, outdoor, dine-in meals. Alcohol can be sold only in the same transaction as a meal. When operating outdoors, they must follow the dine-in restaurant guidance and should continue to encourage takeout and delivery service whenever possible.

   b. Bars, pubs, brewpubs, and breweries that do not provide sit-down meals themselves, but can contract with another vendor to do so, can serve dine-in meals when operating outdoors provided both businesses follow the dine-in restaurant guidance and alcohol is sold only in the same transaction as a meal.

   c. Venues that are currently authorized to provide off sale beer, wine, and spirits to be consumed off premises and do not offer sit-down, dine-in meals must follow the guidance for retail operations and offer curbside sales only.

   d. Concert, performance, or entertainment venues must remain closed until they are allowed to resume modified or full operation through a specific reopening order or guidance. Establishments that serve full meals must discontinue this type of entertainment until these types of activities are allowed to resume modified or full operation.

2. Indoor operations shall be restricted across the state as specified below:

   a. Dine-in restaurants must close indoor seating to customers. During this closure all dine-in restaurants may continue to utilize outdoor seating and must comply with the guidance for outdoor dining. Restaurants should continue to encourage takeout and delivery service whenever possible.

   b. Wineries and tasting rooms must close indoor services to customers. During this closure all wineries and tasting rooms operating outdoors must comply with the guidance for restaurants, wineries, and bars.

   c. Family entertainment centers and movie theaters must close indoor services and attractions to customers.

      1. Family entertainment centers may continue to provide outdoor services and attractions to customers, and must comply with the guidance for movie theaters and family entertainment centers.

      2. Drive-in movie theaters may continue to operate and should follow additional applicable guidance for drive-in movie theaters.

   d. Indoor attractions at zoos and museums must close to visitors.

      1. Zoos and museums may continue to operate outdoor attractions and must follow the guidance for zoos and museums.

   e. Cardrooms must close indoor services to customers and must follow the guidance for cardrooms.

**Order for Closure of Additional Indoor Sectors for Counties on Monitoring List**

3. Counties that currently appear on CDPH's County Monitoring List and have been on the list for three consecutive days, and counties that subsequently appear for three consecutive days or more while this order remains effective, must close all indoor operations of the following types of businesses/events/activities:

   a. Gyms and Fitness Centers
   b. Places of Worship
   c. Protests
   d. Offices for Non-Critical Infrastructure Sectors
   e. Personal Care Services (including nail salons, massage parlors, and tattoo parlors)
   f. Hair salons and barbershops
   g. Malls

**Terms of Orders**

4. This order shall go into effect immediately.

5. These closures shall remain in effect until I determine it is appropriate to modify the order based on public health conditions.

6. Outdoor operations may be conducted under a tent, canopy, or other sun shelter but only as long as no more than one side is closed, allowing sufficient outdoor air movement.

7. I will continue to monitor the epidemiological data and will modify the sectors that may be open both statewide and in counties on the Monitoring List as required by the evolving public health conditions. If I determine that it is appropriate to reopen, close, or modify the operations of any additional sectors, those sectors will be posted at: https://covid19.ca.gov/roadmap-counties/.

8. My guidance mandating the wearing of face coverings and my guidance prohibiting gatherings continue to apply statewide, except as specifically permitted in other orders or guidance documents. To prevent further spread of COVID-19 to and within other

1919

(169 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 169 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 236 of 253

jurisdictions within the State, Californians should not travel significant distances and should stay close to home.

9. This order is issued pursuant to the authority under EO N-60-20, and Health and Safety Code sections 120125, 120130(c), 120135, 120140, 120145, 120150, 120175,120195 and 131080.

Sonia Y Angell, MD, MPH
State Public Health Officer & Director
California Department of Public Health

1920

(170 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 170 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 237 of 253

# EXHIBIT 25

COVID-19

# Blueprint for a Safer Economy

California has a blueprint for reducing COVID-19 in the state with revised criteria for loosening and tightening restrictions on activities. Every county in California is assigned to a tier based on its test positivity and adjusted case rate for tier assignment. Additionally, a health equity metric took effect on October 6, 2020. In order to advance to the next less restrictive tier, each county will need to meet an equity metric or demonstrate targeted investments to eliminate disparities in levels of COVID-19 transmission, depending on its size. The California Health Equity Metric is designed to help guide counties in their continuing efforts to reduce COVID-19 cases in all communities and requires more intensive efforts to prevent and mitigate the spread of COVID-19 among Californians who have been disproportionately impacted by this pandemic.

## Updates as of 12/01/2020:

- In light of the recent, unprecedented surge in rate of increase of cases, notwithstanding the Blueprint framework outlined below, the following changes are effective until further notice:

  - Tier assignments may occur any day of the week and may occur more than once a week when CDPH determines that the most recent reliable data indicate that immediate action is needed to address COVID-19 transmission in a county.

  - Counties may be moved back more than one tier if CDPH determines that the data support the more intensive intervention. Key considerations will include the rate of increase in new cases and/or test positivity, more recent data as noted below, public health capacity, and other epidemiological factors.

  - The most recent reliable data will be used to complete the assessment.

  - In light of the extreme circumstances requiring immediate action, counties will be required to implement any sector changes the day following the tier announcement.

- The California Blueprint Data Chart (Excel) has been updated to show county tier status, date of tier assignment, adjusted case rate for tier assignment, and countywide testing positivity.

- County requests for tier adjudication will *not* hold the county in the current tier during adjudication, and given the current environment of rapidly escalating cases and widespread disease transmission across California, tier adjudication requests are unlikely to be approved unless unique, extreme circumstances and data are submitted justifying how the county is not impacted by the statewide increases.

## Additional information about the Blueprint:

- Find the status of activities in your county

- Understand which activities and businesses are open in the four tiers (PDF)

- Learn more about the California Health Equity Metric and the Targeted Equity Investment Plans from each county

- County Tier Adjudication Request

- Explore the complete data by county - California Blueprint Data Chart (Excel)

- Find archived California Blueprint Data Charts

- Proyecto para una economía más segura | For other languages, visit our Multilingual Documents page

1922

Blueprint for a Safer Economy 21-15189, 03/01/2021, ID: 12019863, DktEntry: 42-9, Page 172 of 228 https://covid19.ca.gov/safer-economy/COVID-19/COV...

**Plan for Reducing COVID-19 and Adjusting Permitted Sector Activities to Keep Californians Healthy and Safe**

This guidance outlines an updated framework for a safe progression of opening more businesses and activities in light of the pandemic. The framework for this guidance is informed by increased knowledge of disease transmission vulnerabilities and risk factors and is driven by the following goals:

1. To progress in phases based on risk levels with appropriate time between each phase in each county so impacts of any given change can be fully evaluated.

2. To aggressively reduce case transmission to as low a rate as possible across the state so the potential burden of flu and COVID-19 in the late fall and winter does not challenge our healthcare delivery system's ability to surge with space, supplies and staff. Also, with winter weather pushing more activities indoors, low levels of transmission in the community will make large outbreaks in these riskier settings less likely.

3. To simplify the framework and lay out clear disease transmission goals for counties to work towards.

## Tier Framework

This framework lays out the measures that each county must meet, based on indicators that capture disease burden, testing, and health equity. A county may be more restrictive than this framework. This framework also notes signals of concern, including impacted healthcare capacity that may lead towards a dimming intervention. This framework replaces the former County Data Monitoring metrics. As the COVID-19 pandemic continues to be an evolving situation and new evidence and understanding emerges, the California Department of Public Health (CDPH), in collaboration with other State officials, will continue to reassess metrics and thresholds.

See chart below for the framework metrics as set according to tiers based on risk of community disease transmission. Calculation of metrics is described in Appendix 1. Description of the Health Equity Metric can be found on the Health Equity Metric page.

| | Higher Risk → Lower Risk of Community Disease Transmission*** | | | |
|---|---|---|---|---|
| | Widespread Tier 1 | Substantial Tier 2 | Moderate Tier 3 | Minimal Tier 4 |
| **Measure** | | | | |
| **Adjusted Case Rate for Tier Assignment\*\*** (Rate per 100,000 population* excluding prison cases^, 7 day average with 7 day lag) | 7 | 4-7 | 1-3.9 | <1 |
| **Testing Positivity^** (Excluding prison cases^, 7 day average with 7 day lag) | 8% | 5-8% | 2-4.9% | <2% |

Metrics with values greater than or less than tier cut points by 0.05 are rounded up or down using conventional rounding rules.

^Excludes state and federal inmates, ICE facility residents, State Hospital inmates and US Marshal detainees

1923

(173 of 228)

Blueprint for a Safer Econom21-15189, 03/01/2021, ID: 12019868, DktEntry: 42-9, Page 174 of 228 COVID-19/COV...

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 240 of 253

\*Population denominators from the Department of Finance: State Population Projections - Total Population by County-Table P-1

\*\*Case rate will be determined using cases confirmed by PCR

\*\*\* Counties are assigned a tier based on two metrics: test positivity and case rate. Large counties with populations greater than approximately 106,000 must also meet the health equity metric described on the Health Equity Metric page in order to advance to a less restrictive tier.

The case rate is adjusted based on testing volume per 100,000 population as described below. Due to variability in data, this adjustment does not apply to small counties (defined as those with a population less than 106,000 residents).

As counties focus on increased testing in their health equity quartiles and to support school openings, they are likely to experience an increased number of cases. We want to avoid disincentivizing increased testing, provided that test positivity is low and there is sufficient capacity for contact tracing and isolation. We are therefore increasing the adjustment for higher volume testing.

- For counties with testing volume above the state median, the factor is less than 1, decreasing in a linear manner from 1.0 to 0.5 as testing volume increases from the state median to 2x the state median. The factor remains at 0.5 if the testing volume is greater than 2x the state median.

- For counties with testing volume below the state median, the factor is greater than 1, increasing in a linear manner from 1.0 to 1.4 as testing volume decreases from the state median to zero. However, this adjustment for low testing volume will not be applied to counties with a test positivity < 3.5%.

### California COVID-19 Case Rate Adjustment Factor

| Testing Volume | Case Rate Adjustment Factor\* |
|---|---|
| 0 | 1.4 |
| 0.25\* State Median | 1.3 |
| 0.50\* State Median | 1.2 |
| 0.75\* State Median | 1.1 |
| State Median | 1 |
| 1.25\* State Median | 0.875 |
| 1.5\* State Median | 0.75 |
| 1.75\* State Median | 0.625 |
| 2.0\*State Median and above | 0.5 |

- Counties with fewer than 106,000 residents, will be exempted from case rate adjustments, and counties with test positivity <3.5% will be exempted from adjustment for testing rates lower than the state median.

- If the two metrics are not within the same tier, the county's tier assignment will be determined by the more restrictive of the two. For example, if a county's test positivity corresponds to tier 3 (orange, moderate), but the case rate corresponds to tier 1 (purple, widespread), the county will be assigned as tier 1. Movement will be determined by criteria described below.

## Moving through the Tiers

### Rules of the framework:

1. CDPH will assess indicators weekly on Mondays and release updated tier assignments on Tuesdays.

**1924**

2. A county must remain in a tier for a minimum of three weeks before being able to advance to a less restrictive tier.

3. A county can only move forward one tier at a time, even if metrics qualify for a more advanced tier.

4. If a county's adjusted case rate for tier assignment and test positivity measure fall into two different tiers, the county will be assigned to the more restrictive tier.

5. The health equity metric is applied to jurisdictions with populations greater than 106,000. Rules of the health equity metric are described on the Health Equity Metric page.

6. City local health jurisdiction (LHJ) data will be included in overall metrics, and city LHJs will be assigned the same tier as the surrounding county

7. An LHJ may continue to implement or maintain more restrictive public health measures if the local health officer determines that health conditions in that jurisdiction warrant such measures.

8. Tier status goes into effect the Wednesday following each weekly tier assignment announcement on Tuesdays.

### To advance:

1. A county must have been in the current tier for a minimum of three weeks.
2. A county must meet criteria for the next less restrictive tier for both measures for the prior **two** consecutive weeks in order to progress to the next tier.

3. In addition, counties must meet the health equity criteria to demonstrate the county's ability to address the most impacted communities within a county.

### To move back:

1. During the weekly assessment, if a county's adjusted case rate and/or test positivity has fallen within a more restrictive tier for two consecutive weekly periods, the state will review the most recent 10 days of data, and if CDPH determines there are objective signs of improvement the county may remain in the tier.  If the county's most recent 10 days data does not show objective signs of improvement the county must revert to the more restrictive tier. For subsequent weekly assessments, the above rules apply.

2. At any time, state and county public health officials may work together to determine targeted interventions or county wide modifications necessary to address impacted hospital capacity and drivers of disease transmission, as needed, including movement across more than one tier. Key considerations will also include the rate of increase in new cases and/or test positivity, more recent data as noted above, public health capacity, and other epidemiological factors.

3. Counties with a population less than 106,000 will have a small county criteria applied to it to ensure movement to a more restrictive tier is appropriate. Description of the small county framework is below.

4. Counties will have three days, beginning the Wednesday after tier assignments are announced on Tuesdays, to implement any sector changes or closures unless extreme circumstances merit immediate action.

## Small County Framework

Because California's case rate metric is normalized per 100,000 population, a number of counties with small populations have experienced large swings in their daily case rate as a result of a small number of newly reported cases. For some counties, this has raised the specter of needing to move back to a more restrictive tier despite overall disease stability and a demonstrated ability to trace, follow up with, investigate and support cases.

For example, once a county is in yellow tier, a small number of cases – as low as 1 case per week for 2 consecutive weeks – could cause it to return to a more restrictive tier. While the overall proportion of cases may be the same as a larger county, the absolute number of cases is also an important consideration in gauging county capacity to control transmission through disease investigation, contact tracing and supportive isolation.

It is not in the interest of the public health of communities to close or restrict entire business sectors on the basis of such a small number of cases, and in some situations a small swing in week over week case counts can move a county from yellow tier all the way to purple tier. Because the state wants to avoid swift shifts in tier status based on small absolute case number changes, we are creating an alternate case assessment measure to apply to small counties. Small counties are defined as having fewer than 106,000 residents.[1]

**Alternate Case Assessment Measure.** Small counties are subject to all existing Blueprint rules (test positivity thresholds, minimum duration of 3 weeks in a tier before moving to a less restrictive tier, inability to skip over a tier while moving from more restrictive to less restrictive tier designations, etc.) with the exception of the case rate thresholds as delineated below.

The alternate case assessment measure provides a small county protection against sudden tier changes as a result of small increases in cases.

For a small county that has test positivity that meets the threshold of that county's currently assigned tier, but is flagged for potentially moving to a more restrictive tier based on its weekly case rate assessment, the following criteria shall be applied in lieu of the Blueprint case rate thresholds.

If the county exceeds the following absolute weekly case numbers based on its population and tier for two consecutive weeks, it will be required to move to a more restrictive tier:

| Current Tier | Pop ≤ 35K | Pop 35K-70K | Pop 70K-106K |
|---|---|---|---|
| Yellow | 7 | 14 | 21 |
| Orange | 14 | 21 | 28 |
| Red | 35 | 42 | 49 |

**Movement into Yellow Tier**

In moving from purple to red or red to orange tiers, small counties are subject to all existing Blueprint rules (test positivity thresholds, minimum duration of 3 weeks in a tier before moving to a less restrictive tier, inability to skip over a tier while moving from more restrictive to less restrictive tier designations, etc.).

For a small county to move from the orange to yellow tier, it must meet the existing test positivity threshold of less than 2%. However, in lieu of meeting the established daily case rate threshold for yellow tier of less than 1 case per 100,000, a small county is allowed to have a daily case rate of less than or equal to 2 cases per 100,000. Of note, these are the same parameters used for the health equity acceleration criteria to yellow tier.

[1] Twenty-two California counties have a population of less than 100,000. Sutter, which has a population of 106,000 is also included as it shares a health officer with Yuba County. Counties below this size have similar challenges and opportunities in controlling COVID-19 transmission and generally do not have major or large, densely populated cities. This distinction factors into how rapidly COVID-19 transmission can increase beyond households and the ability of the county to rapidly identify and contain outbreaks with existing contact tracing, isolation and quarantine resources.

## Risk Criteria

Activities and sectors will begin to open at a specific tier based on risk-based criteria (PDF), as outlined below.  Lower risk activities or sectors are permitted sooner and higher risk activities or sectors are not permitted until later phases.  Many activities or sectors may increase the level of operations and capacity as a county reduces its level of transmission.

(176 of 228)

Blueprint for a Safer Economy 21-15189, 03/01/2021, ID: 12019803, DktEntry: 42-9, Page 177 of 228/COVID-19/COV...

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 243 of 253

**Criteria used to determine low/medium/high risk sectors**

- Ability to accommodate face covering wearing at all times (e.g. eating and drinking would require removal of face covering)

- Ability to physically distance between individuals from different households

- Ability to limit the number of people per square foot

- Ability to limit duration of exposure

- Ability to limit amount of mixing of people from differing households and communities

- Ability to limit amount of physical interactions of visitors/patrons

- Ability to optimize ventilation (e.g. indoor vs outdoor, air exchange and filtration)

- Ability to limit activities that are known to cause increased spread (e.g. singing, shouting, heavy breathing; loud environs will cause people to raise voice)

## Schools

Schools may reopen for in-person instruction based on equivalent criteria to the July 17 School Re-opening Framework (PDF) previously announced. That framework remains in effect except that Tier 1 is substituted for the previous County Data Monitoring List (which has equivalent case rate criteria to Tier 1). Schools in counties within Tier 1 are not permitted to reopen for in-person instruction, with an exception for waivers granted by local health departments for TK-6 grades. Schools that are not authorized to reopen, including TK-6 schools that have not received a waiver, may provide structured, in-person supervision and services to students under the Guidance for Small Cohorts/Groups of Children and Youth.

Schools are eligible for reopening at least some in-person instruction following California School Sector Specific Guidelines once the county is out of Tier 1 (and thus in Tier 2) for at least 14 days, which is similar to being off the County Data Monitoring List for at least 14 days. The first day a county is considered in Tier 2 is the Wednesday after the weekly county tier assignments are announced and posted on the CDPH website (Tuesdays). For example, if a county is assigned to Tier 2 on Tuesday, October 13, the first full day the county is in Tier 2 is Wednesday, October 14. The county will have completed 14 days in Tier 2 on Tuesday, October 27 and may reopen schools for in-person instruction on Wednesday, October 28. As noted above, an LHJ may continue to implement or maintain more restrictive public health measures if the local health officer determines that health conditions in that jurisdiction warrant such measures.

As stated in the July 17 School Re-opening Framework (PDF), schools are not required to close if a county moves back to Tier 1, but should consider surveillance testing of staff. However, if a school or district had not already reopened for in-person instruction while in Tier 2 and is then moved to Tier 1, it may not reopen those schools until the county moves back to Tier 2 and remains in Tier 2 for 14 days.

## County Tier Adjudication Process

For more information, visit our County Tier Adjudication Request page.

### APPENDIX 1: Calculation of metrics

| Metric | Definition |
| --- | --- |

(177 of 228)

Blueprint for a Safer Economy, 03/01/2021, ID: 12019868, DktEntry: 42-9, Page 177 of 228 ... COVID-19/COV...

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 244 of 253

| **Case Rate (rate per 100,000 excluding prison cases, 7-day average with 7-day lag)** | Calculated as the average (mean) daily number of COVID-19+ cases, this excludes: (a) persons out of state or with unknown county of residence and (b) persons incarcerated at state or federal prisons, ICE facilities, US Marshal only detention facilities or Department of State Hospitals (identified as cases with an ordering facility name or address associated with these locations), over 7 days (based on episode date), divided by the number of people living in the county/region/state. This number is then multiplied by 100,000. Due to reporting delays, there is a 7-day lag built into this calculation. For example, for data updated through 8/22/20, the case rate will be dated as 8/15/20 and will include the average case rate from 8/9/20 - 8/15/20. |
|---|---|
| **Linear adjusted case Rate per 100,000 per day, excluding prisoners (7-day average with 7-day lag)** | Calculated as the case rate multiplied by a case rate adjustment factor that is based on the difference between the county testing volume (testing volume, tests per 100,000 per day, described below) and the median county testing volume calculated across all counties. The median testing volume thus forms an anchor for this adjustment and is recalculated every four weeks to prevent undue fluctuation while remaining sensitive to evolving testing trends. For counties with a testing volume above the median, the adjustment factor is less than 1, decreasing in a linear manner from 1.0 to 0.5 as testing volume increases from the anchor point to 2x that value. The adjustment factor remains at 0.5 if the county testing volume is greater than 2x the state median. For counties with a testing volume below the state median, the adjustment factor is greater than 1, increasing in a linear manner from 1.0 to 1.4 as county testing volume decreases from the state median to zero. The linear adjustment formula can be expressed mathematically as follows: |

For counties testing above the state median:

1-(((county testing rate – state median testing rate)/state median testing rate) * 0.5)

For counties testing below the state median:

1-(((county testing rate – state median testing rate)/state median testing rate) * 0.4)

There are two conditions in which this formula is not applied. The first is small counties, those with a population less than approximately 100,000 based on CA Department of Finance population projections (see reference * in tier framework table). The small county exception prevents potential spurious adjustment due to fluctuations in testing influenced by secular events unrelated to underlying transmission risk. As a second condition for exception from the adjustment, counties with a testing volume below the state median and testing positivity < 3.5% are not adjusted, based on the assumption that volume of testing in these counties may not need to be as high with low test positivity. Under both these conditions, the adjusted case rate is equal to the unadjusted rate.

1928

(178 of 228)
Blueprint for a Safer Economy 21-15189, 03/01/2021, ID: 12019863, DktEntry: 42-9, Page 178 of 228 /COVID-19/COV...
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 245 of 253

| | |
|---|---|
| **Overall testing Positivity, excluding prisoners over 7-days (PCR only, 7-day lag)** | Calculated as the total number of positive polymerase chain reaction (PCR) tests for COVID-19 over a 7-day period (based on specimen collected date) divided by the total number of PCR tests conducted; this excludes tests for: (a) persons out of state or with unknown county of residence and (b) persons incarcerated at state or federal prisons, ICE facilities, US Marshal only detention facilities and Department of State Hospitals (identified as cases with an ordering facility name or address associated with prison/state hospitals locations). This number is then multiplied by 100 to get a percentage. Due to reporting delay (which may be different between positive and negative tests), there is a 7-day lag.<br><br>*Example:* For cumulative lab data received on 6/30/20, reported test positivity is dated as 6/23/20 and is calculated based on tests with specimen collection dates from 6/17-6/23 |
| **Tests per 100,000 per day, excluding prisoners (7-day average with 7-day lag)** | Calculated as the number of polymerase chain reaction (PCR) tests per day over a 7-day period (based on specimen collection date), excluding tests for persons incarcerated at state or federal prisons, ICE facilities, US Marshal only detention facilities and Department of State Hospitals (identified as cases with an ordering facility name or address associated with prison/state hospitals locations), and divided by the number of people living in the county/region/state. This number is then multiplied by 100,000. Due to reporting delay, there is a 7-day lag included in the calculation.<br><br>Example: For cumulative lab data received through 8/22/20, the reported 7-day average number of tests will be dated as 8/15/20 and will include PCR tests with specimen collection dates from 8/9/20 - 8/15/20. |

*Data Source: CalREDIE*

## Helpful Links

- Find the status of activities in your county
- Understand which activities and businesses are open in the four tiers (PDF)
- Learn more about the California Health Equity Metric and the Targeted Equity Investment Plans from each county
- County Tier Adjudication Request
- Explore the complete data by county (Excel)
- Find archived California Blueprint Data Charts
- School Re-opening Framework (PDF)
- Guidance for Small Cohorts/Groups of Children and Youth
- www.covid19.ca.gov
- Proyecto para una economía más segura | For other languages, visit our Multilingual Documents page

Page Last Updated : December 1, 2020

1929

(179 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 179 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 246 of 253

# EXHIBIT 26

1930

(180 of 228)

Limited Stay At Home Order 20 v ...003/01/2021, ID: 12019863/... COVID-19/limite...

Case 5:20-cv-08241-EJD    Document 52-3    Filed 12/23/20    Page 247 of 253



State of California—Health and Human
Services Agency
**California Department of Public
Health**



**Sandra Shewry**
*Acting Director*
**Erica S. Pan, MD, MPH**
*Acting State Health Officer*

**GAVIN NEWSOM**
*Governor*

November 19, 2020

**TO:**       All Californians

**SUBJECT:**   Limited Stay At Home Order

Upon assessment of the recent, unprecedented rate of rise in increase in COVID-19 cases across California, the California Department of Public Health (CDPH) is taking immediate actions to prevent the spread of the virus. These immediate actions will help reduce community spread, protect individuals at higher risk of severe illness or death from COVID-19, and prevent the state's health care delivery system from becoming overwhelmed. Reducing movement and mixing of individual Californians is critical to decreasing transmission, hospitalizations, and deaths.

Therefore, as the State Public Health Officer, I am issuing a Limited Stay at Home order, effective in counties under Tier One (Purple) of California's Blueprint for a Safer Economy, requiring that all gatherings with members of other households and all activities conducted outside the residence, lodging, or temporary accommodation with members of other households cease between 10:00pm PST and 5:00am PST, except for those activities associated with the operation, maintenance, or usage of critical infrastructure[1] or required by law. This order does not apply to persons experiencing homelessness. Nothing in this order prevents any number of persons from the same household from leaving their residence, lodging, or temporary accommodation, as long as they do not engage in any interaction with (or otherwise gather with) any number of persons from any other household, except as specifically permitted herein.

This Limited Stay at Home Order will reduce opportunities for disease transmission with the goal of decreasing the number of hours individuals are in the community and mixing with individuals outside of their household. Every intervention to decrease mixing of households is critical during this unparalleled increase in case rate rise of about 50 percent during the first week in November. In particular, activities conducted during 10:00pm to 5:00am are often non-essential and more likely related to social activities and gatherings that have a higher likelihood of leading to reduced inhibition and reduced likelihood to adhere to COVID-19 preventive measures (e.g., wearing face coverings and maintaining physical distance).

This order shall take effect on November 21, 2020, at 10:00pm PST.

For counties that move into Tier One (Purple) after the effective date of this Order, the terms of this Order shall apply at 10:00pm PST on day two after the county is assigned to Tier One (Purple). For the purpose of counting days, day one shall be the first full day following the date of the tier assignment.

This order remains in effect until 5:00am PST on December 21, 2020, and may be extended or revised as needed.

This order is issued pursuant to Health and Safety Code sections 120125, 120130(c), 120135, 120140, 120145, 120175,120195 and 131080; EO N-60-20, N-25-20, and other authority provided for under the Emergency Services Act; and other applicable law.

1931

(181 of 228)

Limited Stay At Home Order November 2003/01/2021, ID: 12019869, DktEntry: 42-9, Page (181 of 228)COVID-19/limite...

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 248 of 253

Erica S. Pan, MD, MPH
Acting State Public Health Officer
California Department of Public Health

[1] See the COVID19.ca.gov Essential Workforce web page for full list of California's Critical Infrastructure workforce.

California Department of Public Health
PO Box, 997377, MS 0500, Sacramento, CA 95899-7377
Department Website (cdph.ca.gov)



Page Last Updated : November 19, 2020

1932

(182 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 182 of 228
Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 249 of 253

# EXHIBIT 27

(183 of 228)

Regional Stay at Home Order 21-15189, 03/01/2021, ID: 12019863, DktEntry: 24-2, Page (183 of 228)COVID-19/Regio...

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 250 of 253



State of California—Health and Human Services Agency
## California Department of Public Health



**Sandra Shewry**
*Acting Director*
**Erica S. Pan, MD, MPH**
*Acting State Health Officer*

**GAVIN NEWSON**
*Governor*

December 3, 2020

**TO:**      All Californians

**SUBJECT:**   Regional Stay at Home Order

## Note: This Regional Stay at Home Order has an accompanying Supplemental Order.

Upon assessment of the recent, unprecedented rise in the rate of increase in COVID-19 cases, hospitalizations, and test positivity rates across California, the California Department of Public Health (CDPH) is taking immediate actions to prevent the spread of the virus.

The State, like the nation, continues to record an unprecedented surge in the level of community spread of COVID-19. California implemented an accelerated application of the Blueprint Framework metrics on November 16 and a limited Stay at Home Order issued on November 19. However, in the interim, the number of new cases per day has increased by over 112%, (from 8,743 to 18,588) and the rate of rise of new cases per day continues to increase dramatically. The number of new hospital admissions has increased from 777 on November 15, to 1,651 on December 2, and because of the lag between case identification and hospitalizations, we can only expect these numbers to increase.

Current projections show that without additional intervention to slow the spread of COVID- 19, the number of available adult Intensive Care Unit (ICU) beds in the State of California will be at capacity in mid-December. This is a sign that the rate of rise in cases, if it continues, is at risk of overwhelming the ability of California hospitals to deliver healthcare to its residents suffering from COVID-19 and from other illnesses requiring hospital care. ICU beds are a critical resource for individuals who need the most advanced support and care and the ability to add additional ICU capacity is limited by the lack of available ICU nurses and physicians as a result of the nationwide surge in hospitalizations and ICU admissions.

Because the rate of increases in new cases continues to escalate and threatens to overwhelm the state's hospital system, further aggressive action is necessary to respond to the quickly evolving situation. While vaccines are promising future interventions, they are not available to address the immediate risks to healthcare delivery in the current surge. The immediate aggressive institution of additional non-pharmaceutical public health interventions is critical to avoid further overwhelming hospitals and to prevent the need to ration care.

## NOW, THEREFORE, I, as Acting State Public Health Officer of the State of California, order:

1. CDPH will evaluate public health based on Regions, responsive to hospital capacity for persons resident in those Regions.

1934

2.   CDPH will evaluate the adult ICU bed capacity for each Region and identify on covid19.ca.gov any Regions for which that capacity is less than 15%. When that capacity is less than 15%, the following terms (the Terms of this Order) will apply.

    a.  All gatherings with members of other households are prohibited in the Region except as expressly permitted herein.

    b.  All individuals living in the Region shall stay home or at their place of residence except as necessary to conduct activities associated with the operation, maintenance, or usage of critical infrastructure,[1] as required by law, or as specifically permitted in this order.

    c.  Worship and political expression are permitted outdoors, consistent with existing guidance for those activities.

    d. Critical infrastructure sectors may operate and must continue to modify operations pursuant to the applicable sector guidance.

    e. Guidance related to schools remain in effect and unchanged. Accordingly, when this Order takes effect in a Region, schools that have previously reopened for in-person instruction may remain open, and schools may continue to bring students back for in-person instruction under the Elementary School Waiver Process or Cohorting Guidance.

    f. In order to reduce congestion and the resulting increase in risk of transmission of COVID-19 in critical infrastructure retailers, all retailers may operate indoors at no more than 20% capacity and must follow the guidance for retailers. All access to retail must be strictly metered to ensure compliance with the limit on capacity. The sale of food, beverages, and alcohol for in- store consumption is prohibited.

    g. To promote and protect the physical and mental well-being of people in California, outdoor recreation facilities may continue to operate. Those facilities may not sell food or drink for on-site consumption. Overnight stays at campgrounds are not permitted.

    h. Nothing in this Order prevents any number of persons from the same household from leaving their residence, lodging, or temporary accommodation, as long as they do not engage in any interaction with (or otherwise gather with) any number of persons from any other household, except as specifically permitted herein.

    i. Terms (a) and (b) of this section do not apply to persons experiencing homelessness.

3.   Except as otherwise required by law, no hotel or lodging entity in California shall accept or honor out of state reservations for non-essential travel, unless the reservation is for at least the minimum time period required for quarantine and the persons identified in the reservation will quarantine in the hotel or lodging entity until after that time period has expired.

1935

4.  This order shall take effect on December 5, 2020 at 1259pm PST.

5.  For Regions where the adult ICU bed capacity falls below 15% after the effective date of this order, the Terms of this Order shall take effect 24 hours after that assessment.

6.  The Terms of this Order shall remain in place for at least three weeks from the date the order takes effect in a Region and shall continue until CDPH's four-week projections of the Region's total available adult ICU bed capacity is greater than or equal to 15%. Four-week adult ICU bed capacity projections will be made approximately twice a week, unless CDPH determines that public health conditions merit an alternate projection schedule. If after three weeks from the effective date of the Terms of this Order in a Region, CDPH's four-week projections of the Region's total available adult ICU bed capacity is greater than or equal to 15%, the Terms of this Order shall no longer apply to the Region

7.  After the termination of the Terms of this Order in a Region, each county within the Region will be assigned to a tier based on the Blueprint for a Safer Economy as set out in my August 28, 2020 Order, and the County is subject to the restrictions of the Blueprint appropriate to that tier.

8.  I will continue to monitor the epidemiological data and will modify this Regional Stay-at-Home Order as required by the evolving public health conditions. If I determine that it is necessary to change the Terms of this Order, or otherwise modify the Regional Stay-at-Home Order, these modifications will be posted at covid19.ca.gov.

9.  When operative in a Region, the Terms of this Order supersede any conflicting terms in other CDPH orders, directives, or guidance. Specifically, for those Regions with ICU bed capacity triggering this order, the Terms of this Order shall supersede the State's Blueprint for a Safer Economy and all guidance (other than guidance for critical infrastructure sectors) during the operative period. In all Regions that are not subject to the restrictions in this order, the Blueprint for a Safer Economy and all guidance shall remain in effect.

10. This order is issued pursuant to Health and Safety Code sections 120125, 120130(c), 120135, 120140, 120145, 120175,120195 and 131080; EO N-60-20, N-25-20, and other authority provided for under the Emergency Services Act; and other applicable law.

*Erica Pan* (signature)

Erica S. Pan, MD, MPH

Acting State Public Health Officer

California Department of Public Health

[1] Go to the **covid19.ca.gov Essential Workforce** web page for a full list of California's Critical Infrastructure workforce.

California Department of Public Health
PO Box, 997377, MS 0500, Sacramento, CA 95899-7377
Department Website (cdph.ca.gov)

12/14/2020, 3:43 PM

1936

(186 of 228)

Regional Stay at Home Order 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 186 of 228 COVID-19/Regio...

Case 5:20-cv-08241-EJD   Document 52-3   Filed 12/23/20   Page 253 of 253



Page Last Updated : December 10, 2020

1937

(187 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 187 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 1 of 694

1   XAVIER BECERRA
    Attorney General of California
2   MARK R. BECKINGTON
    Supervising Deputy Attorney General
3   TODD GRABARSKY
    Deputy Attorney General
4   State Bar No. 286999
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 269-6044
6    Fax: (213) 897-7604
     E-mail:  Todd.Grabarsky@doj.ca.gov
7   *Attorneys for Defendants Gavin Newsom, California*
    *Governor, and Sandra Shewry,[1] Acting Director of the*
8   *California Department of Public Health*

9                   IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  **GATEWAY CITY CHURCH, a**          5:20-cv-08241
    **California nonprofit corporation, THE**
14  **HOME CHURCH. INC., a California**  **DECLARATION OF GEORGE**
    **nonprofit corporation, THE SPECTRUM**  **RUTHERFORD, MD, IN SUPPORT OF**
15  **CHURCH, SAN FRANCISCO BAY AREA,**  **STATE DEFENDANTS' OPPOSITION**
    **INC., a California nonprofit corporation,**  **TO PLAINTIFFS' MOTION FOR**
16  **ORCHARD COMMUNITY CHURCH OF**  **PRELIMINARY INJUNCTION**
    **CAMPBELL, a California nonprofit**
17  **corporation, TRINITY BIBLE CHURCH, a**  Date:        January 15, 2020
    **California nonprofit corporation,**  Time:        10:00 a.m.
18                                       Courtroom:   4
                             Plaintiffs,  Judge:       Hon. Edward J. Davila
19                                       Action Filed: November 23, 2020
              v.
20
    **GAVIN NEWSOM, in his official capacity**
21  **as Governor of the State of California,**
    **SANDRA SHEWRY, M.D., in her official**
22  **capacity as Acting Director of California**
    **Department of Health, SARA H. CODY,**
23  **M.D., in her official capacity as Santa Clara**
    **County Public Health Officer, COUNTY**
24  **OF SANTA CLARA, a public entity, and**
    **DOES 1-100,**
25
                             Defendants.
26

27  ───────────────
           [1]  Effective January 4, 2021, Dr. Tomás Aragón will be the Director of the California
28  Department of Public Health (CDPH). Until that date, Acting Director of CDPH Brandon Nunes
    is automatically substituted for Sonia Angell as a defendant. Fed. R. Civ. P. 25(d).
                                          1

1938

(188 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 188 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 2 of 694

1    I, George Rutherford, declare as follows:

2    1.    I am over the age of 18 years and a United States citizen. I have personal knowledge

3    of the facts set forth in this declaration, and, if called upon as a witness, I could and would testify

4    competently thereto.

5    **Educational and Professional Background**

6    2.    I graduated from Stanford University, where I received Bachelor's Degrees in

7    Classics and Chemistry and a Master's Degree in History in 1975. I received my Doctor of

8    Medicine from Duke University School of Medicine in 1978. Thereafter, I completed a residency

9    in Pediatrics at the University of California, San Diego and at the Hospital for Sick Children in

10   Toronto, Ontario, Canada. I was also Chief Resident at the San Diego Children's Hospital and

11   Health Center and the University of California, San Diego Medical Center.

12   3.    Following training in epidemiology in the Centers for Disease Control's (CDC)

13   Epidemic Intelligence Service, I spent the first ten years of my professional career in public

14   health practice. This public health practice included roles as the Director of the Division of

15   Immunization and the Acting Director of the Division of Tropical Diseases in the New York City

16   Department of Health's Bureau of Preventable Diseases; Medical Epidemiologist for the CDC in

17   both the Division of Field Services and the AIDS Program; Chief of the AIDS Division in the

18   Bureau of Communicable Disease Control, and Director of the AIDS Office at the San Francisco

19   Department of Public Health; and Chief of the Infectious Disease Branch, State Epidemiologist,

20   Deputy Director of Prevention Services, and State Health Officer at the California Department of

21   Health Services.

22   4.    Since 1997, I have been a Professor at the University of California, San Francisco

23   (U.C. San Francisco), School of Medicine, as well as a Professor at the University of California,

24   Berkeley (U.C. Berkeley) School of Public Health. I currently serve as a Professor in the

25   Department of Epidemiology and Biostatistics at the U.C. San Francisco School of Medicine. I

26   am the Salvatore Pablo Lucia Professor of Epidemiology, Preventive Medicine, Pediatrics, and

27   History. I am also the Head of the Division of Infectious Disease and Global Epidemiology in the

28   Department of Epidemiology and Biostatistics. Additionally, I am a Professor in the Department

2

1939

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 189 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 3 of 694

(189 of 228)

of Pediatrics, the Department of Family and Community Medicine, and the Department of Humanities and Social Sciences. I am an Adjunct Professor in the University of California, Berkeley, School of Public Health. Further, I am the Director of the Prevention and Public Health Group, as well as the Director of Global Strategic Information Group, in the Institute for Global Health Sciences at U.C. San Francisco. I am Board Certified in Pediatrics and in General Preventive Medicine and Public Health.

5.     Since 1996, I have been the Director of the Joint U.C. San Francisco-U.C. Berkeley Residency Program in General Preventive Medicine and Public Health. Since 1997, I have been an Adjunct Professor, Professor in Residence, Professor, Division Head, Salvatore Pablo Lucia Professor, or Vice Chair in the Department of Epidemiology and Biostatistics at U.C. San Francisco's School of Medicine. Between 1998 and the present, I have also served as the Director, Global Response Core, at U.C. San Francisco's Center for AIDS Prevention Studies (1998 to 2016), the Director of the Institute for Global Health (2002 to 2013), the Director of the Prevention and Public Health Group (2005 to present), and the Director of the Global Strategic Information Group at the Institute for Global Health Sciences (2010 to present).

6.     My other roles have included, among others, Coordinating Editor of the Cochrane Collaborative Review Group on HIV Infection and AIDS, member of the Haile T. Debas Academy of Medical Educators at U.C. San Francisco, the Co-Chair of the U.C. San Francisco Chancellor's Global Disaster Assistance Committee, and Visiting Professor at the Andrija Stampar School of Public Health, University of Zagreb, Croatia.

7.     Between 1987 and the present, I have served as an officer, chair, or president of numerous public health professional organizations, and I have been a consultant to numerous national and international government agencies, private companies, endowments, universities and commissions.

8.     During the course of my academic career to date, I have received numerous awards for my teaching, lecturing and research. Since 2011, I have been a Lifetime National Associate of the National Research Council of the National Academy of Sciences.

3

1940

(190 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 190 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 4 of 694

1      9.      I have served as an ad hoc referee for approximately 50 different professional

2    publications related to epidemiology, infectious diseases, pediatrics, public health and global

3    health between 1988 and the present.

4      10.     I have been an invited presenter at more than 100 national conferences and more

5    than 200 international conferences between 1985 and the present.

6      11.     I have had over 300 peer-reviewed publications since 1984. One of my most recent

7    peer-reviewed publications (co-authored with Monica Gandhi, M.D., M.P.H, as lead author) is

8    entitled "Facial masking for COVID 19: 'variolation' while awaiting a vaccine," in *The New*

9    *England Journal of Medicine* (Sept. 8, 2020).

10      12.     During my academic career, my primary research interest has been in the

11    epidemiology and control of infectious and tropical diseases, with a particular emphasis on

12    HIV/AIDS in low- and middle-income countries; the prevention of coccidioidomycosis (Valley

13    Fever); sexually transmitted disease control in California; pediatric vaccination policy; the role of

14    public health in managed care; evidence-based public health practice; the epidemiology and

15    control of tuberculosis in California; and emerging infectious diseases.

16      13.     Since the emergence of the novel coronavirus in December 2019, I have devoted

17    substantial time to researching and studying the virus as part of my role as the Head of the

18    Division of Infectious Disease and Global Epidemiology and Co-Chair of the Chancellor's Global

19    Disaster Assistance Committee, and I have kept up to date on the important publications and

20    developments related to the novel coronavirus. My research and study of the virus have included

21    the incidence and prevalence of SARS-CoV-2 infection in the Bay Area and the natural history of

22    SARS-CoV-2 infection.

23      14.     I have spoken extensively on topics related to the novel coronavirus and the disease

24    it causes during 2020. At the U.C. San Francisco School of Medicine, I have made "Grand

25    Rounds" presentations sixteen times[2], for the Department of Medicine, the Department of

26       [2] The U.C. San Francisco Department of Medicine's Grand Rounds series is a forum for the

presentation and active discussion of relevant medical content including but not limited to: updated

27    practice guidelines from prominent national societies, systematic reviews, meta-analyses and

important randomized clinical trials, and practice recommendations from prominent experts in

28    (continued…)

1  Pediatrics, and the Department of Surgery. I have also presented at the Pediatrics Department

2  Grand Rounds at Santa Clara Valley Medical Center. Additionally, I have done Grand Rounds for

3  the California Medical Association and for the California Health and Human Services agency.

4      15.    Attached hereto as **Exhibit 1** is a true and correct copy of my curriculum vitae.

5                  **The Novel Coronavirus and the COVID 19 Pandemic**

6      16.    Given the fairly short existence of the severe acute respiratory syndrome coronavirus

7  type 2 (SARS-CoV-2) in humans, much remains unknown about the virus's attributes and effects

8  on humans. It typically takes a number of years for scientists to fully analyze a new virus and to

9  gain a comprehensive understanding of its attributes and effects. For instance, we are still

10  learning about the clinical disease, treatment and basic virology of Ebola virus (first described in

11  1976) and human immunodeficiency virus (first described in 1981).

12      17.    My opinions are based on my knowledge, experience and study of the relevant

13  publications concerning SARS-CoV-2. Because information about the pandemic is still very

14  limited and constantly evolving, I may need to revise my opinions as new information comes to

15  light.

16      Origin and Nature of Virus

17      18.    SARS-CoV-2, the novel coronavirus that causes the COVID 19 disease, is a

18  coronavirus that formerly infected only animals but that has the capacity to be transmitted from

19  human to human and to make people sick. Other recent examples of coronaviruses that started in

20  animals but evolved to infect people include SARS-CoV (identified in 2003), and the Middle East

21  Respiratory Syndrome (MERS)-CoV (identified in 2012).

22      19.    The SARS-CoV-2 outbreak began when animals passed the virus to humans in or

23  around Wuhan, China. As SARS-CoV-2 began spreading rapidly in China, particularly in Hubei

24  Province, it was classified as an epidemic, then, when it began spreading beyond Asia, it was

25  classified as a pandemic. SARS-CoV-2 infection has been diagnosed in 95,281 people and caused

26  4,767 deaths in China as of December 22, 2020.

27  _____

28  general internal medicine and the internal medicine subspecialties. The series is streamed on
   Facebook and posted on YouTube after each session.

5

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1942

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 192 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 6 of 694

(192 of 228)

<u>Known Symptoms and Effects of Virus</u>

20.     The symptoms of the disease are predominantly respiratory but many of those infected also experience non-respiratory symptoms. Common symptoms of the virus include: fever, chills, cough, shortness of breath or difficulty breathing, fatigue, muscle and body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea, vomiting, and diarrhea.

21.     Symptoms may appear a median of 5 days (range between 2 and 14 days) after exposure to the virus. Early symptoms typically are fever and cough that can progresses to respiratory distress and pneumonia in some individuals. In its most severe form, it causes acute respiratory distress syndrome and multi-organ system failure.

22.     Approximately 40% of those infected with the virus have no symptoms. Of the 60% that have symptoms, three-quarters do not have severe enough symptoms to merit hospitalization. The other one-quarter—thus about 15% of all of those infected—have symptoms severe enough to require hospitalization. Early on, there was about a 30% to 50% fatality rate among COVID 19 patients who were sick enough to require intensive care treatment in hospitals; with improved management this has come down to less than 15%.

23.     Based on experience with and study of the virus to date, it appears that the virus likely may bring about serious, potentially long-term effects (sequelae) in some individuals, including among others neurological, cardiac and renal disease. However, we do not yet know how many of those infected with the virus will experience such long-term effects, who is likely to experience such effects, all of the forms such effects can take, or how long-lasting or severe the effects may turn out to be. While people over the age of 65 are most at risk of death, the risk is not limited to that age group, nor is the risk of long-term health effects. Rossen LM, Branum AM, Ahmad FB, Sutton P, Anderson RN. Excess deaths associated with COVID-19, by age and race and ethnicity – United States, January 26-October 3, 2020. MMWR 2020; 69:1522-27, attached hereto as **Exhibit 2**.

24.     We also know that long-term effects can affect younger individuals and individuals who do not experience significant or serious symptoms from the infection, the most severe of

(193 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 193 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 7 of 694

1   which is the multisystem inflammatory syndrome of children (MIS-C). Lani F, ScalabriniI,

2   Lucccioni L, Iughetti L. The "perfect" storm: current evidence on pediatric inflammatory

3   multisystem disease during SARS-CoV-2 pandemic. Act Biomed 2020 91:e2020034, attached

4   hereto as **Exhibit 3**.

5          25.     One concerning example is the National Collegiate Athletic Association's finding of

6   an alarmingly high rate of myocarditis, an inflammation of the heart muscle that can lead to

7   cardiac arrest with exertion, among college football players who had recovered from

8   asymptomatic or mildly symptomatic SARS-CoV-2 infection.  See Billy Witz, "Doctors Enter

9   College Football's Politics, but Maybe Just for Show," *New York Times* (Aug. 23, 2020), a copy

10  of which is attached as **Exhibit 4** and which can be found at:

11  https://www.nytimes.com/2020/08/23/sports/ncaafootball/college-football-myocard itis-

12  coronavirus.html.

13          Magnitude of Public Health Crisis Caused by Novel Coronavirus

14          26.     The novel coronavirus pandemic has created a public health crisis of the highest

15  order in the United States and in California. Based on COVID 19's mortality to date–more than

16  322,000 excess deaths[3] from COVID alone and climbing, not including the deaths resulting from

17  the hospital system being so full that it cannot properly treat patients who are hospitalized for

18  other treatable conditions-it is projected that the U.S.'s 2020 death toll from COVID 19 will be as

19  high as the number of Americans that were killed in battle in World War II. According to CDC

20  data and forecasting, COVID 19 is the third-highest cause of death in the United States this year,

21  after cancer and heart disease. An epidemic that has killed at least 322,851 Americans and 23,303

22  Californians (as of December 22, 2020) is severe and justifies extraordinary measures.

23          27.     Alarmingly, California and much of the country is currently experiencing a spike in

24  cases that is more severe than at any earlier point in the pandemic and that is threatening to

25  overwhelm hospital resources in many areas of California and the U.S. As of December 22,

26          [3] Excess deaths are defined as the number of persons who have died from all causes, in
    excess of the expected number of deaths for a given place and time. This metric is used to
27  estimate the total impact of a public health event (in this case, the SARS-CoV-2 pandemic) on
    mortality, not only from the event itself but from deaths that may be indirectly associated with the
28  pandemic. See **Exhibit 2**.

7

1944

(194 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 194 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 8 of 694

1  2020), the number of deaths in the United States due to COVID 19 is increasing by 2,710 deaths

2  per day (based on a 7-day average) and in California by 253 deaths per day (based on a 7-day

3  average); 2,700 deaths a day is the equivalent of six 747's crashing and killing everyone on board

4  each day.

5        28.    The last time our country faced a pandemic of this scale was the influenza pandemic

6  in 1918-1919, during which millions of people were infected worldwide. There were about 50

7  million deaths worldwide, and 675,000 deaths in the United States, while the population of the

8  country at that time was only about 103 million.

9      Transmission of the Virus

10        29.    Most transmission of SARS-CoV-2 is respiratory, through the emission from the

11  nose or mouth of an infected person of either droplets (defined as 5 microns or more in size) or

12  smaller aerosolized particles containing the virus.  Transmission by droplets is believed to be far

13  more common.  A droplet of 5 microns or more in size will fall to the ground within 6 feet if a

14  person is speaking in a normal speaking voice; this distance is more like 12 feet if the person is

15  singing or otherwise vocalizing loudly.

16        30.    By contrast, it appears that aerosolized particles can remain suspended in the air for

17  an extended period. Two of the first documented instances of aerosol transmission of SARS-

18  CoV-2 outside of a hospital environment include an outbreak in China and an outbreak in a

19  nursing home in the Netherlands. See Lu J, Gu J, Li K, et al., COVID 19 outbreak associated with

20  air conditioning in restaurant, Guangzhou, China, 2020. *Emerg Infect Dis* (July 2020); 26:1628-

21  31 (regarding outbreak in China), a copy of which is attached as **Exhibit 5** and which can be

22  found at https://wwwnc.cdc.gov/eid/article/26/7/20-0764_article.

23        31.    While fomite transmission of the virus, that is, transmission by contact with an

24  object on which the virus is present and subsequently inoculated by touching into the eyes, nose

25  or mouth, is believed to be possible, it is exceptionally rare.

26        32.    In the case of SARS-CoV-2, the amount of virus carried in the infected person's

27  nose and mouth is slightly higher in a person who has symptoms than in one who is

28  asymptomatic. While symptomatic patients may be more likely to transmit the virus because they

<div align="center">8</div>

<div align="center">1945</div>

(195 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 195 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 9 of 694

1   are coughing and sneezing (that is, they have symptoms), there are many more infected people

2   who are asymptomatic or mildly symptomatic and thus are not staying home.  It appears that

3   asymptomatically or mildly symptomatically infected persons are doing more of the infecting of

4   others because they usually do not know they are infected and thus are not taking additional

5   precautions (such as isolating themselves at home) to avoid transmitting the virus to others.  This

6   characteristic of SARS-CoV-2 makes it exceptionally effective at spreading even where members

7   of the population are behaving responsibly by making best efforts to protect each other from

8   infection.

9       33.    Another aspect of the SARS-CoV-2 that makes it spread rapidly is the fact that a

10  symptomatic infected individual is believed to be the most contagious the day before the person

11  has symptoms, making inadvertent infection of others a very real possibility. This would

12  correspond to Day 4 after exposure if we place this on a timeline with a median incubation period

13  from exposure to symptom onset of 5 days.  An infected person who does not have symptoms is

14  most likely the most contagious on days 4, 5 and 6 after exposure.  See Goyal A, Reeves DB,

15  Cardozo-Ojeda EF, Schiffer JT, Mayer BT. Wrong person, place and time: viral load and contact

16  network structure predict SARS-CoV-2 transmission and super-spreading events.  *medRxiv* (2020

17  Aug 7) [Preprint], a copy of which is attached as **Exhibit 6** and which can be found at

18  https://www.researchsquare.com/article/rs-29548/v1.

19      34.    For those who are symptomatic, it is believed that they generally are no longer

20  infectious 8 days after symptom onset. For those who are not symptomatic, it is believed that they

21  generally are contagious until 13 days after they were exposed. However, it is believed that a

22  person who is very sick in the ICU or is immunocompromised can shed the virus for up to 20

23  days. See Wölfel R, Corman VM, Guggemos W, et al. Virological assessment of hospitalized

24  patients with COVID 19. *Nature* (2020); 581:465-69, a copy of which is attached as **Exhibit 7**.

25      <u>Viral Load</u>

26      35.    In an article in *The Lancet* published online, the authors found a significant

27  difference in survival probability between those who have a higher viral load (defined as viral

28  load greater than $\log_{10}$ 5.6 copies/mL) versus a lower viral load. Those with higher viral loads

9

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1946

1    were more likely to die than those with lower viral loads. See Pujadas E, Chaudhry F, McBride R,

2    et al. SARS-CoV-2 viral load predicts mortality in COVID 19 patients. *Lancet Respir Med* (Aug.

3    6, 2020), a copy of which is attached as **Exhibit 8** and which can be found at:

4    https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30354-4.pdf.

5         36.     "Viral load" is the number of viable viral particles per milliliter of oral or nasal

6    secretions. People with higher viral loads are more infectious than those with lower viral loads.

7    Probably everyone infected with COVID-19 goes through a period of high viral loads although

8    overall the peak viral load in those who are asymptomatic may be slightly lower than in those

9    who are symptomatic.

10        Super-spreader Incidents

11        37.     There is a consensus among public health experts, and it is my opinion based on my

12   own experience, knowledge and review of the literature, that a high percentage of the spread of

13   the novel coronavirus has been in clusters, or outbreaks, that in many cases have occurred

14   following indoor gatherings attended by infectious individuals. Some of these incidents have

15   become known as "super-spreading" (or "super-spreader") events. According to one article, 80

16   percent of the spread of the virus is from outbreaks and larger super-spreading events. See Adam

17   DC, Wu P, Wong JY, et al. Clustering and super-spreading potential of severe acute respiratory

18   syndrome coronavirus 2 (SARS-CoV-2) infections in Hong Kong. *Nature Medicine 2020 Sep 17*

19   *[Epub ahead of print]*), a copy of which is attached as **Exhibit 9** and which can be found at

20   https://www.nature.com/articles/s41591-020-1092-0.

21        38.     Scientists have recently concluded that there probably are not individuals who have

22   unique characteristics that cause them to be "super-spreaders" responsible for infecting many

23   other people. Rather, it appears that the incidents in which numerous individuals were infected

24   have come about because of the combination of an infectious individual engaging in a group

25   activity or being in close proximity to susceptible individuals at the point in the virus's

26   progression when the person is at the absolute height of replication, or, in other words, the most

27   contagious. See **Exhibit 6**.

28

<div align="center">10</div>

1947

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 197 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 11 of 694

(197 of 228)

Available Treatments

39.     The first doses of an effective COVID-19 were given on December 14, 2020, in the United States, but it will be several months or more before a sufficiently large proportion of the population is vaccinated to achieve epidemic control. Additionally, there are a few treatments available to COVID-19, but they are not universally effective. The main treatments currently available for those who become seriously ill and are hospitalized include breathing and blood oxygenation assistance and treatment of the immune system dysregulation and multiorgan system failure that accompanies rapidly progressive disease. When it is not possible to oxygenate the blood sufficiently by administering oxygen through an external breathing device, then a person must be intubated and provided breathing assistance using a mechanical ventilator.

40.     Treatment is currently reserved for those sick enough to be admitted to a hospital. Patients usually receive intravenous remdesivir, an antiviral drug, that is effective for patients who have not developed acute respiratory distress syndrome and have not deteriorated rapidly. Patients who are beginning to deteriorate receive dexamethasone to slow the pathologic processes that accompany acute respiratory distress syndrome.  Prone positioning (meaning lying face down) with supplemental oxygenation is also used to reduce the work of breathing and may obviate the need for intubation and mechanical ventilation.  Convalescent plasma[4] is a non-specific infusion of antibody-containing plasma from patients who have recovered from COVID-19. The Infectious Disease Society of America currently recommends that it only be given in the context of a clinical trials (https://www.idsociety.org/practice-guideline/covid-19-guideline-treatment-and-management/#toc-7), and it is rarely given anymore.  A more refined version of this are the various monoclonal antibodies, which are the infusion of artificially raised antibodies specifically directed against various parts of the virus or to various components of the immune system to slow the acute deterioration associated with an overly robust immunologic reaction. President Trump received monoclonal antibodies directed against the S (spike) protein and the capsid protein of the virus.

_____

[4] "Convalescent plasma" therapy uses blood from people who have recovered from an illness to help others recover.

11

1948

41.     We have learned a lot about treatment of the novel coronavirus since the beginning
of the pandemic and the treatments have improved, although they are far from curative. There are
still many deaths even with current improved treatments, and, as noted, the number of cases,
hospitalizations and deaths is growing rapidly at present in California and many parts of the
country. The numbers of deaths (even since treatments have improved), along with the effects of
serious disease, long-term sequelae and the threat of overwhelming our healthcare system, clearly
justify California's current restrictions to protect public health.

**History and Development of Consensus on Public Health Measures**

42.     How CDC develops an approach to appropriate public health measures for
mitigating pandemics was reviewed in a 2017 publication, "Community mitigation guidelines to
prevent pandemic influenza – United States, 2017." Qualls N, Levitt A, Kanade N, et al.
Community mitigation guidelines to prevent epidemic influenza – United State, 2017. MMWR
(Rec Rep) 2017; 66(1):1-342017 (Guidelines on Effective Non-pharmaceutical Pandemic
Interventions), attached hereto as **Exhibit 10**. While focused on influenza, the guidelines were
intended to be used for other respiratory virus epidemics. The methods used to develop the
guidelines are outlined in the report and include, among other things, a review of lessons learned
from the 2009 influenza A (H1N1) pandemic and, in particular, use of non-pharmaceutical
interventions, community engagement and surveys, development of a pandemic severity
assessment framework, and literature reviews around the effectiveness of non-pharmaceutical
interventions. The methods are outlined in detail in Appendix 3 of the second technical report that
accompanied these guidelines. See Community mitigation guidelines to prevent pandemic
influenza – United States, 2017 Technical Report 1: Chapters 1-4, attached hereto as **Exhibit 11**,
and Community mitigation guidelines to prevent pandemic influenza – United States, 2017
Technical Report 2: Supplemental Appendices 1-7, attached hereto as **Exhibit 12**.

43.     The U.S. was last faced with a pandemic of this magnitude in 1918-1919. There
were clear lessons from the 1918-1919 pandemic that guide public health experts in their
response to the current COVID 19 pandemic. One of them is the need to take quick and

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1949

1    aggressive action to slow the spread of the virus. The cities that acted quickly and aggressively to

2    contain the spread of the virus fared better than those that took longer to act.[5]

3    44.    For example, when the virus first spread in St. Louis, health officials responded by

4    closing schools, shuttering movie theaters and pool halls, and banning all public gatherings.

5    Health officials' actions enabled St. Louis to contain the spread of the virus, or to "flatten the

6    curve." Philadelphia, however, proceeded with its war bond parade even as infection rates were

7    climbing. Days later, Philadelphia's hospitals were overwhelmed. According to a 2007 analysis of

8    influenza death records, the peak mortality rate in St. Louis was only one-eighth of Philadelphia's

9    rate at its worst.

10    45.    The experiences of jurisdictions that did and did not employ measures such as

11    business closures and gathering bans to slow virus transmission in 1918, such as St. Louis and

12    Philadelphia, informed subsequent public health practice and understanding. The types of public

13    health measures utilized in St. Louis in 1918 have continued to be considered the best methods

14    for minimizing virus spread in the years since. This is reflected in public health publications in

15    the decades since that pandemic. See **Exhibit 10**.

16    46.    Notably, the above-cited 2017 CDC publications acknowledge that the measures

17    used to slow virus transmission used in 1918, similar to measures that are currently being

18    employed in California, in much of the U.S. and in other countries, remain among the public

19    health best practices. See **Exhibits 10-12**.

20    47.    Other measures being used in California and other jurisdictions, such as the use of

21    face coverings, similarly have been identified as best practices in the case of a pandemic since

22    they were employed to combat the 1918-1919 flu epidemic. Dolan B, Rutherford G. How history

23    of medicine helps us mitigate disaster. Public Health Rep 2020; 135:717-20, attached as **Exhibit**

24    **13**.

25

26

27

28    _____
     [5] This pattern is being borne out in the COVID 19 pandemic as well, as states that have
     imposed stricter measures have fared better.

13

1950

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 200 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 14 of 694

(200 of 228)

**California's Pandemic Response is Supported by Evidence and Consistent with**

**Established Public Health Best Practices**

Justification for Public Health Measures

48.     There is a consensus among public health experts, and it is my view based on my own experience, knowledge and review of the relevant literature, that the novel coronavirus pandemic calls for extraordinary measures to protect the population, including (among others) the initial and more recent "stay-at-home" orders, restrictions of gatherings and other activities with high transmission risk, and distancing and masking requirements California has employed.

49.     The above-referenced measures are consistent with the professional consensus of public health experts and based on appropriate scientific justification. Such justification includes: (1) the fact that a not insubstantial percentage of those who contract the virus die, and that a large number of others suffer serious illness or long-term sequelae, (2) the large number of deaths and serious illnesses caused by the virus to date,[6] (3) the relative ease with which the virus is transmitted from person-to-person, (4) the frequent transmission of the virus by infected people who show no symptoms; and (5) the absence of a cure or generally effective and available treatment.

50.     Based on the lethality of the virus and the illness it causes to many, the economic, psychological and other costs of deaths and illness from the virus, and the historic and recent science conclusively establishing the effectiveness of distancing, gathering restrictions, masking and other measures to decrease virus transmission and preserve lives and health, most public health experts believe that employing these public health measures with the goal of preserving lives and health is very clearly scientifically, morally and ethically well justified.

---

[6] The large numbers of deaths and illnesses caused by COVID 19 are accompanied by innumerable additional costs, of which psychological distress, loss of companionship, loss of income and healthcare costs are but a few. Notably, Plaintiffs mistakenly place blame for such costs on the State's measures to preserve life and avoid widespread disease and healthcare system collapse. Sadly, one apparent effect of this misplacement of blame has been to create new societal divisions rather than to unite the state and county in a common effort to stop the virus's spread and save lives.

1951

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 201 of 228
Case 5:20-cv-08241-EJD Document 52-4 Filed 12/23/20 Page 15 of 694

(201 of 228)

<u>California's Measures to Combat COVID 19</u>

51. There is broad consensus among public health professionals, and I believe based on my own experience, knowledge and review of the relevant literature, that all of the following measures will reduce the spread of the novel coronavirus (before a vaccine is widely available): stay at home orders, physical distancing requirements, physical barriers where distancing is not possible, prohibiting/limiting high-risk gatherings and other high-risk activities (including singing and other activities involving increased exhalation force), and universal wearing of face coverings by all in public places.

52. In its responses to the COVID-19 pandemic, the State has continuously fine-tuned its efforts to curb the spread of COVID-19 based on evolving science and data. As discussed in further detail below, after initially imposing broad stay-at-home orders, the State issued more targeted guidance to reduce the spread of COVID-19, including requirements to maintain physical distancing and avoid gatherings, and subsequently to wear masks and refrain from singing. Since August 28, 2020, the State's Blueprint for a Safer Economy has been in effect, providing requirements for the operation of businesses and other activities based on their risk level and the prevalence of SARS-CoV-2 in the relevant county. See California Department of Public Health, covid19.ca.gov/safer-economy/.

<u>Stay at Home Order and Reopening Plan</u>

53. When the scope of the pandemic first became evident, California promptly imposed a stay at home order on March 19, 2020, which included strict limits on gatherings. Data show that California's stay at home orders slowed the rate of infections in California and "flattened the curve" representing new SARS-CoV-2 infections. California's initial quick actions also avoided hospitals being strained beyond capacity.

54. In May, to avoid the calamity of a set-back in our battle against SARS-CoV-2, the Governor and public health officials issued guidelines for gradually reopening the state. The guidelines focused on risk and provided for 3 stages of reopening, beginning with entities and individuals that, with restrictions to protect public health, could reopen in the short term without

15

1952

1    inordinate risk to themselves or others. https://www.gov.ca.gov/sp-

2    content/uploads/2020/05/5.4.20-Update-on-Californias-Pandemic-Roadmap.pdf

3        55.    After the State loosened some restrictions beginning in early July, the infection rate

4    increased, and the State responded by pulling back on the reopening of sectors in the most

5    affected counties. The infection and hospitalization rates decreased to a degree following that

6    pull-back.

7        County Monitoring List

8        56.    The State established "County Monitoring List" criteria in early June 2020. Under

9    the List, the California Department of Public Health used six criteria to determine whether there

10   was elevated disease transmission, increasing hospitalizations or limited hospital capacity in a

11   county. To measure disease transmission, it measured testing rate (whether it is above 1.5 per

12   1000 population over the past 14 days) and the proportion of tests that were positive in a county.

13   To measure hospitalizations, it looked to whether there had been less than a 10 percent increase in

14   the 3-day average of hospitalized patients in a county versus the previous 3 days, and to measure

15   hospital capacity, it measured ICU capacity (whether 80 percent or more beds are available) and

16   ventilator capacity (whether 75 percent or more ventilators are available). Based on my

17   experience, knowledge and review of the relevant literature, the Monitoring List criteria were

18   supported by evidence and appropriate for their stated purpose.

19       Blueprint for a Safer Economy

20       57.    On August 28, 2020, after the spread of the virus had slowed in California, the State

21   announced a new "Blueprint for a Safer Economy" that provided new criteria (replacing that of

22   the County Monitoring List) for determining what businesses and activities could reopen or

23   reopen with modifications, based in part on the infection prevalence in a given county.   The

24   Blueprint provided a detailed plan for reopening the state based on the experiences of the first six

25   months of the pandemic and the latest scientific evidence about how the virus is transmitted. In

26   announcing the Blueprint, the State noted that it took into account information learned in the

27   preceding months, including about the SARS-CoV-2 transmission risk level of particular

28   activities and effective methods of limiting the spread of the disease (including the importance of

16

1953

1  face coverings).  Specifically, the Blueprint was based on counties' case counts and proportion of

2  positive tests because, as noted by Health and Human Services Secretary Dr. Mark Ghaly when

3  the Blueprint was unveiled, hospitalization rates–which the State had used in the late spring and

4  summer to decide when to make changes--do not evidence increases in the virus's spread until

5  much later and therefore had more limited utility for the purpose of determining when to tighten

6  or loosen restrictions to save lives.

7      58.    The goals of the Blueprint as stated at its inception were to keep infection rates low

8  in order to keep the incidence of mortality and severe disease low, and to keep hospitals from

9  being overrun as had happened in Imperial County in the summer (at which time patients had to

10  be transferred as far away as Sacramento).

11      59.    The Blueprint included revised criteria for assessing when a county will be subject

12  to stricter reopening criteria; the new criteria are the rate of positive test results (whether more

13  than 8 percent of tests for SARS-CoV-2 in the county have a positive result) and the number of

14  new cases (whether there are more than seven daily new cases per 100,000 population in the

15  county at the most restrictive level).  Based on my experience, knowledge and review of the

16  relevant literature, these criteria are supported by evidence and appropriate for their stated

17  purposes.

18      60.    The Blueprint imposes restrictions on various sectors or activities based on the risk

19  that they pose to public health, assessed in light of criteria such as the number of people, the

20  riskiness of their activity, the duration of their interactions, the location where the activity is

21  taking place (including the air flow and ventilation), and the ability to employ protective

22  measures such as masks and physical distancing.  These restrictions vary depending on the

23  conditions in each county.  Counties are assigned to one of four color-coded tiers, ranging from

24  Tier 1 ("Widespread") to Tier 4 ("Minimal"), based on the county's adjusted case rate and other

25  related objective criteria. *See* California Department of Public Health,

26  https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-

27  19/COVID19CountyMonitoringOverview.aspx. The State reevaluates each county's tier status

28

17

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1954

(204 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 204 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 18 of 694

1    weekly; as local conditions improve, it moves counties into a less-restrictive tiers with more

2    permissive policies.

3         61.    In general, the Blueprint imposes greater restrictions on congregate activities

4    involving groups of people, and particularly indoor congregate activities, because they carry more

5    transmission risk for the science-based reasons mentioned previously.  The Blueprint

6    distinguishes still further among indoor congregate activities based on differing levels of risk due

7    to numbers of participants and other relevant factors.  For example, indoor professional sporting

8    events and concerts can draw crowds many times larger than, for example, the capacity of single

9    movie theater.  Under the Blueprint, these events cannot open to live audiences in any tier under

10   the Blueprint, even though they fit in the same "'substantive categorization'" as movie theaters

11   and other forms of entertainment.

12        62.    Conversely, the Blueprint assigns higher capacity limits and attendance caps to

13   activities that do not involve many people congregating in close proximity for sustained periods.

14   For example, personal care services may bring people into close contact, but these groups are

15   generally of limited size, and frequently include just one (masked) service provider and one

16   (masked) client.  Buying groceries, staying at a hotel, or doing laundry at a laundromat may bring

17   people into relative closeness, but none of these activities would require them to remain in

18   proximity for longer than a brief interlude.

19        63.    In general, the Blueprint imposes greater restrictions on congregate activities

20   involving groups of people, and particularly indoor congregate activities, because, even after

21   applying precautions required by general and industry-specific guidelines, they pose greater

22   transmission risk. The Blueprint distinguishes still further among congregate activities based on

23   differing levels of risk due to numbers of participants and other relevant factors. Under the

24   Blueprint, indoor religious worship services and other indoor congregate activities with similar

25   risk level such as movie theaters, are temporarily prohibited in counties with a very high SARS-

26   CoV-2 prevalence (i.e., counties in Tier 1, the "purple tier"), while they are permitted in counties

27   in any other (lower-prevalence) tier, subject to limitations on attendance. However, such services

28

18

1955

1  are permitted outdoors, where the risk of transmission is significantly lower due to airflow and

2  dissipation of any virus particles, with no attendance limits under the State order.

3       64.    Underlying all of the restrictions and requirements in the Blueprint is the key fact

4  that no one mitigation measure stops all transmission. Based on that critical fact, the State,

5  employs a layered approach that starts with reducing transmission opportunities -- particularly in

6  high-prevalence locations -- and in addition requires measures including six-foot distancing and

7  masking in all public settings and that individuals refrain from singing and similar activities in

8  indoor settings.

9       65.    Based on my experience, knowledge and review of relevant publications, the

10  Blueprint is appropriately designed, and has operated effectively for its purpose of targeting the

11  most stringent public health measures where they are most needed based on current heightened

12  risk of increased transmission, imposing tailored restrictions that are proportional to specific

13  operations' and activities' level of risk as determined based on public health science and expert

14  input. In accordance with Blueprint's goals, as much of California recently has experienced a

15  significant spike in cases, the state has moved many counties into more restrictive tiers in order to

16  arrest the accelerating spread of the virus.

17      Limited Stay at Home Order

18       66.    Since mid-November, the number of new cases per day in California has increased

19  by almost four-fold (from 8,965 to more than 35,347). The number of patients hospitalized

20  statewide for COVID-19 has increased from 777 on November 15, to 18,961 on December 22,

21  and because of the lag between case identification and hospitalizations, we can only expect these

22  numbers to increase. See https://www.gov.ca.gov/2020/12/03/california-health-officials-

23  announce-a-regional-stay-at-home-order-triggered-by-icu-capacity.

24       67.    Due to the unprecedented rate of increase in COVID-19 cases in California in

25  November and the unprecedented pressure these case create on the State's intensive care capacity,

26  the State Public Health Officer issued a Limited Stay at Home Order for counties in Tier one

27  (Purple) of the Blueprint disallowing all gatherings with members of other households and all

28  activities conducted outside the residence, lodging, or temporary accommodation with members

19

1956

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 206 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 20 of 694

(206 of 228)

1  of other households between 10:00 p.m. and 5:00 a.m. (with few exceptions). The urgent purpose

2  of these actions was to: 1) help reduce community spread, in particular in counties under Tier One

3  (Purple) of California's Blueprint, 2) protect individuals at higher risk of severe illness or death

4  from COVID-19, and 3) prevent the State's health care delivery system, and especially its

5  intensive care system, from becoming overwhelmed.

6      68.    Based on my experience, knowledge and review of the relevant literature, reducing

7  the movement and mixing of individual Californians in this manner at this time due to the

8  worrisome spike in cases and hospitalizations is critical to decreasing transmission,

9  hospitalizations, and deaths.

10      Regional Stay at Home Order

11      69.    On December 3, 2020, in response to the alarming rise in case infection rates and

12  reports that available ICU beds were projected to be at-capacity by mid-December, the State

13  issued a supplemental Regional Stay at Home Order which implements stricter measures in larger

14  multi-county regions based on ICU bed availability.  *See* California Department of Public Health,

15  "Regional Stay at Home Order," December 3, 2020, available at

16  https://www.gov.ca.gov/wpcontent/uploads/2020/12/12.3.20-Stay-at-Home-Order-ICU-

17  Scenario.pdf (last accessed December 11, 2020).

18      70.    As of December 22, ICU capacity in the Southern California and the San Joaquin

19  Valley regions was at 0% and had fallen below the minimum 15% availability in both the Greater

20  Sacramento and Bay Area regions, making all four regions subject to the Regional Stay at Home

21  Order's increased restrictions.

22      Face Coverings Guidance

23      71.    On June 18, 2020, based on the evidence of widespread transmission of SARS-CoV-

24  2 in many parts of California, the State and the California Department of Public Health (CDPH)

25  issued guidance requiring that face coverings be worn in most public spaces, public settings and

26  workspaces. See

27  https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID

28  19/Guidance-for-Face-Coverings_06-18-2020.pdf. This requirement was adopted based on, and is

20

1957

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 207 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 21 of 694

(207 of 228)

1    consistent with, the consensus among most public health officials in the U.S. and many other

2    countries that wearing a cloth face covering (or mask) over the nose and mouth reduces the risk of

3    SARS-CoV-2 transmission by the wearer of the face covering, and likely also help reduce the risk

4    the wearer will become infected by someone else. See

5    https://www.cdc.gov/media/releases/2020/p0714-americans-to-wear-masks.html.

6         72.    The CDC recently issued new guidance advising that anyone over the age of 2

7    should wear a mask in public unless they have breathing issues or are "unconscious,

8    incapacitated, or otherwise unable to remove the mask without assistance." Scientific Brief:

9    Community Use of Cloth Masks to Control the Spread of SARS-CoV-2, available at

10   https://www.cdc.gov/coronavirus/2019-ncov/more/masking-science-sars-cov2.html . The CDC

11   acknowledges in the guidance that masks not only have been proven effective at blocking SARS-

12   CoV-2 particles from getting into the air when worn by an infected person, but also at filtering

13   potentially-contaminated air so that it will not reach an otherwise healthy person wearing a mask.

14   The CDC notes in the guidance that "[a]dopting universal masking policies can help avert future

15   lockdowns, especially if combined with other non-pharmaceutical interventions such as social

16   distancing, hand hygiene, and adequate ventilation." The new CDC guidance includes a survey of

17   recent studies confirming the efficacy of masks against the novel coronavirus.

18        73.    A recently-published CDC study compared COVID-19 incidence in Kansas counties

19   with and without a mask mandate. The June to August study found that Kansas counties that had

20   mask mandates mitigated the transmission of COVID-19, whereas counties that did not have a

21   mask mandates continued to experience increase in cases. See Trends in County-Level COVID-

22   19 Incidence in Counties With and Without a Mask Mandate-Kansas, June 1-August 23, 2020,

23   MMWR Volume 69, attached as **Exhibit 14** hereto.

24        74.    Based on my experience, knowledge, and review of relevant literature, I believe that

25   wearing a face covering is a critical public health measure that will reduce transmission of SARS-

26   CoV-2 and save lives, and that California's face-covering requirement is an appropriate and well-

27   justified public health measure. A face covering is particularly critical because SARS-CoV-2 can

28

21

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1958

(208 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 208 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 22 of 694

1    be, and often is, transmitted by an individual who is infected but is not aware of the infection and

2    is not self-isolating.

3        75.    Wearing a face covering is a measure that should be taken in addition to, not instead

4    of, physical distancing, frequent hand cleaning, refraining from lengthy face-to-face interactions

5    and loud vocalizations (such as singing, chanting and group recitations), being in crowded indoor

6    spaces and other everyday preventive actions. Face coverings, while they clearly reduce

7    transmission risk, are not a fool-proof intervention for stopping transmission. For example, the

8    heightened transmission risk from indoor gatherings, including ones involving group singing or

9    chanting indoors, is not fully mitigated by wearing face coverings. See M. Alsved, A. Matamis,

10   R. Bohlin, M. Richter, P.-E. Bengtsson, C.-J. Fraenkel, P. Medstrand & J. Löndahl. Exhaled

11   respiratory particles during singing and talking, Aerosol Science and Technology (2020), DOI:

12   10.1080/02786826.2020.1812502, a copy of which is attached as Exhibit 15. Because no one

13   mitigation measure, including masks, stops all transmission, public health experts and the Centers

14   for Disease Control instruct that a layered approach, utilizing, for example, distancing, masking,

15   and singing restrictions in unison, is crucial.

16       76.    On November 16, 2020, based on continuing evidence of widespread transmission

17   of SARS-CoV-2 in many parts of California, the State and the California Department of Public

18   Health (CDPH) issued new guidance requiring that face coverings be worn at all times outside the

19   home, with several limited exceptions. See https://covid19.ca.gov/masks-and-ppe/.

20       California's Pandemic Response Measures

21       77.    Based on the relevant science and prevailing consensus, most states in the U.S., like

22   California, have combated the pandemic using an approach focused on reducing the virus's

23   spread by reducing opportunities for virus transmission. Thus, most states have implemented stay

24   at home measures, distancing requirements, restrictions on gatherings and high-risk activities and

25   face covering requirements similar to those adopted in California.

26       78.    Before the late October surge, which accelerated over the Thanksgiving weekend

27   and into December, California had been relatively successful compared to other states in keeping

28   transmission down and, more importantly, keeping deaths down. For example, cases and

22

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1    mortality decreased when early "stay at home" orders were put in place and increased in May

2    when the restrictions were reduced and people started to go out again.

3        79.    There is evidence that some states and countries that have chosen not to implement

4    public health measures such as distancing, masks and/or bans on gatherings have experienced

5    worse outcomes.  See, for example, discussion of Sweden in paragraphs 78-81 below and **Exhibit**

6    **14**.

7            Minority Criticisms of Public Health Measures Employed in Pandemic

8        80.    A minority in the scientific community has advocated for a more hands-off approach

9    to the SARS-CoV-2 pandemic, in which the government does not employ measures such as

10   distancing requirements or limits on gatherings, and instead would essentially let the virus spread

11   unimpeded among the general population while (purportedly) protecting the most vulnerable.

12   This approach has been formalized in a document known as the Great Barrington Declaration,

13   authored by Dr. Bhattacharya (along with two others), who has submitted a declaration in support

14   of the Plaintiffs' injunction motion in this case. I strongly disagree with the hands-off approach

15   set forth in the Great Barrington Declaration and believe it to be contrary to accepted public

16   health practice, public health ethical standards and the public interest.

17       81.    Based on my experience, knowledge and review of the relevant literature, relying on

18   natural herd immunity to address the pandemic and therefore allowing the uninhibited

19   transmission of the virus among much of the population, and not implementing population-wide

20   affirmative public health measures such as those implemented by California (e.g., restricting

21   high-risk activities, imposing distancing and masking requirements) would <u>not</u> be an appropriate

22   response to the COVID 19 pandemic and would be unsuccessful from a public health perspective.

23       82.    One reason why this approach would be ineffective and inappropriate is because

24   herd immunity will most likely require that far more than 50% of the population be immune, and

25   we know from the apparent (and in at least four cases documented) reinfections that immunity

26   may wane over time to the point that individuals can become reinfected by a slightly different

27   strain. To KK-W, Hung IF-N, Ip JD, et al. COVID 19 re-infection by a phylogenetically distinct

28

23

1960

(210 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 210 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 24 of 694

1  SARS-coronavirus-2 staining confirmed by whole genome sequencing. *Clin Infect Dis* (Aug. 25,

2  2020), a copy of which is attached as **Exhibit 16**.

3       83.    One example of the high percentage of a population that must be infected through

4  virus spread before herd immunity may reasonably be anticipated was provided by an outbreak in

5  San Quentin State Prison in Marin County in the summer of 2020. In that case, the spread of the

6  virus did not abate until more than 70 percent of inmates had been infected. See Population

7  COVID 19 Tracking -- CDCR Patients: Confirmed COVID 19 and Outcomes, a copy of which is

8  attached as **Exhibit 17** and which can be found at cdcr.ca.gov/covid19/population-status-tracking/

9  (last accessed November 18, 2020).

10       84.    Achieving immunity in a sufficient percentage of the general population most likely

11  would take several years and would very likely rapidly overrun health systems and result in a

12  very large number of preventable deaths. See Randolph HE, Barreiro LB. Herd immunity:

13  understanding COVID 19, *Immunity* (2020); 52:736-41, a copy of which is attached as **Exhibit**

14  **18**.

15       85.    Most public health experts believe the hands-off approach advocated by some would

16  result in many more deaths and much more severe illness than would the approach being followed

17  in California and most jurisdictions. Particularly given that a vaccine is just becoming available

18  and the fact that treatments of the virus continually improve in effectiveness, it must be assumed

19  that a large number of the deaths that would result in the near future if the virus were allowed to

20  reproduce unimpeded in the general population would be preventable deaths. The vast majority of

21  public health professionals would view any approach that would result in many preventable

22  deaths to be unethical and would conclude that the overall societal costs of such an approach far

23  outweigh any economic or other benefits. Not taking affirmative measures to reduce transmission

24  opportunities or otherwise protect communities would undoubtedly result in a number of deaths

25  that would be unacceptable and unethical to the vast majority of Californians, Americans and

26  public health professionals.

27

28

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1961

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 211 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 25 of 694

(211 of 228)

1    <u>The Sweden Example</u>

2    86. Sweden earlier in the pandemic employed a more hands-off approach in addressing

3 the coronavirus pandemic that some believe was chosen based on the goal of developing "herd

4 immunity" in that country's population. Similar to the approach for which Bhattacharya and

5 Bhatia advocate, Sweden elected to attempt to protect more vulnerable population categories

6 while allowing others (who were deemed not vulnerable) to live their lives in a minimally

7 restricted fashion.

8    87. This experiment resulted in Sweden experiencing a far higher amount of severe

9 illness and death in the months following the pandemic's emergence than the countries that

10 surround it geographically and are similar to it. Sweden also experienced a worse economic

11 downturn and a higher level of unemployment than those counties during those months.

12    88. Moreover, the level of infection/exposure among Swedes following implementation

13 of the experiment was documented to be less than 10 percent, while it is widely believed among

14 experts that an infection rate of well over 50 percent, and possibly more than 70 percent, is

15 required to develop herd immunity in a population. See **Exhibit 18**. See also Kwok KO, Lai F,

16 Wei WI, Wong SYS. Tang JWT. Herd immunity -- estimating the level required to halt the

17 COVID-19 epidemics in affected countries, *J Infect* (2020); 80:e32-33, available at

18 https://pubmed.ncbi.nlm.nih.gov/32209383/.

19    89. Finally, this theory has not prevented a rising number of cases in Sweden this fall as

20 is being seen across Europe. Based on the results of its early approach to the pandemic, Sweden

21 more recently has sought to reverse course, and has imposed certain population-wide restrictions.

22 The consensus among public health professionals, and my opinion based on my experience,

23 knowledge and review of the available literature and evidence is that Sweden's approach has been

24 unsuccessful in achieving herd immunity, and this misguided effort has resulted in many

25 preventable deaths.

26

27

28

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1962

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 212 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 26 of 694

(212 of 228)

**Transmission Risk of Various Activities**

Gatherings

90.     As noted, large group gatherings present an exceptional risk of transmission of the COVID 19 virus. This exceptional risk results primarily from the following factors:

-- there are more potentially infectious people who can transmit the virus;

-- there are likely to be strangers (from different bubbles) mixing together (including often from geographically distant locations); and

-- participants are often in close proximity to one another, e.g., within six feet of each other or even much closer, and thus within the distance droplets containing the virus can travel.

91.     The risk of COVID 19 transmission from group gatherings increases when the gatherings are indoors, as well as when they are of an extended duration, and when there is a lot of verbal interaction, especially when there is group singing, chanting, or other loud vocalization. Each of these factors increases the risk of a viral load sufficient to overcome an individual's defenses and cause a COVID 19 infection.

92.     Based on my experience, knowledge and review of the relevant literature – including for the purpose of providing advice about safe resumption of religious services when permitted under State law – I know that the higher risk of transmission at indoor gatherings is further increased where there is limited or insufficient ventilation. The degree of risk is affected by the frequency and amount of air exchange; mitigation of this risk requires four to six complete air exchanges per hour. CDC Interim guidance for businesses and employers responding to coronavirus disease 2019 (COVID 19) (May 2020), a copy of which is attached as **Exhibit 19** and which can be found at http://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html; see also American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) Building readiness, which can be found at https://www.ashrae.org/technical-resources/building-readiness#ecip.

93.     There is a lower risk of COVID 19 transmission when a group gathering takes place outdoors; there is a much-decreased likelihood of aerosolized transmission of the virus outdoors, because aerosolized particles will dissipate into the atmosphere.  Leclerc QJ, Fuller NM, Knight

1963

(213 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 213 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 27 of 694

1   LE, et al. What settings have been linked to SARS-CoV-2 transmission clusters? *Welcome Open*

2   *Res* (2020); 5:83, a copy of which is attached as **Exhibit 20**; Nishiura H, Oshitani H, Koayashi T,

3   et al. Closed environments facilitate secondary transmission of coronavirus disease 2019 (COVID

4   19). *medRxiv* (Apr. 16, 2020) [Preprint], a copy of which is attached as **Exhibit 21**, and which is

5   available at https://www.medrxiv.org/content/10.1101/2020.02.28.20029272v2.

6        94.     The likelihood of coming into contact with someone who is infectious and capable

7   of spreading SARS-CoV-2 and thereby causing serious illness is reduced where a gathering takes

8   place in a county where there is a low prevalence of infection. In counties where there are

9   particularly high levels of prevalence, it is appropriate that large indoor gatherings be disallowed.

10  It is also appropriate that when such gatherings are permitted, numerical limits and distancing

11  requirements are imposed, singing and chanting is disallowed and masks are required – these

12  measures are required in combination because none of them is foolproof for preventing

13  transmission of the virus.

14       Singing

15       95.     Singing is a well-described risk factor for transmitting respiratory infections, both

16  viral and bacterial. A large literature addresses this phenomenon.  Some examples include: (1)

17  Buonanno G, Morawska L, Stabile L. Quantitative assessment of the risk of airborne transmission

18  of SARS-CoV-2 infection: Prospective and retrospective applications. *Environ Int.* (2020) Sep

19  6;145:106112, a copy of which is attached as **Exhibit 22**; (2) Marks JS, Serdula MK, Halsey NA,

20  Gunaratne MV, Craven RB, Murphy KA, Kobayashi GY, Wiebenga NH. Saturday night fever: a

21  common-source outbreak of rubella among adults in Hawaii. *Am J Epidemiol* (Oct. 1981);

22  114(4):574-83, a copy of which is attached as **Exhibit 23**; (3) Mastorides SM, Oehler RL, Greene

23  JN, Sinnott JT 4th, Kranik M, Sandin RL. The detection of airborne Mycobacterium tuberculosis

24  using micropore membrane air sampling and polymerase chain reaction. *Chest* (Jan. 1999);

25  115(1):19-25, a copy of which is attached as **Exhibit 24**; (4) Sacks JJ, Brenner ER, Breeden DC,

26  Anders HM, Parker RL. Epidemiology of a tuberculosis outbreak in a South Carolina junior high

27  school. *Am J Public Health* (Apr. 1985); 75(4):361-5, a copy of which is attached as **Exhibit 25**;

28  and (5) Szablewski CM, Chang KT, Brown MM, Chu VT, Yousaf AR, Anyalechi N, Aryee PA,

27

1964

(214 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 214 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 28 of 694

1   Kirking HL, Lumsden M, Mayweather E, McDaniel CJ, Montierth R, Mohammed A, Schwartz

2   NG, Shah JA, Tate JE, Dirlikov E, Drenzek C, Lanzieri TM, Stewart RJ. SARS-CoV-2

3   Transmission and Infection Among Attendees of an Overnight Camp - Georgia, June 2020.

4   *MMWR Morb Mortal Wkly Rep.* (Aug. 7, 2020); 69(31):1023-25, a copy of which is attached as

5   **Exhibit 26**.

6           96.     There is consensus among public health officials, and it is my opinion based on my

7   own knowledge and review of the literature, that singing, chanting, shouting and similar

8   vocalization substantially increase the risk of both droplet and aerosol transmission of the novel

9   coronavirus by infectious persons.  This is because these activities cause the release of a larger

10  number of particles that may carry the virus, and are believed to increase the distance that

11  droplets or aerosolized particles containing the virus can travel compared to people who are

12  speaking at a normal volume. In addition, the more particles that are released from an infected

13  person and reach another person, the higher the likelihood the other person will receive a viral

14  load sufficient to overcome his or her body's defenses and cause a SARS-CoV-2 infection. See

15  Hammer L, Dubbel P, Capron I, et al. High SARS-CoV-2 attack rate following exposure at a

16  choir practice – Skagit County, *Washington*, March 2020. *MMWR* (2020); 69:606-10, a copy of

17  which is attached as **Exhibit 27** and which can be found at

18  https://www.cdc.gov/mmwr/volumes/69/wr/mm6919e6.htm.

19          97.     Other factors that can further increase the already elevated transmission risk caused

20  by singing, chanting, shouting, and similar vocalization include engaging in these activities in an

21  indoor or enclosed space, engaging in the activities as part of a sizable group physically present in

22  the same location, being in close proximity to other individuals and singing with more force.  The

23  level of virus transmission increases with the force with which an individual sings.

24          98.     Singing with more force, or, indeed, any activity that increases the force of

25  exhalation (including but not limited to group chanting, and group recitation such as occurs with

26  congregational call and response interactions), is likely to result in more respiratory droplets

27  being exhaled and the droplets going farther.  If a person is infectious, that is, they have a high

28  enough viral load to be able to exhale sufficient quantities of SARS-COV-2 into the air to infect

28

1965

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 215 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 29 of 694

(215 of 228)

1    other persons, then increasing the force of exhalation will increase the likelihood of causing an

2    infection.

3         99.    In addition to the increased transmission risk from activities involving greater

4    exhalation force, the risk of transmission of the COVID 19 virus increases with the size of the

5    group of people involved, because the larger the group that is engaged in the activity, the greater

6    the likelihood that one or more those participating will have an infectious case of COVID 19 that

7    can cause an infection on its own or in combination with that of another infected person engaging

8    in the activity.

9         100.   There are documented outbreaks where singing is presumed to have been a factor,

10   including, among others, one studied by the CDC that involved a choir practice in Skagit County,

11   Washington. See **Exhibit 27**. The choir members' singing together at practice – which would

12   have involved increased force of exhalation as described above -- was postulated as one of the

13   main mechanisms of infection in the Skagit County, Washington choir outbreak. See also CDC

14   study entitled High COVID 19 Attack Rate Among Attendees at Events at a Church — Arkansas,

15   March 2020 (describing another outbreak following house of worship events that involved

16   singing), which is attached as **Exhibit 28** and can be found at

17   https://www.cdc.gov/mmwr/volumes/69/wr/mm6920e2.htm.

18        Religious Worship Services and Cultural Events

19        101.   Based on my knowledge, experience and study of the transmission of SARS CoV-2

20   and other infectious diseases, and on my knowledge from attending and studying religious

21   worship services, as well as my study of relevant publications, attending indoor worship services

22   and similar cultural events with many participants where an infectious person may be present, and

23   engaging in singing and chanting at such services, involves an exceptionally high risk of COVID

24   19 transmission, because those events and activities involve a combination of many high risk

25   factors, many of which are discussed below.

26        102.   Worship services (including indoor worship services) typically involve large groups

27   of people who are coming together for the purpose of being together. Such services commonly

28   bring together an assembly of persons from different households who may know each other but

29

1966

(216 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 216 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 30 of 694

1    see each other only weekly or less often, which may make them more likely to interact with each

2    other.  Attendees at indoor worship services typically assemble close together in one space, seated

3    in a series of many rows (or pews) that are physically close together, making close proximity of

4    many individuals highly likely.

5         103.    Religious worship services ordinarily last a minimum of an hour, and frequently

6    longer, during which time the attendees are continually in close proximity with each other.

7         104.    Religious worship services often include substantial group singing and other group

8    vocalization by those leading the services and those in the congregation.  Such vocalization often

9    includes group singing of hymns, choir singing and choral performances, and also may include

10   call and response recitations.  All of these types of vocalization carry with them a potential for

11   increased risk of transmission of the novel coronavirus if one or more participants is infected with

12   the novel coronavirus at a viral load sufficient to be infectious.

13        105.    In many cases, the buildings in which indoor house of worship services take place

14   are older and are not equipped with adequate methods of ventilation or air conditioning. As noted,

15   the minimum air transfer that is considered adequate by public health and medical experts is 6 air

16   exchanges per hour.[7]

17        106.    The increased risk of transmission resulting from each of the above-referenced

18   factors, which are likely to be present in combination at indoor worship services and similar

19   cultural events, is reduced but not eliminated where all of the participants wear face coverings.

20   The increased risk would also exist even if numerical limits and distancing requirements were

21   imposed and followed, and a singing and chanting ban was additionally imposed, given that none

22   of these measures provides fool-proof protection in a high-risk group gathering.

23        107.    The Blueprint applies a common framework across activities that pose a comparable

24   risk of transmission, and thus treats places of worship as it treats other activities involving the

25   _____

26   [7]The federal Occupational Safety and Health Administration (OSHA) requires that office
     buildings have 4-12 air changes per hour (29 CFR Part 19010.1450). In guidance for COVID 19,
27   OSHA recommends increasing ventilation (Department of Labor, Occupational Safety and Health
     Administration. Guidance on preparing workplaces for COVID 19. See
28   https://www.osha.gov/Publications/OSHA3990.pdf.

30

1967

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 217 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 31 of 694

(217 of 228)

1    congregation of people in close proximity for similar periods of time, including protests/political

2    rallies, museums, restaurants, and movie theaters.  For counties in Tier 1, the Blueprint prohibits

3    indoor gatherings for all of these purposes, while permitting these activities in outdoor settings.

4    For counties in the remaining tiers, the Blueprint permits these same activities indoors, subject to

5    identical capacity restrictions.

6         108.    Unfortunately, there have been many documented "super-spreading" incidents

7    involving indoor house of worship services or activities. Examples include the March 2020

8    superspreading incidents related to a church choir practice in Skagit County, Washington, and to

9    church activities at a rural Arkansas church that are referenced above (see **Exhibit 27** and **Exhibit**

10    **28**), among many others. See also "At least 18 West Virginia Covid-19 outbreaks linked to

11    churches services, governor says" (CNN October 19, 2020), a copy of which is attached as

12    **Exhibit 29**.

13         109.    In some cases, such as the above-referenced incident in Skagit County, Washington,

14    super-spreading incidents have unfortunately occurred at house of worship activities even where

15    precautions were taken to avoid COVID 19 transmission.

16         110.    Another among the numerous examples of super-spreading incidents involving

17    houses of worship took place in South Korea beginning in February 2020. More than 5,000

18    infections have been traced back to one individual's attendance at two religious worship services

19    in February 2020.  Notably, the services were held in a basement worship hall with no windows

20    and attended by many hundreds of worshippers who reportedly engaged in singing and wailing

21    activities.  Hernandez M, Scarr S, Sharma M. 2019 Coronavirus: The Korean Clusters. *Reuters*

22    (2019), a copy of which is attached as **Exhibit 30** and which can be found at

23    https://graphics.reuters.com/CHINA-HEALTH-

24    SOUTHKOREACLUSTERS/0100B5G33SB/index.html.

25         111.    The likelihood of coming into contact with someone who is infectious and capable

26    of spreading SARS-CoV-2 and thereby causing serious illness is increased where a gathering

27    takes place in a county where there is a high prevalence of infection.

28

31

1968

(218 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 218 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 32 of 694

**Activities with a Different Risk Profile Than Indoor Worship Services**

<u>Shopping at Grocery Stores and "Big Box" Stores</u>

112.    Based on my knowledge, experience and study of the relevant publications, shopping at a grocery store or a "Big Box" store such as Walmart or Costco (included herein in discussion of grocery stores) involves less risk of COVID 19 transmission than attending an indoor worship service (or similar cultural event) in several respects.  First, grocery shopping generally involves less close proximity between shoppers and staff members, and between shoppers, than there is between congregants during an indoor worship service.  This is often reinforced by signage encouraging six-foot distancing, for instance, in check-out lines, and supplemented by plexiglass barriers between staff members and customers at the check out counter. Grocery shoppers generally have an intention to get in and get out as soon as possible, while house of worship congregants come to services to be together with all other congregants in fellowship for an extended period of an hour at minimum.  By contrast with typical attendees at indoor worship services (who are not observing six-foot distancing), it is unlikely that grocery shoppers are ever within six feet of each other for more than 15 minutes.  As a consequence, grocery shoppers are less likely to receive a sufficient viral load of droplets or aerosolized particles sufficient to overcome their defenses and cause a COVID 19 infection.

113.    Second, grocery store buildings on average are larger in size, of more recent construction, and better ventilated than houses of worship. Grocery store buildings are almost always equipped with high-functioning air-conditioning systems, as is required due to the necessity to preserve perishable products sold in these stores and the applicable building and health and safety codes.

114.    Third, the workers in these settings are generally under the control of their employers and subject to safety restrictions, including detailed, workplace-specific COVID prevention plans subject to enforcement by State labor authorities. See California COVID-19 Employer Playbook (https://files.covid19.ca.gov/pdf/employer-playbook-for-safe-reopening--en.pdf). These requirements are more restrictive than those imposed on worship services and, as a practical matter, could not feasibly be applied to the congregation of a house of worship.

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1969

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 219 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 33 of 694

(219 of 228)

1    115.    Fourth, group singing in unison, and group chanting and similar vocalization

2  activities, are common and encouraged in houses of worship (where pandemic-related singing

3  restrictions are not observed), unlike in grocery stores.  As such, the heightened risk created at

4  indoor worship services by such activities is not present at grocery stores, where individual

5  singing is highly uncommon and group singing is unheard of.  See also discussion in paragraph.

6    <u>Other Retail Shopping, Hotels and Laundromats</u>

7    116.    Based on my knowledge, experience and study of the relevant publications, staying

8  at a hotel, doing laundry at a laundromat and retail shopping, such as at a liquor/wine store or a

9  pet store, involve less risk of COVID 19 transmission than attending an indoor worship service

10  (or similar cultural event).  First, as with grocery shopping, each of these activities generally

11  involves less close proximity between the customer and any staff member, and between

12  customers, than there is between congregants during an indoor worship service.  Staying at a

13  hotel, doing laundry at a laundromat and retail shopping may bring people into relative closeness,

14  but none of these activities would require them to remain in proximity for longer than a brief

15  interlude. This is often reinforced by signage encouraging six-foot distancing, for instance, in

16  check-in and check-out lines. Hotel guests, laundromat users and retail shoppers generally have

17  an intention to get in and get out as soon as possible, while house of worship congregants

18  typically come to services to be together with other congregants in fellowship for an extended

19  period of an hour at minimum.  By contrast with typical attendees at indoor worship services

20  (assuming they are not observing six-foot distancing), it is unlikely that any of these business

21  patrons are ever within six feet of a staff member or each other for more than 15 minutes.  As a

22  consequence, they are less likely to receive a sufficient viral load of droplets or aerosolized

23  particles sufficient to overcome their defenses and cause a COVID 19 infection.

24    117.    Second, as with grocery/Big Box store workers, the workers in these settings are

25  generally under the control of their employers and subject to safety restrictions, including

26  detailed, workplace-specific COVID prevention plans subject to enforcement by State labor

27  authorities. See California COVID-19 Employer Playbook

28  (https://files.covid19.ca.gov/pdf/employer-playbook-for-safe-reopening--en.pdf). These

1970

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 220 of 228
Case 5:20-cv-08241-EJD  Document 52-4  Filed 12/23/20  Page 34 of 694

(220 of 228)

1   requirements are more restrictive than those imposed on worship services and, as a practical

2   matter, could not feasibly be applied to the congregation of a house of worship.

3       118.    Third, group recitation and congregational speaking interactions, and group singing

4   and chanting (where pandemic-related singing and chanting restrictions are not observed), are

5   common and encouraged in houses of worship, unlike in hotels, laundromats or retail shopping

6   establishments.  As such, the heightened risk created at indoor worship services by such activities

7   is not present at such establishments, where group recitations, group member speaking

8   interactions and singing are highly uncommon.

9       <u>Personal Care Services</u>

10      119.    Personal care services may bring people in close contact with one another, but

11  ordinarily involve small numbers of individuals interacting, or groups of very limited size, by

12  contrast with the numbers of individuals commonly present at indoor worship services. Notably,

13  personal care service operations are currently subject to strict distancing requirements, including

14  minimizing the time spent within six feet of customers and co-workers. They are also subject to

15  numerous specific hygiene requirements, including requiring the use of face coverings by both

16  workers and customers/clients, frequent handwashing, frequent cleaning and disinfection and the

17  use of disposable gloves. Workers that are consistently within six feet of customers or co-workers

18  are required to wear a secondary barrier (e.g., a face shield or safety goggles) in addition to a face

19  covering. These businesses/providers are also required to screen workers and customers for

20  temperature and symptoms upon arrival and to request that customers use hand sanitizer and wear

21  a face covering; stagger appointments to allow for proper cleaning and disinfection; and limit

22  access to reception or other congregate areas to one customer at a time. Additional hygiene

23  requirements may apply to specific service types.  For example, for aesthetic and skin care

24  services, single use applicators must be used and disposed of immediately after use in a lined

25  trash bin, and before leaving the treatment room or area, workers must remove and dispose of

26  their gloves, apply proper hand sanitizer or wash their hands with soap and water, and use a

27  previously readied disposable barrier, such as a paper towel or sanitizer wipe to open and close

28  the treatment room door; for electrolysis services, tweezers, rollers, and needle holder caps should

<center>34</center>

<center>1971</center>

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 221 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 35 of 694

(221 of 228)

1    be properly cleaned and sterilized between each client; and for nail services, respirators may be

2    required and disposable items, like nail files and toe separators, should be used whenever

3    possible.  https://files.covid19.ca.gov/pdf/guidance-expanded-personal-care-services--en.pdf.

4         Warehouses, Factories and Film Production Companies

5         120.   Congregate workplace settings such as warehouses, factories, and film production

6    companies are also not comparable to places of worship.  Although workplace settings such as

7    these can bring many people together for sustained periods of time, the workers in these settings

8    are generally under the control of their employers and subject to safety restrictions, including

9    detailed, workplace-specific COVID prevention plans subject to enforcement by State labor

10   authorities.  See California COVID-19 Employer Playbook

11   (https://files.covid19.ca.gov/pdf/employer-playbook-for-safe-reopening--en.pdf). Regarding film

12   production and similar activities, extensive specific protections such as frequent testing, exclusion

13   of those who test positive, increased ventilation, and enhanced distancing requirements apply;

14   such requirements are generally more restrictive than those imposed on worship services and, as a

15   practical matter, could not feasibly be applied to the congregation of a house of worship.[8]

16        Other Large Congregate Activities

17        121.   Other congregate activities are treated differently by the Blueprint than worship

18   services precisely because the COVID-related risk factors described above differ for those

19   activities.  For example, indoor professional sporting events and concerts can draw crowds many

20   times larger than, for example, the capacity of single movie theater.  These events cannot open to

21   live audiences in any tier under the Blueprint, even though they fit in the same "'substantive

22   categorization'" as movie theaters and other forms of entertainment.

23        122.   Conversely, the Blueprint assigns higher capacity limits and attendance caps to

24   activities that do not involve the congregation of many people in close proximity for sustained

25   periods.

26        [8] See, e.g., COVID-19 Return to Work Agreement with DGA, IATSE, SAG-AFTRA and
Teamsters/Basic Crafts (Sept. 21, 2020), at pp. 4–12 (describing testing requirements), *available
27   at* https://www.sagaftra.org/files/sa_documents/ReturnToWorkAgreement_wAMPTP.pdf (last
visited November 30, 2020) (employment contingent on a negative test result, and subsequent
28   testing of up to three times a week depending on type of employee).

1972

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 222 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 36 of 694

(222 of 228)

1       Other Comparators Alleged by Plaintiffs

2       123.    Plaintiffs claim that the novel coronavirus spreads more easily at transportation

3 facilities and other settings than it does at houses of worship. Plaintiffs do not, however, provide

4 any evidence supporting these conclusions and Plaintiffs' conclusory assertions are generally

5 inaccurate for reasons related to risk of transmission explained previously herein.

6       124.    As discussed above, three of the most important considerations in comparing the

7 transmission risk levels of activities and settings are the distinctions between indoor and outdoor

8 activities, between brief and extended length encounters and between individuals who are near

9 each other and further away from each other (especially if for extended periods).

10      Transportation Facilities/Air Travel

11       125.    With regard to Plaintiffs' contention that transportation facilities and certain forms

12 of travel have more risk of COVID-19 transmission than house of worship services, unlike

13 worship services, interactions in airports or on train platforms are likely to be brief and distant as

14 compared with congregant seating in a house of worship.

15       126.    Further, with respect to air travel, middle seats are not being sold by many airlines to

16 enhance social distancing and ventilation is increased in airplanes. There is of course no singing

17 or chanting on airlines. In addition, all passengers and crew must remain masked at all times

18 under the applicable federal requirements.

19       127.    Moreover, studies to date have found no transmission during air travel when infected

20 people are wearing masks. There have been only a very small handful of case reports of

21 transmission during air travel and in most cases they were on very, very long flights (Europe to

22 Asia).

23       128.    The plaintiffs cannot compare County or State restrictions on houses of worship to

24 restrictions on airports. While it is true that the State has encouraged people not to travel and

25 some counties, including Santa Clara, have issued mandatory 10-day quarantine orders for people

26 who have traveled outside of a prescribed area (in the case of Santa Clara, more than 150 miles

27 from the county), the federal government, including the Federal Aviation Administration, has

28 authority over many aspects of air travel and airports. The Federal Aviation Administration has

1973

(223 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 223 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 37 of 694

1   written on its website, "The FAA's primary concern is that federally obligated airports remain

2   safe and open to the traveling public and aircraft. Particularly during this public health

3   emergency, airports play an essential role in transporting medical and emergency equipment and

4   personnel. The FAA continues to expect all airports to operate safely and stay open."

5       129.   In addition, the Transportation Security Administration of the Department of

6   Homeland Security, working in conjunction with the federal Centers for Disease Control and

7   Prevention, has issued guidance on non-pharmaceutical interventions--including masks, social

8   distancing and acrylic shields--to reduce physical contact and to minimize the risk of transmission

9   in airports (see https://www.tsa.gov/coronavirus). The Centers for Disease Control and Prevention

10  has prepared more detailed advice for passengers, found at

11  https://www.cdc.gov/coronavirus/2019-ncov/travelers/travel-during-covid19.html; see

12  also  https://www.transportation.gov/sites/dot.gov/files/2020-

13  07/Runway_to_Recovery_07022020.pdf (document jointly published by the federal Departments

14  of Transportation, Homeland Security and Health and Human Services setting forth detailed

15  distancing, masking and other measures for airports, including as applicable to conduct at

16  boarding gates).  These interventions appear to me to be more protective than wearing masks in

17  houses of worship, where social distancing would be more challenging without occupancy

18  restrictions.

19      130.   At small public use airports, of which there are more than 250 in California,

20  transmission risk is low because very few people are present at one time and, in some cases, there

21  is no indoor waiting room.

22      Schools/Colleges

23      131.   As for Plaintiffs' assertion that college classes or other school attendance carries

24  more risk than worship services, the vast majority of college classes are taking place virtually.

25  Only very limited types of college classes are permitted under the relevant State guidance and

26  they include classes where students do not congregate in large groups. The limited programs that

27  are being permitted to take place include art and lab classes which by their nature permit

28  substantial distancing. To the extent any college classes are permitted to and do take place, social

37

1974

1    distancing and masks are required. College students also re being heavily screened for COVID-19

2    to reduce their risk, with sports programs being subject to even further heightened requirements.

3        132.    Primary schools, to the extent such schools are conducting live instruction, are

4    required to have small, stable groupings; such groupings involve fewer individuals than would be

5    expected to congregate at a religious worship service, and thus have lower transmission risk. In

6    addition, the transmission risk is lower than it is with groups of adults attending house of worship

7    services because children in general are less susceptible to contracting or transmitting COVID-19

8    than adults. Further, schools are conducting many classes and activities outdoors and high-risk

9    activities such as singing are prohibited indoors.

10                      **Additional Responses to Plaintiffs' Experts**

11                      Insufficient Justification for Measures Taken

12       133.    Plaintiffs attack the public health measures employed by the state to combat the

13   pandemic on grounds including the allegedly insufficient justification for the state's public health

14   measures aimed at slowing the virus's spread and the state's reliance on PCR testing under the

15   Blueprint for a Safer Economy. First, it must be emphasized that the State has entered an

16   extremely critical stage in the pandemic. As one example, State health officials anticipate that the

17   number of ICU patients in Southern California will exceed the capacity of local health care

18   systems by mid- to late December. In my view, there is an immediate crisis before us, and the

19   corresponding need for the State's population to redouble its efforts to protect each other through

20   adherence to the State's requirements could not be clearer. Based on my public health background

21   and expertise, the Blueprint and other restrictions described herein are well-justified science-

22   based measures, consistent with longstanding public health practices and tailored to save lives

23   and avoid overwhelming our healthcare system.

24       134.    Bhattacharya takes the position that the State is required to have absolute scientific

25   evidence of benefit and harm, and to show how it has weighed and balanced them, before taking

26   any action to protect the public health in this pandemic situation. However, if California had

27   waited for empirical evidence supporting its every pandemic measure, the result would have been

28   innumerable fatalities and infections that were avoided by the actions it has taken. In sum,

38

1975

1  Bhattacharya's many criticisms are academic arguments that fail to recognize the uniquely urgent

2  circumstances of such a widespread respiratory virus epidemic.

3     135.   Also, this is a novel coronavirus, meaning absolute scientific certainty is impossible

4  to have at present given the time necessary to fully understand new diseases. Under

5  Bhattacharya's suggested approach, public health officials would not act any time a new disease

6  emerges, because of the inherent uncertainty and the fact that understanding and the scientific

7  evidence base evolve and develop over time; not acting in the face of this deadly pandemic is, of

8  course, a nonsensical proposition.

9     136.   Bhattacharya suggests that the measures taken in California are somehow novel and

10  unique when in fact they are based on well-established public health practices. Notably, the CDC

11  reviewed and published the evidence base for social distancing during the respiratory epidemics

12  in 2017.  See **Exhibits 10-12**.

13     Plaintiffs' Proposed Alternative Approach

14     137.   Bhattacharya notes accurately that there is a differential risk of mortality from

15  COVID 19 by age group, but reaches unsupported conclusions based on that fact. The fact that

16  older individuals are more likely to die from COVID 19 does not mean that younger people are

17  not susceptible to infection or are not likely to transmit the infection.

18     138.   Bhattacharya inappropriately suggests that California should not be concerned about

19  infection when it comes to children; while he is correct that mortality is low for children, but as of

20  November 18 there had been at least 488 deaths in individuals <24 years of age in the United

21  States (https://www.cdc.gov/nchs/nvss/vsrr/covid_weekly/index.htm#AgeAndSex). In addition, a

22  substantial number of children have been diagnosed with multisystem inflammatory disease

23  caused by COVID 19, and numerous adolescents and college-aged young people have been

24  diagnosed with longer-term symptoms, such as myocarditis, an inflammation of the heart muscle.

25  Jiang L, Tang K, Levin M, et al. COVID-19 and multisystem inflammatory syndrome in children

26  and adolescents. Lancet Infect Dis. 2020; 20:e276-e288, attached as **Exhibit 31**; Shchedrygina A,

27  Nagel E, Puntmann VO, Valbuena-Lopez S. COVID-19 myocarditis and prospective heart failure

28  burden. Expert Rev Cardiovasc Ther. 2020 Oct 29 [Epub ahead of print], attached as **Exhibit 32**.

39

1976

139.    As noted, Bhattacharya is an author of the Great Barrington Declaration. My criticisms of the approach set forth in that Declaration include (among others) that, if this approach were employed: (1) it would result in many preventable deaths, including deaths of many individuals over age 50 (because of the impossibility of effectively segregating any age group from others) as well as individuals of every other age group (the largest percentage of which will be people in the lowest economic strata), the costs of which are incalculable; (2) it would result in a great deal of preventable illness, including severe illnesses requiring hospitalization, and in an unknown number of individuals, ongoing, possibly severe and life-threatening health problems; (3) by causing a great deal of illness which could quickly spread to a large percentage of the population, chances are great that it would overwhelm medical resources and hospital capacity in many places within California (and in any other jurisdiction where it is employed); and (4) such unlimited spread would undoubtedly have enormous consequences on the availability and quality of healthcare for Californians for all other purposes.

140.    The Barrington Declaration does not offer a viable or ethical alternative to the State's public health approach, which is unsurprising given that there is no simple, cost-free solution to a pandemic of this nature. To the extent that the Declaration or Bhattacharya offers any alternative, it is that the State should protect undefined "vulnerable" populations and leave others unrestricted. One among the many shortfalls of that plan, in addition to the numerous (likely preventable) deaths and illnesses that would result, is the impossibility of identifying and isolating all vulnerable populations, particularly given the numerous populations that have been identified as being at particular risk for contracting and dying from the novel coronavirus. As one example, those who have been identified by the CDC as being at increased risk of severe illness from the novel coronavirus for medical reasons include not only older adults but also pregnant women regardless of age. See Coronavirus Disease 2019 (COVID-2019) People with Certain Medical Conditions (Updated Nov. 2, 2020), attached as **Exhibit 33**. And it is clear that there are other factors causing particular vulnerability to the virus that are not based on age or medical status.

40

1977

(227 of 228)

Case: 21-15189, 03/01/2021, ID: 12019863, DktEntry: 12-9, Page 227 of 228
Case 5:20-cv-08241-EJD   Document 52-4   Filed 12/23/20   Page 41 of 694

1    141.    With regard to Plaintiffs' plan based on segregating the population according to age,

2  one of the many problems with this suggestion is that it would be impossible to separate out this

3  "vulnerable population" from the rest of the population. Older Californians live and work in a

4  wide variety of settings, and rely on and interact with younger Californians in an infinite number

5  of ways. Regarding segregating age groups because of their vastly different risk profiles, evidence

6  from the CDC shows that cases in younger individuals do not rise and fall separately from their

7  older counterparts; instead, cases in older individuals track with cases in younger people. See

8  Wilson RE, Sharma AJ, Schluechtermann S, et al. Factors influencing risk for COVID-19

9  exposure among young adults aged 18-23 years – Winnebago County, Wisconsin, March-July

10  2020. MMWR 2020; 69 Oct 9 [early release], attached as **Exhibit 34** (see the Figure).

11    142.    The idea of isolating older Californians to allow younger Californians to avoid

12  restrictions also ignores the reality of settings in which many people live.  For example,

13  congregate care/residential settings necessarily must have staff to operate safely, and those staff

14  do not live on-site; they live in the community.  Requiring isolation of all staff could result in

15  these facilities being unable to operate, which among other things could render their residents

16  further at-risk due to loss of housing.

17    143.    Finally, we have entered the age of COVID-19 vaccination. Two messenger RNA

18  (mRNA) vaccines have received emergency use authorization from the federal Food and Drug

19  Administration, and vaccination began in California the week of December 14. Both vaccines

20  have high efficacies, approximately 95%, which is the same as our best current vaccines, and

21  good safety profiles. Federal officials have stated that there will be sufficient doses of vaccine

22  available to offer them to everyone who wants them by the second quarter of 2021

23  (CORRECTED-U.S. expects to have immunized 100 million against COVID-19 by end of

24  March-Slaoui: https://www.reuters.com/article/health-coronavirus-usa-immunizations/u-s-

25  expects-to-have-immunized-100-million-against-covid-19-by-end-of-march-slaoui-

26  idUSKBN28N0HH, December 13, 2020). A USA Today poll, published on December 22, 2020,

27  indicated that 76% of Americans surveyed were planning on getting vaccinated (Page S,

28  Elbeshbishi S. Exclusive: Americans' readiness to take COVID-19 vaccine spikes after the start

41

1978

1   of shots. USA Today, December 22, 2020:

2   https://www.usatoday.com/story/news/politics/2020/12/22/more-americans-ready-take-covid-19-

3   vaccine-suffolk-poll-shows/3925900001/). This level, if achieved, should be sufficient to reach

4   herd immunity (Omer SB, Yildirim I, Forman HP. Herd immunity and implications for SARS-

5   CoV-2 control. JAMA 2020; 324:2095-96.). As such, COVID-19 control is within our grasp, and,

6   by avoiding situations that place individuals at risk of infection, Californians can minimize

7   epidemic transmission and the resultant impact on the health care system and ultimately mortality

8   for the few months until vaccines are generally available.

9

10   I declare under the penalty of perjury under the laws of the United States of America that

11   the foregoing is true and correct.

12   Executed on December 23, 2020, in Piedmont, California.

13

14   /s/ George W. Rutherford, M.D.

15   (original signature retained by Attorney Lisa J. Plank)

16

17   _GEorge W. Rutherford, MD_

18   Dr. George Rutherford

19

20   SA2020304699
      42488248.docx

21

22

23

24

25

26

27

28

42

Declaration of Dr. Rutherford, MD, ISO State Defendants' Opposition
to Plaintiffs' Motion for Preliminary Injunction (5:20-cv-08241)

1979